Jeffrey S. Behar, Esq., Bar No. 81565
Tina I. Mangarpan, Esq., Bar No. 117898
James O. Miller, Esq., Bar No. 156055
FORD, WALKER, HAGGERTY & BEHAR
One World Trade Center, Twenty-Seventh Floor
Long Beach, California 90831-2700
(562) 983-2500

Attorneys for Defendants Specially Appearing
**OXY-HEALTH, LLC and**
**OXY-HEALTH CORPORATION**

SUPERIOR COURT THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

| | |
|---|---|
| ROBERT D. SPARKS, as Personal Representative of the Estate of JARRED BRYAN SPARKS,<br><br>    Plaintiff,<br><br>vs.<br><br>OXY-HEALTH, LLC and OXY-HEALTH CORPORATION,<br><br>    Defendant. | Case No. BC510656<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS OR STAY CASE FOR FORUM NON CONVENIENS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATIONS OF JAMES O. MILLER AND SAMIR PATEL; EXHIBITS "A" AND "B"**<br><br>**Date: August 13, 2013**<br>**Time: 1:30 p.m.**<br>**Dept: 91**<br><br>Trial Date: December 14, 2014 |

TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 13, 2013, at 1:30 p.m. in Department 91 of the Los Angeles Superior Court located at 110 North Hill Street, Los Angeles, California, defendants specially appearing OXY-HEALTH, LLC, and OXY-HEALTH CORPORATION ("OHC"), will move for an Order dismissing this action, or alternatively staying the action, for forum non conveniens.

This motion will be based on Code of Civil Procedure §§ 418.10 and 581.

The moving defendants are located in California but the motion is based on the fact that the case could more conveniently be litigated in North Carolina. The product at issue was sold to the

1

NOTICE OF MOTION AND MOTION TO DISMISS OR STAY CASE FOR FORUM NON CONVENIENS; MEMORANDUM OF POINTS AND AUTHORITIES

plaintiff in North Carolina, the plaintiff and the third party that sold the product reside in North Carolina, and the accident at issue occurred there. Moreover, necessary witnesses and a potential cross-defendant not only reside in North Carolina but also appear to be not subject to personal jurisdiction in California, making it inconvenient and difficult or perhaps impossible to obtain discovery from them and to add the potential cross-defendant as a party to this action. Thus it would be not only more convenient for the court and the parties and the witnesses if the matter is litigated in North Carolina, but also fairer for the moving defendants.

Defendants stipulate that they will submit to personal jurisdiction in North Carolina for this litigation, waive any statute of limitations under North Carolina law that might otherwise bar the filing at this time of this action in that state, and that they will recognize the validity of any judgment that might be rendered there (subject to any right of appeal).

This motion will be further based on this Notice and the attached Memorandum of Points and Authorities, Declarations of James O. Miller and Samir Patelwith and exhibits "A" and "B," the papers and pleadings on file herein, and on such oral and documentary evidence as may be introduced at the hearing on the motion.

Dated: July 17, 2013

FORD, WALKER, HAGGERTY & BEHAR

BY:_____
JEFFREY S. BEHAR, ESQ.
TINA I. MANGARPAN, ESQ.
JAMES O. MILLER, ESQ.
Attorneys for Defendants Specially Appearing
OXY-HEALTH, LLC and OXY-HEALTH
CORPORATION

052\13\007\pleadings\mtn 2 dismiss.doc

Case 5:13-cv-00649-FL   Document 1-2   Filed 09/12/13   Page 2 of 2