IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No.: 5:13-cv-00649-FL

| | |
|---|---|
| Amy Sparks, individually, and )<br>Robert D. Sparks, as Personal Representative )<br>of the Estate of Jarred B. Sparks, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Oxy-Health, LLC and )<br>Oxy-Health Corporation, )<br>)<br>Defendants. )<br>) | **RULE 7.1 FINANCIAL DISCLOSURES<br>OF DEFENDANT OXY-HEALTH, LLC** |

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3, Defendant Oxy-Health, LLC makes the following disclosures:

1. Is Defendant a publicly held corporation or other publicly held entity?

    ( ) Yes ( X ) No

2. Does Defendant have any parent corporations?

    ( ) Yes ( X ) No

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of Defendant owned by a publicly held corporation or other publicly held entity?

    ( ) Yes ( X ) No

If yes, identify all such owners:

4.      Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

   (  ) Yes          ( X ) No

If yes, identify entity and nature of interest: N/A

5.      Is the party a trade association?

   ( ) Yes          ( X ) No

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:  N/A

6.      If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors' committee:  N/A

Respectfully submitted this 21st day of November, 2013.

/s/ Melanie Black Dubis_____
Melanie Black Dubis
N.C. Bar No. 22027
melaniedubis@parkerpoe.com
Parker Poe Adams & Bernstein LLP
150 Fayetteville Street, Suite 1400
Raleigh, NC  27601
Phone:  919-828-0564
Fax:  919-834-4564

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the foregoing **RULE 7.1 FINANCIAL DISCLOSURES OF DEFENDANT OXY-HEALTH, LLC** was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> Justin D. Bice
> Bice Law, LLC
> justin@bicelaw.us
>
> William Christopher Swett
> Motley Rice LLC
> cswett@motleyrice.com

This 21st day of November, 2013.

> /s/ Melanie Black Dubis
> Melanie Black Dubis
> N.C. Bar No. 22027
> melaniedubis@parkerpoe.com
> Parker Poe Adams & Bernstein LLP
> 150 Fayetteville Street, Suite 1400
> Raleigh, NC 27601
> Phone: 919-828-0564
> Fax: 919-834-4564
>
> *Attorneys for Defendants*