IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No.: 5:13-cv-00649-FL

Amy Sparks, individually, and )
Robert D. Sparks, as Personal Representative )
of the Estate of Jarred B. Sparks, )
                                     Plaintiffs, )
                                             ) **RULE 7.1 FINANCIAL DISCLOSURES**
v. ) **OF DEFENDANT OXY-HEALTH**
                                             ) **CORPORATION**
Oxy-Health, LLC and )
Oxy-Health Corporation, )
                                     Defendants. )

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3, Defendant Oxy-Health Corporation makes the following disclosures:

    1.    Is Defendant a publicly held corporation or other publicly held entity?

            ( ) Yes            ( X ) No

    2.    Does Defendant have any parent corporations?

            ( ) Yes            ( X ) No

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

    3.    Is 10% or more of the stock of Defendant owned by a publicly held corporation or other publicly held entity?

            ( ) Yes            ( X ) No

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

      ( ) Yes      ( X ) No

If yes, identify entity and nature of interest: N/A

5. Is the party a trade association?

      ( ) Yes      ( X ) No

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock: N/A

6. If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors' committee: N/A

Respectfully submitted this 21st day of November, 2013.

/s/ Melanie Black Dubis
Melanie Black Dubis
N.C. Bar No. 22027
melaniedubis@parkerpoe.com
Parker Poe Adams & Bernstein LLP
150 Fayetteville Street, Suite 1400
Raleigh, NC 27601
Phone: 919-828-0564
Fax: 919-834-4564

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the foregoing **RULE 7.1 FINANCIAL DISCLOSURES OF DEFENDANT OXY-HEALTH CORPORATION** was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Justin D. Bice
>Bice Law, LLC
>justin@bicelaw.us
>
>William Christopher Swett
>Motley Rice LLC
>cswett@motleyrice.com

This 21st day of November, 2013.

>/s/ Melanie Black Dubis
>Melanie Black Dubis
>N.C. Bar No. 22027
>melaniedubis@parkerpoe.com
>Parker Poe Adams & Bernstein LLP
>150 Fayetteville Street, Suite 1400
>Raleigh, NC  27601
>Phone:  919-828-0564
>Fax:  919-834-4564
>
>*Attorneys for Defendants*