# EXHIBIT A

# November 14, 2013 letter



# MotleyRice®
### ATTORNEYS AT LAW
www.motleyrice.com

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
o. 843.216.9000   f. 843.216.9450

**W. Christopher Swett**
*Licensed in DC, MN, SC, WV*
direct: 843.216.9149
cswett@motleyrice.com

November 14, 2013

*VIA CERTIFIED MAIL - RRR*
Mr. Wei C. Wong
Oxy-Health Corporation
716 S. Garfield Avenue
Alhambra, California  91801

*VIA CERTIFIED MAIL - RRR*
Mr. Hemant Desai
Oxy-Health, LLC
160 E. Arrow Highway
San Dimas, California  91773

*VIA CERTIFIED MAIL - RRR*
Jeffrey S. Behar, Esq.
Ford, Walker, Haggerty & Behar, LLP
One World Trade Center
27th Floor
Long Beach, California  90831-2700

Re: *The Estate of Jarred Sparks v. Oxy-Health, LLC & Oxy-Health Corporation*
Case No.: 5:13-cv-00649-FL (USDC Eastern District of NC Western Division)

Dear Gentlemen:

Enclosed, please find a Affidavit of Default, Motion for Entry of Default and Proposed Form of Order filed today in the above referenced matter.  Please feel free to call me should you have any questions or concerns.

With kind regards I remain,

Very truly yours,

W. Christopher Swett

WCS/ldr
Enclosure



EXHIBIT
A


MT. PLEASANT, SC | PROVIDENCE, RI | HARTFORD, CT | NEW YORK, NY
MORGANTOWN, WV | WASHINGTON, DC | LOS ANGELES, CA | NEW ORLEANS, LA

*Motley Rice LLP operates the California office.*