EXHIBIT A

EXHIBIT INDEX

| EXHIBIT # | DESCRIPTION |
|---|---|
| A | Exhibit Index |
| B | Operating & Reference Manual |
| C | Janet Presson Deposition |
| D | 510(k), K001409 |
| E | Arndt Deposition |
| F | Arndt Report |
| G | Dylan Sparks Deposition |
| H | Natoli Report |
| I | Peter Lewis Deposition |
| J | Kartzinel Deposition |
| K | Amy Sparks Deposition |
| L | Jack Presson Deposition |
| M | Bradstreet Deposition |
| N | Robert Sparks Deposition |
| O | Tom Workman Deposition |
| P | CRS Report for Congress |
| Q | Natoli Deposition |
| | *Fernandez v. Spar Tek Indus., Inc.*, No. 0:06-3253-CMC (D.S.C. May 23, 2008) |