EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No.:  5:13-cv-00649-FL

AMY SPARKS, Individually, and
ROBERT D. SPARKS, as Personal
Representative of the Estate of
JARRED B. SPARKS,

     Plaintiffs,

vs.

OXY-HEALTH, LLC, and
OXY-HEALTH CORPORATION,

     Defendants.
_____

VIDEOTAPED DEPOSITION OF JANET LYNN PRESSON

February 26, 2014

1:00 p.m.

---oOo---

Taken by the Defendant
Pursuant to Notice
At A Small Miracle
Waynesville, North Carolina

Reported by:

    Mary K. Stepp, Court Reporter

knew Rob would be traveling from time to time. You know, well, get Dillon or get Kelsey or get somebody to get in that chamber with him, if he needs to be in that chamber, but you can never do it.

Q. Okay.

A. You know, I can get in with Rob or Rusty can get in with Rob or we can grab somebody else to put them in with Rob, but Amy can't ever get in the chamber because, you know, it could really cause a lung issue and that would be a true medical emergency in the middle of a chamber. So, she -- oh, she was going to sit on that bed and grade papers.

Q. Okay. Was it your understanding that she was always going to be there in the room while the treatments were ongoing?

A. I don't know what her plan was.

Q. Okay. What was your understanding as to how she was going to be doing it, at least at the beginning?

A. Yeah, I thought she was going to be there grading papers. You know, teachers have always got papers and school work and stuff to do. And that was -- that was my impression was she'd be there, you know, grading papers. Because, you know, I -- I -- I didn't worry about Jarred dying in the chamber, I worried about him unzipping the zipper, blowing that zipper out, and

they don't have an extra thousand bucks, then $300 to ship it back and forth. So I worried about that. But she was going to be there grading papers, so I was, "Okay, that will work."

Q. And did you -- did you instruct her to remain in the room while Jarred was doing the treatments, one way or the other?

A. I did not tell her that. I don't remember telling her that.

Q. Gotcha. But it was your under -- it was your distinct impression after you finished the training that she would be, at least at the beginning, there while Jarred was doing the treatments, in the room?

A. I thought she would be. Yes.

Q. Did -- did she ever talk about putting other people inside the chamber with Jarred?

A. She did not. I would have suggested, you know -- again, you've got Dillon and you've got Kelsey. I know Rob travels sometimes. But, again, this is good for everybody. And I guess Kelsey was off at college, but Dillon is still in high school. You know, that just can help your brain work better and help you get a little smarter. I've -- I've got my niece in our chamber. You know, it's like, honey, you can benefit from this. Get a -- you know, it's -- it's just -- yeah,

answer that because, again, he trained on the technical stuff. But, again, that's when the chamber is fully pressurized and working is when it hits 4.

BY MR. CHIGNELL:

Q. And under the 7 step, it says, "7th, observe." But that section it says, "Set a clock or timer for the prescribed treatment period." Do you see that?

A. Yes.

Q. Do you remember telling the Sparkses to set a clock or a timer for the prescribed treatment period?

A. I do not remember telling them that.

Q. Do you know whether or not your husband told them that?

A. I don't remember.

Q. The next sentence says, "Reassure the person inside that the attendant will remain with them during the entire treatment and will be regularly checking on them."

Do you -- do you ever recall telling the Sparkses -- or strike that.

Did you ever tell the Sparkses that there should be an attendant that remains with the person inside during the entire treatment that's regularly checking on them?

A. I don't remember that.

A. "Remember, if you are sealing the chamber from the inside, you must start from the outside in."

Q. So would you agree with me, first, that Oxy-Health represents these chambers are safe to use by yourself for self-treatment without an attendant?

A. They are giving you the directions how to do that.

Q. Okay. And it says that they are saying -- and it says even on Page 8 something about self-treatment, correct?

A. Yes.

Q. Okay. And you've already agreed with me that they represent no specialized training is needed to use this chamber, correct?

A. Correct.

Q. I'm -- thank you. I'm done with the manual.

A. (Tendered.)

Q. We talked a little bit about Oxy-Health at these conferences.

A. Uh-huh.

Q. Are these -- some of these conferences that you recall seeing them at, are they conferences solely focused on autism?

A. Ah, most -- most of the ones that -- they may go to other conferences for stroke treatment or

plastic -- I -- apparently plastic surgeons are using these now to help with quicker healing from face lifts and things like that, is what I'm hearing.  So that's -- that's primarily the conferences I go to, are the ones that have a primary focus on autism, and that's where I see them regularly.

Q.  Okay.  And do you recall ever seeing Oxy-Health representatives at a conference focused on autism?

A.  Yes.

Q.  Okay.  Based on your experience at those conferences, is Oxy-Health promoting or marketing their chambers for the treatment of autism?

MR. CHIGNELL:  Objection to the form of the question.

THE WITNESS:  They are marketing the use with individuals with autism.  Maybe I'm not understanding the question.

BY MR. SWETT:

Q.  Well, I can break it down.

A.  I --

Q.  I'll break it down --

A.  Okay.

Q.  -- because it may be easier.  All right.  First, have you ever been to a conference primarily focused on autism?