EXHIBIT D

AUG 2 2000

K001409

**Hyperbaric Technologies, Inc.**
**1 Sam Stratton Rd.**
**P.O. Box 69**
**Amsterdam, NY 12010**

### Non-Confidential Summary of Safety and Effectiveness

Page 1 of 3
1-Aug-00

| | |
|---|---|
| Hyperbaric Technologies, Inc.<br>1 Sam Stratton Rd.<br>PO Box 69<br>Amsterdam, NY 12010 | Tel - (800) 382-2491<br><br><br>Fax - (518) 842-1031 |

| | |
|---|---|
| **Official Contact:** | Peter A. Lewis - President |
| **Proprietary or Trade Name:** | Mild Hyperbaric Chambers |
| **Common/Usual Name:** | Mild Hyperbaria chamber |
| **Classification Name:** | Hyperbaric chamber |
| **Device:** | Mild Hyperbaric Chambers |
| **Predicate Devices:** | HTI - Gamow Bag - K874752A |

**Device Description**

The Hyperbaric Technologies product line, are mild Hyperbaria chambers for pressures less than 10 psi. These are lightweight and portable and utilize atmospheric air mixture for the person inside the chamber. There are various models which have the following characteristics and configurations - Gamow Bag ~ 7 lbs. - Lightweight unit, easier to transport; Model 2 ~ 11 lbs. - Unit similar to Gamow but with metal fittings; Model 3 ~ 17 lbs. - Unit with heavier gauge material and metal fittings; and Model 4 ~ 250 lbs. - larger version.

**Intended Use**

| | |
|---|---|
| Indicated Use -- | To provide mild hyperbaria for the treatment of Acute Mountain Sickness (AMS) and its associated mild symptoms. |
| Environment of Use -- | Home, Physician office, Outdoor environments, Hospital, Sub-acute Institutions, Emergency services |



Page 1

OXY 00182

**Non-Confidential Summary of Safety and Effectiveness**

Page 2 of 3
1-Aug-00

**Comparison of Predicate Devices**

| Variables | Gamow Container A | Gamow container | CE/kb2 | Model 3 | Model 5 |
|---|---|---|---|---|---|
| Intended use | Acute Mountain Sickness and associated symptoms | Acute Mountain Sickness and associated milde symptoms of AMS | Same | Same | Same |
| Prevention | Yes | Yes | Yes | Yes | Yes |
| Intended population | Persons with high altitude sickness | Same | same | same | same |
| Intended environment of use | Outdoor, home | Home, Physician Office, Outdoor, Hospital, sub-acute, Emergency services | same | same | same. |
| Design Features | | | | | |
| Weight (lbs.) | 6.5 | 6.5 | 11 | 17 | 250 |
| Size - L x inflated dia. | 7 ft x 21 " | 7 ft x 21 " | 7 ft x 21 " | 7 ft x 21 " | Height 9 ft. By 54" |
| Windows | 2 | 2 | 3 | 3 | 12 |
| Straps for transport | Yes | Yes | None | None | None |
| Relief valves | Yes - Plastic | Yes - Plastic | Yes - metal | Yes - metal | Yes - metal |
| 2 way dump valve | No | No | Yes | Yes | Yes |
| Operating pressures (psi) | 2-4 | 2-4 | 2-4 | 2-4 | 2-4 |
| Methods of inflation | Foot pump / Compressor | Foot pump / compressor | Compressor | Compressor | Compressor |
| Zipper | Pressure seal | Pressure seal | Double zipper with seal flap, 2 way | Double zipper with seal flap, 2 way | Double zipper with seal flap, 2 way |
| Materials | | | | | |
| Chamber | 420 denier - urethane coated nylon | 420 denier - urethane coated nylon | 420 denier and 33-39 oz- urethane coated nylon | 33-39 oz urethane coated nylon | 33-39 oz urethane coated nylon |
| Relief valves | Plastic | Plastic | Stainless Steel | Stainless Steel | Stainless Steel |

OXY 00183

**Non-Confidential Summary of Safety and Effectiveness**

Page 3 of 3
1-Aug-00

| Attribute | Gamow K874752A | Gamow current | Model 2 | Model 3 | Model 4 |
|---|---|---|---|---|---|
| Compressor - Gast oil-less | Yes | Yes | Yes | Yes | Yes |
| Air filtration on compressor | Yes | Yes | Yes | Yes | Yes |
| Pressure gauge. | Yes | Yes | Yes | Yes | Yes |
| Ability for person inside to extricate themselves if needed | No | No | Yes | Yes | Yes |
| Operating temperature | -50°F to +120°F | -50°F to +120°F | -50°F to +120°F | -50°F to +120°F | -50°F to +120°F |
| Contraindications | Patients with head colds or flu symptoms, having consumed alcohol recently, if ear canals are blocked for any reasons, otic barotrauma, decompression sickness, pulmonary hyperexpansion, excessive carbon dioxide exposure | Same | Same | Same | Same |
| Labeling | Comparable | Comparable | Comparable | Comparable | Comparable |

**Differences between other Hyperbaric Monitored Pressure Devices**

There are no significant differences between the intended devices and the predicate - Gamow Bag - K874752A.

