# EXHIBIT G

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


AMY SPARKS, individually, and
ROBERT D. SPARKS, as Personal
Representative of the ESTATE
OF JARRED B. SPARKS,

        PLAINTIFFS,


vs.                        CIVIL ACTION NO. 5:13-cv-00649-FL


OXY-HEALTH, LLC and
OXY-HEALTH CORPORATION,

        DEFENDANTS.



_____



DEPOSITION OF

DYLAN J. SPARKS

(Taken February 21, 2014,

at 9:57 a.m.)

on or if they weren't hooked up?

A   No, sir.

Q   Did you know prior -- prior to the time of the incident, did you know whether or not, if the chamber was sealed up and the air pumps were not running, that there was some kind of a suffocation risk?

MR. SWETT: Object to form.

A   Can you say that again?

BY MR. CHIGNELL:

Q   Yeah. If -- prior to Jarred's death --

A   Okay.

Q   -- did you know that if the chamber was sealed up and the air pumps were not running, that someone inside could suffocate?

A   I didn't think about it. But I could probably have figured it out that you're not going to get air if it's sealed up.

Q   And if the air pumps were not connected, was the -- did you ever disconnect or reconnect that quick-release at the top of the chamber that leads to the two pumps?

A   No, sir.

Q   You just left it the way it was?

A   Yes, sir.

Q   Did you guys have any rules about whether or not Jarred could go near the chamber without being, you

Case 5:13-cv-00649-FL Document 36-7 Filed 11/24/14 Page 3 of 11

Why was he tired that evening, more tired than normal?

MR. SWETT: Object.

A    He wasn't, like, more tired than normal. He usually went to bed around, like, 9:00 or 10:00. That's just how he was. He always went to bed that early.

BY MR. CHIGNELL:

Q    I was just following up on a point. I think earlier you said that he was tired -- he was really tired that evening.

A    Uh-huh.

Q    Is that correct?

A    Yes, sir.

Q    And was he more tired that evening than prior -- than on a regular day?

A    No. He just usually got tired around that time.

Q    And you said that when you sat there and were on the computer, you said you heard the air coming out?

A    Yes, sir.

Q    Tell me what that means.

A    The air coming out the two black little pressurizer things, so that it doesn't fill all the way up with air and bust. I heard those, and it makes, like, a distinct sound.

Q    Does it sound like a whistle?

A    It's like a (indicating).

Q    Like a hissing sound?

A    Yeah, like that.

Q    And how soon after you left the room did you started hearing the hissing sound?

A    Like, ten minutes, maybe.  However long it takes to fill up the chamber.

Q    And were you listening for the hissing sounds?

A    No.  It's just so loud you'll hear it.

Q    And the hissing sound is made by the pressure relief valves on the foot of the chamber --

A    Yes, sir.

Q    -- like, down where his feet would be?

A    Yes, sir.

Q    And that essentially allows the chamber to maintain a specific pressure without getting too inflated?

A    Yes, sir.

Q    And did you hear those -- did you hear that hissing sound the entire time -- strike that.

         After the hissing sound started --

A    Uh-huh.

Q    -- and you heard it, did that continue until you finished up on the computer?

A    Yes, sir.

Q    Do you specifically remember hearing the hissing

A     Like, 20 or 30.

Q     Okay.  So maybe you -- is the best recollection that you have that you were up at the top of the stairs up until about 11:30 -- I'm sorry -- up until about 10:30?

A     Yes, sir.

Q     Other than having the valve hit the shelf, or something on the shelf, and have it disconnected while Jarred was moving in his sleep, are you aware of any other way for that valve to become disconnected?

A     No, sir.

Q     Did you ever disconnect the valve -- I think I know the answer to this question.  I'll just ask anyway.

Did you ever disconnect the valve from the chamber while the pumps were working?

A     No, sir.

Q     And to see how -- to see whether or not it was easier to get -- or whether or not it was easier to take the valve off when the pumps were on, as opposed to when the pumps were off?

A     No, sir.

Q     When the police officers were asking questions about whether or not the tube was in its correct position, after they arrived, did you show them how to reconnect it?

Case 5:13-cv-00649-FL     Document 36-7     Filed 11/24/14     Page 6 of 11

look at the last sentence there.  Based on that last sentence, what's your opinion -- what's your understanding as to whether or not this chamber was designed for in-home use?

A    I mean, it's a -- it's supposed to be able to fit in a home anywhere.  I mean, it's a home.  So room, hallway, anything.

