# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION


AMY SPARKS, Individually, and
ROBERT D. SPARKS, as Personal
Representative of the ESTATE OF
JARRED B. SPARKS,

                    Plaintiffs,


     vs.                              Civil Actin No.
                                      5:13-CV-00649-FL

 OXY-HEALTH, LLC and OXY-HEALTH
 CORPORATION,

                    Defendants.

------------------------------------------------------------


                    ------------------

                    SEPTEMBER 30, 2014

                    ------------------


     VIDEOTAPED DEPOSITION of PETER LEWIS in the
above-entitled action, taken before Katherine D.
Nichols, Registered Professional Reporter and Notary
Public in the State of New York, at the Hilton Garden
Inn, 800 Albany Shaker Road, Albany, New York,
commencing at 9:37 a.m. on the above date.

MAGNA
LEGAL SERVICES

list?

A. Yes.

Q. Okay. Thank you, sir.

What do you know about Jarred Sparks' death and the use of the Oxy-Health chamber on that night?

A. Well, I know that the mother asked the youngest son to prepare his brother to go into the chamber, and -- which he did. And he claims that he made the connection to the -- from the compressor to the chamber, he turned it on, and when he left, he indicated that he heard the hissing noise coming from the relief valves, which would indicate that this was fully pressurized.

And then the mother was to let him out after a certain period of time, and I don't know, normally it's an hour, but perhaps it was longer, and she fell asleep. And he was left unattended, and the hose became disconnected somehow and he suffocated.

Q. Do you have any opinion as to how that quick disconnect and the hose became disconnected?

A. I don't know. The only way it can be connected [sic] is if the push button was to be compressed.