EXHIBIT K

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:13-cv-00649-FL

------------------------------------
AMY SPARKS, individually, and    :
ROBERT D. SPARKS, as Personal    :
Representative of the ESTATE     :
OF JARRED B. SPARKS,            :
                                        :
    Plaintiffs,                 :
                                        :
vs.                               :
                                        :
OXY-HEALTH, LLC and            :
OXY-HEALTH CORPORATION,       :
                                        :
    Defendants.               :
------------------------------------

VIDEOTAPED DEPOSITION OF

AMY SPARKS

Taken by the Defendants
Fayetteville, North Carolina
February 17, 2014

Reported by:  Eileen M. Dunne,
              Court Reporter and

Case 5:13-cv-00649-FL   Document 36-11   Filed 11/24/14   Page 2 of 5

about not more than maybe two hours, three hours. But he didn't want me doing like six or seven, no overnights, that kind of thing.

Q. Okay. And so do -- and you had personal conversations with Dr. Kartzinel on the phone that resulted in this prescription being written?

A. Yes.

Q. Okay. Did Dr. Kartzinel ever tell you anything at any point before -- before or after giving you the prescription about how to monitor Jarred inside the chamber --

A. No.

Q. -- when it was being used?

A. No.

Q. Okay.

A. What are you -- let me ask -- before I say no, can you -- can you reword the question? What -- what exactly are you asking me?

Q. Well, I'm just trying to figure out if -- if Dr. Kartzinel ever said, you know, Here's this -- you know, I'm just trying to figure out what it says when it says use as directed. The way that he directed you to use it was essentially to put Jarred in there for two to three hours or -- well, why don't you tell me. How did he direct you to use it?

Q. Okay. Now, once the -- who -- who connected the concentrator to the hyperbaric chamber when it was originally set up?

A. Rusty, I believe.

Q. Okay. And did -- did it ever -- did you ever disconnect the hype -- the O2 concentrator from the hyperbaric chamber?

A. Never.

Q. Okay. And then who connected the pumps to the Y-tubing into the hyperbaric chamber?

A. I believe it was Rusty and Rob --

Q. Okay.

A. -- my husband.

Q. And then once it was connected on the day that you took delivery, did you ever -- was it ever -- did you ever disconnect it at any time?

A. No.

Q. Okay. So, to your knowledge, from -- from June -- I'm sorry, from February 5th, 2011 until Jarred's death, it was essentially hooked up the entire time and shown as you've depicted it in Exhibit 5?

A. I never disconnected anything, no. And to my -- the -- and to the best of my knowledge, no one else did either.

was that once you acquired the chamber from the Pressons, every time that you used it after that, it was always after Jarred had gone to sleep. You would wake him up, let him go to the bathroom, put him in the chamber, let him treat for however long he was treating and then get him back out?

A. Yes.

Q. Would you also have to wake him up in order to get him out of the chamber?

A. Usually.

Q. Did you ever talk to Dr. Kartzinel about whether or not somebody should be in constant contact with Jarred as Jarred was treating inside the chamber?

A. No.

Q. Did you ever talk to Janet Presson about whether or not somebody should be always present while Jarred is treating inside the chamber?

A. I don't recall.

Q. Okay. So let's move to the day of -- I think it was June 10th, and tell me what happened on -- on that day. If you could start from the beginning of the day. I think you -- I believe you said that was a Thursday?

A. Yeah, a Thur -- he died on a Friday, but it