# EXHIBIT M

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION


AMY SPARKS, INDIVIDUALLY, and       )

ROBERT D. SPARKS, AS PERSONAL       )

REPRESENTATIVES OF THE ESTATE OF    )

JARRED B. SPARKS,                   )   CIVIL ACTION FILE NO.:

                                    )

            Plaintiffs,             )   5:13-CV-649-FL

                                    )

v.                                  )

                                    )

OXY-HEALTH, LLC, and                )

OXY-HEALTH CORPORATION,             )

                                    )

            Defendants.             )


DEPOSITION OF JEFF BRADSTREET, MD,

taken at the instance of the Defendants, pursuant to

stipulations contained herein, before Julie Breedlove,

Certified Court Reporter, at 1:00 p.m., on July 28, 2014, at

4488 Commerce Drive, Suite B, Buford, Georgia.

Q    -- basis?  Okay.  And then, as far as -- well, strike that.  Did you -- did Creation's Own give any instructions to the families that were -- rented the chambers, about how to use them and what to do?

A    Extensive.  We typically would have, when we were in the process of renting them to families, we had an employee who was very experienced with hyperbarics herself who would counsel the families, typically would spend an hour going over the whole process of operation, safety, and to deal with it.

Q    And where would that training take place?

A    Usually in the clinic.  They would either be there with us and then they'd go back home, or on the phone.

Q    And then who would be responsible for that training?

A    It varied at different times, but we would have an employee in the center who did that.

Q    Were those the CMAs that would do that?

A    No.  Patti Hawkins did most of that.

Q    And what was her -- what was her title at the time?

A    I don't think she had a title.

Q    Got you.  And so she would be -- she was resident in Florida; is that correct?

A    Yes.

Q    Where was your clinic in Florida?

A    It was in the Melbourne area.

Q    And can you, to the best of your knowledge, do you

Case 5:13-cv-00649-FL   Document 36-13   Filed 11/24/14   Page 3 of 6

A   Yes, for both the Vitaeris as well as for the Fortius.

Q   How about for -- do you have any knowledge -- someone who -- a consumer who purchases the Vitaeris, say they purchase it directly from Oxy-Health, do you know whether a technician goes to the home of that consumer and provides any type of training?

A   I have no knowledge of how Oxy does that.

Q   I believe you testified that Ms. Patti Hawkins would provide some training to -- well, let me try and split this up. Would she provide training to people who would treat in your clinic?  First -- that's the first question.  Would Ms. Hawkins provide training to people who would treat in your clinic on how to use a hyperbaric chamber?

A   No.

Q   Would she provide training to people who received a prescription from you to treat in another clinic?

A   No.

Q   Would she provide training to parents and patients who received a prescription from you to perform hyperbaric chamber therapy at home?

A   If they were getting the chamber from us, like renting it from us or something.

Q   Do you know one way or the other whether Ms. Hawkins provided any type of instruction over the telephone to the

Case 5:13-cv-00649-FL   Document 36-13   Filed 11/24/14   Page 4 of 6

Sparks family?

A    I have no independent knowledge of that.

Q    Do you know one way or the other whether she provided a handout to the Sparks?

A    No.

Q    Do you have any knowledge as to whether she provided instruction or training to the Sparks in person here at your clinic -- or at your clinic at the time?

A    No.

Q    If someone purchased a hyperbaric chamber for at-home use, based on your experience in purchasing chambers and reading the manual, what would they have to go on as far as how to set the chamber up?

A    There was a video, as well as the manual, that's -- I think we got a DVD that had, like, a -- how to assemble it, and all that sort of stuff.

Q    Do you recall anything in the DVD or the manual that warned or spoke at all about hazards associated with setting up a chamber close to other objects in a home setting?

A    I don't recall.

Q    Would you agree with me, though, that a family that purchased a hyperbaric chamber only -- strike that.  Do you have any knowledge one way or the other whether Ms. Hawkins ever warned the Sparks about the suffocation hazard associated with hyperbaric chambers?

Case 5:13-cv-00649-FL     Document 36-13     Filed 11/24/14

A    I don't know if she ever even talked to the Sparks. I have no independent knowledge or way to verify that at this time.

Q    **Do you recall anything in the DVD or the manual that accompanied the Vitaeris 320 warning users that the quick-disconnect valve could inadvertently become disengaged?**

A    I don't recall anything about that.

Q    **Were you aware that in 2002 a similar quick-disconnect valve on another chamber manufactured by Oxy-Health became inadvertently disengaged?**

MR. CHIGNELL:  Objection to the form.  It's also incorrect.  But go ahead.

A    No, I'm not aware of that.

Q    **At the time of Jarred's death, you no longer used hyperbaric chambers in your practice, correct?**

A    No, I still did.  It would be December of 2011 that Rossignol and I finalized our separation of practices.  So this was somewhere prior to December of 2011, right?

Q    **Okay.**

A    What was his date of death?

MR. CHIGNELL:  June 2011.

THE WITNESS:  No, we still were using chambers at that point.

BY MR. SWETT:  (Resuming)

Q    **So for you, the split was finalized in December**

Case 5:13-cv-00649-FL   Document 36-13   Filed 11/24/14   Page 6 of 6