# EXHIBIT N

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:13-cv-00649-FL

```
-------------------------------------
AMY SPARKS, individually, and      :
ROBERT D. SPARKS, as Personal      :
Representative of the ESTATE       :
OF JARRED B. SPARKS,               :
                                   :
    Plaintiffs,                    :
                                   :
vs.                                :
                                   :
OXY-HEALTH, LLC and                :
OXY-HEALTH CORPORATION,            :
                                   :
    Defendants.                    :
-------------------------------------
```

VIDEOTAPED DEPOSITION OF

ROBERT D. SPARKS

Taken by the Defendants
Fayetteville, North Carolina
October 3, 2014

Reported by:  Eileen M. Dunne,
              Court Reporter and
              Notary Public

Electronically signed by Eileen Dunne (501-192-689-1740)                                        2d7cca5f-d416-47eb-a5ea-7b83cecf0d2b

A. Then Dylan usually.

Q. Okay. And then what about Kelsey?

A. She was at college.

Q. Did you ever ask A Small Miracle or the Pressons whether or not there were any risks of using the chamber in the home?

A. I never asked them, no.

Q. Did you understand that with all medical devices there is a risk of something happening?

MR. SWETT: Object to form.

A. No. I mean ...

Q. Okay. Are you aware of this type of thing ever happening before, an air hose coming off of -- well, strike that. Let me start again.

During the time that you had your borrowed chamber and your leased chamber, did the quick disconnect valve ever disconnect prior to the night of Jarred's death?

A. Not to my knowledge.

Q. Okay. Are you aware of a quick disconnect like this ever becoming disconnected from any other Oxy-Health chamber during a treatment of a patient?

A. I read something where one did come disconnected somewhere sometime. I don't remember what or where, but I either read something or seen it

Electronically signed by Eileen Dunne (501-192-689-1740)                    2d7cca5f-d416-47eb-a5ea-7b83cecf0d2b