# EXHIBIT O

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

Civil Action No.: 5:13-cv-00649-FL


AMY SPARKS, Individually, and       )

ROBERT D. SPARKS, as Personal       )

Representative of the ESTATE OF     )

JARRED B. SPARKS,                   )

               Paintiffs,              ) VIDEO

-vs-                                ) DEPOSITION OF:

                                     ) W.T. WORKMAN

                                     ) July 25, 2014

OXY-HEALTH, LLC and                 )

OXY-HEALTH CORPORATION,             )

              Defendants.             )

_____


The deposition of W.T. WORKMAN, taken

before Lynda A. Bousquet, Registered Professional

Reporter and Notary Public, at the law offices of

Motley Rice, LLC, 28 Bridgeside Boulevard, Mt.

Pleasant, South Carolina, on Friday, July 25, 2014,

at 10:00 a.m.

**scope of that document, please.**

A    1.1.1:  This standard provides requirements for the design, fabrication, inspection, testing, marking, and stamping of pressure vessels for human occupancy having an internal or external pressure differential exceeding 2 psi, thereafter called PVHOs or chambers.

**Q    Okay.  Based on your review of the material in this case, do you have an opinion as to whether or not ASME PVHO-1 applies to the Vitaeris 320 chamber at issue in this case?**

MR. CHIGNELL:  Objection to the form.

A    Yes.  It applies.

**Q    Okay.  And what is the basis of that opinion?**

A    The basis of the opinion is that in 1996 or, roughly, as a -- as the chairman of the medical system subcommittee, I was asked by the sitting chairman at the time to define what the scope of service for ASME PVHO was because, at that point, it was undefinable.  It simply said the pressure continuum.

So we -- we contacted the Aerospace Medical Association and the Undersea & Hyperbaric Medical Society and asked the question what is the lowest

Case 5:13-cv-00649-FL    Document 36-15    Filed 11/24/14    Page 3 of 5

been part of what OxyHealth would have included as part of the user manual in their description of daily start-up procedures.

Q    Did OxyHealth do that?  Did you see such a checklist in the user manual in this case?

A    No.

Q    Is that failure to -- in your opinion, would that be a failure to comply with the industry standard?

MR. CHIGNELL:  Objection to form of the question.

A    I have stated that the existence of a start-up and shut-down checklist is an industry standard.

Q    In your expert opinion, does the fact that the Vitaeris 320 was cleared by the FDA to be marketed for Acute Mountain Sickness have any effect on the application or the requirement that the manufacturer comply with ASME PVHO-1?

MR. CHIGNELL:  Objection to the form.

A    Restate your question.

Q    Okay.  You testified earlier that in your opinion, ASME PVHO-1 applies to the Vitaeris 320, correct?

A    That's correct.

Case 5:13-cv-00649-FL    Document 36-15    Filed 11/24/14    Page 4 of 5

Q     Okay.  Does the fact that the FDA cleared the chamber at issue in this case to be marketed for the indication of Acute Mountain Sickness change your opinion at all with respect to that?

A     No.

Q     You testified earlier several times that training's an important component with respect to anyone using a hyperbaric chamber, correct?

A     That's absolutely correct.

Q     Okay.  You also testified that in your opinion, the user manual provided by OxyHealth with this chamber gave the users a false sense of security, correct?

A     That's correct.

            MR. CHIGNELL:  Objection to the form of the question.  He's not an expert on that.  But go ahead.  Move to strike.  Completely improper.  But go ahead.

Q     Do you have an opinion as to whether or not the manufacturer of this chamber has a duty to ensure that the end user receives proper training prior to using the hyperbaric chamber?

            MR. CHIGNELL:  Objection to the form of the question.

A     It is my opinion that the manufacturer of

Case 5:13-cv-00649-FL   Document 36-15   Filed 11/24/14   Page 5 of 5