<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that a true copy of the foregoing *PLAINTIFFS' MOTION TO EXCLUDE THE TESTIMONY OF DEFENSE EXPERT DR. STEVEN R. ARNDT* was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kevin L. Chignell, Esquire
Melanie Black Dubis, Esquire
Parker Poe Adams & Bernstein
150 Fayetteville Street
Suite 1400
Raleigh, North Carolina  27601
kevinchignell@parkerpoe.com
melaniedubis@parkerpoe.com
*Attorneys for Defendants*


Justin D. Bice
BICE LAW LLC
6000 Fairview Road
STE 1200
Charlotte, North Carolina  28210
Justin@Bicelaw.us
*Local Civil Rule 83.1 Counsel*


This the 24th day of November, 2014

/s/ W. Christopher Swett
W. Christopher Swett
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC  29464
Tel: (843) 216-9000
Fax: (843) 216-9450
cswett@motleyrice.com
*Attorney for Plaintiffs*