IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No.: 5:13-cv-00649-FL

AMY SPARKS, individually, and ROBERT D. )
SPARKS, as Personal Representative of the )
ESTATE OF JARRED B. SPARKS, )
 )
       Plaintiffs, )
 ) **MOTION FOR SUMMARY JUDGMENT**
vs. ) **BY DEFENDANTS OXY-HEALTH, LLC**
 ) **AND OXY-HEALTH CORPORATION**
OXY-HEALTH, LLC and OXY-HEALTH )
CORPORATION, )
 )
       Defendants. )
 )

Pursuant to Rules 56 of the Federal Rules of Civil Procedure and Local Rules 56.1 and 7.2, Defendants Oxy-Health, LLC and Oxy-Health Corporation (collectively "OxyHealth"), by and through counsel, hereby move the Court for an order granting OxyHealth summary judgment on all Plaintiffs' claims as set forth below. There are no genuine issues of material fact, and OxyHealth is entitled to judgment as a matter of law. The specific grounds for this motion are as follows:

1.     OxyHealth is entitled to summary judgment on Plaintiffs' N.C. Gen. Stat. § 99B-6 inadequate design and negligence claims because OxyHealth did not manufacture or design the hyperbaric chamber involved in this case, and there is no evidence of a defect that breached the manufacturer's standard of care.

2.     OxyHealth is entitled to summary judgment on Plaintiffs' N.C. Gen. Stat. § 99B-5 inadequate warnings and negligent failure to warn claims because (1) OxyHealth had no actual or constructive knowledge of any alleged defects in the chamber and (2) no failure to warn proximately caused any injury to Plaintiffs.

3. OxyHealth is entitled to summary judgment on all of Plaintiffs' claims because there is no competent evidence that OxyHealth caused Plaintiffs any damage and the undisputed evidence shows that Amy and Dylan Sparks were intervening and superseding causes of Jarred Sparks' death.

4. OxyHealth is entitled to summary judgment on Plaintiffs' breach of the implied warranty of merchantability claim because OxyHealth expressly and conspicuously disclaimed the implied warranty of merchantability.

5. OxyHealth is entitled to summary judgment on Plaintiffs' breach of express warranty claim because no express warranty applies to the hyperbaric chamber in this case.

6. OxyHealth is entitled to summary judgment on Plaintiffs' unfair and deceptive trade practices claim because there is no evidence of an unfair or deceptive trade practice.

7. OxyHealth is entitled to summary judgment on Plaintiffs' punitive damages claim because there is no evidence of fraud, malice, or willful or wanton conduct.

In support of this Motion for Summary Judgment, OxyHealth relies on the pleadings, the discovery responses, the deposition testimony of record, and the following declarations, including the exhibits thereto:

1. Declaration of Kevin Chignell; and

2. Declaration of Samir Patel.

In further support of this Motion for Summary Judgment, OxyHealth submits herewith its Memorandum of Law in Support of its Motion for Summary Judgment.

**WHEREFORE**, Oxy-Health, LLC and Oxy-Health Corporation respectfully pray the Court:

1. Enter an Order granting Defendants' Motion for Summary Judgment;

2. Enter an Order dismissing Plaintiffs' Complaint with prejudice; and

3. For such other and further relief as the Court shall deem just and proper.

2

Respectfully submitted, this the 1st day of December, 2014.

/s/ Kevin L. Chignell
Kevin L. Chignell
N.C. State Bar No. 21978
**PARKER POE ADAMS & BERNSTEIN LLP**
PNC Plaza
301 Fayetteville Street, Suite 1400
P.O. Box 389
Raleigh, NC  27602-0389
Telephone:      (919) 828-0564
Facsimile:      (919) 834-4564

*Attorneys for Defendants Oxy-Health, LLC and Oxy-Health Corporation*

3

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing **MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS OXY-HEALTH, LLC AND OXY-HEALTH CORPORATION** with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to the following:

> Anne McGinness Kearse
> T. David Hoyle
> W. Christopher Swett
> MOTLEY RICE LLC
> 28 Bridgeside Boulevard
> Mount Pleasant, SC  29464
>
> Justin D. Bice
> BICE LAW LLC
> 600 Fairview Road, Suite 1200
> Charlotte, NC  28210

This the 1st day of December, 2014.

> /s/ Kevin L. Chignell
> Kevin L. Chignell
> Parker Poe Adams & Bernstein LLP
> PNC Plaza
> 301 Fayetteville Street, Suite 1400
> P.O. Box 389
> Raleigh, NC  27602-0389