# EXHIBIT E

prior answer, Doctor, that Dylan's testimony that, based on what he heard, was inconsistent?

MR. AMMER: Objection to form.

THE WITNESS: I think your question was, did he hear it venting before he left the room?

BY MR. HOYLE:

Q. Okay.

A. And if I misunderstood you, I think his -- what I recall from his deposition is he described putting Jarred in the chamber, turning -- turning the pumps -- putting Jarred in the chamber, turning the pumps on, seeing the chamber begin to inflate, and leaving the room and closing the door. I don't believe that that's consistent with the timing it takes.

He reports that he said he heard -- he thought he heard, or he reports hearing, the venting. But he doesn't describe standing in the room waiting for the chamber to completely pressurize, or monitoring the condition of the chamber until it pressurized and caused the exhaust vents to relieve.

Q. Is there anything to suggest that the pressure in the chamber -- strike that.

Doctor, can you point me to any evidence in this record that suggests that the pressure in the

MAGNA◉
LEGAL SERVICES

chamber did not reach at least 3 psi before the quick-disconnect valve became disconnected?

A. No. As I said, I don't believe anybody has done an accident reconstruction in terms of when the disconnect valve came off. So we can't make a determination as to what the pressure was when it was disconnected.

Q. You can't tell us whether or not it was greater than, less than, or equal to 3 psi?

A. No.

Q. Well, I appreciate your last answer.

Will you agree with me that there is no evidence in the record to support a hypothesis that the air supply hose was disconnected prior to Dylan putting Jarred into the chamber and starting the air pumps on the night in question?

MR. AMMER: Objection. Form.

THE WITNESS: I have not seen anything in the record that would reflect any analysis determining that it had been disconnected prior to him putting him in the chamber.

BY MR. HOYLE:

Q. Okay.

Earlier, we were talking about scientific method; do you recall that?

MAGNA
LEGAL SERVICES