IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No.: 5:13-cv-00649-FL

AMY SPARKS, individually, and ROBERT D. )
SPARKS, as Personal Representative of the )
ESTATE OF JARRED B. SPARKS, )
)
        Plaintiffs, )
)
vs. )     **INDEX OF EXHIBITS**
)
)
OXY-HEALTH, LLC and OXY-HEALTH )
CORPORATION, )
)
        Defendants. )
)
)

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Excerpts from the transcript of the July 28, 2014 deposition of Jeff Bradstreet, M.D. |
| 2 | Excerpts from the transcript of the July 21, 2014 deposition of Nancy L. Grugle, Ph.D. |
| 3 | Excerpts from the transcript of the August 4, 2014 deposition of Jerry Kartzinel, M.D. |
| 4 | Excerpts from the transcript of the transcript of the September 12, 2014 deposition of Laura Lawyer, MSW, LCSW |
| 5 | Excerpts from the transcript of the September 30, 2014 deposition of Peter Lewis |
| 6 | Excerpts from the transcript of the July 17, 2014 deposition of Ronald J. Natoli, Jr. |
| 7 | Excerpts from the transcript of the September 17, 2014 30(b)(6) deposition of Oxy-Health, LLC and Oxy-Health Corporation through its corporate designee Samir Patel |
| 8 | Excerpts from the transcript of the February 26, 2014 deposition of Janet Lynn Presson |
| 9 | Excerpts from the transcript of the February 17, 2014 deposition of Amy Sparks |
| 10 | Excerpts from the transcript of the February 21, 2014 deposition of Dylan J. Sparks |
| 11 | Excerpts from the transcript of the October 3, 2014 deposition of Robert D. Sparks. |

| | | |
|---|---|---|
| A | Photograph of a Vitaeris 320 chamber, including the air inlet valve | |
| B | Photograph of quick disconnect valve on a Vitaeris 320 chamber | |
| C | Prescription issued by Dr. Kartzinel for hyperbaric treatment for Jarred Sparks | |
| D | Agreement to Purchase hyperbaric chamber between the Sparks and A Small Miracle | |
| E | Oxy Health Packing List and Purchase Authorization Agreement between A Small Miracle and VitaO2 | |
| F | Report of Autopsy Examination conducted on June 11, 2011 | |
| G | Correspondence dated January 16, 2009 from Jerry Karzinel, MD regarding Jarred Sparks' disability | |
| H | A Small Miracle's Person-Centered Profile for Jarred Sparks | |
| I | Prescription from Dr. Bradstreet for hyperbaric treatment for Jarred Sparks | |
| J | Oxy-Health's Portable Mild Hyperbaric Chambers Operating and Reference Manual dated January 2005 | |
| K | FDA's Certificate to Foreign Government, No. 2957-5-2003 for mild hyperbaric chambers manufactured by HTI dated May 8, 2003 | |
| L | FDA's 2005 Certificate to Foreign Government, No. 4187-6-2005 for mild hyperbaric chambers manufactured by HTI dated June 14, 2005 | |
| M | Exclusive Marketing, Sales, and Distributorship Agreement between Hyperbaric Technologies, Inc. and Oxy-Health Corporation Dated as of June 21, 1999 *[FILED UNDER SEAL]* | |
| N | Oxy-Health Letter dated 3/23/04 to Peter Lewis extending Exclusive Marketing, Sales and Distributorship Agreement *[FILED UNDER SEAL]* | |
| O | FDA's Certificate to Foreign Government, No. 22328-5-2013 for hyperbaric chambers manufactured by Hyperbaric for Life dated May 16, 2013 | |
| P | Photograph of label on the Vitaeris 320 involved in this case | |
| Q | 501(k) approval from FDA *[FILED UNDER SEAL]* | |
| R | MAUDE Adverse Event Report dated October 4, 2002. | |
| S | Photograph of warning on the Vitaeris 320 involved in this case | |