# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

AMY SPARKS, INDIVIDUALLY, and )
ROBERT D. SPARKS, AS PERSONAL )
REPRESENTATIVES OF THE ESTATE OF )
JARRED B. SPARKS, ) CIVIL ACTION FILE NO.:
)
Plaintiffs, ) 5:13-CV-649-FL
)
v. )
)
OXY-HEALTH, LLC, and )
OXY-HEALTH CORPORATION, )
)
Defendants. )

DEPOSITION OF JEFF BRADSTREET, MD,

taken at the instance of the Defendants, pursuant to

stipulations contained herein, before Julie Breedlove,

Certified Court Reporter, at 1:00 p.m., on July 28, 2014, at

4488 Commerce Drive, Suite B, Buford, Georgia.

Case 5:13-cv-00649-FL    Document 45-2    Filed 12/01/14    Page 2 of 9

Sparks vs. Oxy-Health          Bradstreet, M.D., Jeff          7/28/2014

Page 35

A    I am familiar with them, but. . .

Q    **You are familiar with them?**

A    I have knowledge of them, yes.

Q    **With the Quamvises that you had at Creation's Own, was the O2 concentrator always running?**

A    Okay.  So you made a switch to Quamvises at Creation's Own --

Q    **I'm sorry.  Thank you for -- thanks.  So with the Vitaerises -- these names -- of course, none of these names I was familiar with prior to this.**

A    No, that's okay.  That's fine.

Q    **So with the Vitaerises, when they were running, did the -- were the CO2 monitors -- or, I'm sorry, the CO2 -- strike that.  With the Vitaerises, the O2 concentrators, were the O2 concentrators always hooked up?**

A    Yes.

Q    **Okay.  And were the O2 concentrators always running?**

A    Unless we had a breakdown where one was defective and we didn't have one.  But we always used it with a concentrator where we could.

Q    **And tell me about the staff that you had that would help people in and out of the chambers.  What would the staff do?  You know, were there lab techs or technicians, or --**

A    No.  We used CMAs that were trained on the operations of the chambers, under either my supervision or the other

Sparks vs. Oxy-Health          Bradstreet, M.D., Jeff          7/28/2014

Page 36

physician's supervision. We had, depending on how busy, anywhere from one to three that would attend the chambers so that they were supervised, observed, helping the people get in and out, cleaning the chambers in between uses, et cetera.

Q    You said what -- you said one to three?

A    Depending on how busy we were, yeah. So we would -- we would -- we had staff that we would float from the medical and counter area to the hyperbaric area, depending on needs.

Q    And so if you had -- if all --

A    Five.

Q    -- if all five of the chambers were running, how many CNAs would be monitoring?

A    CMAs.

Q    CMAs. And CMAs are --

A    Medical assistants, as opposed to nursing assistants. So, a minimum of two and usually three.

Q    Okay. And what would they be doing during the time that the people were in the chambers?

A    They had walkie-talkies with them, and the individuals inside the chamber had communication devices, a walkie-talkie that they would communicate back and forth. They'd be monitoring, going around to the chambers looking at the valves on the Fortiuses to make sure that the O2 flow was at the right liters per minute, and just checking on the status of chambers and the patients in them.

Sparks vs. Oxy-Health          Bradstreet, M.D., Jeff          7/28/2014

Page 37

Q    And was it the same thing with the Vitaeris chambers?

A    They don't have the O2 flow, but they'd be checking on the status of chamber, the flow, the pressure gauges, and things like that.

Q    And would those CMAs -- would they be -- would they remain in the treatment room with the individuals?

A    There was always somebody in the room.

Q    And why is that?

A    Safety.

Q    And how did you learn about how to run the chambers? How did you learn about how to staff the clinic, as far as the chambers are concerned?

A    Well, I didn't need to be trained on how to staff the clinic. I'd been a physician for quite a while and was trained by the Air Force. So, very knowledgeable about hyperbarics and diving medicine. I'm a certified deep water diver. I'm also, you know, a flight surgeon. I was trained by the Air Force. So the whole concept of hyperbarics was not a big deal. The specifics of the chamber and the operations, you know, really didn't take more than a half hour to an hour of explanation of how things operate to be knowledgeable with that.

Q    And how did you learn about -- well, when you purchased the chambers, did they come with instruction manuals?

A    They do.

Q    And did you read the instruction manuals?

Sparks vs. Oxy-Health          Bradstreet, M.D., Jeff                    7/28/2014

Page 39

chambers. And that's when we said we needed to kind of switch out some soft for the harder chambers to get more capacity in terms of the depth that we could go to.

