# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No.: 5:13-cv-00649-FL


AMY SPARKS, individually, and
ROBERT D. SPARKS, as Personal
Representative of the ESTATE OF
JARRED B. SPARKS,


   Plaintiffs,

vs.

OXY-HEALTH, LLC and
OXY-HEALTH CORPORATION,


   Defendants.

_____/



VIDEOTAPED DEPOSITION OF:  JERRY KARTZINEL, M.D.

DATE TAKEN:    August 4, 2014

TIME:    1:00 - 5:20 p.m.

PLACE:    Akerman, LLP
      420 South Orange Avenue
      Suite 1200
      Orlando, FL


REPORTED BY:    Helen Bennett, RPR, Ph.D.
      Notary Public
      State of Florida at Large

Sparks vs. Oxy-Health          Kartzinel, Jerry          8/4/2014

Page 28

more about hyperbaric chambers. Tell me sort of a thumbnail sketch of what a hyperbaric chamber is.

A    Hyperbaric chamber is a -- a place where one would go to experience increased air pressure along with oxygen for a prescribed amount of time.

Q    Okay. And what does a hyperbaric chamber do for individuals?

A    It increases the amount of oxygen that can be dissolved in the blood.

Q    Okay. And how long have you used hyperbaric chambers in the treatment of autistic individuals?

A    Since roughly 2003, 2004.

Q    Okay. And how did you find out about it? Why did you start?

A    I was asked to look into the -- the potential use of hyperbaric oxygenation for autistic children by the group called Defeat Autism Now.

Q    Okay. And -- and had you had any experience with hyperbaric chambers before that time?

A    No.

Q    Okay. And tell me what your -- so how did you find out about it? What did you learn? What did you do?

Sparks vs. Oxy-Health          Kartzinel, Jerry          8/4/2014

Page 30

behind why it may work.  Are you familiar with that?

A    I believe so.

Q    Okay.  Tell me just generically about the science.

A    The -- the movement of oxygen beyond the red blood cell carrying capability and dissolving it in the plasma allows each milliliter of blood to carry more oxygen.

The diffusing of the oxygen from plasma is greater than the diffusing of oxygen off the red blood cell, allowing it to penetrate deeper into tissue.  And if it's wet, basically, then it's going to be exposed more to the oxygen.

Oxygen then is uptaked by the mitochondria, and the mitochondria through cellular respiration make more ATP, and they start regenerating activities that those cells were designed to do in the first place.

Q    Okay.  Thank you.  And so how do you determine whether or not to prescribe hyperbaric treatment for autistic patients?

A    I look at the constellation of symptoms and what we have tried and what has worked and what has not worked.  At times I might ask for what is called a SPECT scan to determine if there is a

Sparks vs. Oxy-Health            Kartzinel, Jerry                    8/4/2014

Page 33

Q    I'm sorry.  You can go ahead.

A    Okay.  No.  It is a medical intervention that requires a prescription.

Q    I got you.  Okay.  So your medical license allows you to prescribe the -- the chamber?

A    That's correct.

Q    Okay.  And is the -- you said there are fourteen, you said, approved indications --

A    That is correct.

Q    -- for hyperbaric chambers through the FDA?

A    Yes.

Q    And is the treatment of autism one of them?

A    No.

Q    So as a result, I guess the treating of autism with hyperbaric chamber is essentially a non-recognized use by the FDA or a non-recognized indication?

MR. PITTENGER:  Object to the form.  I mean, you can answer.

A    I believe you are looking for off label use.

Q    Okay.  Is that -- so is that -- so is the treatment of autism with hyperbarics an off label

Sparks vs. Oxy-Health          Kartzinel, Jerry          8/4/2014

Page 34

use --

A     Yes.

Q     -- of the hyperbaric chamber?

A     Yes, it is, that is correct.

Q     And so how do you -- how do you describe an off label use?

A     The American Academy of Pediatrics in March 2014 clearly describes off label/on label use so I will refer you to that particular copy.  I concur with their statement.

But essentially it is using a therapeutic intervention that the FDA has not received sufficient data to incorporate it on their on label use.

