# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION


AMY SPARKS, individually, and
ROBERT D. SPARKS, as Personal
Representative of the ESTATE
OF JARRED B. SPARKS,

                Plaintiffs,        CIVIL ACTION NO.
                                 5:13-cv-00649-FL

       -vs-

OXY-HEALTH, LLC and
OXY-HEALTH CORPORATION,

                Defendants.



\*   \*   \*

DEPOSITION OF:

RONALD J. NATOLI, JR., P.E.

Thursday, July 17, 2014

12:48 p.m.

\*   \*   \*

Robson Forensic, Inc.
301 Grant Street
Suite 4300
Pittsburgh, Pennsylvania 15219


Susan R. Perkins, Court Reporter

Case 5:13-cv-00649-FL    Document 45-7    Filed 12/01/14    Page 2 of 19

Sparks vs. Oxy-Health          Natoli, Ronald          7/17/2014

Page 90

was pressurized to a certain point and relieving and appeared to be operating correctly.

BY MR. CHIGNELL:

Q. And this was before Dylan left the room?

A. Yes.

Q. When Dylan left the room, did he leave the light on; do you remember? Was the light on or off?

A. I don't recall that.

Q. Is that important?

A. I don't believe that was in the Sheriff's report.

Q. And do you know what Dylan was doing after he left the room?

A. I don't recall.

Q. Do you know where he was or how close he was or how far away he was?

A. No.

Q. Do you know whether or not he closed the door when he left?

A. Yes, he did close the door.

Q. And do you know why?

A. I believe there -- in the Sheriff's report he had to push the unit, the hyperbaric chamber,

Sparks vs. Oxy-Health          Natoli, Ronald          7/17/2014

Page 91

in order to close the door.

Q. Do you believe it was reasonable for Dylan to close the door?

MR. SWETT:  Object to form. Relevance.

THE WITNESS:  I have no reason to suspect that it was not reasonable.

BY MR. CHIGNELL:

Q. Okay.  When Dylan closed the door, did that result in the chamber being pushed?

A. Yes.

Q. Away from the door?

A. Yes, it did.

Q. And do you believe that that resulted in the disengagement of the pressure -- of the -- of the compressed air valve at the head of the chamber?

A. According to the -- I'm sorry?  Rephrase it.

Q. Do you believe that the movement that was caused by Dylan closing the door and hitting the chamber and pushing it away from the door resulted in the disengagement of the air supply valve at the head of the chamber?

A. Yes.  According to the Sheriff's report, that would have actuated the lip of the container to

Sparks vs. Oxy-Health          Natoli, Ronald                    7/17/2014

Page 92

the quick release button.

Q. And is that your opinion as well? Based on your investigation and your review of the facts and your review of the chamber and your review of all the photos, is it also your opinion that that's when the quick release valve was engaged and resulted in a dropping or a disconnecting from the head of the chamber?

A. Based on my review of the Sheriff's report, the statement of Dylan that he heard the pressure relief valves operating, the fact that the chamber was slid a certain amount so the door could be closed, that in itself indicated that there was some pressure -- that the unit was pressurized to a point that it was firm; otherwise, it would be like trying to push against a garbage bag. Okay?

So there's no other conclusion that -- that I could draw, other than that actuated the contact with the lip, which caused the valve to release, other than saying that the valve released on its own with no contact with anything, which is a possible scenario as well, but could not be proven.

Q. But it's currently your opinion that the hose

Sparks vs. Oxy-Health          Natoli, Ronald          7/17/2014

Page 93

**came disconnected when Dylan closed the door, pushed it up against the chamber and the top of the chamber come in contact with the lip on this container?**

MR. SWETT:  Object to form.  Asked and answered.

THE WITNESS:  I'm putting -- I'm putting -- I'm not putting, but I believe that the Sheriff's report and his findings conclude that that's what occurred.  Is it possible -- are you asking me is it possible that that valve inadvertently released on its own and didn't come in contact with the shelf?  That's certainly possible as well.  But you know what, it's -- that would be in itself difficult to prove, because no one else was there when it actually happened.

