# EXHIBIT 8

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No.:   5:13-cv-00649-FL

AMY SPARKS, Individually, and
ROBERT D. SPARKS, as Personal
Representative of the Estate of
JARRED B. SPARKS,

     Plaintiffs,

vs.

OXY-HEALTH, LLC, and
OXY-HEALTH CORPORATION,

     Defendants.

_____

VIDEOTAPED DEPOSITION OF JANET LYNN PRESSON

February 26, 2014

1:00 p.m.

---oOo---

Taken by the Defendant
Pursuant to Notice
At A Small Miracle
Waynesville, North Carolina

Reported by:

   Mary K. Stepp, Court Reporter

that's what we've been doing ever since.

Q. Okay. And tell me about -- tell me about the company that you founded.

A. When Rob -- I mentioned Jarred getting the waiver services. My son had gotten waiver -- basically, it's a Medicaid waiver program. And if you can get your loved one in this program, basically, you get a lot of services and supports. It's basically free of charge, but it helps -- you know, our kids can't go to daycare. A lot of times you can't just grab a high school student from down the street to babysit, because our kids have got some special medical needs, and some special behavioral needs, and some -- so it was really helpful that you end up not having to place your loved one in a group home or an institution.

So, you know, I got Rob in that program. And then it just helped him so much, but I was doing all the staff training, I was finding the good staff. And the agencies that we were using for his services, it was sort of like -- you know, clearly they were in it to make money and they really didn't care whether Rob got any better or not.

And I kept saying, well, you know, I can do a better job with this. I know all about, you know, all these different educational programs, all these

Depositions, Inc.
info@NCDepo.com    www.NCDepo.com    (919) 557-4640
Case 5:13-cv-00649-FL    Document 45-9    Filed 12/01/14    Page 3 of 11

biomedical interventions, and on. So I was basically teaching all these families of stuff for free and then helping them find good staff and helping their -- train their staff. And I was like, I'm going to do this for a living, you know. And so I just started my company and it just went from there, so --

Q. And has it always been called A Small Miracle?

A. Yes.

Q. And so the official name is "A Small Miracle"?

A. A Small Miracle, Incorporated.

Q. Gotcha. And when was A Small Miracle, Incorporated, incorporated?

A. I think in July or August of -- because we -- it will be 17 years this year. So I don't know how many years back that is.

Q. So sort of the late '90s?

A. Uh-huh.

Q. Is that correct?

A. Yes.

Q. Okay. And is it -- it's incorporated here in North Carolina?

A. Yes, yes. We only provide services in the State of North Carolina.

Q. All right. And so you mentioned your son already. How many children do you have?

Depositions, Inc.
info@NCDepo.com    www.NCDepo.com    (919) 557-4640
Case 5:13-cv-00649-FL    Document 45-9    Filed 12/01/14    Page 4 of 11

A. Because we didn't have any other location at that time where it would have gone to.

Q. And this would have been in 2005?

A. Yes.

Q. Where were you living at the time?

A. Courtney Road. And then our office was Bear Creek.

Q. Those are both in Goldsboro?

A. Yes.

Q. **You said that you had contact with Bill Schindler and with Samir Patel. Tell me about the contact that you had with Samir. When was it and in what context?**

A. Well, I speak to him when I see him at conferences. And, I mean, he knows -- he knows me, basically, because he knows we've purchased chambers. And same with Bill. Well, you didn't ask that.

And then Samir and Bill called after Jarred died. They called like a conference call to ask some questions and try to figure out what in the world happened, and so we talked then. And then I saw Samir at the last Medical Academy of Pediatric Special Needs Conference, the one they had in Tampa back in -- I think it was September or October. But I didn't get a chance to speak with him. He got injured and so I just -- I

Depositions, Inc.
info@NCDepo.com          www.NCDepo.com          (919) 557-4640
Case 5:13-cv-00649-FL     Document 45-9     Filed 12/01/14     Page 5 of 11

so probably two years ago, I think one of our pumps stopped working. But then it started work again, and it's been work fine ever since.

Q. Okay. Other than that one issue, any other problems with the way that the -- any of the pumps worked?

A. No.

Q. What about the one that ended up in the hands of the Sparks family, any problem with that one while you had it?

A. Nope, nope.

Q. Did you ever have any of the tubes disconnect? I know that there's -- there's a tube that connects to both of the pumps' air compressors --

A. Uh-huh.

Q. -- and they come together in a Y.

A. Right.

Q. And then it continues in a single tube up into a valve that's at the, sort of -- what we've been calling the head of the chamber.

A. Okay.

Q. Have you ever had any problems with those?

A. No.

Q. With that tubing or those valves?

A. No.

Case 5:13-cv-00649-FL     Document 45-9     Filed 12/01/14     Page 6 of 11

it. We trained rob and we trained Amy together.

Q. Okay. Did you ever train Dillon?

A. No. Like said, he was in and out of the room, I think. But I know he helped us carry it upstairs. But he was not a part of the training. We didn't train him on how to operate the chamber.

Q. And the training that you gave the Sparkses, how long did that last? Well, let's start from one step before that. How long were you there? How long was the entire trip to the Sparkses house?

