# EXHIBIT 10

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

AMY SPARKS, individually, and
ROBERT D. SPARKS, as Personal
Representative of the ESTATE
OF JARRED B. SPARKS,

     PLAINTIFFS,

vs.                CIVIL ACTION NO. 5:13-cv-00649-FL

OXY-HEALTH, LLC and
OXY-HEALTH CORPORATION,

     DEFENDANTS.

---

DEPOSITION OF

DYLAN J. SPARKS

(Taken February 21, 2014,

at 9:57 a.m.)

Case 5:13-cv-00649-FL    Document 45-11    Filed 12/01/14    Page 2 of 33

Q    And would he just jump up and down, or would he do anything else?

A    I mean, I guess he would do, like, little tricks or something. I don't know what you would really call it, but --

Q    Would he ever do like -- but he wouldn't do things like flips or anything like that?

A    Oh, no, no.

Q    We're just talking about jumping up and down, or landing on your rear end --

A    Yeah.

Q    -- and then back up in the air, and then on your feet?

A    Yes, sir.

Q    Any other kinds of activities that would give me an idea of sort of the kinds of things that he was doing?

A    He did -- he ran some. He did Special Olympics for running.

Q    Like jogging?

A    Like track, basically.

Q    Okay.

A    So more like sprint-type --

Q    Gotcha.

A    -- runs.

Q    Okay. And was he -- when he was in the house, to

what extent could you leave -- could he be unsupervised?

A    We never really left him unsupervised.

Q    And why not?

A    Because we always just watched over him, just because we didn't want him to do anything, or anything to happen to him, you know.  So we always had someone watching him.

Q    So, like, when he was swimming, he was always accompanied by somebody in the pool?

A    Oh, yes, sir.

Q    And when he was on the trampoline, would somebody be out there with him?

A    Sometimes he'd go out there by himself.  But if he was swimming, yes.  But the trampoline, no.  He could go out there by himself and do that.

Q    And what about when he was running track, I mean, was that generally, like, at a facility, or up and down the street?

A    Up and down the street, and sometimes at a track as well.

Q    Would he ever do that unsupervised?

A    No, sir.

Q    What about -- swimming, we talked about trampoline.
     Oh, what about riding a bike?

A    No, sir.  We were always with him whenever he would

know, supervised by somebody else?

A     He never did.  He never -- it wasn't something that he, like, wanted to play with or anything like that.  It was just like a thing he knew he could sleep in, but he never would go in there unless if we told him to.

Q     Gotcha.  So did he ever get into the chamber when he wasn't supposed to?

A     No, sir.

Q     Okay.  Because, I mean, I agree with you.  I mean, you were younger at the time.  It's kind of a cool-looking contraption, and especially when it's all blown up and it looked like kind of a submarine or a spaceship or something.

A     Yeah.

Q     Did he ever see it as a play toy?

A     No, sir.

        MR. SWETT:  Object to form.

BY MR. CHIGNELL:

Q     Okay.  Did anybody else in your family ever see it as something that they could just use without operating it pursuant to the directions?

A     No, sir.

Q     Did you ever read -- there was a manual that came along with the chamber.  Did you ever read the manual?

A     No, sir.

Case 5:13-cv-00649-FL     Document 45-11     Filed 12/01/14     Page 5 of 33

Q       There was a manual for the chamber -- that related
to the chamber, from Oxy-Health.  I just want to make
sure, did you ever read the Oxy-Health manual that
accompanied the chamber?

A       No, sir.

Q       There was also a manual for the O2 concentrator
that was also sort of, I guess, part of -- or that was
also brought to you by the Pressons.  Do you remember
the O2 concentrator?

             MR. SWETT:  Object to form.

A       Yes, sir.

BY MR. CHIGNELL:

Q       It came with a manual.  Did you ever look at the
manual for the O2 concentrator?

A       No, sir.  I personally never turned it on.  I did
at first.  I think that's the thing that connects to the
mask, I want to say.  But he didn't like things on his
face, so I didn't really ever mess with it.  I just left
it off.

Q       Okay.  And how were you instructed -- when the
Pressons came over to bring you the chamber, and the O2
concentrator, and the pumps, and all the other
equipment, how were you told by them to turn it on?

