# EXHIBIT B

D15245 - 0136



EXPONENT/ARNDT 000229