# EXHIBIT C

1

**Kartzinel Wellness Center**
**Jerrold J Kartzinel, MD**
LIC #: G84196

16251 Laguna Canyon Rd. Ste 175
Irvine, CA 92618-3623
Tel: (949) 428-8878 • Fax: (949) 861-6961

Name. . . . JARED Sparks . . . . . DOB. . . . . . . .

Address. . . . . . . . . . . . . . . . . . . . . Date. 1/12/11

℞                                             Sex  ☐ M ☐ F

HBOT home chamber
Use as directed

☐  1 - 24
☐  25 - 49
☐  50 - 74
☐  75 - 100
☐  101 - 150
☐  151 and over

Units _____

Refills  NR  1  2  3  4  5

Void after: _____

☐ Do Not Substitute                              MD
                                            Signature
PRESCRIPTION IS VOID IF MORE THAN ONE CONTROLLED SUBSTANCE IS WRITTEN
SCRIPT# 2663                    Order # L70582-1

EXHIBIT
2
2-17-14 EMD