# EXHIBIT D



# A SMALL MIRACLE, INC.

Comprehensive Services for Children and Adults
with Autism and Other Special Needs

## Agreement to Purchase Vitaeris 320 HBOT Chamber and O2 Concentrator

This agreement between Amy and Rob Sparks and A Small Miracle, Inc. is for the purchase of Vitaeris 320 HBOT Chamber Number 3398 and Oxygen Concentrator Number 2005003449.

Rob and Amy Sparks agree to lease the chamber and concentrator for two months at a cost of $300 per month, At the end of the second month, the Sparks will purchase this equipment at a price of $12,400 ($13,000 less the $600 lease amount). This amount will be paid in full immediately or at a rate of $1000 per month until the $12,400 is paid in full. If the monthly pay off is chosen, a check for $1000 is due by the 5th of each month for a total of 12 months. If payment is late, A Small Miracle, Inc. may chose to repossess the chamber and all previous payment will be forfeited. The chamber and concentrator will be delivered, set up, and tested to ensure it is in good working order. The Sparks are responsible for the repair of any damage to either the chamber or concentrator.

The Sparks are responsible for providing a doctor's prescription for the chamber prior to use or purchase.

I agree to the above terms.

Purchaser Signature/Date _____

Purchaser Signature/Date _____

Seller Signature/Date _____ 2/5/11

1890 Tommy's Rd. • Goldsboro, NC 27534• 919.751.9089 • 800.760.0665
2110 Ft. Bragg Rd. • Ste. 108 • Fayetteville, NC 28303 • 910.672.0272
7404 Chapel Hill Rd. • Unit K • Raleigh, NC 27607 • 919.854.4400
2843 Daisy Lane • Suite A • Wilson, NC 27896 • 252.206.1002
2406 S. Charles Blvd • Greenville, NC 27858 • 252.439.0431

EXHIBIT
3
2-17-14 Emo
PENGAD 800-631-6989