# EXHIBIT E

 10719 Norwalk Blvd
Santa Fe Springs, CA 90670

# PACKING LIST

| Date | Invoice # |
|---|---|
| 6/19/2008 | 10815 |

| Bill To: | Ship To: |
|---|---|
| A Small Miracle, Inc.<br>Jack W Presson<br>101 Bear Creek Road<br>Goldsboro, NC 27534<br>(919)922-4625 | A Small Miracle, Inc.<br>Jack W Presson<br>101 Bear Creek Road<br>Goldsboro, NC 27534<br>(919)922-4625 |

| P.O. Number | Terms | Dist/Rep | Ship Date | Ship Via | F.O.B. |
|---|---|---|---|---|---|
| | Repair | | 6/19/2008 | BAX Global | |

| Item Code | Description | Shipped |
|---|---|---|
| SNBL32 | S/N 3398<br>BL4320 Returned from Repair<br>Replaced Zipper Assembly | 1 |
| SVREPAIR | Repair Charge | 1 |

REFER TO YOUR INVOICE FOR WARRANTY INFORMATION
Customer Service?  Call 562.906.8888 or Fax 562.906.8885 or email info@hyperoxy.com

17

EXHIBIT
WITNESS: J. Presson
DATE: 2 26 18
MARY K. STEPP



Office: (706)265-7449
Fax: (706)265-6675

## PurchaseAuthorization/Agreement

### Section 1: Purchaser Information

| | | |
|---|---|---|
| Client: A Small Miracle Inc | Phone 1: 919-751-9089 | Phone 2: 919-751-5327 |
| Contact: Janet Presson | Email: janet.presson@asmallmiracleinc.com | Fax: 919-751-9089 |
| Address: 101 Bear Creek Rd | City: Goldsboro | State: NC  Zip: 27534 |

### Section 2: Payment Information

| Invoice Number | Invoice Total | ☐ Full Payment | ☐ Partial Payment | ☐ Other _____ |
|---|---|---|---|---|

Payment Type: ☐ Cash   ☐ Check   ☐ Wire Transfer   ☐ Lease/Loan   ☐ Credit Card, Please see below

### Section 3: Credit Card Information

Charge Amount: 19110.00   ☑ Full Payment   ☐ Partial Payment   ☐ Other _____

☐ Recurring Charge   Frequency: ☐ Weekly   ☐ Bi-Weekly   ☐ Monthly   ☐ Other _____

Card Type: ☐ Discover   ☑ Mastercard   ☐ Visa     Card Security Code: 2 1 7

5 1 4 0 - 2 1 8 8 - 9 4 8 9 - 5 3 5 6     Exp. 0 4 / 0 7

☐ American Express     Card Security Code: [ ][ ][ ][ ]     Exp. [ ][ ] / [ ][ ]

[ ][ ][ ][ ] - [ ][ ][ ][ ][ ] - [ ][ ][ ][ ]

Name (as it appears on credit card): Janet L Presson

Billing Address 1 (if different from above): Same as above

| Billing Address 2 | City | State  Zip |
|---|---|---|

Cardholder agrees to pay total shown hereon according to the card issuer agreement.
Cardholder further agrees to the charge amounts and dates specified hereon.

Authorized Signature: _____     Date: 11/16/05

### Section 4: Return Policy Acknowledgement/Agreement

All Portable Mild Hyperbaric Chambers come with a one-year manufacturer's warranty (parts and labor) from date of purchase for any manufacturer's defects. This warranty does not cover shipping costs to and from VitaO2 and is void if the chamber is used in a manner that is not construed as Normal Usage. Damage caused by the transportation of the chamber assembly is not covered by this warranty and any such claims should be directed to the carrier.

The compressor unit (including filtration system) has a one yer warranty from date of purchase covering any manufactuer's defects. Consumable parts (filters) are to be replaced regularly by the owner and are not covered by this warranty.

**This equipment is for health treatment hence no returns will be acceptted unless return is warranty related.**

*If an exception is made to this policy and a return is accepted, the purchaser will be responsible for all shipping costs and all restocking fees (not to exceed 20% of the total cost of the equipment).*

Authorized Signature: _____     Date: 11/16/05





90 Chappell Road, Dawsonville, GA 30534 ● Phone: 706-265-7449 ● Fax: 706-265-6675

| To: | JANET PRESSON | From: | TONI JEFFERS |
|---|---|---|---|
| Fax: | 919-751-9089 | Pages: | 2    Including Cover Sheet |
| Phone: | | Date: | 11/16/2005 |
| Re: | PURCHASE AUTHORIZATION FORM | CC: | |

● Comments:

JANET,

FOLLOWING IS THE PURCHASE AUTHORIZATION FORM TO BE FILLED OUT IN ORDER TO PROCESS YOUR CREDIT CARD, AND GET THIS PURCHASE GOING AS QUICKLY AS POSSIBLE. PLEASE FILL OUT AND FAX BACK TO THE NUMBER ABOVE.

