# EXHIBIT F

Case 5:13-cv-00649-FL    Document 45-18    Filed 12/01/14    Page 1 of 8

# Office of the Chief Medical Examiner

CB # 7580 Chapel Hill, NC 27599-7580
Telephone 9199662253

## REPORT OF AUTOPSY EXAMINATION

## DECEDENT

**Document Identifier**     B201102194
**Autopsy Type**     ME Autopsy
**Name**     Jarred Bryan Sparks
**Age**     19 yrs
**Race**     White
**Sex**     M

## AUTHORIZATION

**Authorized By**     Damon K. Arrington MSN          **Received From**          Cumberland

## ENVIRONMENT

**Date of Exam**     06/11/2011          **Time of Exam**     9:00
**Autopsy Facility**     Office of the Chief Medical Examiner **Persons Present**          Ms. Molly Hupp, Mr. Clyde Gibbs,
Dr. John Butts

## CERTIFICATION

**Cause of Death**
Asphyxiation

**The facts stated herein are correct to the best of my knowledge and belief.**
**Digitally signed by**
Charles J. Sailey MD
John D. Butts MD   02 September 2011 12:44

## DIAGNOSES

Pulmonary congestion and edema

## IDENTIFICATION

**Body Identified By**
Papers/ID Tag



## EXTERNAL DESCRIPTION

**Length**     78 inches
**Weight**     170 pounds
**Body Condition**     Intact
**Rigor**     2+
**Livor**     There is normal distribution of livor mortis along the posterior upper and lower aspects of the body.
**Hair**     Brown
**Eyes**     Gray
**Teeth**     Natural upper and lower dentition
Received in a zippered disaster pouch is the body of a well developed adult white male appearing compatible with the reported age. The body is identified by one ID band on the right ankle and two ID bands on the left wrist. The body is clad in blue underwear. There are no specific identifying marks. Evidence of medical therapy consists of gauze and tape over the eyes, an intact endotracheal tube, two defibrillator pads on the anterior chest and upper abdomen, and two EKG leads, one on each anterior lower leg.

## INJURIES

No significant external or internal injuries are identified on gross examination.

Case 5:13-cv-00649-FL     Document 45-18     Filed 12/01/14     Page 2 of 8

## DISPOSITION OF CLOTHING AND PERSONAL EFFECTS
**The following items are released with the body**
Blue underwear.

**The following items are preserved as evidence**
None.

## INTERNAL EXAMINATION
### Body Cavities
The bilateral pleural and peritoneal cavities contain no significant fluid. No adhesions are present. All body organs are in their normal anatomic relationship. The internal organs are in a mild state of decomposition with normal collections of fluid within the cavities. Intravascular blood is present.

### Cardiovascular System
**Heart Weight**     390 grams
The pericardial sac is free of significant fluid and adhesions. The coronary arteries arise normally, follow the usual distribution, are widely patent and without evidence of significant atherosclerosis or thrombosis. The chamber sizes are within normal limits and the valves bear the usual size-position relationships and are unremarkable. The left ventricular wall thickness is within normal limits. The myocardium shows no evidence of acute infarction, scarring, or focal lesions. The aorta and its branches are intact and without abnormalities.

### Respiratory System
**Right Lung Weight**     870 grams
**Left Lung Weight**     650 grams
The larynx contains no fluid or debris. The upper and lower airways are free of debris and foreign material. The lungs are normally formed. The parenchyma of both lungs show moderate congestion without obvious consolidation or focal lesions. The pulmonary arteries are free of thrombi or emboli.

### Gastrointestinal System
The GI tract is intact throughout its length and is unremarkable. The appendix is present. The stomach contains approximately 15 ml of brown fluid and solid food material.

### Liver
**Liver Weight**     1900 grams
The hepatic capsule is intact and the parenchyma is unremarkable. The gallbladder contains approximately 10 ml of green bile and no gallstones. The extrahepatic biliary tree is patent with no gallstones present.

### Spleen
**Spleen Weight**     230 grams
The spleen is normally formed with no focal lesions identified.

### Pancreas
The pancreas is of normal size, shape and consistency without focal lesions.

### Urinary
**Right Kidney Weight**     200 grams
**Left Kidney Weight**     210 grams
The kidneys are of normal size and shape. The capsules strip with ease from the underlying granular cortical surfaces. The renal architecture is intact without focal lesions. The ureters are intact without dilation. The bladder contains approximately 20 ml of residual clear-yellow urine.

### Reproductive
The testes and other male reproductive organs are intact and of normal formation.

### Endocrine
The thyroid gland is of normal size, shape and consistency.

The bilateral adrenal glands are grossly unremarkable.

### Neurologic

Case 5:13-cv-00649-FL   Document 45-18   Filed 12/01/14   Page 3 of 8

**Brain Weight**     1750 grams

The leptomeninges are thin, delicate and minimally congested. The cerebral hemispheres are unremarkable. The vasculature at the base of the brain is intact without significant atherosclerosis. Coronal sections reveal normal architecture without focal lesions.

**Skin**

No focal lesions are identified.

**Immunologic System**

There is approximately 10 grams of residual thymus gland identified. There is no evidence of lymphadenopathy.

**Musculoskeletal System**

The musculoskeletal system is grossly unremarkable. There are no fractures identified within the skull or of the axial and appendicular skeletons. Examination of the soft tissues of the neck including the strap muscles reveal no abnormalities. The hyoid bone and laryngeal cartilages are intact. The lingual mucosa is intact and the underlying musculature is devoid hemorrhage.

