# EXHIBIT G



**Pediatric Partners**

5270 PALM VALLEY ROAD, PONTE VEDRA, FLORIDA 32082
PHONE 904-543-1288 FAX 904-543-1289

January 16, 2009

Re: Jarred Sparks DOB 24 APR 92

To Whom It May Concern:

Jarred Sparks, currently 16 yr and 8 months old, is diagnosed with autism and is seriously disabled. His disability was recognized shortly after turning 1 year old and is expected to be life-long. He will require care and supervision from his parents for life.

If further information is required, please do not hesitate to contact my office.

Jerry Kartzinel, MD FAAP
Board Certified Pediatrics



PENGAD 800-631-6989

EXHIBIT

62

JSB 7-28-14