# EXHIBIT H

   

RECEIVED



EXHIBIT
134

_____ Jarred _____ 'S PERSON-CENTERED PROFILE

| Name: Jarred Sparks | DOB: 4/24/1902 | Medicaid ID: 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-R | Record #: 052291 |
|---|---|---|---|
| (Non - CAP-MR/DD Plans ONLY) PCP Completed on: / / | (CAP-MR/DD Plans ONLY) Plan Meeting Date: 3/23/2011 | | Effective Date: 5/1/2011 |

## WHAT PEOPLE LIKE AND ADMIRE ABOUT...

Jarred is a very sweet boy who loves to be around his family. He is close with his mother. Jarred is responsive and loving towards his family as well as his aide. It is reported that Jarred has a positive attitude, and that he is excited and motivated to learn new things. Jarred can be friendly.

## WHAT'S IMPORTANT TO...

Jarred's family and his CAP Aide are important to him. Jarred likes to be around his brother and sister as well as his parents. Food is important to Jarred, although, he is on a special diet. Jarred likes to sing songs that he knows and likes. It is important to Jarred and the family that he continue to receive CAP services to make progress towards goals and not regress. Jarred continues to be active in his church. He likes to sit with his family and watch T.V. Jarred likes to be outside and jump on the trampoline and go on car rides.

## HOW BEST TO SUPPORT...

Jarred has a diagnosis of Autism, Moderate Mental Retardation, Recurrent Otitis Media, Problems with Communication, socialization and social environment and requires assistance and supervision during his daily routines. Jarred has limited communication skills; he will respond with a few word phrases and requires prompting to answer questions. Jarred will display behaviors such as making clicking sounds with his mouth, picking up lint off of the floor, and pouring out liquids from containers. He can be redirected with verbal prompts. Jarred is awaiting a hospital bed as he has been known to urinate on himself as well as destruct mattresses.

Jarred is on a strict diet and will attempt to acquire foods from others or places such as trash cans. There is a list of foods in the kitchen that show what he is allowed to eat. Jarred will take food he is not allowed to eat and try to eat it. Jarred is on a Restrictive Diet that consists of food that are Gluten and Casein Free. Staff need to feed Jarred from the list that is located on the kitchen cabinet. It includes food categories for Fish/Seafood, fruits, grains, nuts/seeds, meat/poultry, spices/seasonings, sweeteners, and vegetables. If Jarred is eating out in the community, it is important for staff to as Mom what he can eat and from where. Jarred's "leaky stomach" means his stomach does not digest food like the normal stomach. His stomach enzymes do not break down the food and allow the food to be absorbed; this causes the food allergies, lose stools, and gassy-bloated stomach. It is important for Jarred to follow the food list when eating since the food on the list is easier for him to digest. Also, when his diet is not followed self-stimulatory behaviors occur and interfere with his services and learning.

Jarred needs constant assistance to complete tasks, stay on track, and constant supervision. Jarred can not be left alone, he will do whatever he wants even if it is not safe. Jarred has no concept of right from wrong. Jarred needs a schedule and routine; he needs to have activities and goals planned for him. Jarred needs to have someone with him to guide him in an appropriate direction and manner.

Jarred will be out of school for the summer break and could regress in his progress and behaviors if more support is not provided. Jarred's father is often away for an extended amount of time due to his employment position, and Jarred's mother is the primary support system while Jarred's father is away. Jarred currently

NC DMH/DD/SAS PCP: (3/1/10 Version)                                                            1.

has another sibling in the residence that Mrs. Sparks also has to care for. More Home and Community Support during summer months would be beneficial for Jarred to ensure that he does not regress in his progress during the break from school. Due to a high level of need for Jarred to have supervision and assistance and one to one supports for his daily living needs, an additional 10 hours per week of Home and Community Support is being requested while Jarred is out of school.

**ADD WHAT'S WORKING / WHAT'S NOT WORKING**

Jarred is on a strict diet; he does not consume foods with Gluten or Casen. There is a lock on the pantry door so that Jarred cannot access the foods that he can not eat. Jarred has been known to take food from others or search for foods in trash cans so that he can eat the foods he is not supposed to. Jarred will also take food and/or drinks that do not belong to him. He will eat the food and often dump the drinks/liquid out of the container. Jarred has decreased in his episodes of taking things from other and taking food and drinks that do not belong to him. Jarred's safety abilities and comprehension is not high.

Jarred is having difficulties with facilitating his daily living skills independently. His adaptive skills are poor and can use improvement. Jarred also has limited social skills. Jarred takes dietary supplements that were recommended by his doctor, Dr. Bradstreet, in Florida. They are herbal vitamins to assist with the nutrition absorption/digestion system and the immune system.

Jarred has been working with Charles Williams, CAP Aide, for sometime and has been making progress with the Aide. Jarred is responsive to the Aide and the family reports that the two have a positive working relationship. Jarred has had consistency with his habilitative training in part because of his current CAP Aide, Mr. Williams. Jarred utilizes a token system; he works hard at tasks to obtain his tokens. Jarred can not answer all questions due to his lack of cognitive skills. He often relies on others to prompt him. Jarred often has difficulty communicating his wants and/or needs. Jarred continues to exhibit self-stimulatory behaviors such as flicking his fingers and clicking his tongue.

Jarred continues to see his doctor in Florida to assist in the Autism and medication monitoring. He is attending all of his scheduled appointments, goes on family vacations, and has adjusted well to his new school. Jarred's family continues to be supportive and loving. Jarred has recently received a HyperBaric Chamber in the family home. Mom reports that Jarred's instances of yelling and scratching others has decreased since he has been utilizing the chamber. Jarred will also be soon participating in the Special Olympics.

Case 5:13-cv-00649-FL     Document 45-20     Filed 12/01/14     Page 3 of 27

ASM 0034



## ACTION PLAN

The Action Plan should be based on information and recommendations from: the Comprehensive Clinical Assessment (CCA), the One Page Profile, Characteristics/Observations/Justifications for Goals, and any other supporting documentation.

Long Range Outcome: 1

> Jarred needs to receive CAP-MR/DD services and Targeted Case Management Services.

Where am I now in the process of achieving this outcome? (Include progress on goals over the past years, as applicable).

> Jarred is receiving Targeted Case Management with The Arc of NC. Jarred is maintaining good health; his mother ensures that he attends all of his scheduled appointments.

CHARACTERISTICS/OBSERVATION/JUSTIFICATION FOR THIS GOAL: Jarred and his parents continue to choose The Arc of NC as the provider for Targeted Case Management Sevices.

| WHAT (Short Range Goal) | WHO IS RESPONSIBLE | SERVICE & FREQUENCY |
|---|---|---|
| 1a. Jarred will receive Targeted Case Management to assist with linking, referring, assessing, monitoring, coordinating, facilitating, to write and develop PCP, and arranging services as recommended by treatment team throughout PCP year | Support Broker Family Jarred | Targeted Case Management 52 units/year |

**HOW** (Support/Intervention)

SB will meet with Jarred and complete face to face visits as required by the waiver to monitor continued eligibility for services and appropriateness of supports provided. SB will review service documentation. SB will verify CAP-Medicaid eligibility and will assist as needed in maintaining eligibility for services. SB will assist with financial needs as needed to assure health and safety. SB will provide advocacy, linking, coordinating, facilitating, assessing, monitoring, informing, evaluation, planning, developing, negotiating, to assist with needed services to assure continued safe community living. SB will monitor Jarred's health, well-being, and safety. SB will develop and write the Person Centered Plan with Jarred and his team and complete the cost summary based on needed supports and services. SB will complete revisions to update the Person Centered Plan as needed.

| Target Date (Not to exceed 12 months) | Date Goal was reviewed | Status Code | Progress toward goal and justification for continuation or discontinuation of goal. |
|---|---|---|---|
| 4/30/2012 | / / | | |
| / / | / / | | |
| / / | / / | | |

Status Codes: R=Revised O=Ongoing A=Achieved D=Discontinued

CHARACTERISTICS/OBSERVATION/JUSTIFICATION FOR THIS GOAL: Jarred benefits from Home and Community Supports to assist him in making progress towards his goals.

| WHAT (Short Range Goal) | WHO IS RESPONSIBLE | SERVICE & FREQUENCY |
|---|---|---|
| 1b. Jarred will receive Individual Home and Community Supports. | Jarred Family HCS Staff Support Broker | Individual Home and Community Supports 16 H/W. Up to 129 H/M when school during summer break. |

**HOW** (Support/Intervention)

SB will work with Jarred and his family, and other team members to ensure that Jarred is receiving Individual Home and

