# EXHIBIT I

**CREATION'S OWN CORP.**
**JAMES JEFFREY BRADSTREET, M.D., F.A.A.F.P.**
**SCOTT SMITH, PA-C**

1688 WEST HIBISCUS BOULEVARD
MELBOURNE, FL 32901                    (321) 953-0278 /3983 FAX

400 CELEBRATION PLACE, SUITE A-240
CELEBRATION, FL 34747                    (321) 953-0278

BATCH # MDI031120FP7008222

NAME _Jarred Sparks_                    AGE _13_

ADDRESS _____                    DATE _11/14/05_

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND
RESISTS ERASURES AND ALTERATIONS
ILLEGAL APPEARS IF COPIED

**℞**

_Hyperbaric Treatment_
_1.3 ATA with_
_supplemental O₂_
_1 hour sessions_
_X40_

_Dx 300.3/333.3_

Label

Refill _____ times

_Dr J Bradstreet RN_
(Signature)

In order for the brand name product to be dispensed, the prescriber
must write 'Medically Necessary' BELOW the signature.

⚫                                    3KFP7008222



Bradstreet 00326