## Dual Zipper Sealing System

The chamber is equipped with a patented "ZIPPER SEAL" SYSTEM. Two nylon zippers used in conjunction with an AIR-SEALING GASKET create a unique seal that allows the chamber to hold pressure safely while providing easy entry/egress for the user. Each zipper has a double-sided head that allows the user to zip or unzip the chamber even from the inside. With the proper training, a user can easily give 'self treatments' — a feature that no other hyperbaric chamber can offer.


Inside Zipper


Outside Zipper


Air sealing gasket


Zipper under air-sealing gasket

## Quick Disconnect Valves



"Chamber end" (above left),
Compressor end" (above right)

Each chamber system comes with a 10-foot medical grade AIR SUPPLY HOSE that connects the pump to the chamber bladder. QUICK-DISCONNECT VALVES couple the units to the hose.

There are two types of quick-disconnect valves at opposite ends of the air hose. The CROSSHAIRS-THROATED VALVE will attach to the chamber, and the NIPPLE-THROATED VALVE will attach to the compressor. The hose ends will also be labeled 'Chamber End' and 'Compressor End' to visually aid the user.



Crosshairs
Nipple-type

**Note:** For chambers manufactured after September 2002, there is only one type of QUICK-DISCONNECT VAVLE—the CROSSHAIRS THROATED TYPE (shown above, right), on both ends of the hose. Either end of the hose may them be connected to the COMPRESSOR or to the CHAMBER. There is no special labeling for the hose ends.

## Pressurization/Depressurization Valve


Internal
External

Turn clockwise or counterclockwise

The PRESSURIZATION/DEPRESSURIZATION VALVE is located near the large view window for easy access by the occupant. It extends internally and externally. By simply turning the knob clockwise, this valve can be used by the occupant inside the chamber to depressurize and deflate the chamber for ease in exiting.

To depressurize the chamber from outside, turn counter-clockwise. *Remember to do this slowly when someone is inside the chamber.* This valve is also used to decrease the pressure to a lower PSI (POUNDS PER SQUARE INCH), if necessary, by slightly opening the valve. Watch the pressure gauge until the pressure reaches the desired lower PSI.

To pressurize from outside the chamber, turn clockwise until closed. To pressurize from the inside, turn counter-clockwise.

©2002 Oxy Health Corporation. All rights reserved.
Revision 4 – January 2005

Case 5:13-cv-00649-FL    Document 45-23    Filed 12/01/14    Page 1 of 7

## Air Supply Hose

The air supply hose is a medical grade hose. It is attached to the quick disconnect valves, which will attach to the outflow side of the HIGH EFFICIENCY AIR FILTER and to the air intake site of the chamber, as described in the "QUICK DISCONNECT VALVES" section above.



## Compressor



Gast OIL-LESS DUAL COMPRESSOR for medical use, with dual intake filters. 1/4 hp., model DAA-P103EB (9C303A) with quick-start capacitor.

**Do not use any other COMPRESSOR or PUMP with this hyperbaric system—may cause injury.**

## Air Filtration System

**COALESCING** HIGH-EFFICIENCY AIR FILTER attached to compressor outflow.



Filters and removes particulates from the compressed air flowing into the chamber down to 0.01 microns. Takes out smoke, smog and other pollutants.

This exceeds the ratings of the HEPA media rated at 99.9% efficiency at 0.3 microns. Consider that 0.3 micron is 1 /75 of an inch, or 1/300 the diameter of the human hair. It traps micro particles and vapors.

## Carry Bag

Yes! The chamber fits inside a durable, NYLON-CONSTRUCTION CARRY BAG, which is provided for convenient chamber transport.



©2002 Oxy Health Corporation. All rights reserved.
Revision 4 – January 2005

Case 5:13-cv-00649-FL     Document 45-23     Filed 12/01/14     Page 2 of 7

## Mattress



A CONTOURED MATTRESS, which fits the length of the chamber, provides a comfortable surface inside the chamber. It is easy to clean and folds for convenient storage.

## Frame

An optional, HEAVY-GAUGE, METAL FRAME is also available for easy entry into and egress from the chamber. Four pieces comprise the frame assembly for portability and storage. It assembles in minutes with the 'allen wrench' provided, and will provide a further convenience during treatment. The use of a frame is highly recommended, especially with the larger chambers.