OXY 00184



DEPARTMENT OF HEALTH & HUMAN SERVICES                    Public Health Service

AUG 1 2 2000

Food and Drug Administration
9200 Corporate Boulevard
Rockville MD 20850

Hyperbaric Technologies, Inc.
c/o Mr. Paul Dryden
ProMedic, Inc.
6329 W. Waterview Court
McCordsville, IN  46055-9501

Re:  K001409
     Mild Hyperbaric Chamber
     Regulatory Class:  II (Two)
     Product Code: 73 CBF
     Dated:  May 2, 2000
     Received:  May 4, 2000

Dear Mr. Dryden:

We have reviewed your Section 510(k) notification of intent to market
the device referenced above and we have determined the device is
substantially equivalent (for the indications for use stated in the
enclosure) to legally marketed predicate devices marketed in
interstate commerce prior to May 28, 1976, the enactment date of the
Medical Device Amendments, or to devices that have been reclassified
in accordance with the provisions of the Federal Food, Drug, and
Cosmetic Act (Act).  You may, therefore, market the device, subject
to the general controls provisions of the Act.  The general controls
provisions of the Act include requirements for annual registration,
listing of devices, good manufacturing practice, labeling, and
prohibitions against misbranding and adulteration.

If your device is classified (see above) into either class II
(Special Controls) or class III (Premarket Approval), it may be
subject to such additional controls.  Existing major regulations
affecting your device can be found in the Code of Federal
Regulations, Title 21, Parts 800 to 895.  A substantially equivalent
determination assumes compliance with the Current Good Manufacturing
Practice requirements, as set forth in the Quality System Regulation
(QS) for Medical Devices: General regulation (21 CFR Part 820) and
that, through periodic QS inspections, the Food and Drug
Administration (FDA) will verify such assumptions. Failure to comply
with the GMP regulation may result in regulatory action.  In
addition, FDA may publish further announcements concerning your
device in the Federal Register.  Please note: this response to your
premarket notification submission does not affect any obligation you
might have under sections 531 through 542 of the Act for devices
under the Electronic Product Radiation Control provisions, or other
Federal laws or regulations.

OXY 00185

Page 2 - Mr. Paul Dryden

This letter will allow you to begin marketing your device as described
in your 510(k) premarket notification. The FDA finding of substantial
equivalence of your device to a legally marketed predicate device
results in a classification for your device and thus, permits your
device to proceed to the market.

If you desire specific advice for your device on our labeling
regulation (21 CFR Part 801 and additionally 809.10 for in vitro
diagnostic devices), please contact the Office of Compliance at
(301) 594-4648. Additionally, for questions on the promotion and
advertising of your device, please contact the Office of Compliance at
(301) 594-4639. Also, please note the regulation entitled,
"Misbranding by reference to premarket notification" (21 CFR 807.97).
Other general information on your responsibilities under the Act may
be obtained from the Division of Small Manufacturers Assistance at its
toll-free number (800) 638-2041 or (301) 443-6597, or at its internet
address "http://www.fda.gov/cdrh/dsma/dsmamain.html".

Sincerely yours,

James E. Dillard III
Director
Division of Cardiovascular and
  Respiratory Devices
Office of Device Evaluation
Center for Devices and
  Radiological Health

Enclosure

OXY 00186

Premarket Notification 510(k)
Section 2 - Certifications and Summaries

2.7 Indications for Use

Page 1 of 1

510(k) Number: _K001409_ (To be assigned)

Device Name: Mild hyperbaric chambers

Intended Use: To provide mild hyperbaria for the treatment of Acute
Mountain Sickness (AMS) and its associated mild
symptoms

Concurrence of CDRH, Office of Device Evaluation (ODE)

(Division Sign-Off)
Division of Cardiovascular, Respiratory,
and Neurological Devices
510(k) Number _K001409_

Prescription Use ✓___ or Over-the-counter use __
(Per CFR 801.109)

Page 2.7 Rev
Revised June 28, 2000

OXY 00187