Q    Okay.  How about turn to page 8 for me.  And I'll read the last sentence of the first paragraph.  It says, "With proper training, a user could easily give self-treatments, a feature that no other hyperbaric chamber can offer."

Based on that sentence, what's your understanding as to whether or not anyone needs to be in the same room when someone is getting treatment in a hyperbaric chamber?

A    Well, it says self-treatment.  So that's why there's a valve on the inside of the tank, so that you can let the air out to decompress, and once it's all the way decompressed, you can then unzip it and get out yourself and turn the pumps off yourself.

Q    Okay.  Turn to page 11 for me.  I'll read the first note there at the bottom.  It says, "Note:  No specialized training is required to operate the portable mild hyperbaric chamber."

Case 5:13-cv-00649-FL    Document 36-7    Filed 11/24/14    Page 7 of 11

Did I read that sentence accurately?

A    Yes, sir.

Q    Based on that sentence, what's your understanding as to whether or not any specialized training is required to operate this chamber?

A    There's no class or license you need to have to operate this machine.

Q    You were also asked earlier about the timing that -- the possible timing of the 911 call, whether or not it was 3:11, or it could have been sometime thereafter.

Would you agree with me that basically the 911 call will speak for itself?  The 911 record itself would -- strike that.

A    Yes, sir.

Q    If the 911 call says that you called at some other time other than 3:11 a.m., would you have any reason to dispute that?

A    No, sir.

Q    Okay.  What's your understanding as to who manufactures the oxygen concentrator, if you know?

A    Can you rephrase that?

Q    Do you know who manufactured or who made the O2 concentrator?

A    No, sir.

Q    Do you know one way or the other whether it's the same manufacturer of the chamber?

A    I know it's not the same, and it's like an add-on to the chamber.

        MR. SWETT:  That's all the questions I have.  Thank you.

                    FURTHER EXAMINATION

BY MR. CHIGNELL:

Q    Based on that, I've just got one other question.

        Do you believe it's important to use the chamber in a manner that's consistent with the manual and the instructions?

A    Yes, sir.

Q    Do you agree that it's improper to use the chamber in a way that's not consistent with the manual and the instructions?

        MR. SWETT:  Object to form.

BY MR. CHIGNELL:

Q    Do you want me to ask it again?

A    Yeah.  Say that one more time.

Q    Do you believe it's important to not use -- do you believe that it's important to not use the chamber in a manner that's inconsistent with the manual and the instructions?

        MR. SWETT:  Object to form.

Case 5:13-cv-00649-FL    Document 36-7    Filed 11/24/14    Page 9 of 11

A    I believe that you should follow it.  So, yes.

BY MR. CHIGNELL:

Q    You believe you should follow the instructions?

A    Yes, sir.

Q    Take a look at page 26 in that manual as well. Under the seven steps as observed, it says, set a clock or timer -- we've already asked -- I've already asked you some questions about this step.  Do you remember those questions?

A    Yes, sir.

Q    Do you agree that that step requires that a person remains with the person inside -- I'm sorry -- do you agree that that step requires that someone remain with the chamber during the entire treatment, and that a person regularly check on the person inside the chamber?

A    No, sir.

Q    What do you mean?  Why don't you believe that?

A    Because the whole clock and timer thing, you don't have to have somebody to do that for you.  I mean, if it's a self-treatment thing, then you should be able to -- you can take a time in the machine yourself.  It's not going to hurt you.  And you can set a timer for an hour, and when it's an hour, then you just deflate yourself and let yourself out, and turn it off.

Q    Okay.  But do you believe it's a requirement that a

clock or timer is set for the prescribed treatment period?

        MR. SWETT:  Object to form.

A   No, sir.

BY MR. CHIGNELL:

Q   Do you agree that step seven instructs the user to set a clock or timer for the prescribed treatment period?

A   Yes, sir.

Q   This manual relates to the use of the treatment -- I'm sorry -- relates to the operation of the chamber, and there's nothing in here, that I've seen, at least the parts that we've read about, the treatment of autistic individuals.

A   Uh-huh.

Q   Do you know whether or not additional precautions should be taken in the use of the chamber when an autistic individual is involved?

A   No, sir.

Q   Okay.  If you were inside the chamber and something happened with the air pump, or something malfunctioned, would you know how to get out if you needed to get out?

A   Yes, sir.

Q   And I believe you told me before that Dylan [sic] essentially was told by you guys never to get out of the