Q     You mentioned the walkie-talkies. So explain to me exactly how that would work. Would the person that was outside just communicate with the person on the inside on a regular basis, or every five minutes, or every ten minutes? How'd that work?

A     No, it really wasn't -- it wasn't certainly every five minutes, but frequently. Typically a parent would be in the chamber with their child. That was the typical way that we would do it. Sometimes it was a therapist or something like that, but it was usually a parent that was in chamber with the kid. So Mom and/or Dad, you know -- not and, but Mom or Dad got in the chamber with the kid, we'd make sure that the ears were doing fine, there was no problem with the compression cycle, that things were going well, the kid wasn't agitated, that there, you know, was enough, you know -- the temperature was adequate for them, and those sorts of things.

Q     And then what were the parents and the kid -- would they just lie down in there, or would they interact with one another, play with things, or --

A     Whatever they wanted to do. You're pretty limited in a 32-inch space, so, you know, it's a 32-inch diameter by a little bit over 6 feet. So it's not like it's a playground.

Sparks vs. Oxy-Health          Bradstreet, M.D., Jeff          7/28/2014

Page 43

A    It was at our practice. Whether or not it's required by a state law or federal law, I really don't know. But we would never do it without prescribing it, so. . .

Q    And how would you -- I mean, what would be the criteria that you would use to prescribe the treatment?

A    We always examined the patients. We did a history, we'd make sure that they didn't have air trapping sorts of disorders, whether it was inability to ventilate their middle ears, inability to ventilate their sinuses, problems with asthma, those kinds of conditions. So the patients would be known by us and examined by us.

Q    You mentioned that a lot of times there were kids inside these chambers with their parents during the treatments, correct?

A    There was no child with autism was not attended inside with a parent or a therapist in the chamber with them.

Q    Okay. And so that was my question. So if autistic individuals were being treated by the hyperbaric oxygen therapy, would they ever be in the chamber alone?

A    I am not aware of any situation where a child would be in the chamber by themselves.

Q    And why not?

A    Just because these are kids with autism. They're not predictable. I can't rely on them for communication. I can't be sure whether or not they're ventilating their ears properly.

Sparks vs. Oxy-Health          Bradstreet, M.D., Jeff          7/28/2014

Page 44

They're not going to necessarily -- they almost for sure would not be able to operate any kind of communication device to talk to me. So there's always somebody who could monitor the child inside the chamber.

Q     And so in addition to the person that's monitoring inside the chamber, you also had somebody monitoring both people inside, outside the chamber?

A     We had an outside person monitoring as well.

Q     Okay. So if a parent wouldn't want to get in the chamber, then you would essentially have one of the autistic therapists do it, or one of the CMAs?

A     I don't know that the therapists would want to be referred to as being autistic, but --

Q     I'm sorry. Autism therapists, I guess.

A     That might be a little bit better English. So we didn't provide the therapist, but if the family had a therapist who wanted to come along or some responsible, mature person who wanted to come along and be in the chamber with them, sometimes we'd have, like, an 18-year old sibling that would be in the chamber with a kid -- a younger kid with autism, a sibling with autism. But somebody who was responsible enough to be able to communicate with us what's going on.

Q     Let me show you what I'll mark as Exhibit 61 and ask you if you could recognize that document.

A     (Viewing document) Okay.

Sparks vs. Oxy-Health          Bradstreet, M.D., Jeff          7/28/2014

Page 72

Q    And so -- and you said you would -- what of those types of things did you use to diagnose Jarred with autism?

MR. SWETT:  Object to form.

BY MR. CHIGNELL:  (Resuming)

Q    Do you specifically recall what he did?

A    Jarred was not under my care initially.  He was under Dr. Kartzinel's care.  So -- and his original diagnosis was placed by either a neurologist or a psychologist, or somebody long before he ever came to see us.  His behaviors were certainly consistent with the diagnosis of autism every time I saw him.  So he had stereotypies, he had impairment of language, and he had abnormal social functioning.

Q    Was Jarred someone that needed to be supervised?

MR. SWETT:  Object to form.

A    24/7.  He needed to make sure that he was in a system that would properly look after him.

Q    Do you remember if -- how the Sparkses learned about the possibility of the treatment of their son Jarred with hyperbarics?

A    No idea.

Q    Okay.  Do you know if that -- did that happen as a result of somebody at Creation's Own meeting with them, or did they come to Creation's Own and say, I want to see this or I'm interested in this?  Do you recall?

MR. SWETT:  Object to form.