Q     Got you.  Are you involved in the -- in a movement or any attempt to try to get the FDA to recognize the treatment of autism with hyperbaric chambers?

A     No, sir.

Q     Okay.  So -- So when you make -- when you give a prescription for hyperbaric treatments, how does that generally go?  I mean, you do the prescription.

I mean, first let me show you the prescription that was done in this case.

Sparks vs. Oxy-Health          Kartzinel, Jerry          8/4/2014

Page 35

(Off the record)

Q     Let me show you what has already been marked as Exhibit 2 and ask you to identify that for the record.

A     Okay.  This is a prescription for a home chamber for hyperbarics.

Q     Okay.  And is that your signature at the bottom?

A     Yes, it is.

Q     And that's on the Kartzinel Wellness Center prescription pad?

A     That is correct.

Q     And what was the date?

A     1/12/2011.

Q     Okay.  And so a typical chamber prescription, is it -- does it include -- do you -- do you talk to the family members in addition to providing the document, the prescription that has been marked as Exhibit 2, something like that?

A     Yes.

Q     Okay.  And what -- in addition to what has been marked as Exhibit 2 as an example, what other types of information do you give them as far as the hyperbaric oxygen therapy?

A     It depends on their previous experience

Sparks vs. Oxy-Health          Kartzinel, Jerry          8/4/2014

Page 57

techs?

A     Tech usually says, "Everything okay", and the child comes back, "Yes, everything is okay" or, "We need to come out now.  Somebody has got to go potty".

Q     And then they take the chamber back down to no pressure, open it up and let the person out?

A     Correct.

Q     The hyperbaric techs, how many -- what is the -- what is the -- how many hyperbaric techs are assigned per clinic?

A     Per my clinic?

Q     Yeah.

A     I had one tech for the most one or two chambers.

Q     Okay.  And then what did -- did that tech stay in the room the entire time?

A     Yes.

Q     Did the tech ever leave?

A     No.

Q     Okay.  And why not?

A     Just because I feel it is good to have somebody always with the patient.

Q     Okay.  And so -- and those techs, would -- would they, I guess, observe what was going on with

Sparks vs. Oxy-Health          Kartzinel, Jerry          8/4/2014

Page 58

the -- with the pumps and with the chambers and with
the gauges?

    A    That's correct.

    Q    Okay.  Other than -- well, strike that.

    Chris and I have seen one of these
chambers operate before.  And, you know, other than
the equipment that is connected, the pumps and the
chamber and the O2 concentrator, there is little
else to sort of monitor.

    A    That's correct.

    Q    And I'm just trying to figure out, is the
hyperbaric tech just essentially making sure that
nothing is going wrong?

    A    That's correct.

    Q    Okay.  And -- and based on your
conversations with the -- with the hyperbaric techs
that do this monitoring, what kinds of things do
they report to you that they have had to see or
correct or change?

    A    The number one thing is the pressure.
They -- some of the children have to have a slower
pressure put in so they can equilibrate the air on
both sides of the eardrum.  It takes them a little
bit longer.

    Kind of like when you are coming down in

expressed to people about the minimum age --

A    No.

Q    -- of the person inside?

A    No.

Q    Or, I'm sorry, the person that was outside watching?

A    No.

Q    Okay.  And so just so I'm clear, your expectation was, is that the way that the home therapy would be delivered would be substantively exactly the same as the -- well, let me take that back.

Was it -- it was your expectation that the way that the home therapy was going to be delivered was exactly the same way that the in-clinic therapy was delivered, correct?

A    Correct.

Q    Okay.

MR. PITTENGER:  You need to take a break or something?

THE WITNESS:  No.

(Off the record)

Q    Let me know if you want to take a break. I don't want to --

A    I'm good.  I'm good.

Sparks vs. Oxy-Health          Kartzinel, Jerry                    8/4/2014

Page 73

Q   And, Dr. Kartzinel, was it acceptable for the autistic individual to be inside the chamber alone during the home use?

A   It can go either way.