Q.  **And you used the Sheriff's report and all that information as a basis for your opinion that the valve came disconnected as Dylan was closing the door; correct?**

MR. SWETT:  Object to form.  Asked and answered.

THE WITNESS:  Correct.  I'm using the Sheriff's report and the information to say

Sparks vs. Oxy-Health                    Natoli, Ronald                    7/17/2014

Page 94

that the unit was pressurized to a point that the air valves were relieving, which means that air was going into the chamber and it was operating as it was designed or intended.

Some how that valve was inadvertently disconnected. Based on the Sheriff's information, it's more likely than not that the container depressed the button as opposed to it inadvertently releasing on its own, which is still a possibility.

BY MR. CHIGNELL:

Q. **Do you hold the opinion that it disconnected on its own?**

A. I believe it's more probable than not that the Sheriff's report is more -- is accurate and that it released due to contact with the container on the shelf.

Q. **Just so I'm understanding this correctly, you think that -- that the air supply hose was disconnected from the chamber -- let me strike that.**

**Dylan closed the door to the room; correct?**

A. Yes.

Q. **It's your opinion, based on your review of the**

Sparks vs. Oxy-Health          Natoli, Ronald          7/17/2014

Page 95

file, that when that door closed, at that very moment, the air supply hose was disconnected from the chamber; correct?

MR. SWETT: Object. Object to form. Mischaracterizing his testimony.

THE WITNESS: Based on the Sheriff's report, I believe that that's more probable than not that's when it became disconnected.

BY MR. CHIGNELL:

Q. And that's the opinion that you hold, to a reasonable degree of professional certainty; correct?

A. Yes.

Q. Okay. After Dylan left the room, do you know how far away he was?

A. No.

Q. Do you know, after Dylan left the room, did anybody go back and check on Jarred at any time before the mother found Jarred dead inside the chamber?

A. I believe that the mother was the next to come in at the end of the treatment.

Q. And that's when she found him unconscious; correct?

A. I believe so.

Sparks vs. Oxy-Health          Natoli, Ronald          7/17/2014

Page 120

Q.  Would somebody be able to survive longer inside a chamber that would be at 4 psi initially when the hose is disconnected than compared to a chamber that is essentially not rigid at zero psi when the chamber is sealed or is it the same?

A.  I don't have an opinion.  I would have to do calculations.

Q.  You agree that being inside a sealed chamber without fresh air creates an asphyxiation risk?

A.  Yes.

Q.  And you agree that it is well known that the elevated carbon dioxide levels that are a hazard -- that are -- I'm sorry.  I misread that.

        You agree that it's well-known that elevated carbon dioxide levels are a hazardous situation that can cause asphyxiation or injury or death; correct?

A.  Yes.  They compose a dangerous condition.

Q.  That's common knowledge; correct?

A.  Yes.

Q.  Is it well known that occupying a confined space without proper ventilation or fresh air increases the risk of asphyxiation and creates

Page 121

a dangerous condition?

A. Yes.

Q. And you agree that's common knowledge as well; correct?

A. Yes.

Q. If the air --

A. Well, define common knowledge. I'm sure there are people out there that don't know that.

Q. Well, again, I think common knowledge is common knowledge. I mean -- I think common knowledge is different than universally known; right?

A. Right.

Q. There's some people that don't know anything?

A. I'm sure there's somebody out there that doesn't know it.

Q. If the air compressors are running and attached -- strike that.

Are you an expert on the effects of $CO_2$ on humans?

A. From a design standpoint in my field, yes, I'm very familiar with air quality requirements, industrial hygienist requirements.