A. From the time we arrived, we were probably there maybe an hour and a half or two hours. By the time we got everything set up, and then working, and trained. And then Amy and I talked a little bit downstairs about some diet-related things because both of our boys were on special diets and we were comparing some, you know, new products and things. And so, you know, and visited some.

Q. Okay. And so how -- as far as just the chamber-related discussion, how long was the chamber-related discussion and the setup you of the chamber?

A. I would guess probably an hour or so.

Q. Okay.

A. But they were ready for us. They were waiting, when we arrived. They were ready to help us carry

Depositions, Inc.
info@NCDepo.com    www.NCDepo.com    (919) 557-4640
Case 5:13-cv-00649-FL    Document 45-9    Filed 12/01/14    Page 7 of 11

everything in, and they were so excited.

Q. And when you brought the chamber in -- when Mr. Swett and I saw the chamber here, the internal frame was in there. Was the frame in the chamber, as you guys were moving it up the stairs?

A. Yes.

Q. So basically it was a matter of lifting the entire thing up the stairs and then bringing --

A. Yes.

Q. -- the associated equipment?

A. Yes, yes. The chamber is not heavy, but it's awkward, you know, to get up some steps, yeah.

Q. Okay.

A. Yeah, everybody pitched in, carrying pieces, parts upstairs. And then Rusty put everything together and basically showed Rob about putting things together. You know, because they are like the engineer guys. But then, you know, we trained every- -- Amy and Rob both on how to run it.

Q. Okay. How did you tell them -- how did you train them to run it?

A. Basically, we showed them. You know, we got it all set up. And, you know, showed them where things were, made sure everything was in the right places. And then, you know, talked to them about the oxygen

Case 5:13-cv-00649-FL     Document 45-9     Filed 12/01/14     Page 8 of 11

concentrator, I think, because they had not had that before. And, again, that was just, you know, added -- added benefit. And made sure that they understood how to use that. And then basically we, you know, cranked it up. I don't remember if anybody actually got in it or not. I don't think so, but I don't remember. But we, you know, made sure it inflated properly and all that and deflated it. You know, made sure they understood all that. And, again, we knew that they had one for almost a year previously and had operated it with no problem, so we didn't start from scratch like we would have with a brand-new beginner who had never seen a chamber before.

Q. **And how did you train them to use the O2 concentrator?**

A. We set it up. You know, basically explained what to do. You know, and then told them some tips, you know. Okay. He can wear it, you know, in it. And I don't remember -- we probably took them some masks and then also the cannulas. Either one of them. If not, then just have it alongside of him. And also you can get in there and you can, you know, hey, you want a piece of cookie or you want a piece of this candy, put this on, and then you get it. You know, there's ways to get our kids to do things. Or, hey, do you want this Disney movie or do you want this DVD player, or this Gameboy, or

Case 5:13-cv-00649-FL     Document 45-9     Filed 12/01/14     Page 9 of 11

Q. Would you agree with me that without an audible alarm to indicate that oxygen is low in the chamber or a carbon dioxide monitor and using a quick-disconnect valve, that the risk associated with the chamber -- one potential risk is death?

MR. CHIGNELL: Objection to the form of the question.

THE WITNESS: That's -- that's possible.

BY MR. SWETT:

Q. I mean, you're a medical professional, correct? You're an RN?

A. RN, yes.

Q. Would you agree with me that the -- that the use of these chambers in a home setting by nonmedical professional is dangerous?

MR. CHIGNELL: Objection to the form of the question. Actually, I'll withdraw that objection. Go ahead and answer.

THE WITNESS: I think the chambers are basically very, very safe. But, again, like you buy a knife, a kitchen knife, if somebody doesn't use it properly or if they don't store it properly, you know, it can be dangerous. Put it in soapy water and reach in and grab it, you can cut your fingers off. But, again, for, you know, so -- we're still comfortable using ours with our

Depositions, Inc.
info@NCDepo.com          www.NCDepo.com          (919) 557-4640
Case 5:13-cv-00649-FL     Document 45-9     Filed 12/01/14     Page 10 of 11

son. But, again, we keep a close eye and make sure it's done properly every single time.

But it would be nice if they had the additional monitors and sensors and all that. I would love to have that. You know, like I said, Rusty and I have discussed this a lot since this happened. And, you know, anything that could possibly make something safer, except you're never going to be able to have zero risk for anything.

BY MR. SWETT:

Q. **Let me ask you this, based on what you know, what you know about this incident, is there anything that you think that Amy did improperly?**

A. I don't know what training somebody gave Dillon, whether it was her or Rob. I don't know what training Dillon had, how much he understood about the chamber or how to do it properly. But I think something got missed or something got left out or he wasn't paying attention. I don't know.

Q. **Anything else you think that she did improperly.**

A. I would worry about a young person with autism being in a chamber asleep. You know, it's one thing that athletes -- they can make that decision and take that risk themselves. But, again, our kids have got a brain injury, so they may not be as -- as cognizant of the risks and things as somebody who doesn't have that.

Depositions, Inc.
info@NCDepo.com        www.NCDepo.com        (919) 557-4640
Case 5:13-cv-00649-FL    Document 45-9    Filed 12/01/14    Page 11 of 11