A       They just showed us how to do it, basically, step
by step.  They told us, you know, to turn the two pumps

purpose of each of the pieces and parts was?

A     They told us, like, the two pumps were, like, the oxygen things.  And that's pretty much it.  And they just told us the importance of keeping both of the zips zipped.

Q     Otherwise, it could cause a problem if it got opened?

A     Yeah.  If you open up both zips, then, yeah, it could burst or whatever.

Q     Okay.  So if they brought the chamber in February of 2011 to your house --

A     Okay.

Q     -- how old would you have been at that time?

A     Maybe 16.

Q     You were born in '84?

A     '94.

Q     '94.  I'm sorry.  '94.

       And they brought it in in 2011, right?

A     Yes, sir.

Q     So you'd have been 16 at the time, correct?

A     Uh-huh.

Q     Is that right?

A     Yes, sir.

Q     Okay.  And did they know that you were going -- I mean, was it -- did you ever talk to the Pressons about

it's more convenient for them to get him out.  But we
didn't have, like, set people to get him out or
anything.

Q    Was there, like, an egg timer or a clock or an
alarm that would, like, alert to you when somebody was
supposed to get him out of the chamber?

A    No, sir.

Q    It was all just done --

A    It was just kind of like -- it wasn't like a set,
like, rule, but we all knew, make sure Jarred is out of
the chamber before -- whoever the last person is, always
make sure Jarred's out of the chamber.

Q    Okay.  So why don't you take me through what
happened on the day that Jarred died.

A    Okay.

Q    I'll just let you give me your step-by-step, and
then I'll come back and ask you questions.  But I want
to sort of get from you, without continuously stopping
you and saying, hey, how about this, how about this.
Just tell me what happened and then we'll go forward
from there.

A    I put Jarred in the chamber -- or I turned the
pumps on, put Jarred in, zipped it up.  And then I was
on the computer for probably, like, 20 or 30 minutes.  I
turned the lights off because he was tired, and I shut

Case 5:13-cv-00649-FL    Document 45-11    Filed 12/01/14    Page 8 of 33

the door. And as I was on the computer, I heard the air coming out the two black things on the ends of it, I guess it was like pressurizing or whatever you want to call it. And then I was on the computer for a little bit, went back downstairs and watched TV for a little bit, probably, like, 30 minutes. And then I went to bed probably around, like, 10:30 to 11:30 at night, somewhere around in there.

I wake up because I hear my mom screaming, and I thought that, like, Jarred was, like, being violent or something was going on. So I get up real fast and I run downstairs, and she said, "Jarred is not breathing." So I run upstairs to the chamber and I, like, open it up, and I see him, and I can tell he's not breathing. So I run back downstairs, and as I'm running back downstairs, I tell mom to call 911. So she calls it, and I believe I'm the one that talked and just said I need an ambulance.

And then they asked me for -- if I had a cell phone. And it was either my mom's or mine -- I don't know whose cell phone it was -- and I got the cell phone, and they told me to pull him out. So I opened -- or it was already opened. So I pick him up and I lift him out, and I sat him on the ground. And I had the phone by me here (indicating), and they tell me to start

Case 5:13-cv-00649-FL    Document 45-11    Filed 12/01/14    Page 9 of 33

anybody else in the house -- you, your mom, and Jarred, was there anybody else in the house when the paramedics arrived?

A    No, sir.

Q    And so the paramedics took over from the work that you were doing?

A    Uh-huh.

Q    Is that right?

A    Yes, sir.

Q    And what happens next?  The paramedics show up. Who shows up next?

A    I believe the police showed up, I want to say.  I don't remember what order, fire trucks and police, I just know that more and more cops started showing up to our house.

Q    Gotcha.  And at some point -- your father, at this point, was in Raleigh; is that correct?

A    Yes, sir.

Q    He was there for work?

A    Yes, sir.

Q    When was he called?

A    I don't remember the exact time.  Probably, I'd say, minutes after they told us that he was, like, deceased or whatever, I think.  I don't 100 percent remember.

Case 5:13-cv-00649-FL    Document 45-11    Filed 12/01/14    Page 10 of 33

Charles Williams called?