THANKS!!

TONI

## Vitaeris 320
### Clinic System

### Why do we need oxygen?

Without oxygen we can not survive. It is oxygen that feeds the body, supporting the immune function, destroying toxic substances, and promoting new cell growth. In order to survive, we need almost 6 pounds of oxygen per day. That equates to the combined total of what the average adult consumes in food and water each day.

### What does Hyperbaric Therapy do?

The hyperbaric chamber increases the uptake of oxygen in the body. The comfortable high-pressured atmosphere in the chamber, using ambient air, causes a super-saturation of oxygen in the blood plasma and tissue fluids. The body utilizes oxygen better, functions more efficiently, promotes healing and improves health and fitness.

### How does Mild Hyperbaric Therapy work?

According to Henry's Law of Physics, an increase in atmospheric pressure allows for more gas to be dissolved into any given liquid. Henry's Laws is displayed in every can of carbonated soda. When soda is canned at the factory, it is put under pressure so that more carbon dioxide can be dissolved into the soda causing it to be carbonated. When the can is opened, the pressure is released. Without the pressure to keep the gas dissolved, the soda will become flat within a few hours.

The same principal applies to oxygen and blood plasma (the liquid part of blood). When the body is under pressure, plasma, cerebral fluid, and synovial fluid will allow more oxygen to dissolve than they would if there were not under pressure. Not only does this increase the amount of available oxygen to the tissues, it allows oxygen to reach areas of the body that would normally be difficult to reach.

_Presson's Chamber_



# Return Merchandise Authorization

**Oxy HEALTH** A Limited Liability Corp

10719 Norwalk Blvd. Santa Fe Springs, CA 90670
Toll Free: 877.789.0123  Tel: 562.906.8888
Fax: 562.906.8885

| Issued By | Date | RMA # |
|---|---|---|
| Jeff | 07/14/13 | RMA6610 |

**Returned By:**

Jack Presson
355 Grassmere Lane
Waynesville, NC 28786

Phone: 828-456-8259
Fax:

**Ship Back To:** OxyHealth

10719 Norwalk Bl
Santa Fe Springs, CA 90670

Phone: 562-906-8888
Fax:

Serial #: _____  Original OXY Invoice Date:: _____  Original OXY Ship Date: _____

Please select one of the following:

☐ Defect within 30 days covered by warranty (1)
☐ Defect within 90 days covered by warranty (2)

☐ Defect after 90 days covered by warranty (3)
☐ Non-warranty repair authorized by and billed to Owner (4)

Item to be returned:

| | | |
|---|---|---|
| 1 | Serial Number: 3184 32 | |
| 1 | Repair Description: Replace flanges and review chamber | Est. Repair Cost: $695.00 |
| 1 | Mandatory FDA required retesting fee | $195.00 |
| | Estimated Repair Total: | $890.00 |

If returning a chamber or compressor because of a defect, please mark the defect area on the graphic below (for chambers only), then describe the defect. Include location and/or under what conditions the defect presents itself. If additional room is needed, please attach a separate piece of paper with the description to this form and write the RMA number in the upper-right corner of the page:

I have verified the defect in this merchandise and have authorized any and all repair work and shipping fees associated with this repair.

By: _____  Name: _____  date: _____
        Signature                              Please Print

The issuance of an RMA form and/or RMA number will not be construed as a commitment to repair by OxyHealth, LLC (OXY). Acceptance of warranty repair will be determined upon review of damaged equipment.
(1) Upon acceptance by OXY of a completed RMA form, OXY will cross-ship a full replacement of the defective item. OXY will reimburse the owner for shipping costs when OXY receives a copy of the owner's shipping invoice and verifies the defect in the original damaged item(s).
(2) Upon acceptance by OXY of a completed RMA form, the owner's shipping invoice, and receipt of the damaged item, OXY will verify the defect as being covered by warranty, repair or replace it as OXY sees fit, then ship the item back to the owner. On verified, warranty-covered repairs, OXY will issue a check for the cost of shipping the item to OXY.
(3) Upon acceptance by OXY of a completed RMA form and receipt of the damaged item, OXY will verify the defect as being covered by warranty, repair or replace it as OXY sees fit, then ship the item back to the owner.
(4) The owner assumes all shipping and repair costs associated with non-warranty repairs.

Payment Information:

I agree to pay the above stated repair charges. I do understand that the repair costs are estimates only. If the repairs will cost more than the amount stated in this document, OXY will notify me, via email, of the increase. I may authorize this increased charge amount via a returned email.

I will pay these repair costs via (mark one): _____ Credit Card _____ Check or Money Order _____ Wire Transfer

Credit Card information:
I authorize the following credit card to be charged for my repairs:

Please mark one: _____ VISA _____ MasterCard _____ American Express    Card Number: _____

Name of Card: _____    Expiration Date: _____ / _____ Security Code (CCID): _____

Cardholder Signature: _____    Date: _____