## MICROSCOPIC EXAMINATION

**Cardiovascular**

Sections of the heart do not show fibrosis or inflammation, and are unremarkable.

**Respiratory**

Sections of the lungs show moderate to severe congestion of the parenchyma and vessels, with autolytic changes with diffuse zones of intra-alveolar eosinophilic fluid.

**Liver**

Sections of the liver show no specific histopatholigic abnormalities.

**Pancreas**

A sections of the pancreas shows autolysis with no specific histopatholigic abnormalities.

**Genitourinary**

Sections of the kidneys show no specific histopatholigic abnormalities.

**Neurologic**

Sections of the brain show no specific histopatholigic abnormalities.

## SUMMARY AND INTERPRETATION

The decedent was 19-year-old Caucasian male found unresponsive and apneic in a home hyperbaric chamber. The mother states that the treatment was prescribed for autism. Investigation by the sheriff's department indicates that the decedent was placed in the chamber by his 16-year-old brother at approximately 2300 on June 9th. It appears that the chamber was set up properly but when the brother moved the device in order to be able to close the bedroom door the input connection for the air pump struck a projecting object in a bookcase and unbeknownst to the brother disconnected. At 0330 his mother checked and found that he was unresponsive in the deflated chamber.

Significant findings at autopsy include bilateral moderate to severely congested and edematous lungs. There was no evidence of trauma and postmortem toxicological analysis demonstrated the presence of prescribed medication, clomipramine in unremarkable concentrations.

Given the autopsy and investigative findings, it is my opinion that the cause of death in this case is asphyxiation secondary to the collapse of the chamber.

## DIAGRAMS

1. Adult (front/back)

Case 5:13-cv-00649-FL    Document 45-18    Filed 12/01/14    Page 4 of 8

State of North Carolina

Office of the Chief Medical Examiner          Autopsy #   B11-2194

Chapel Hill, North Carolina  27599-7580      Examined By: C. Bailey     Date: _____

## BODY DIAGRAM:   ADULT (Front/Back)



FRONT

BACK

DEHNR 1917 (4/97)
Medical Examiner

This form may be photocopied.

PAGE ____ OF ____

Case 5:13-cv-00649-FL     Document 45-18     Filed 12/01/14     Page 5 of 8

**Mills, Barbara E.**

From:           documents@ocme.unc.edu
Sent:           Friday, June 01, 2012 10:02 AM
To:             Mills, Barbara E.
Subject:        Report T201104347

```
          T O X I C O L O G Y   R E P O R T

Office of the Chief Medical Examiner      Toxicology Folder: T201104347
Chapel Hill, NC    27599-7580                    Case Folder: F201104998
                                              Date of Report: 30-aug-2011
                                                        Page:  1


              Barbara Mills
              Motley Rice Llc
              28 Bridgeside Blvd.
              Mt. Pleasant, SC    29464




 DECEDENT:  Jarred Bryan Sparks

Status of Report: Approved
Report Electronically Approved By:  Ruth Winecker,  Ph.D.



                        *   *   *


==============================================================================
SPECIMENS received from Charles J. Sailey on 13-jun-2011

S110010476:  16.0 ml  Blood                 CONDITION: Postmortem
    SOURCE: Aorta                           OBTAINED: 11-jun-2011

 Benzodiazepines ------------- None Detected LCMS            08/30/2011
 Clomipramine ----------------------------    0.68   mg/L    08/30/2011
 ** Comments Concerning This Result **

        Clomipramine and metabolite analyses were performed  by  NMS
        Labs.
 ** End of Comments Concerning This Result **

 Cocaine metabolite ---------- None Detected LCMS            08/30/2011
 Ethanol --------------------- None Detected                08/30/2011
 Gabapentin/Pregabalin ------- None Detected LCMS            08/30/2011
 Norclomipramine ------------------------    2.1    mg/L     08/30/2011
 Opiates/Opioids ------------- None Detected LCMS            08/30/2011
 Other Organic Bases --------- None Detected                08/30/2011
_____

S110010477:   1.0 ml  Blood                 CONDITION: Postmortem
    SOURCE: Vena Cava                       OBTAINED: 11-jun-2011
```

```
Clomipramine ------ Quantity Not Sufficient        08/30/2011
Norclomipramine --- Quantity Not Sufficient        08/30/2011
```

Case 5:13-cv-00649-FL   Document 45-18   Filed 12/01/14   Page 7 of 8

# TOXICOLOGY REPORT

Office of the Chief Medical Examiner
Chapel Hill, NC    27599-7580

Toxicology Folder: T201104347
Case Folder: F201104998
Date of Report: 30-aug-2011
Page:  2

Decedent:  Jarred Bryan Sparks

* * *  SPECIMENS received from Charles J. Sailey on 13-jun-2011 (Continued)

---

S110010478:  16.0 ml  Urine
    SOURCE: Urinary Bladder

CONDITION: Postmortem
OBTAINED: 11-jun-2011

---

S110010479:            Liver
    SOURCE: Liver

CONDITION: Postmortem
OBTAINED: 11-jun-2011

Clomipramine ----------------------------    5.1    mg/kg         08/30/2011
** Comments Concerning This Result **

        Clomipramine and metabolite analyses were performed  by  NMS
        Labs.
** End of Comments Concerning This Result **

Norclomipramine -------------------------    20     mg/kg         08/30/2011

---

060112 10:01       * * * E N D   O F   R E P O R T  * * *        B201102194

3

Case 5:13-cv-00649-FL    Document 45-18    Filed 12/01/14    Page 8 of 8