Case 5:13-cv-00649-FL    Document 45-20    Filed 12/01/14    Page 4 of 27    ASM 0034

Name: Jarred Sparks     DOB: 4/24/1992     Medicaid ID: 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-R     Record #: 052291

Community Supports.

| Target Date (Not to exceed 12 months) | Date Goal was reviewed | Status Codes | Progress toward goal and Justification for continuation or discontinuation of goal. |
|---|---|---|---|
| 4/30/2012 | / / | | |
| / / | / / | | |
| / / | / / | | |

Status Codes:     R=Revised     O=Ongoing     A=Achieved     D=Discontinued

---

CHARACTERISTICS/OBSERVATION/JUSTIFICATION FOR THIS GOAL: Jarred requires assistance with daily living skills.

| WHAT (Short Range Goal) | WHO IS RESPONSIBLE | SERVICE & FREQUENCY |
|---|---|---|
| 1c. Jarred will receive Personal Care. | Jarred Family Support Broker Personal Care Staff | Personal Care 10 H/W |

HOW (Support/Intervention)
SB will work with Jarred and his family, and other team members to ensure that Jarred is receiving Personal Care Services.

| Target Date (Not to exceed 12 months) | Date Goal was reviewed | Status Codes | Progress toward goal and Justification for continuation or discontinuation of goal. |
|---|---|---|---|
| 4/30/2012 | / / | | |
| / / | / / | | |
| / / | / / | | |

Status Codes:     R=Revised     O=Ongoing     A=Achieved     D=Discontinued

---

CHARACTERISTICS/OBSERVATION/JUSTIFICATION FOR THIS GOAL: Jarred continues to need Respite Services due to his many needs. His Mother is his primary care taker and Mr. Sparks is often out of town due to his job.

| WHAT (Short Range Goal) | WHO IS RESPONSIBLE | SERVICE & FREQUENCY |
|---|---|---|
| 1d. Jarred will receive Respite Care Services, Non-Inst, Individual. | Jarred Family Support Broker Respite Care Provider | Respite Care, Non-Inst, Individual 576 H/Y |

HOW (Support/Intervention)
SB will work with Jarred and his family, and other team members to ensure that Jarred is receiving Respite Care.

| Target Date (Not to exceed 12 months) | Date Goal was reviewed | Status Codes | Progress toward goal and Justification for continuation or discontinuation of goal. |
|---|---|---|---|
| 4/30/2012 | / / | | |
| / / | / / | | |
| / / | / / | | |

Status Codes:     R=Revised     O=Ongoing     A=Achieved     D=Discontinued

NC DMH/DD/SAS PCP: (3/1/10 Version)                                        4.

Case 5:13-cv-00649-FL     Document 45-20     Filed 12/01/14     Page 5 of 27



**CHARACTERISTICS/OBSERVATION/JUSTIFICATION FOR THIS GOAL:** Jarred needs to receive Personal Care to assist him with his needs.

| WHAT (Short Range Goal) | WHO IS RESPONSIBLE | SERVICE & FREQUENCY |
|---|---|---|
| 1e.  Jarred will have his health and safety needs met. | Jarred<br>Family<br>Health Care Professionals | Medical care annually and as needed |

**HOW** (Support/Intervention)
Parent will schedule/transport to and attend all medical appointments.   Physician will provide care.

| Target Date (Not to exceed 12 months) | Date Goal was reviewed | Status Codes | Progress toward goal and justification for continuation or discontinuation of goal. |
|---|---|---|---|
| 4/30/2012 | / / | | |
| / / | / / | | |
| / / | / / | | |

Status Codes:  R=Revised    O=Ongoing    A=Achieved    D=Discontinued

Case 5:13-cv-00649-FL     Document 45-20     Filed 12/01/14     Page 6 of 27     ASM 0034



Long Range Outcome: 2

| |
|---|
| Jarred will increase his independent living skills. |

**Where am I now in the process of achieving this outcome?** (Include progress on goals over the past years, as applicable).

| |
|---|
| Jarred relies on his caregivers (mom and dad) for much of his living skills. Jarred needs to become more independent in this area to show/prove to himself that he can do things on his own and in an appropriate manner. Jarred needs constant supervision due to some tendencies to not follow through of to initiate tasks. |

**CHARACTERISTICS/OBSERVATION/JUSTIFICATION FOR THIS GOAL:** It is important for Jarred to wear appropriate clothing.

| WHAT (Short Range Goal) | WHO IS RESPONSIBLE | SERVICE & FREQUENCY |
|---|---|---|
| 2a. Jarred will be dressed in appropriate clothing daily with no more than 1 VP for 12 consecutive months. | Jarred<br>Family<br>HCS Staff | Individual Home and Community Supports 16 H/W<br><br>Up to 129 H/M when school during summer break. |

**HOW** (Support/Intervention)

Aide will provide verbal prompts and encouragement. Praise will be provided once the task/goal in completed. Jarred will focus on the following but not limited to:
1. Choose appropriate clothing to wear according to the weather and occasion.
2. Put on the clothing correctly.

*-HCS Aide will document the number of verbal prompts, reminders, hand over hand assistances indicating what Jarred needed to complete the tasks. HCS Aide will document the number of prompts before providing hand over hand assistances and modeling.*
*-HCS Aide will document a (-) indicating that the goal was not completed as indicated by the number of verbal prompts. HCS Aide will also document why the goal was not completed on the back of the documentation sheet.*

| Target Date (Not to exceed 12 months) | Date Goal was reviewed | Status Code | Progress toward goal and justification for continuation or discontinuation of goal. |
|---|---|---|---|
| 4/30/2012 | / / | | |
| / / | / / | | |
| / / | / / | | |

Status Codes: R=Revised　　O=Ongoing　　A=Achieved　　D=Discontinued

**CHARACTERISTICS/OBSERVATION/JUSTIFICATION FOR THIS GOAL:** Jarred needs to maintain cleanliness.

| WHAT (Short Range Goal) | WHO IS RESPONSIBLE | SERVICE & FREQUENCY |
|---|---|---|
| 2b. Jarred will wash and dry his hands before and after meals, with no more than 1 VP, daily for 12 consecutive months. | Jarred<br>Family<br>HCS Staff | Individual Home and Community Supports 16 H/W<br><br>Up to 129 H/M when school during summer break. |

**HOW** (Support/Intervention)

Aide will provide verbal prompts and encouragement. Praise will be provided once the task/goal in completed. Jarred will focus on the following but not limited to:
1. Apply soap to both hands

Case 5:13-cv-00649-FL　　Document 45-20　　Filed 12/01/14　　Page 7 of 27

ASM 0034

2. Run hands under water to take soap off.
3. Throw towel away once finished.

*-HCS Alde will document the number of verbal prompts, reminders, hand over hand assistances indicating what Jarred needed to complete the tasks. HCS Alde will document the number of prompts before providing hand over hand assistances and modeling.*
*-HCS Alde will document a (-) indicating that the goal was not completed as indicated by the number of verbal prompts. HCS Alde will also document why the goal was not completed on the back of the documentation sheet.*

| Target Date (Not to exceed 12 months) | Date Goal was reviewed | Status Code | Progress toward goal and justification for continuation or discontinuation of goal. |
|---|---|---|---|
| 4/30/2012 | / / | | |
| / / | / / | | |
| / / | / / | | |

Status Codes:  R=Revised  O=Ongoing  A=Achieved  D=Discontinued

---

CHARACTERISTICS/OBSERVATION/JUSTIFICATION FOR THIS GOAL: Jarred has the tendency to eat and place items off of the floor in his mouth.

| WHAT (Short Range Goal) | WHO IS RESPONSIBLE | SERVICE & FREQUENCY |
|---|---|---|
| 2c. Jarred will refrain from eating other people's food, lint, chewed bubble gum, thread, etc. with no more than 3 VP's, daily, for 12 consecutive months. | Jarred Family HCS Staff | Individual Home and Community Supports 15 H/W

Up to 129 H/M when school during summer break. |

HOW (Support/Intervention)
Alde will provide verbal prompts and encouragement. Praise will be provided once the task/goal in completed. Jarred will focus on the following but not limited to:
1. Jarred will not take things and place them in his mouth that is not food.
2. Jarred will only eat his gluten and caslen free foods.
3. Jarred will not place lint, old bubble gum, or any other objects in his mouth that is not food.