21" chamber frame, shown above

32" chamber frame, shown to the left

## Chamber Jackets

CHAMBER JACKETS cover the outer urethane body (bladder) of the chamber. They come in royal and navy blue gabardine, and may be machine laundered as necessary.

## Bolsters

Each system comes with TWO FABRIC-COVERED FOAM BOLSTERS, which cradle the chamber and prevent it from rolling. The bolsters attach to each other via Velcro closures, forming a support for the chamber. When the chamber is not in use, the bolsters may be folded in half and stored. The gabardine covers match the chamber jackets, and may also be machine laundered.



---

©2002 Oxy Health Corporation. All rights reserved.
Revision 4 – January 2005

Case 5:13-cv-00649-FL     Document 45-23     Filed 12/01/14     Page 3 of 7

# Preparation for Chamber Operation

Easy to place and operate



Above: 27" chamber on elevated platform



Above: 21" chamber on massage table

# The chamber may be set up and operated:

❑ On a table—such as a treatment or massage table—low enough for the person to easily and comfortably access the chamber. The 21" chamber is best suited for this location.

❑ On a bed or cot

❑ On the floor—preferably with a cover or mat beneath the chamber. The 32" and 27" chambers are best suited for this location.

❑ On a permanent structure constructed of wood, for example, with a recessed top to hold a cushioned pad as the base for the chamber and a high enough platform to allow a lift system.

❑ In an emergency setting

❑ Note: Consider setting up the chamber in a cool location or near an air-conditioning vent, as pressure changes will increase the temperature inside the chamber by about 3 to 5 degrees Fahrenheit.

**Note: No specialized training is required** to operate the portable mild hyperbaric chamber. However, please follow the "INITIAL CHAMBER SETUP" procedure *before* administering treatment.

**There are no known usage hazards associated with these portable mild hyperbaric chambers.** Please refer to the "SAFETY CONSIDERATIONS, PRECAUTIONS AND CONTRAINDICATIONS" section for more information.

©2002 Oxy Health Corporation. All rights reserved.
Revision 4 – January 2005

Case 5:13-cv-00649-FL    Document 45-23    Filed 12/01/14    Page 4 of 7



Chapter Four

# Initial Chamber Setup

This Setup Procedure is a MUST!

The chamber should initially be set up, pressurized and run for about two hours **before any treatments are given (i.e. without human occupancy).** This permits full testing of the chamber for proper setup. A period of "out-gassing" to alleviate the "new" smell of the chamber takes 30-50 days.

The chamber should be set up in an air-conditioned or well-ventilated room, depending on the ambient room temperature. Remember that the temperature inside the chamber will be a little higher than the temperature in the room. This will become important later with an occupant inside the chamber.

You may also want to set up the compressor as far away from the chamber as possible in order to reduce its sound within the chamber.

## HOW TO SETUP:

Your chamber comes in three to four boxes—one for the chamber and compressor, one for the bolsters, one for the mattress and frame (if included), and one for the frame straight supports (if included).

## BOLSTER SETUP:

❑ Set up the FABRIC-COVERED FOAM BOLSTERS first. They ship folded in half, with the covers open. Straighten the two foam sections of each bolster so that they form one long piece and close the Velcro cover over them. Separate the two covered bolsters and place them on the space you have prepared (Chapter 3), with the curved sides facing inside and upward.



❑ Notice that there are five (5) connecting straps, each with a long Velcro patch. Evenly connect all five straps at the inside-most portion of the Velcro patch for the 21" SOLACE, toward the middle for the 27" RESPIRO, and at the end of the Velcro patch for the VITAERIS 32" chamber. The chamber will later be placed snugly, face-up between the bolsters, as shown.



You may choose a level surface such as a platform or massage table

©2002 Oxy Health Corporation. All rights reserved.
Revision 4 – January 2005
Case 5:13-cv-00649-FL     Document 45-23     Filed 12/01/14     Page 5 of 7

## PUMP SETUP FOR SOLACE 210 AND RESPIRO 270:

 

Turn clockwise into place, fig. 1        Filter attached vertically, fig. 2



☐ Attach the hose to the filter at the connector end labeled "COMPRESSOR END." In lieu of a label, look inside the QUICK-RELEASE VALVE for the NIPPLE-THROATED CONNECTOR HEAD. **Note:** for chambers manufactured after September 2002, all quick release valves are only crosshairs throated. No special labeling exists. Simply attach one side of the hose to the pump.