Q   Okay.  So either -- either inside with somebody or have the person outside?

A   That's correct.

Q   Okay.  And was the person on the outside that was monitoring, was that person supposed to be making regular contact with the person inside the chamber?

MR. SWETT:  Object to form.

A   Contact, observations, yeah, eyes in, just looking.

Q   Got you.  And when you -- when you talked with people about making that transition from in-clinic use to home use, would you talk to them about making sure that they would make or -- they would monitor them visually?

A   Yes.

Q   Okay.  And what about use of a -- of a walkie-talkie or --

A   Yes.

Q   Okay.

A   For those kids who can.  Generally they

Sparks vs. Oxy-Health          Kartzinel, Jerry          8/4/2014

Page 74

can't.

Q    Okay.  And then if they couldn't, then you would essentially look through the window at the top to make sure the person was okay?

A    Um-hum.

Q    Is that right?

A    Yes.

Q    Was an autistic individual ever allowed to self treat inside the chamber?

MR. SWETT:  Object to form.

A    On his own by himself?

Q    Yes.

A    No.

Q    Okay.  How often would you tell people to make contact with the person inside the chamber?  I mean, if the chamber treatment is an hour, we don't want to make contact every minute.  That is obviously way too much.

But you also don't want to do it not at all, so what were you telling your clients?

MR. SWETT:  Object to form.

A    I would say periodically.  I wouldn't have a minute to minute kind of thing.

Q    Okay.  And so if the -- if the treatment was an hour, we are talking, you know, a couple of

Sparks vs. Oxy-Health        Kartzinel, Jerry        8/4/2014

Page 75

three times during the hour --

           MR. SWETT:   Object to form.

     Q     -- or more often or less?

     A     More often.

     Q     Is there like -- was there some guideline
like every 15 minutes?

           MR. SWETT:   Object to form.

     A     No.   It was basically just keep -- keep an
eye on your child.   So if they are sitting there and
they are playing one of their games, they just every
now and then take a peek and see if they are sitting
there, if the oxygen mask slipped off, or whatever.

     Q     Just to make sure that everything is going
correctly, correct?

     A     Um-hum.

     Q     Okay.   When the chambers were pressurizing
from being -- well, strike that.   When somebody gets
zipped up in the chamber -- actually, let me ask a
different question.

           When did you turn -- When did you turn the
pumps on:   When you were operating the chambers?

     A     Repeat the question.

     Q     Yeah.   If you were starting a treatment
with somebody --

     A     Um-hum.

Sparks vs. Oxy-Health          Kartzinel, Jerry          8/4/2014

Page 86

A     Correct.

Q     But you were --

A     On those dates part of that treatment team.

Q     Okay.  Thank you.  How would you -- if you had to explain or describe what Jarred's condition was and how it affected him to somebody who didn't know him, what would you say?

A     In what respect?

Q     Well, how would you describe -- I mean to --

A     Autistic?

Q     Yes.

A     Yes, he is autistic.

Q     Okay.  But as far as on the spectrum of autism, how would you characterize him or how did you characterize him when you were seeing him?

A     Depending on where he was, moderate to severe.

Q     And when you say depending on where he was?

A     When I first started working with him he was noncommunicative or very sparsely communicative.  He was rageful.  He was -- had strange, strange obsessions of dumping things, of eating, periods of

Sparks vs. Oxy-Health          Kartzinel, Jerry          8/4/2014

Page 87

time where he would pee on couches and carpeting and just everywhere.

At his better times he was communicative, nonrageful, totally potty trained, self-sufficient. So he would have this waxing and waning of abilities.

Q    And did that continue from the time that you met him until his death?

A    Yeah, but it seemed to be getting better.

Q    Okay.

A    He was improving.

Q    Let me show you what has been marked previously as Exhibit 62. I'm going to ask if you can identify Exhibit 62.

A    I can identify 62.

Q    Okay. What is it?

A    It is a letter of generality, "To Whom It May Concern", giving Jarred's -- at 16 months -- 16 years, 8 months of his life kind of where he was from an autistic point of view.