Q. You cite Susan Rice in your report. Are you relying on her?

A. No.

Sparks vs. Oxy-Health          Natoli, Ronald          7/17/2014

Page 122

Q.   What percent O2 is fresh air?   Fresh air has what concentration of oxygen?

A.   I don't know that off the top of my head.

Q.   Does it refresh your recollection if I tell you it's between 24 and 26 percent?

A.   For CO2?

Q.   No.  I'm sorry.  Just breathable air --

A.   Yeah.

Q.   -- what percentage of O2 is that?  What percentage is oxygen?

A.   That would be O2.  CO2 is much less.  You are well under .6 percent.

Q.   If we're at 24 percent CO2 we're all dead?

A.   Yeah.

Q.   Okay.  So for O2, fresh air is about 24 to 26 percent?

A.   That sounds reasonable.

Q.   And according to Miss Rice it's less than 16 percent when signs of asphyxiation are evident; correct?

A.   Yes.

Q.   What signs of asphyxiation do you mean?

A.   There can be several signs: lightheadedness, headaches.  I think industrial hygienist for design systems we use not so much the O2 but

Sparks vs. Oxy-Health    Natoli, Ronald    7/17/2014

Page 136

would be appropriate for this particular
chamber?

A.    I personally would not use a quick disconnect,
but there are devices that are possibly defined
as quick disconnects that are more two-step
action --

Q.    Okay.

A.    -- meaning a push, a turn, a pull, maybe a
sliding of a safety lever.

Q.    So you agree that some quick disconnects would
be appropriate for the chamber but not all?

A.    I would agree that the threaded adapter in my
report, I would still consider that a quick
disconnect.  It is a valve, a lock, which also
meets the requirements of PVHO.  There was a
requirement in there that when the air does
become disconnected -- I'm sorry.  It might
have been NFPA -- you know, that the air
doesn't come rushing out and cause injury to
the person.  That's the intent.  That's why
those valves with the little checks in them
were used.

Now, the hand-wheel type to me is
still quick, two, three, four turns and it's
hooked up and would satisfy all the

Sparks vs. Oxy-Health          Natoli, Ronald                    7/17/2014

Page 209

THE WITNESS: It's happy hour now.

BY MR. CHIGNELL:

Q. If the Sparks family had waited until the chamber was fully pressurized before Dylan left and if somebody would have remained with Jarred and had been checking on him regularly, would this incident have occurred?

MR. SWETT: Object to form. Calls for speculation.

THE WITNESS: It's possible. I can't speak to that.

BY MR. CHIGNELL:

Q. And what you're saying, you don't think -- you think there's a possibility that somebody could remain in room, see what's going on and not identify that there's a problem, the way the chamber is operating?

A. There's always that possibility. If you are asking me if somebody would have stood there staring at the gauge for the entire time, it probably would not have happened.

Q. If somebody was in the room and according to the directions being an attendant there and checking on the person regularly, do you believe that this would have been avoided?

Sparks vs. Oxy-Health          Natoli, Ronald          7/17/2014

Page 217

cut, that would certainly change -- that would change the experience of the person watching; correct?

A.   That would definitely change the sound, if the person had good hearing.

Q.   And if the relief valve stopped venting, that would also be evident to an observer; correct?

MR. SWETT:  Object to form.

THE WITNESS:  Somebody that had normal or -- to good hearing, yes, that should be evident.

BY MR. CHIGNELL:

Q.   And if the pressure gauge goes down, that would be obvious to someone who is monitoring the pressure gauge?

A.   Who's standing there staring at it.

Q.   Or checking on it regularly?

MR. SWETT:  Object to form.

THE WITNESS:  If you -- you would think that it would drop.  Well, I take that back.  It's -- depending on what the basis is, we know that the unit would continue venting and the pressure would drop but over time.

Q.   Let's talk about the threaded connectors.  Are there any risks at all to using a threaded

Page 218

style connector?

A. In my opinion? There can be.

Q. **What are the risks?**

A. One risk that would have to be taken into account would be -- and these are hand operated -- but definitely somebody getting out a wrench and trying to over tighten a connector like that. That would have to be addressed. Some materials of construction would have to be looked at.

Q. **Is there a risk of inadvertent or disengagement on a threaded style connector?**

A. On the one that I have, there is still a risk of the barbed connection letting loose. So I'm not saying that that is the one that they should be using, but it is definitely better than the one that is used.