A   It was right after, I believe.  I believe -- I don't know who I talked to first.  I can't remember.  But it was them two.

Q   And you were the one that talked to both Mike and Charles Williams?

A   Yes .

Q   Did you call them on your cell phone?

A   I can't remember whose phone I used.

Q   What was your cell phone number at the time?

A   (910) 922-1587.

Q   That was -- you had a phone with AT&T?

A   Yes, sir.

Q   So you said that you got -- you woke Jarred up from a sleep, correct?

A   Yes, sir.

Q   Do you remember what time you woke him up?

A   Probably close to, like, in the 10:00, 10:00-ish range, maybe.

Q   And then how did you -- how were you the one that was tasked with getting Jarred into the chamber?

A   I think my mom asked me if I didn't mind, to go put him in the chamber.  And I was, like, "Sure."  So I went up there and put him in there.

Q   And this was in June of 2011, correct?

Case 5:13-cv-00649-FL    Document 45-11    Filed 12/01/14    Page 11 of 33

A     June 10th.

Q     Were you still in school?

A     No.

Q     So school had finished for the summer?

A     Yes, sir.

Q     So you recall it being somewhere between 10:00 and 11:00?  I'm sorry.  I forgot what you told me.

A     Around -- when I put Jarred in the chamber?

Q     Yes.

A     Probably around 10:00, in that range.

Q     Okay.  And then when you woke him up, how long is it from the time that you wake him up until the time that you leave the room after he's in the chamber?

        How long is that?  Is that a five-minute process?  Is it a ten-minute process?

A     Probably, I'd say, like, five minutes, because I didn't wait for the thing to inflate all the way.  That probably takes, like, seven to ten minutes.

Q     Okay.  So what were you doing before you put him in the chamber?  Were you downstairs with your mother, or were you playing on the computer, or what?

A     Yes, sir.  I was -- I believe I was watching some kind of sports game or something like that.

Q     Did Jarred go to the bathroom before getting inside the chamber?

going to get him out.

Q    From the time that you left the room, until you went to bed --

A    Uh-huh.

Q    Strike that.

From the time that you left the room, after putting Jarred in the chamber, to the time that you went to bed, how long was that?

A    I'd say 45 minutes to an hour.

Q    And during those 45 minutes to an hour, did anybody go inside that room?

A    No, sir.

Q    And did you think that 45 minutes was -- do you think it was okay -- in your mind, was it okay to not have anybody check on him in those 45 minutes that you were -- from the time that you left the room until the time you went to bed?

A    Yes, sir.

Q    And when you got off the computer to come down the stairs to go to bed, did you peek in the room at all to see how he was doing?

A    No, sir.

Q    From the time that you put Jarred in the chamber, did he make any -- did he ever tap on the dome, or did he say anything, or yell --

Case 5:13-cv-00649-FL    Document 45-11    Filed 12/01/14    Page 13 of 33

A    Huh-uh.

Q    -- in any way, shape, or form?

A    No, sir.

Q    If he did yell while he was in the chamber, to get your attention, would you have heard that from where you were sitting?

A    On the computer?

Q    Yes.

A    Oh, yes, sir.

Q    Even with the door closed?

A    Yes, sir.

Q    And would you also, if he was in the chamber and he tapped on the dome on the chamber, would you have heard that from where you were sitting?

A    Yes, sir.

Q    Even with the door closed?

A    Yes, sir.

Q    Is it accurate -- strike that.

        Did you verify that the chamber was completely inflated and pressurized before leaving Jarred alone in that room that night?

A    No, sir.

Q    Do you recall -- did you ever look at the pressure gauge to see whether or not any pressure had built up at all prior to leaving the room?

A     No, sir.

Q     You said you were on the computer for about 20 or 30 minutes after leaving the room; is that correct?

A     Yes, sir.

Q     What were you doing on the computer?

A     Probably Facebook or something.  I don't recall.

Q     It wasn't homework?  It wasn't --

A     Oh, no.

Q     And how did you decide to close the door that night, instead of leaving it open, like sometimes happened?

A     I just -- I knew he was tired.  So I just turned the lights off and just closed the door, because I knew he wanted it dark in there.