*-HCS Alde will document the number of verbal prompts, reminders, hand over hand assistances indicating what Jarred needed to complete the tasks. HCS Alde will document the number of prompts before providing hand over hand assistances and modeling.*
*-HCS Alde will document a (-) indicating that the goal was not completed as indicated by the number of verbal prompts. HCS Alde will also document why the goal was not completed on the back of the documentation sheet.*

| Target Date (Not to exceed 12 months) | Date Goal was reviewed | Status Code | Progress toward goal and justification for continuation or discontinuation of goal. |
|---|---|---|---|
| 4/30/2012 | / / | | |
| / / | / / | | |
| / / | / / | | |

Status Codes:  R=Revised  O=Ongoing  A=Achieved  D=Discontinued

---

CHARACTERISTICS/OBSERVATION/JUSTIFICATION FOR THIS GOAL: Jarred is on a Gluten and Caseln free diet.

| WHAT (Short Range Goal) | WHO IS RESPONSIBLE | SERVICE & FREQUENCY |
|---|---|---|

Case 5:13-cv-00649-FL   Document 45-20   Filed 12/01/14   Page 8 of 27   ASM 0034

| 2d. Jarred will only eat food from his Gluten and Casein free diet food list, at each meal/snack, with no more than 3 VP's, daily, for 12 consecutive months. | Jarred<br>Family<br>HCS Staff | Individual Home and Community Supports 15 H/W<br><br>Up to 129 H/M when school during summer break. |
|---|---|---|

**HOW** (Support/Intervention)
Aide will provide verbal prompts and encouragement. Praise will be provided once the task/goal in completed. Jarred will focus on the following but not limited to:
1. Jarred will only eat foods that he is able to eat.
2. Jarred will not eat any other foods that is not on his food list, or that is at snack time.
3. Staff will be aware of the foods that Jarred is able to and not able to eat.

*-HCS Aide will document the number of verbal prompts, reminders, hand over hand assistances indicating what Jarred needed to complete the tasks. HCS Aide will document the number of prompts before providing hand over hand assistances and modeling.*
*-HCS Aide will document a (-) indicating that the goal was not completed as indicated by the number of verbal prompts. HCS Aide will also document why the goal was not completed on the back of the documentation sheet.*

| Target Date (Not to exceed 12 months) | Date Goal was reviewed | Status Code | Progress toward goal and justification for continuation or discontinuation of goal. |
|---|---|---|---|
| 4/30/2012 | / / | | |
| / / | / / | | |
| / / | / / | | |

Status Codes: R=Revised    O=Ongoing    A=Achieved    D=Discontinued

---

| CHARACTERISTICS/OBSERVATION/JUSTIFICATION FOR THIS GOAL: Jarred has the tendency to eat foods and lint off of the floor. | | |
|---|---|---|
| **WHAT** (Short Range Goal) | **WHO IS RESPONSIBLE** | **SERVICE & FREQUENCY** |
| 2e. Jarred will throw away any food or paper he picks up off of the floor, instead of eating it, with no more than 3 VP's daily, for 12 consecutive months. | Jarred<br>Family<br>HCS Staff | Individual Home and Community Supports 15 H/W<br><br>Up to 129 H/M when school during summer break. |

**HOW** (Support/Intervention)
Aide will provide verbal prompts and encouragement. Praise will be provided once the task/goal in completed. Jarred will focus on the following but not limited to:
1. Jarred will identify that the paper is trash.
2. Jarred will identify the whereabouts of a trashcan.
3. Jarred will identify objects that are not food.
4. Jarred will throw paper that he picks up off the floor in the identified trash can.

*-HCS Aide will document the number of verbal prompts, reminders, hand over hand assistances indicating what Jarred needed to complete the tasks. HCS Aide will document the number of prompts before providing hand over hand assistances and modeling.*
*-HCS Aide will document a (-) indicating that the goal was not completed as indicated by the number of verbal prompts. HCS Aide will also document why the goal was not completed on the back of the documentation sheet.*

| Target Date (Not to exceed 12 months) | Date Goal was reviewed | Status Code | Progress toward goal and justification for continuation or discontinuation of goal. |
|---|---|---|---|
| 4/30/2012 | / / | | |
| / / | / / | | |

NC DMH/DD/SAS PCP: (3/1/10 Version)                                                                                                          8.

Case 5:13-cv-00649-FL    Document 45-20    Filed 12/01/14    Page 9 of 27

ASM 0034

| / / | / / | | |
|---|---|---|---|

CHARACTERISTICS/OBSERVATION/JUSTIFICATION FOR THIS GOAL: Jarred is working on increasing his independence and abilities.

| WHAT (Short Range Goal) | WHO IS RESPONSIBLE | SERVICE & FREQUENCY |
|---|---|---|
| 2f. Jarred will button, zip, and snap on his clothes, with no more than 2 VP's, daily, for 12 consecutive months. | Jarred<br>Family<br>HCS Staff | Individual Home and Community Supports 15 H/W<br><br>Up to 129 H/M when school during summer break. |

**HOW** (Support/Intervention)
Aide will provide verbal prompts and encouragement. Praise will be provided once the task/goal in completed. Jarred will focus on the following but not limited to:
1. Jarred will place the button on top of the latch and press together.
2. For buttons that go through holes, Jarred will attempt to place the button through the hole put pushing the button.
3. Jarred will practice placing main part of zipper together.

-HCS Aide will document the number of verbal prompts, reminders, hand over hand assistances indicating what Jarred needed to complete the tasks. HCS Aide will document the number of prompts before providing hand over hand assistances and modeling.
-HCS Aide will document a (-) indicating that the goal was not completed as indicated by the number of verbal prompts. HCS Aide will also document why the goal was not completed on the back of the documentation sheet.

| Target Date (Not to exceed 12 months) | Date Goal was reviewed | Status Code | Progress toward goal and justification for continuation or discontinuation of goal. |
|---|---|---|---|
| 4/30/2012 | / / | | |
| / / | / / | | |
| / / | / / | | |

CHARACTERISTICS/OBSERVATION/JUSTIFICATION FOR THIS GOAL: Jarred is learning to place items in their proper location.

| WHAT (Short Range Goal) | WHO IS RESPONSIBLE | SERVICE & FREQUENCY |
|---|---|---|
| 2g. Jarred will put away things he drops or takes out of place, with no more than 3 VP's, daily, for 12 consecutive months. | Jarred<br>Family<br>HCS Staff | Individual Home and Community Supports 15 H/W<br><br>Up to 129 H/M when school during summer break. |

**HOW** (Support/Intervention)
Aide will provide verbal prompts and encouragement. Praise will be provided once the task/goal in completed. Jarred will focus on the following but not limited to:
1. Jarred will identify where he took something out of so he can put it back.
2. Jarred will place the item he takes or drops back where it was prior/belongs.

Case 5:13-cv-00649-FL　Document 45-20　Filed 12/01/14　Page 10 of 27　ASM 00347

**Name: Jarred Sparks** **DOB: 4/24/~092** **Medicaid ID: 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-R** **Record #: 052291**

-HCS Aide will document the number of verbal prompts, reminders, hand over hand assistances indicating what Jarred needed to complete the tasks. HCS Aide will document the number of prompts before providing hand over hand assistances and modeling.

-HCS Aide will document a (-) indicating that the goal was not completed as indicated by the number of verbal prompts. HCS Aide will also document why the goal was not completed on the back of the documentation sheet.

| Target Date (Not to exceed 12 months) | Date Goal was reviewed | Status Code | Progress toward goal and justification for continuation or discontinuation of goal. |
|---|---|---|---|
| 4/30/2012 | / / | | |
| / / | / / | | |
| / / | / / | | |

Status Codes: R=Revised O=Ongoing A=Achieved D=Discontinued

---

CHARACTERISTICS/OBSERVATION/JUSTIFICATION FOR THIS GOAL: Jarred as a history of urinating on himself.

| WHAT (Short Range Goal) | WHO IS RESPONSIBLE | SERVICE & FREQUENCY |
|---|---|---|
| 2h. Jarred will utilize his toilet schedule (go to bathroom every 30 minutes,) with no more than 3 VP's, daily, and as needed for 12 consecutive months. | Jarred Family HCS Staff | Individual Home and Community Supports 15 H/W<br><br>Up to 129 H/M when school during summer break. |

HOW (Support/Intervention)
Aide will provide verbal prompts and encouragement. Praise will be provided once the task/goal in completed. Jarred will focus on the following but not limited to:
1. Jarred will sit patiently for 5 minutes to make sure he is completely finished in the bathroom.
2. Jarred will wash his hands after completion.
3. Jarred will utilize the restroom every 30 minutes.

-HCS Aide will document the number of verbal prompts, reminders, hand over hand assistances indicating what Jarred needed to complete the tasks. HCS Aide will document the number of prompts before providing hand over hand assistances and modeling.