☐ **First:** Attach the HIGH-EFFICIENCY AIR FILTER to the compressor connection at the site labeled "ATTACH FILTER HERE". Turn the filter clockwise to tighten. The filter should remain in a vertical position, as shown in figure 2.

☐ Find a power outlet that will not be disturbed during the time of treatment and plug in the COMPRESSOR POWER CORD for the pump.

## PUMP SETUP FOR VITAERIS 320:

☐ **First:** Attach the two HIGH-EFFICIENCY AIR FILTERS to their respective compressor connections



at the sites labeled "ATTACH FILTER HERE". As shown above, turn the filters clockwise to tighten. Both filters should remain in vertical positions, as shown in figure 2 above.



☐ Attach both short ends of the "Y-SHAPED" HOSE to each filter at the connector ends labeled "COMPRESSOR END." In lieu of a label, look inside the QUICK-RELEASE VALVE for the NIPPLE-THROATED CONNECTOR HEAD.

**Note:** for chambers manufactured after September 2002, the QUICK-RELEASE VALVES on all 3 ends of the hose are the CROSS-HAIRS THROATED CONNECTOR types. No special labeling exists. Simply attach the short ends of the Y-SHAPED HOSE to the COMPRESSORS.

☐ Find a power outlet that will not be disturbed during the time of treatment and plug in the COMPRESSOR POWER CORDS for each pump.

## CHAMBER SETUP

☐ Unfold the PORTABLE MILD HYPERBARIC CHAMBER and lay it on the prepared surface with the zipper and top window area facing up.

☐ Note: Optional FRAMES should not be inserted into the chamber now, since the chamber must first stretch out to accommodate the FRAME STRUCTURES.



©2002 Oxy Health Corporation. All rights reserved.
Revision 4 – January 2005

Case 5:13-cv-00649-FL    Document 45-23    Filed 12/01/14    Page 6 of 7

☐ Attach the other end of the hose, which has a QUICK-RELEASE CONNECTOR HEAD labeled "CHAMBER END," to the chamber. In lieu of a label, look inside the QUICK-RELEASE VALVE for the CROSSHAIRS-THROATED CONNECTOR HEAD. The chamber QUICK-DISCONNECT, AIR-INTAKE RECEPTOR VALVE is located at the top of the chamber near the zippers and the large view window.



**Note:** for chambers manufactured after September 2002, all QUICK-DISCONNECT VALVES are CROSSHAIRS-THROATED. No special labeling exists. Simply attach the other end of the hose to the chamber.

**Turn the COMPRESSOR "ON" and keep "ON" for the duration of the Initial Setup.**

Note: The COMPRESSOR must be "on" and hooked up to the chamber before human occupancy in the chamber; it must remain on until the person completely exits the chamber.

**These mild chambers have been designed and calibrated for use with the compressors provided. Do not attempt to use any other pump to pressurize these chambers.**

## CHAMBER PRESSURIZATION TEST



Inner zipper closes from the inside and outside

**CLOSE CHAMBER**

With the COMPRESSOR(S) "ON", close the INNER ZIPPER of the chamber first, ensuring complete closure by lifting up the GASKET and pushing the ZIPPER SLIDER all the way to the end. The ZIPPER HEAD should be laid flat in order to avoid buckles in the gasket.

Lay the two (2) GASKET FLAPS flat (one at a time) and tuck them under the



Tip: keep gasket flap flat into crease

WHITE OUTER ZIPPER FLAP at the crease between the TOP ZIPPER FLAP and the chamber body. Make sure that there are no buckles in the GASKET to ensure a proper seal. Carefully smooth out any wrinkles in the RUBBER AIR-SEALING GASKET by using a massaging motion with the hands over the GASKET FLAPS. Then close the OUTER ZIPPER a few inches at a time to make sure the GASKET is completely smooth and flat. Again, massage the WHITE OUTER ZIPPER FLAP over the GASKET and INNER ZIPPER to ensure a tight seal.

*Note: Failure to close both zippers completely will decrease the effectiveness of the chamber by not allowing it to attain or maintain full pressure.*

©2002 Oxy Health Corporation. All rights reserved.
Revision 4 – January 2005

Case 5:13-cv-00649-FL    Document 45-23    Filed 12/01/14    Page 7 of 7