Q    And do you know what caused this letter to be written? I mean, was there -- and can you look in your notes to see if there is a --

A    January 16, (reviewing documents). No, I do not know. That's December 31st, and then we go

Sparks vs. Oxy-Health          Kartzinel, Jerry          8/4/2014

Page 89

Q      Thank you.

A      Therapeutic hours.

Q      Okay.

A      School.  Schools sometimes require a letter just documenting where he has -- he has autism and its severity.  But I could not tell you why this particular one was generated.

Q      Okay.  And it was just -- it was written generically, "To Whom It May Concern"?

A      Correct.

Q      So it could be -- and is that your signature?

A      That is my signature.

Q      Okay.  And if you could just read the letter.

A      It's on the Pediatric Partners letterhead, January 16, 2009, "RE:  Jarred Sparks, Date of Birth, 24 April, 1992.

To Whom It May Concern: Jarred Sparks, currently 16 years and 8 months old, is diagnosed with autism and is seriously disabled.  His disability was recognized shortly after turning one year old and is expected to be life-long.  He will require care and supervision from his parents for life.

Sparks vs. Oxy-Health          Kartzinel, Jerry          8/4/2014

Page 90

If further information is required, please do not hesitate to contact my office." Signed by myself, "Jerry Kartzinel, M.D., FAAP, Board certified Pediatrics".

Q    Okay.  And that letter is accurate, correct?

A    That is correct.

Q    It was accurate at the time?

A    Yes.

Q    Was it also accurate at the point of his death?

A    Yes.

Q    Okay.  And that was based on your personal interaction with Jarred and your treatment of him over six, seven years?

A    Correct.

Q    Was Jarred ever going to be able to live independently?

MR. SWETT:  Object to form.

A    Not in the foreseeable future.

Q    Okay.  And some of the -- have you reviewed all of the medical records that have been marked as Exhibit 76?

A    I have, sir.

Q    Okay.  At some point, there is -- there is

Sparks vs. Oxy-Health      Kartzinel, Jerry      8/4/2014

Page 100

Q    Okay.  You have never been to North Carolina at either one of their residences when they were there?

A    No, sir.

Q    Okay.  Okay.  And so when you -- when you came on to the scene in July of 2007, the therapy was already ongoing?

A    That is correct.

Q    Okay.  And was there improvement with Jarred's autistic condition with the hyperbaric treatment?

MR. SWETT:  Object to form.  Time frame?

Q    At the time that you started in 2007 with Mr. -- with Jarred Sparks?

MR. SWETT:  Object to form.  Calls for speculation.

A    I believe there was.  It's not reflected in the notes.  I just know from later notes reflecting on hyperbarics that it was good, but it was not reflected on that day's notes.

Q    Okay.  And how significant was the improvement that you recall Jarred receiving from the hyperbaric treatment during your treatment -- during your care?

A    Marked improvement especially in the

CRS      434 Fayetteville Street | Suite 2010
(919) 832-4114      Raleigh, NC 27601
Case 5:13-cv-00649-FL    Document 45-4    Filed 12/01/14    Page 18 of 19

Sparks vs. Oxy-Health          Kartzinel, Jerry          8/4/2014

Page 101

aggression and rage categories.

Q     Okay.  In 2007 when the -- when the hyperbaric chamber was -- when the Sparks family had borrowed the chamber from Creation Zone, you didn't -- is it fair to say that you didn't have any involvement in the prescription that was provided at that time?

A     That's correct.

Q     And any decision-making ability in either providing the chamber or ultimately taking the chamber back, correct?

A     That is correct.

Q     Okay.  There are indications in the notes that have been marked as Exhibit 76 that there was a consistent effort to try to get hyperbaric home treatment after the chamber was removed in 2007 or so.  Do you recall that --

A     Yes.

Q     -- sort of effort on behalf of Amy Sparks?

A     Yes.

Q     Okay.  Ultimately she was able to acquire one from A Small Miracle, and I'm trying to figure out when did you become aware that she was going to acquire a home hyperbaric chamber from A Small Miracle?