Q. **Hold on a sec. Your report says that's the one they should have been using; isn't it?**

A. Sticking with their design conditions. I'm assuming that they've already said that a crimp connection on a barbed is safe. And there's no reason why it shouldn't be. I wouldn't use that plastic cable tie.

Q. **But this was the fitting that you have**

Sparks vs. Oxy-Health          Natoli, Ronald          7/17/2014

Page 220

A.     There are less risks than a quick disconnect.

Q.     **That's not what I'm asking you.  I'm asking you, are there -- is there any risk of disengagement with a threaded style connector?**

A.     There can be, yes.

Q.     **Under what circumstances can there be an inadvertent disengagement with a threaded style connector?**

               MR. SWETT:  Object to form.

               THE WITNESS:  I would say it would not be inadvertent, but there could be a failure.  As I mentioned, if somebody uses a pipe wrench to tighten that instead of just hand tighten, you could potentially crack that --

Q.     **Cracking was one.  What about --**

               THE WITNESS:  -- or damage to threads, cross thread them.

Q.     **And that would make it weaker?**

A.     Absolutely.

Q.     **And that could cause it to disengage at some point?**

A.     It could, yes.

Q.     **Okay.  What other risks?  So we've got over-tightening to the point of cracking.  We**

Sparks vs. Oxy-Health          Natoli, Ronald          7/17/2014

Page 226

MR. SWETT: Object.

THE WITNESS: Sure. It could be, uh-huh. That's why -- that's why the primary is the monitoring.

BY MR. CHIGNELL:

Q. I understand. I'm just asking you questions.

A. When you go through the FMEA, those are some of the things that need to be addressed.

Q. When you tighten something, can over time, because of vibration or air rushing through it, can it come slowly disconnected over time?

A. Something like that, no, not if it's properly -- not if it's properly tightened.

Q. Okay. But if it's properly tightened, then over months can it work its way open?

A. A threaded connection?

Q. Yes.

A. There's always a possibility. Absolutely.

Q. And if that does happen, if it can slowly work its way open and nobody is checking and making sure it's tight, then can it just continue to loosen and loosen and loosen until it disconnects?

A. I'm sure it's possible. I've never witnessed or seen something like that before.

Sparks vs. Oxy-Health        Natoli, Ronald        7/17/2014

Page 227

Q.    And even before it drops out and falls off, isn't it true that the air that would be supplied through that threaded connector could essentially be not making it into the chamber, because the check valves have not been activated?

A.    Yes.  Absolutely positively.

Q.    And in that situation you would turn the pumps on, zip somebody up in the chamber and if you left before it inflated, you could potentially leave and have the same situation that we had here where you heard the pumps but no air is getting in and the person suffocates; correct?

          MR. SWETT:  Object to form.  Heard what?  The pressure relief valves or the pumps?

          MR. CHIGNELL:  Heard the pumps running.

          THE WITNESS:  Depending on the style of threaded connector, that is possible.  That is all part of the FMEA.  The idea is that that could not become inadvertently released.

BY MR. CHIGNELL:

Q.    By a one press?

A.    One action.

Q.    Correct.

Q.    Have you purchased this specific one or have any experience with the company?

A.    Not with that one, no.

Q.    How about the company?  C02 meter dot com (CO2meter.com)?

A.    No.  I don't know if they even make that or if they just rebrand it.  But I was air manager for Johnson Controls for some time, four years. C02 is a common method of monitoring indoor air quality and controlling ventilation -- demand ventilation they call it in order to save energy.  So I think 600 parts per million were the settings.  Some were 400 parts per million. Those were not expensive systems to add on to air handler.

Q.    Is it fair to say that it was obvious that there was no CO2 meter on the chamber?

A.    It was obvious.

Q.    Okay.  And Sparks knew it?

A.    When I was there, it was obvious to me.

Q.    And it would also be obvious to the Sparks?

          MR. SWETT:  Object to form.

          THE WITNESS:  It would also be obvious that there wasn't a spare tire inside it too.