Q     Did you sometimes -- I mean, did you ever -- you were sitting there.  It was quieter for you if the door was closed, correct?

A     Yes, sir.

Q     Okay.  Was that one of the reasons that you kept the door closed, because it would have been quieter for you --

        MR. SWETT:  Object to form.

A     Yes.

BY MR. CHIGNELL:

Q     -- on the computer?

Page 109

A    It's like a (indicating).

Q    Like a hissing sound?

A    Yeah, like that.

Q    And how soon after you left the room did you started hearing the hissing sound?

A    Like, ten minutes, maybe.  However long it takes to fill up the chamber.

Q    And were you listening for the hissing sounds?

A    No.  It's just so loud you'll hear it.

Q    And the hissing sound is made by the pressure relief valves on the foot of the chamber --

A    Yes, sir.

Q    -- like, down where his feet would be?

A    Yes, sir.

Q    And that essentially allows the chamber to maintain a specific pressure without getting too inflated?

A    Yes, sir.

Q    And did you hear those -- did you hear that hissing sound the entire time -- strike that.

        After the hissing sound started --

A    Uh-huh.

Q    -- and you heard it, did that continue until you finished up on the computer?

A    Yes, sir.

Q    Do you specifically remember hearing the hissing

recall saying anything about the chamber or anything like that.

Q   Okay.  Was she working the entire time that you were down there?

A   Uh-huh.

Q   Is that yes?

A   Yes, sir.

Q   Did she look overly tired or any more tired than she normally looks?

A   Not that I can recall.

Q   Did you tell her that you were going to bed and that she should take Jarred out of the chamber?

A   I just told her I was going to bed.

Q   Okay.  And that, and so essentially -- what you were essentially doing at that point was letting her know that she was going to be the one that was responsible for getting him out?

A   Yes, sir.

        MR. SWETT:  Object to form.

BY MR. CHIGNELL:

Q   And how long, from the time that you went back up to your room, to the time that you went to sleep?

A   Say that again.

Q   From the time that you left your mother in the living room, until the time that you actually went to

sleep, like, went up to your room --

A    And fell asleep?

Q    Yeah.  Let me back up.

When you left your mother in the living room --

A    Okay.

Q    -- how far -- how long was it from that time until you were actually asleep up in your room?

A    Probably 20 minutes, 30 minutes, maybe.

Q    So you go upstairs and you brush your teeth and just get ready, or are you reading up there or...

A    I couldn't tell you.  I don't know.

Q    Okay.  Once you went up to your bedroom, did you ever come out before you heard your mother screaming?

A    No.  No, sir.

Q    Did you have any trouble when you closed the door -- after you put Jarred in the chamber, you closed the door to that room, correct?

A    Yes, sir.

Q    In one of the -- either the police report or the EMT report or the fire report, there's some notation about having trouble closing the door.

A    Uh-huh.

Q    Did you have any trouble closing the door that night?

Case 5:13-cv-00649-FL    Document 45-11    Filed 12/01/14    Page 18 of 33

A    No, I didn't.  It was -- I probably moved it from lifting him out of the chamber.

Q    Say that again.  I didn't get that.

A    I might have moved the chamber, like, after my mom, like, found him and got me, whenever I was lifting him up out of the chamber from like, whoever, I don't know who I talked to on 911 --

Q    Okay.

A    -- but they told me to lift him out, so I lifted him out.  But, you know, he's 170 pounds.  So it was kind of tough to get him out but --

Q    So the chamber, at that point, may have shifted position?

A    Yes, sir.

Q    But do you recall having any trouble closing the door to the room after putting Jarred into the chamber?

A    No.  No, sir.

Q    And so when you got him out of the chamber, it takes a significant amount of effort to lean over and get him out of the chamber after unzipping it, correct?

A    Uh-huh.

Q    Is that correct?

A    Yes, sir.

Q    Do you remember the chamber shifting one way or the other?

Case 5:13-cv-00649-FL     Document 45-11     Filed 12/01/14     Page 19 of 33

be pressurized.  Would you agree with that?

A    Yes, sir.