-HCS Aide will document a (-) indicating that the goal was not completed as indicated by the number of verbal prompts. HCS Aide will also document why the goal was not completed on the back of the documentation sheet.

| Target Date (Not to exceed 12 months) | Date Goal was reviewed | Status Code | Progress toward goal and justification for continuation or discontinuation of goal. |
|---|---|---|---|
| 4/30/2012 | / / | | |
| / / | / / | | |
| / / | / / | | |

Status Codes: R=Revised O=Ongoing A=Achieved D=Discontinued

---

CHARACTERISTICS/OBSERVATION/JUSTIFICATION FOR THIS GOAL: Jarred is working on improving his hygiene routine and becoming more independent.

| WHAT (Short Range Goal) | WHO IS RESPONSIBLE | SERVICE & FREQUENCY |
|---|---|---|
| 2i. Jarred will complete some personal hygiene with no more than 4 VP's, daily and as needed, for 12 consecutive months. | Jarred Family HCS Staff | Individual Home and Community Supports 15 H/W |

NC DMH/DD/SAS PCP: (3/1/10 Version) 10.

Case 5:13-cv-00649-FL     Document 45-20     Filed 12/01/14     Page 11 of 27

ASM 0034

Name: Jarred Sparks          DOB: 4/24/1992     Medicaid # 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-R      Record #: 052291

| | | | Up to 129 H/M when school during summer break. |
| --- | --- | --- | --- |

**HOW** (Support/Intervention)
Aide will provide verbal prompts and encouragement. Praise will be provided once the task/goal in completed. Jarred will focus on the following but not limited to:
1. Brush his teeth.
2. Rinse his face.

-HCS Aide will document the number of verbal prompts, reminders, hand over hand assistances indicating what Jarred needed to complete the tasks. HCS Aide will document the number of prompts before providing hand over hand assistances and modeling.
-HCS Aide will document a (-) indicating that the goal was not completed as indicated by the number of verbal prompts. HCS Aide will also document why the goal was not completed on the back of the documentation sheet.

| Target Date (Not to exceed 12 months) | Date Goal was reviewed | Status Code | Progress toward goal and justification for continuation or discontinuation of goal. |
| --- | --- | --- | --- |
| 4/30/2012 | / / | | |
| / / | / / | | |
| / / | / / | | |

Status Codes: R=Revised    O=Ongoing    A=Achieved    D=Discontinued

---

| CHARACTERISTICS/OBSERVATION/JUSTIFICATION FOR THIS GOAL: Jarred is working on becoming more independent. | | |
| --- | --- | --- |
| **WHAT** (Short Range Goal) | **WHO IS RESPONSIBLE** | **SERVICE & FREQUENCY** |
| 2j. Jarred will complete his chores with no more than 3 VP's, daily and as needed, for 12 consecutive months. | Jarred<br>Family<br>HCS Staff | Individual Home and Community Supports 15 H/W<br><br>Up to 129 H/M when school during summer break. |

**HOW** (Support/Intervention)
Aide will provide verbal prompts and encouragement. Praise will be provided once the task/goal in completed. Jarred will focus on the following but not limited to:
1. Putting dirty clothes in the hamper.
2. organizing/picking up things,etc.
3. clean his floor.

-HCS Aide will document the number of verbal prompts, reminders, hand over hand assistances indicating what Jarred needed to complete the tasks. HCS Aide will document the number of prompts before providing hand over hand assistances and modeling.
-HCS Aide will document a (-) indicating that the goal was not completed as indicated by the number of verbal prompts. HCS Aide will also document why the goal was not completed on the back of the documentation sheet.

| Target Date (Not to exceed 12 months) | Date Goal was reviewed | Status Code | Progress toward goal and justification for continuation or discontinuation of goal. |
| --- | --- | --- | --- |
| 4/30/2012 | / / | | |
| / / | / / | | |
| / / | / / | | |

Status Codes: R=Revised    O=Ongoing    A=Achieved    D=Discontinued

Case 5:13-cv-00649-FL    Document 45-20    Filed 12/01/14    Page 12 of 27    ASM 0034



Long Range Outcome: 3

| Jarred will increase his adaptive skills. |
|---|

**Where am I now in the process of achieving this outcome? (Include progress on goals over the past years, as applicable).**

| Jarred can not comprehend some basic life skills or adapt easy to what is going on when he is not familiar with the situation. Jarred needs to learn how to adapt/adjust in different situations and express himself so that others can assist him. |
|---|

---

**CHARACTERISTICS/OBSERVATION/JUSTIFICATION FOR THIS GOAL:** Jarred has a limited vocabulary.

| WHAT (Short Range Goal) | WHO IS RESPONSIBLE | SERVICE & FREQUENCY |
|---|---|---|
| 3a. Jarred will type and verbalize complete sentences to increase word knowledge, with no more than 3 VP's per sentence, daily for 12 consecutive months. | Jarred Family HCS Staff | Individual Home and Community Supports 15 H/W<br><br>Up to 129 H/M when school during summer break. |

**HOW (Support/Intervention)**
Aide will provide verbal prompts and encouragement. Praise will be provided once the task/goal in completed. Jarred will focus on the following but not limited to:
1. Jarred will use the words he knows to complete sentences.
2. Jarred will use more than one word to respond.

*-HCS Aide will document the number of verbal prompts, reminders, hand over hand assistances indicating what Jarred needed to complete the tasks. HCS-Aide will document the number of prompts before providing hand over hand assistances and modeling.*
*-HCS Aide will document a (-) indicating that the goal was not completed as indicated by the number of verbal prompts. HCS Aide will also document why the goal was not completed on the back of the documentation sheet.*

| Target Date (Not to exceed 12 months) | Date Goal was reviewed | Status Code | Progress toward goal and Justification for continuation or discontinuation of goal. |
|---|---|---|---|
| 4/30/2012 | / / | | |
| / / | / / | | |
| / / | / / | | |

Status Codes:          R=Revised          O=Ongoing          A=Achieved          D=Discontinued

---

**CHARACTERISTICS/OBSERVATION/JUSTIFICATION FOR THIS GOAL:** Jarred is working on increasing his vocabulary and answering questions.

| WHAT (Short Range Goal) | WHO IS RESPONSIBLE | SERVICE & FREQUENCY |
|---|---|---|
| 3b. Jarred will answer "wh" questions after reading one sentence, with no more than 3 VP's per question daily, for 12 consecutive months. | Jarred Family HCS Staff | Individual Home and Community Supports 15 H/W<br><br>Up to 129 H/M when school during summer break. |

**HOW (Support/Intervention)**
Aide will provide verbal prompts and encouragement. Praise will be provided once the task/goal in completed. Jarred will focus on the following but not limited to:

Case 5:13-cv-00649-FL     Document 45-20     Filed 12/01/14     Page 13 of 27

ASM 0035i

1. Rephrase the question himself to better understand what is being asked.
2. Respond in complete sentences.
3. Respond with questions if he is unsure of what is being asked.

*-HCS Aide will document the number of verbal prompts, reminders, hand over hand assistances indicating what Jarred needed to complete the tasks. HCS Aide will document the number of prompts before providing hand over hand assistances and modeling.*
*-HCS Aide will document a (-) indicating that the goal was not completed as indicated by the number of verbal prompts. HCS Aide will also document why the goal was not completed on the back of the documentation sheet.*

| Target Date (Not to exceed 12 months) | Date Goal was reviewed | Status Code | Progress toward goal and justification for continuation or discontinuation of goal. |
|---|---|---|---|
| 4/30/2012 | / / | | |
| / / | / / | | |
| / / | / / | | |

**Status Codes:** R=Revised     O=Ongoing     A=Achieved     D=Discontinued

---

**CHARACTERISTICS/OBSERVATION/JUSTIFICATION FOR THIS GOAL:** Jarred is working on identifying people and objects.

| WHAT (Short Range Goal) | WHO IS RESPONSIBLE | SERVICE & FREQUENCY |
|---|---|---|
| 3c. Jarred will identify items and/or answer questions about a picture, with no more than 1 VP, daily, for 12 consecutive months. | Jarred Family HCS Staff | Individual Home and Community Supports 15 H/W<br><br>Up to 129 H/M when school during summer break. |

**HOW** (Support/Intervention)
Aide will provide verbal prompts and encouragement. Praise will be provided once the task/goal in completed. Jarred will focus on the following but not limited to:
1. Jarred will point and verbalize what he wants.
2. Jarred will use manners when asking for items.
3. Jarred will identify what it is he is looking at or is focused on.