Q    And is this kind of what the chamber looked like when -- you know, before you would put somebody in it?

A    Yes, sir.

              (Exhibit Number 14 was marked for identification.)

BY MR. CHIGNELL:

Q    Okay.  All right.  You can put that away.

              I'll show you what I'll mark as Exhibit 14. This is a manual from the chamber -- the instruction manual for the chamber that I believe was provided by the Pressons to your family when you got the chamber from them.

              Had you ever reviewed the manual at all?

A    No, sir.

Q    At the bottom of the second page, it says, "2002 Oxy-Health Corporation.  All Rights Reserved. Revision 4 - January 2005."  Is that correct?

A    Yes, sir.

Q    If you could turn to page 23 of the manual.  This is sort of a one-page chapter that talks about the chamber.  And you see there at the bottom it says -- where it says, "Caution" in bold, do you see that?

A    Yes, sir.

Q     It says, "Caution:  We recommend that an attendant be present during the entire time someone is inside the chamber due to any unforeseen emergency involving the patient's condition that's unrelated to the hyperbaric chamber treatment."

Do you see that?

A     Yes, sir.

Q     Did you know that prior to the time of Jarred's death?

MR. SWETT:  Object to form.

A     No, sir.

BY MR. CHIGNELL:

Q     And had you ever read that before -- read that part of the manual prior to his death?

A     No, sir.

Q     And had anybody informed you about that part of the manual prior to Jarred's death?

A     No, sir.

Q     Okay.  Flip over to the next page, which is page 24.  And this is sort of the steps about operating the chamber.  It's -- one, two, three -- three pages. Have you ever reviewed pages 24, 25, or 26, about operating the chamber, prior to Jarred's death?

A     No, sir.

Q     Okay.  So the first step there, the second

Case 5:13-cv-00649-FL     Document 45-11     Filed 12/01/14     Page 21 of 33

paragraph says, in bold, "Turn on the compressor and leave on for the duration of the treatment."

Do you see that?

A    Yes, sir.

Q    And that's exactly what you did, right?

A    Yes, sir.

Q    You would turn it on, and you left it on until the treatment was over, correct?

A    Yes, sir.

Q    And then the next sentence says, "Securely push in the quick-disconnect valves to their respective attachment sites to chamber and to compressor."

Do you see that?

A    Where is that at?

Q    It's the very next sentence.

A    Oh, yes, sir.

Q    Okay.  And -- but you didn't need to do that because they were already connected?

A    Yes, sir.

Q    Okay.  And -- but did you make sure they were connected prior to putting Jarred in the chamber?

A    No, sir.

Q    And the next paragraph there, there's a one-sentence paragraph that says, "There should be no air leak from the quick-disconnect valves."

Do you see that?

A      Yes.

Q      Did you make sure there was no air leaking out of the quick-disconnect valves?

A      No, sir.

Q      I'm sorry.  Was that a yes or no?

A      No, sir.

Q      Had you ever read this step number one here on operating the chamber prior to today?

A      No, sir.

Q      Had anybody shared this type of information with you prior to today?

A      No, sir.

Q      Okay.  Flip over to the next page.  There's a step called "Entry" at the top.  Do you see that, the third step?

A      Yes, sir.

Q      There's a line there that says, in the third paragraph, "Ask the patient to assume a sitting position at the center of the deflated chamber."

Do you see that?

A      Yes, sir.

Q      Did you do that with Jarred?

A      Yes, sir.

Q      And then the step four, where it says, "Closing the

Chamber," there's the second paragraph that says, "Close the inner zipper first, ensuring complete closure by lifting up on the gasket and pushing the zipper slider all the way to the end."  Is that how --

First of all, do you see that?

A     Yes, sir.

Q     Is that how you did it?

A     Yes, sir.

Q     Was that a yes?

A     Yes, sir.

Q     And then the next paragraph says, "Lay the two gasket flaps one at a time and tuck them under the white outer zipper flap, at the crease between the top zipper flap and the chamber body."

Do you see that?

A     Yes, sir.

Q     Is that how you did it as well?

A     Yes, sir.

Q     Do you recall there being two gaskets, rubber gaskets, there between the zippers?