*-HCS Aide will document the number of verbal prompts, reminders, hand over hand assistances indicating what Jarred needed to complete the tasks. HCS Aide will document the number of prompts before providing hand over hand assistances and modeling.*
*-HCS Aide will document a (-) indicating that the goal was not completed as indicated by the number of verbal prompts. HCS Aide will also document why the goal was not completed on the back of the documentation sheet.*

| Target Date (Not to exceed 12 months) | Date Goal was reviewed | Status Code | Progress toward goal and justification for continuation or discontinuation of goal. |
|---|---|---|---|
| 4/30/2012 | / / | | |
| / / | / / | | |
| / / | / / | | |

**Status Codes:** R=Revised     O=Ongoing     A=Achieved     D=Discontinued

---

**CHARACTERISTICS/OBSERVATION/JUSTIFICATION FOR THIS GOAL:** Jarred is working towards identifying and being able to write letters, words, etc.

| WHAT (Short Range Goal) | WHO IS RESPONSIBLE | SERVICE & FREQUENCY |
|---|---|---|

Case 5:13-cv-00649-FL     Document 45-20     Filed 12/01/14     Page 14 of 27     ASM 0035

Name: Jarred Sparks          DOB: 4/24/1992          Medicaid ID: 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-R          Record #: 052291

| 3d. Jarred will complete art projects by tracing limes, shapes, numbers, letters, objects, with no more than 4 VP's, at least one time per week, for 12 consecutive months. | Jarred<br>Family<br>HCS Staff | Individual Home and Community Supports 15 H/W<br><br>Up to 129 H/M when school during summer break. |
|---|---|---|

**HOW** (Support/Intervention)

Aide will provide verbal prompts and encouragement. Praise will be provided once the task/goal in completed. Jarred will focus on the following but not limited to:

1. Jarred will follow the outline of shape, number, letter, etc.
2. Jarred will complete his art project based on what he sees it to look like.

*-HCS Aide will document the number of verbal prompts, reminders, hand over hand assistances indicating what Jarred needed to complete the tasks. HCS Aide will document the number of prompts before providing hand over hand assistances and modeling.*
*-HCS Aide will document a (-) indicating that the goal was not completed as indicated by the number of verbal prompts. HCS Aide will also document why the goal was not completed on the back of the documentation sheet.*

| Target Date (Not to exceed 12 months) | Date Goal was reviewed | Status Code | Progress toward goal and justification for continuation or discontinuation of goal. |
|---|---|---|---|
| 4/30/2012 | / / | . | |
| / / | / / | | |
| / / | / / | | |

Status Codes:        R=Revised          O=Ongoing          A=Achieved          D=Discontinued

Case 5:13-cv-00649-FL          Document 45-20          Filed 12/01/14          Page 15 of 27

ASM 0035



Long Range Outcome: 4 .

| |
|---|
| Jarred will access the community and increase community involvement. |

**Where am I now in the process of achieving this outcome? (Include progress on goals over the past years, as applicable).**

| |
|---|
| Jarred attends school during the day and needs activities outside of school to help him in his socializing. Jarred needs to be apart of the community and learn how to interact in his environment. |

CHARACTERISTICS/OBSERVATION/JUSTIFICATION FOR THIS GOAL: Jarred is accessing the community and community resources.

| WHAT (Short Range Goal) | WHO IS RESPONSIBLE | SERVICE & FREQUENCY |
|---|---|---|
| 4a. Jarred will develop a community activity schedule for community outings 2-3 days per week with no more than 4 VP's for 12 consecutive months. | Jarred Family HCS Staff | Individual Home and Community Supports 16 H/W<br><br>Up to 129 H/M when school during summer break. |

**HOW (Support/Intervention)**
Aide will provide verbal prompts and encouragement. Praise will be provided once the task/goal in completed. Jarred will focus on the following but not limited to:
1. Jarred will decide with assistances given by Aide on choices for community outings.
2. Review schedule with parents for approval.
3. Jarred will plan for outing with assistances from Aide.

*-HCS Aide will document the number of verbal prompts, reminders, hand over hand assistances indicating what Jarred needed to complete the tasks. HCS Aide will document the number of prompts before providing hand over hand assistances and modeling.*
*-HCS Aide will document a (-) indicating that the goal was not completed as indicated by the number of verbal prompts. HCS Aide will also document why the goal was not completed on the back of the documentation sheet.*

| Target Date (Not to exceed 12 months) | Date Goal was reviewed | Status Code | Progress toward goal and justification for continuation or discontinuation of goal. |
|---|---|---|---|
| 4/30/2012 | / / | | |
| / / | / / | | |
| / / | / / | | |

Status Codes: R=Revised    O=Ongoing    A=Achieved    D=Discontinued

CHARACTERISTICS/OBSERVATION/JUSTIFICATION FOR THIS GOAL: Jarred is working towards following rules in the community and accessing community places.

| WHAT (Short Range Goal) | WHO IS RESPONSIBLE | SERVICE & FREQUENCY |
|---|---|---|
| 4b. Jarred will go to community establishments and demonstrate knowledge of establishment's rules by following them, 2-3 times per week, with no more than 3 VP's for 12 consecutive months. | Jarred Family HCS Staff | Individual Home and Community Supports 16 H/W<br><br>Up to 129 H/M when school during summer break. |

**HOW (Support/Intervention)**
Aide will provide verbal prompts and encouragement. Praise will be provided once the task/goal in completed. Jarred will focus on the

Case 5:13-cv-00649-FL    Document 45-20    Filed 12/01/14    Page 16 of 27    ASM 00353

following but not limited to:
1. bowling
2. Fun-Fun-Fun
3. Funtasia
4. Movies
5. Special Olympics

-HCS Aide will document the number of verbal prompts, reminders, hand over hand assistances indicating what Jarred needed to complete the tasks. HCS Aide will document the number of prompts before providing hand over hand assistances and modeling.
-HCS Aide will document a (-) indicating that the goal was not completed as indicated by the number of verbal prompts. HCS Aide will also document why the goal was not completed on the back of the documentation sheet.

| Target Date (Not to exceed 12 months) | Date Goal was reviewed | Status Code | Progress toward goal and justification for continuation or discontinuation of goal. |
|---|---|---|---|
| 4/30/2012 | / / | | |
| / / | / / | | |
| / / | / / | | |

Status Codes:          R=Revised          O=Ongoing          A=Achieved          D=Discontinued

CHARACTERISTICS/OBSERVATION/JUSTIFICATION FOR THIS GOAL: Jarred is learning to make purchases.

| WHAT (Short Range Goal) | WHO IS RESPONSIBLE | SERVICE & FREQUENCY |
|---|---|---|
| 4c. Jarred will complete a single purchase when out in the community at least 1x a week, with no more than 4 VP's for 12 consecutive months. | Jarred Family HCS Staff | Individual Home and Community Supports 15 H/W<br><br>Up to 129 H/M when school during summer break. |

HOW (Support/Intervention)
Aide will provide verbal prompts and encouragement. Praise will be provided once the task/goal in completed. Jarred will focus on the following but not limited to:
1. selecting purchase
2. waiting in line
3. paying/waiting for the change and/or receipt
securing merchandise

-HCS Aide will document the number of verbal prompts, reminders, hand over hand assistances indicating what Jarred needed to complete the tasks. HCS Aide will document the number of prompts before providing hand over hand assistances and modeling.
-HCS Aide will document a (-) indicating that the goal was not completed as indicated by the number of verbal prompts. HCS Aide will also document why the goal was not completed on the back of the documentation sheet.

| Target Date (Not to exceed 12 months) | Date Goal was reviewed | Status Code | Progress toward goal and justification for continuation or discontinuation of goal. |
|---|---|---|---|
| 4/30/2012 | / / | | |
| / / | / / | | |
| / / | / / | | |

Status Codes:          R=Revised          O=Ongoing          A=Achieved          D=Discontinued

Case 5:13-cv-00649-FL     Document 45-20     Filed 12/01/14     Page 17 of 27
ASM 00354



**Long Range Outcome: 5**

| |
|---|
| Jarred will increase his communication skills. |

**Where am I now in the process of achieving this outcome? (Include progress on goals over the past years, as applicable).**

| |
|---|
| Jarrod's communication skills are limited in that he will not initiate conversations, speak complete sentences unless prompted or explain his needs and wants to those who are with him. Jarred can be repetitive at times as well. Jarred does not look at people on his own when they are speaking to him; he does not always stand and listen to others but will run or walk off when he is being spoken to. |

---

**CHARACTERISTICS/OBSERVATION/JUSTIFICATION FOR THIS GOAL:** Jarred is working to improve his communication skills.

| WHAT (Short Range Goal) | WHO IS RESPONSIBLE | SERVICE & FREQUENCY |
|---|---|---|
| 5a. Jarred will speak in complete 4-5 word (at least) sentences to communicate a though, with no more than 3 VP's for 12 consecutive months. | Jarred<br>Family<br>HCS Staff | Individual Home and Community Supports 15 H/W<br><br>Up to 129 H/M when school during summer break. |

**HOW (Support/Intervention)**

Aide will provide verbal prompts and encouragement. Praise will be provided once the task/goal in completed. Jarred will focus on the following but not limited to:
1. Using words he knows
2. Attempts to use words he is uncertain of
3. Take his time and allow the words to come with him.