A     Yes, I remember there being a flap.  I don't know if there was two or...

Q     The next sentence says, "Carefully smooth out any wrinkles in the rubber air seal and gasket by using a massaging motion with the hands over the gasket flaps."

Case 5:13-cv-00649-FL     Document 45-11     Filed 12/01/14     Page 24 of 33

What does that mean?

Well, first of all, do you see that part of the --

A    Yes, sir.

Q    What does it mean?

A    When you do the first zipper, and then there's those two flaps, you have to, like, open one side and push the flaps down, like, I guess that's what it means when it says, like, massage them, and you just push those down, and then you can do the second zip.

Q    Okay.  The next step says -- the next sentence says, "Then close the outer zipper a few inches at a time to make sure that the gasket is completely smooth and flat."

Do you see that?

A    Yes, sir.

Q    Did you do that as well?

A    Yes, sir.

Q    Okay.  And go to the next page, and the fifth step, which is called Pressurization, do you see that?

A    Yes, sir.

Q    It says, "From the outside of the chamber" -- "From outside the chamber, comma, turn the pressurization/depressurization valve clockwise until it stops turning."

Page 133

Do you see that?

A   Yes, sir.

Q   Is that how you did it?

A   Yes, sir.

Q   Okay.  And then the sixth step is called Chamber Manipulation.  Do you see that?

A   Yes, sir.

Q   And it says, "As the chamber inflates, constantly massage the zipper to smooth out the gasket seal."

Do you see that?

A   Yes, sir.

Q   And did you do that part of the instruction?

A   No, sir.

Q   Had you ever seen that before?

A   No, sir.

Q   Anybody ever instructed you about that before?

A   No, sir.

Q   The next paragraph says, "Watch the pressure gauge on the top of the chamber to ensure the indicator reaches three to four PSI and remains at or near three to four PSI, depending on the style of the chamber you have."

First of all, do you see that?

A   Yes, sir.

Q   And you did not do that on that night, correct?

Case 5:13-cv-00649-FL    Document 45-11    Filed 12/01/14    Page 26 of 33

A    No, sir.

Q    Is that correct?

A    No, sir -- or --

Q    Yeah.  Let me ask it again.

Did you watch the pressure gauge at the top of the chamber to assure the indicator reached three or four PSI?

A    No.

Q    The next step, the seventh step, which is called Observed.  Do you see that?

A    Yes, sir.

Q    And it says, "Set a clock or timer for the prescribed treatment period."

Do you see that?

A    Yes, sir.

Q    Okay.  And did you do that on that evening?

A    No, sir.

Q    And the next sentence says, "Reassure the person inside that the attendant will remain with them during the entire treatment and will be regularly checking on them."

Do you see where it says that?

A    Yes, sir.

Q    And did you ever -- did you do that on that night?

A    No, sir.

Q     And had you ever read this part of the manual before?

A     No, sir.

Q     Had anybody ever told you before to set a clock or a timer for the prescribed treatment period?

A     No, sir.

Q     Had anybody ever told you before to remain with the person inside the chamber during the entire treatment, and that you would be regularly checking on them?

A     No, sir.

Q     If you could look at page 31 of the manual.  There, this is -- actually, go back to page 11 -- I'm sorry -- page 29, Chapter 11.

        Chapter 11 is called Safety Precautions: Precautions and Contraindications.  Do you see that?

A     Yes.

Q     Flip over to page 31, and there's a -- one of the warnings says "Excessive Carbon Dioxide Exposure" at the top.

        Do you see where it says "Excessive Carbon Dioxide Exposure"?

A     Yes, sir.

Q     This is a section that talks a little bit about excessive carbon dioxide exposure.  Had you ever -- have you ever read this section of the manual?

Case 5:13-cv-00649-FL    Document 45-11    Filed 12/01/14    Page 28 of 33

Q    And is this the first time that you're learning about any of this information about excessive carbon dioxide exposure?

A    I mean, I understand, like, if you don't have oxygen, you could die from carbon dioxide, but I didn't know that it would happen in the chamber.

Q    Okay.  If you would have read this prior to the day of the incident, would you have acted any differently?

          MR. SWETT:  Object to form.