*-HCS Aide will document the number of verbal prompts, reminders, hand over hand assistances indicating what Jarred needed to complete the tasks. HCS Aide will document the number of prompts before providing hand over hand assistances and modeling.*
*-HCS Aide will document a (-) indicating that the goal was not completed as indicated by the number of verbal prompts. HCS Aide will also document why the goal was not completed on the back of the documentation sheet.*

| Target Date (Not to exceed 12 months) | Date Goal was reviewed | Status Code | Progress toward goal and justification for continuation or discontinuation of goal. |
|---|---|---|---|
| 4/30/2012 | / / | | |
| / / | / / | | |
| / / | / / | | |

Status Codes: R=Revised    O=Ongoing    A=Achieved    D=Discontinued

---

**CHARACTERISTICS/OBSERVATION/JUSTIFICATION FOR THIS GOAL:** Jarred is working on speaking appropriately and using correct words when addressing or making statements.

| WHAT (Short Range Goal) | WHO IS RESPONSIBLE | SERVICE & FREQUENCY |
|---|---|---|
| 5b. Jarred will gain attention by using considerate mannerism when needed and stating it only one time, with no more than 3 VP's, daily for 12 consecutive months. | Jarred<br>Family<br>HCS Staff | Individual Home and Community Supports 15 H/W<br><br>Up to 129 H/M when school during summer break. |

**HOW (Support/Intervention)**

Aide will provide verbal prompts and encouragement. Praise will be provided once the task/goal in completed. Jarred will focus on the

Case 5:13-cv-00649-FL    Document 45-20    Filed 12/01/14    Page 18 of 27

following but not limited to:
1. "Excuse me, staff's name," "Please," "Help me." Thank you," You're Welcome," etc.

*-HCS Aide will document the number of verbal prompts, reminders, hand over hand assistances indicating what Jarred needed to complete the tasks. HCS Aide will document the number of prompts before providing hand over hand assistances and modeling.*
*-HCS Aide will document a (-) indicating that the goal was not completed as indicated by the number of verbal prompts. HCS Aide will also document why the goal was not completed on the back of the documentation sheet.*

| Target Date (Not to exceed 12 months) | Date Goal was reviewed | Status Code | Progress toward goal and justification for continuation or discontinuation of goal. |
|---|---|---|---|
| 4/30/2012 | / / | | |
| / / | / / | | |
| / / | / / | | |

Status Codes:          R=Revised          O=Ongoing          A=Achieved          D=Discontinued

---

CHARACTERISTICS/OBSERVATION/JUSTIFICATION FOR THIS GOAL: Jarred does not always engage, initiate, or interact with others.

| WHAT (Short Range Goal) | WHO IS RESPONSIBLE | SERVICE & FREQUENCY |
|---|---|---|
| 5c. Jarred will show an interest in others and peers while out in the community or at home with family, at least 3 times per week, with no more than 4 VP's for 12 consecutive months. | Jarred<br>Family<br>HCS Staff | Individual Home and Community Supports 15 H/W<br><br>Up to 129 H/M when school during summer break. |

HOW (Support/Intervention)
Aide will provide verbal prompts and encouragement. Praise will be provided once the task/goal in completed. Jarred will focus on the following but not limited to:
1. Observing his peers playing or doing activities in the community.
2. Initiate involvement with peers/family.

*-HCS Aide will document the number of verbal prompts, reminders, hand over hand assistances indicating what Jarred needed to complete the tasks. HCS Aide will document the number of prompts before providing hand over hand assistances and modeling.*
*-HCS Aide will document a (-) indicating that the goal was not completed as indicated by the number of verbal prompts. HCS Aide will also document why the goal was not completed on the back of the documentation sheet.*

| Target Date (Not to exceed 12 months) | Date Goal was reviewed | Status Code | Progress toward goal and justification for continuation or discontinuation of goal. |
|---|---|---|---|
| 4/30/2012 | / / | | |
| / / | / / | | |
| / / | / / | | |

Status Codes:          R=Revised          O=Ongoing          A=Achieved          D=Discontinued

Case 5:13-cv-00649-FL     Document 45-20     Filed 12/01/14     Page 19 of 27
ASM 0035



CHARACTERISTICS/OBSERVATION/JUSTIFICATION FOR THIS GOAL: Jarred is learning appropriate interactions and engagement with others.

| WHAT (Short Range Goal) | WHO IS RESPONSIBLE | SERVICE & FREQUENCY |
|---|---|---|
| 5d. Jarred will play games with others appropriately with no more than 4 VP's, at least 2x a week, for 12 consecutive months. | Jarred<br>Family<br>HCS Staff | Individual Home and Community Supports 16 H/W<br><br>Up to 120 H/M when school during summer break. |

HOW (Support/Intervention)
Aide will provide verbal prompts and encouragement. Praise will be provided once the task/goal in completed. Jarred will focus on the following but not limited to:
1. To take turns
2. To share
3. To control excitement levels
4. Follow rules
5. To be considerate with peers/others
6. To play from beginning to end.

-HCS Aide will document the number of verbal prompts, reminders, hand over hand assistances indicating what Jarred needed to complete the tasks. HCS Aide will document the number of prompts before providing hand over hand assistances and modeling.
-HCS Aide will document a (-) indicating that the goal was not completed as indicated by the number of verbal prompts. HCS Aide will also document why the goal was not completed on the back of the documentation sheet.

| Target Date (Not to exceed 12 months) | Date Goal was reviewed | Status Code | Progress toward goal and justification for continuation or discontinuation of goal. |
|---|---|---|---|
| 4/30/2012 | / / | . | |
| / / | / / | | |
| / / | / / | | |

Status Codes: R=Revised  O=Ongoing  A=Achieved  D=Discontinued

Case 5:13-cv-00649-FL　　Document 45-20　　Filed 12/01/14　　Page 20 of 27　　ASM 00357

Name: Jarred Sparks     DOB: 4/24/1992     Medicaid ID: 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-R     Record #: 052291

Long Range Outcome: 6

Jarred will increase daily living skills.

Where am I now in the process of achieving this outcome? (include progress on goals over the past years, as applicable).

Even though Jarred can not do a lot of things in his daily life with modeling and encouragement he can work on daily living tasks. Jarred is a determined individual who needs to learn more independency in his daily life and not rely on others to do for him always. With training in this area Jarred has the potential to do well.

CHARACTERISTICS/OBSERVATION/JUSTIFICATION FOR THIS GOAL: Jarred is working towards increasing his daily living skills.

| WHAT (Short Range Goal) | WHO IS RESPONSIBLE | SERVICE & FREQUENCY |
|---|---|---|
| 6a. Jarred will put the bed sheets on his bed with no more than 5 VP's for 12 consecutive months. | Jarred Family HCS Staff | Individual Home and Community Supports 15 H/W<br><br>Up to 129 H/M when school during summer break. |

HOW (Support/Intervention)

Aide will provide verbal prompts and encouragement. Praise will be provided once the task/goal in completed. Jarred will focus on the following but not limited to:

1. Placing each corner over the edge of the mattress one at a time.
2. Placing the flat sheet on top of fitted sheet tucking in the corners.
3. Placing blanket/comforter over sheet set.

-HCS Aide will document the number of verbal prompts, reminders, hand over hand assistances indicating what Jarred needed to complete the tasks. HCS Aide will document the number of prompts before providing hand over hand assistances and modeling.