A    No, sir, because I heard the chamber turn on.

BY MR. CHIGNELL:

Q    When you say you heard the chamber turn on, what do you mean?

A    The pressure valves.

Q    At the bottom?

A    Yes, sir.

Q    One of -- well, was there anything inside the chamber to help monitor the level of carbon dioxide and oxygen inside the chamber?

A    No, sir.

Q    I'm sorry?

A    No, sir.

Q    And you knew that at the time?

A    Yes, sir.

Q    Okay.  Did you ever talk to your parents about

Page 139

whether or not, or why there was not an oxygen sensor or a CO2 sensor inside the chamber?

A    Are you talking about before or after?

Q    Before.

A    Before, no, sir.

Q    Okay.  Have you ever looked at the website for Oxy-Health?

A    Oh, yes, sir.

Q    Prior to the time of Jarred's death?

A    No, sir.

Q    But since the time, you have?

A    Yes, sir.

Q    After you went downstairs and talked to your mother and were about ready to go to bed, did she ask you to go back upstairs and open the door for the room?

A    No, sir.

Q    Was that a "no"?

      Is that yes or no?

A    No.

Q    Do you keep any type of a journal, like a -- what's going on during the day, or your thoughts or feelings about anything?

A    No, sir.

Q    Do you know if your mother did?

A    No, sir.

Case 5:13-cv-00649-FL     Document 45-11     Filed 12/01/14     Page 30 of 33

it had to blow up to make that sound, what do you mean?

A    Well, it had to fill up with oxygen for the pressure gauges to go off like that.  So what I personally think happened is he might have rocked in his sleep or something, and it hit that bookshelf and just came off.

Q    Okay.  And did you ever -- did you ever try to re-create how that may have happened, or look at the height of the shelf, or something on the shelf, to determine whether or not that was possible?

A    No, because -- well, the police came in there and they told us that the hose was on the ground -- or they asked me, come up there, because I was the one that put him in there, and they asked me, is this supposed to be connected, and I said, yes, that is, because that's the only oxygen source for it.

        So that's all I can really think of.  I never went in there and tried to re-create or think of how it could happen, but...

Q    Okay.

A    So...

Q    Did you ever see the hose disconnected from the chamber?

A    After.  When the police asked me about it, that's the only time I had ever seen it disconnected.

Case 5:13-cv-00649-FL    Document 45-11    Filed 12/01/14    Page 31 of 33

Q    Did they bring you in that room and show you?

A    Yes, sir.

Q    And they said, "Hey, here's this thing, it's disconnected. Do you know what's going on with this?"

A    They just said this is -- "Is this supposed to be like this?" And I looked -- I went back there and looked, and I was, like, "I don't think so."

Q    Do you have any knowledge of when that may have become disconnected?

A    No, sir.

Q    And do you know whether or not that could have become disconnected because of moving Jarred from inside the chamber to the outside of the chamber?

A    No, sir. I don't -- can you say that again?

Q    Yeah. I'm trying to figure out, is it -- do you know when that valve or that tubing became disconnected from the chamber?

A    No, sir, I don't.

Q    And what do you believe?

A    I believe that it came off, if it hit that bookshelf. I think that the bookshelf hit the quick-release thing and it came off.

Q    Prior to coming here, I've been trying to figure out what's been going on in this case for a couple of months now.

Page 143

A   Uh-huh.

Q   When I saw the report about it hitting something on the shelf, or something along those lines, I was thinking that that may be have happened when you closed the door and, according to at least one of the reports, had to reposition the chamber.

But what I'm hearing you say now is that you didn't have any trouble at all closing the door. Is that correct?

A   Uh-huh. Yes, sir.

Q   That was a yes?

A   Yes, sir.

Q   Okay. So you believe that the chamber was properly hooked up when you put Jarred in, correct?

A   Yes, sir.

Q   And you believe that it was properly inflating after you put Jarred in, correct?

A   Yes, sir.

Q   And you believe that when you left the room that it was working the way that it should be working, correct?

A   Yes, sir.

Q   And you believe that when you started hearing the air escape from the pressure valves on the bottom of the chamber, that that was an indication to you that the chamber had reached its maximum pressure and the