-HCS Aide will document a (-) indicating that the goal was not completed as indicated by the number of verbal prompts. HCS Aide will also document why the goal was not completed on the back of the documentation sheet.

| Target Date (Not to exceed 12 months) | Date Goal was reviewed | Status Code | Progress toward goal and justification for continuation or discontinuation of goal. |
|---|---|---|---|
| 4/30/2012 | / / | | |
| / / | / / | | |
| / / | / / | | |

Status Codes: R=Revised   O=Ongoing   A=Achieved   D=Discontinued

Case 5:13-cv-00649-FL     Document 45-20     Filed 12/01/14     Page 21 of 27

ASM 0035

Name:  Jarred Sparks        DOB:  4/24/1992        Medicaid 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-R        Record #: 052291

Long Range Outcome: 7

| Jarred will receive personal care services. |
| --- |

Where am I now in the process of achieving this outcome? (Include progress on goals over the past years, as applicable).

| Jarred has a difficult time completing his hygiene. If he is put in the shower and unattended he will not was his body or hair. Jarred will stand in the shower and briefly take a wash cloth and run it over himself. Jarred does not understand the importance of hygiene and if not supervised or completed for him he will not do it. |
| --- |

CHARACTERISTICS/OBSERVATION/JUSTIFICATION FOR THIS GOAL:  Jarred needs to remain clean.

| WHAT (Short Range Goal) | WHO IS RESPONSIBLE | SERVICE & FREQUENCY |
| --- | --- | --- |
| 7a.  Jarred will be bathed daily for 12 consecutive months. | Jarred<br>PC Staff | Personal Care<br>10 H/W |

HOW (Support/Intervention)
Aide will give Jarred a light "wash up."  Aide will apply deodorant, lotion, etc. after bathing.

-HCS Aide will document the number of verbal prompts, reminders, hand over hand assistances indicating what Jarred needed to complete the tasks. HCS Aide will document the number of prompts before providing hand over hand assistances and modeling.
-HCS Aide will document a (-) indicating that the goal was not completed as indicated by the number of verbal prompts. HCS Aide will also document why the goal was not completed on the back of the documentation sheet.

| Target Date (Not to exceed 12 months) | Date Goal was reviewed | Status Code | Progress toward goal and justification for continuation or discontinuation of goal. |
| --- | --- | --- | --- |
| 4/30/2012 | / / | | |
| / / | / / | | |
| / / | / / | | |

Status Codes:          R=Revised          O=Ongoing          A=Achieved          D=Discontinued

CHARACTERISTICS/OBSERVATION/JUSTIFICATION FOR THIS GOAL:  Jarred needs to have his hair clean.

| WHAT (Short Range Goal) | WHO IS RESPONSIBLE | SERVICE & FREQUENCY |
| --- | --- | --- |
| 7b.  Jarred will have his hair washed/styled daily for 12 consecutive months. | Jarred<br>PC Staff | Personal Care<br>10 H/W |

HOW (Support/Intervention)
Aide will wash Jarred's hair, dry, and style it.

-HCS Aide will document the number of verbal prompts, reminders, hand over hand assistances indicating what Jarred needed to complete the tasks. HCS Aide will document the number of prompts before providing hand over hand assistances and modeling.
-HCS Aide will document a (-) indicating that the goal was not completed as indicated by the number of verbal prompts. HCS Aide will also document why the goal was not completed on the back of the documentation sheet.

| Target Date (Not to exceed 12 months) | Date Goal was reviewed | Status Code | Progress toward goal and justification for continuation or discontinuation of goal. |
| --- | --- | --- | --- |
| 4/30/2012 | / / | | |
| / / | / / | | |

NC DMH/DD/SAS PCP: (3/1/10 Version)                                                                 21.

Case 5:13-cv-00649-FL        Document 45-20        Filed 12/01/14        Page 22 of 27        ASM 0035

| / / | / / | | | |
|---|---|---|---|---|

Status Codes:          R=Revised          O=Ongoing          A=Achieved          D=Discontinued

**CHARACTERISTICS/OBSERVATION/JUSTIFICATION FOR THIS GOAL:** Jarred has difficulty completed some personal care.

| WHAT (Short Range Goal) | WHO IS RESPONSIBLE | SERVICE & FREQUENCY |
|---|---|---|
| 7c. Jarred will have his finger nails/toe nails cleaned underneath daily and cut weekly for 12 consecutive months. | Jarred<br>PC Staff | Personal Care<br>10 H/W |

**HOW (Support/Intervention)**
1. Aide will clean underneath Jarred's finger/toe nails daily.
2. Aide will cut Jarred's nails weekly.

-HCS Aide will document the number of verbal prompts, reminders, hand over hand assistances indicating what Jarred needed to complete the tasks. HCS Aide will document the number of prompts before providing hand over hand assistances and modeling.
-HCS Aide will document a (-) indicating that the goal was not completed as indicated by the number of verbal prompts. HCS Aide will also document why the goal was not completed on the back of the documentation sheet.

| Target Date (Not to exceed 12 months) | Date Goal was reviewed | Status Code | Progress toward goal and justification for continuation or discontinuation of goal |
|---|---|---|---|
| 4/30/2012 | / / | | |
| / / | / / | | |
| / / | / / | | |

Status Codes:          R=Revised          O=Ongoing          A=Achieved          D=Discontinued

**CHARACTERISTICS/OBSERVATION/JUSTIFICATION FOR THIS GOAL:** Jarred has urinated on his sheets and continues to need clean sheets.

| WHAT (Short Range Goal) | WHO IS RESPONSIBLE | SERVICE & FREQUENCY |
|---|---|---|
| 7d. Jarred's bed linens will be changed and clean under pads be put down on his bed at least 1x/week and as needed. | Jarred<br>PC Staff | Personal Care<br>10 H/W |

**HOW (Support/Intervention)**
Aide will assist Jarred with placing sheets on bed with as much assistance as needed.

-HCS Aide will document the number of verbal prompts, reminders, hand over hand assistances indicating what Jarred needed to complete the tasks. HCS Aide will document the number of prompts before providing hand over hand assistances and modeling.
-HCS Aide will document a (-) indicating that the goal was not completed as indicated by the number of verbal prompts. HCS Aide will also document why the goal was not completed on the back of the documentation sheet.

| Target Date (Not to exceed 12 months) | Date Goal was reviewed | Status Code | Progress toward goal and justification for continuation or discontinuation of goal |
|---|---|---|---|
| 4/30/2012 | / / | | |
| / / | / / | | |
| / / | / / | | |

Case 5:13-cv-00649-FL     Document 45-20     Filed 12/01/14     Page 23 of 27
ASM 0036

Status Codes: R=Revised　　O=Ongoing　　A=Achieved　　D=Discontinued

CHARACTERISTICS/OBSERVATION/JUSTIFICATION FOR THIS GOAL: Jarred needs to have his meals and snacks prepared for him.

| WHAT (Short Range Goal) | WHO IS RESPONSIBLE | SERVICE & FREQUENCY |
|---|---|---|
| 7e. Jarred's meals/snacks will be prepared for him daily for 12 consecutive months. | Jarred<br>PC Staff | Personal Care<br>10 H/W |

HOW (Support/Intervention)
Aide will prepare Jarred's meals and snacks daily adhering to his special diet.

-HCS Aide will document the number of verbal prompts, reminders, hand over hand assistances indicating what Jarred needed to complete the tasks. HCS Aide will document the number of prompts before providing hand over hand assistances and modeling.
-HCS Aide will document a (-) indicating that the goal was not completed as indicated by the number of verbal prompts. HCS Aide will also document why the goal was not completed on the back of the documentation sheet.

| Target Date (Not to exceed 12 months) | Date Goal was reviewed | Status Code | Progress toward goal and justification for continuation or discontinuation of goal. |
|---|---|---|---|
| 4/30/2012 | / / | | |
| / / | / / | | |
| / / | / / | | |

Status Codes: R=Revised　　O=Ongoing　　A=Achieved　　D=Discontinued

CHARACTERISTICS/OBSERVATION/JUSTIFICATION FOR THIS GOAL: Jarred will have appropriate clothing

| WHAT (Short Range Goal) | WHO IS RESPONSIBLE | SERVICE & FREQUENCY |
|---|---|---|
| 7f. Jarred's clothes till be laid out for him daily for 12 consecutive months. | Jarred<br>PC Staff | Personal Care<br>10 H/W |

HOW (Support/Intervention)
Aide will lay out Jarred's clothing for him daily.

-HCS Aide will document the number of verbal prompts, reminders, hand over hand assistances indicating what Jarred needed to complete the tasks. HCS Aide will document the number of prompts before providing hand over hand assistances and modeling.
-HCS Aide will document a (-) indicating that the goal was not completed as indicated by the number of verbal prompts. HCS Aide will also document why the goal was not completed on the back of the documentation sheet.

| Target Date (Not to exceed 12 months) | Date Goal was reviewed | Status Code | Progress toward goal and justification for continuation or discontinuation of goal. |
|---|---|---|---|
| 4/30/2012 | / / | | |
| / / | / / | | |
| / / | / / | | |

Status Codes: R=Revised　　O=Ongoing　　A=Achieved　　D=Discontinued

NC DMH/DD/SAS PCP: (3/1/10 Version)　　　　　　　　　　　　　　　　23.

Name: Jarred Sparks          DOB: 4/2⬤2      Medicaid ID: 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-R     ord #: 052291

## CRISIS PREVENTION AND INTERVENTION PLAN
(Use this form or attach your crisis plan.)

| Significant event(s) that may create increased stress and trigger the onset of a crisis. (Examples include: Anniversaries, holidays, noise, change in routine, inability to express medical problems or to get needs met, etc. Describe what one may observe when the person goes into crisis. Include lessons learned from previous crisis events): |
|---|

- Jarred exhibits anxiety-inducing behaviors such as aggress and self-stimulation when he is uncertain or uncomfortable. He may also yell when he is seeking attention or trying to communicate something.
- Jarred has a specific Gluten and Casein free diet.
- Jarred can speak but often chooses not to and uses eye contact for much of his communication.
- Jarred does not self-initiate. He exhibits no concept of danger and cannot protect himself from exploitation or abuse.
- Jarred's medical concerns consist of allergies. He needs to be monitored and his safety ensured. He has weekly allergy shots.
- Jarred needs constant supervision to prevent him from taking items that are not his. He can be redirected but he likes to find drinks and pour them out. He does not always drink them and mainly just dumps them out.

| Crisis prevention and early intervention strategies that were effective. (List everything that can be done to help this person AVOID a crisis): |
|---|

- Jarred does best when he has a schedule and consistency in his routine.
- Jarred responds well to verbal redirection if he becomes upset.
- Jarred should be encouraged to verbalize his wants, needs, problems so that others can assist him in whatever he may be upset about. Anyone who interacts with Jarred should be familiar with his patterns and body language or other indicators of anxiety and/or frustration.
- Jarred is to be closely supervised at all times to ensure his medical, physical, and emotional health are not compromised.
- Jarred can be easily redirected when he is not doing something he is supposed to or if he is doing something he shouldn't be doing. Jarred will do things to get attention if he is trying to express something to someone.

| Strategies for crisis response and stabilization. (Focus first on natural and community supports. Begin with least restrictive steps. Include process for obtaining back-up in case of emergency and planning for use of respite if an option. List everything you know that has worked to help this person to become stable): |
|---|

In the event of a medical or behavioral crisis, the following procedure will be followed:
- Notify Mrs. Sparks immediately at 910-578-9842
- Mrs. Sparks will make a determination as to how to address the crisis.
- The CAP-MR/DD aide will notify their supervisor
- The Provider's supervisor will notify the Support Broker

Speak with Jarred and inform him of what is going on.
Allow Jarred time to comprehend the situation.
Remove Jarred from a situation that may trigger or escalate a crisis.

| Describe the systems prevention and intervention back-up protocols to support the individual: (i.e. Who should be called and when, how can they be reached? Include contact names, phone numbers, hours of operation, etc. Be as specific as possible.) |
|---|

Contact 911 in case of Emergency
If there is a medical emergency, Jarred is to be taken to the nearest hospital or Womack Army Medical Center.

Amy Sparks, Mother: 910-486-5445
Amy Sparks (cell)- 578 9842
Andre K. Davison, Support Broker: 910-723-0016
The Arc of NC Fayetteville office: 910-867-2141  Hours of operation Monday-Friday: 8:30-2:00
The Arc of NC after hours crisis line: 1-866-665-7127
A Small Miracle: 910-672-0272

Case 5:13-cv-00649-FL     Document 45-20     Filed 12/01/14     Page 25 of 27

ASM 00362

Name: Jarred Sparks      DOB: 4/24/1992     Medicaid 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-R     Record #: 052291

| Specific recommendations for interacting with the person receiving a Crisis Service: |
| --- |
| <ul><li>Those working with Jarred should be trained to successfully re-direct Jarred's anxieties.</li><li>Those working with Jarred should be trained on his dietary requirements.</li><li>Those working with Jarred should be trained on providing him assistance with fine motor tasks such as cutting to prevent injury.</li><li>Those working with Jarred should always supervise him in the home and in the community to prevent him from taking items that are not his and to monitor him and ensure he does not dump or eat/drink items that are not his.</li></ul> |

Case 5:13-cv-00649-FL     Document 45-20     Filed 12/01/14     Page 26 of 27     ASM 00363

Name: Jarred Sparks        DOB: 4/24/1992        Medicaid ID: 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-R        Record #: 052291



# PLAN SIGNATURES

**I.    PERSON RECEIVING SERVICES:**

☒ I confirm and agree with my involvement in the development of this PCP. My signature means that I agree with the services/supports to be provided.

☒ I understand that I have the choice of service providers and may change service providers at any time, by contacting the person responsible for this PCP.

☒ For CAP-MR/DD services only, I confirm and understand that I have the choice of seeking care in an intermediate care facility for individuals with mental retardation instead of participating in the Community Alternatives Program for individuals with Mental Retardation/Developmental Disabilities (CAP-MR/DD).

**Legally Responsible Person:** Self: Yes ☒    No ☐

**Person Receiving Services:** (Required when person is his/her own legally responsible person)

Signature: _____    _____    Date: __/__/__
                                                (Print Name)

**Legally Responsible Person** (Required if other than person receiving Services)

Signature: *(signature)*    *Amy Sparks*    Date: 4/27/11
                                                (Print Name)

Relationship to the Individual: *Mother*

---

**II.    PERSON RESPONSIBLE FOR THE PCP:** The following signature confirms the responsibility of the QP/LP for the development of this PCP. The signature indicates agreement with the services/supports to be provided.

Signature: *(signature)* B    *Director of NR*    Date: 4/27/11
                (Person responsible for the PCP)                    (Name of Case Management Agency)

**Child Mental Health Services Only:**

For individuals who are less than 21 years of age (less than 18 for State funded services) and who are receiving or in need of enhanced services and who are actively involved with the Department of Juvenile Justice and Delinquency Prevention or the adult criminal court system, the person responsible for the PCP must attest that he or she has completed the following requirements as specified below:

☐ Met with the Child and Family Team -                                     Date: __/__/__

☐ OR Child and Family Team meeting scheduled for -          Date: __/__/__

☐ OR Assigned a TASC Care Manager -                                    Date: __/__/__

☐ AND conferred with the clinical staff of the applicable LME to conduct care coordination.

If the statements above do not apply, please check the box below and then sign as the Person Responsible for the PCP:

☐ This child is not actively involved with the Department of Juvenile Justice and Prevention or the adult criminal court system.

Signature: _____    _____    Date: __/__/__
                (Person responsible for the PCP)                    (Print Name)

---

**III.    SERVICE ORDERS:** *REQUIRED for all Medicaid funded services; RECOMMENDED for State funded services.*

**(SECTION A):** For services ordered by one of the Medicaid approved licensed signatories (see Instruction Manual).

**My signature below confirms the following:** (Check all appropriate boxes.)

- Medical necessity for services requested is present, and constitutes the Service Order(s).
- The licensed professional who signs this service order has had direct contact with the individual.    ☐ Yes  ☐ No
- The licensed professional who signs this service order has reviewed the individual's assessment.    ☐ Yes  ☐ No

Signature: _____    _____    License #: _____    Date: __/__/__
                (Name/Title Required)                    (Print Name)

**(SECTION B):** For Qualified Professionals (QP) / Licensed Professionals (LP) ordering:

- CAP-MR/DD or
- Medicaid Targeted Case Management (TCM) services (if not ordered in Section A)
- OR recommended for any state-funded services not ordered in Section A.

**My signature below confirms the following:** (Check all appropriate boxes.) Signatory in this section must be a Qualified or Licensed Professional.

☒ Medical necessity for the CAP-MR/DD services requested is present, and constitutes the Service Order.

☒ Medical necessity for the Medicaid TCM service requested is present, and constitutes the Service Order.

☐ Medical necessity for the State-funded service(s) requested is present and constitutes the Service Order

Signature: *(signature)* B    *Andre Daws*    License #: _____    Date: 4/27/11
                (Name/Title Required)                    (Print Name)                    (If Applicable)

---

**IV.    SIGNATURES OF OTHER TEAM MEMBERS PARTICIPATING IN DEVELOPMENT OF THE PLAN:**

Other Team Member (Name/Relationship): _____    Date: __/__/__

Other Team Member (Name/Relationship): _____    Date: __/__/__

---

NC DMH/DD/SAS PCP: (3/1/10 Version)                                                                26.

Case 5:13-cv-00649-FL    Document 45-20    Filed 12/01/14    Page 27 of 27

ASM 0036