# EXHIBIT K



DEPARTMENT OF HEALTH & HUMAN SERVICES

Public Health Service

Food and Drug Administration
2098 Gaither Road
Rockville, Maryland 20850

Certificate No. 2957-5-2003

## CERTIFICATE TO FOREIGN GOVERNMENT

In order to allow the importation of United States products into foreign countries, the U.S. Food and Drug Administration (FDA) certifies the following information concerning the product(s) to be exported listed below:

**Name of Product(s)**
Mild Portable Hyperbaric Chamber <10 psi
Lightweight chamber utilizing atmospheric air
See Attached List (one page)

**Manufacturer Location**
Hyperbaric Technologies Incorporated
P.O. Box 69, One Sam Stratton Road
Amsterdam, NY 12010

**Distributor Location**
Oxy Health Corp.
12007 Los Nietos Road, Suite 9
Santa Fe Springs, CA 90670

The product(s) described above (and the manufacturing/distribution site(s) which produces/distributes it) is subject to the jurisdiction of the FDA under the Federal Food, Drug, and Cosmetic Act.

It is certified that the above product(s) may be marketed in, and legally exported from, the United States of America at this time. The manufacturing plant(s) in which the product(s) is produced is subject to periodic inspections. The last such inspection showed that the plant(s), at that time, appeared to be in substantial compliance with current good manufacturing practice requirements for the product(s) listed above.

*Judy Witt*

Judy Witt
Acting Export Team Leader
Information Processing and
    Office Automation Branch
Office of Compliance
Center for Devices and
    Radiological Health

**EXHIBIT**
54
Workman
PENGAD 800-631-6989

This certificate expires 24 months from the date notarized.

COUNTY OF MONTGOMERY
STATE OF MARYLAND

Subscribed and sworn to before me this 8 day of May month 2003 year.

*Cathryn N Morris*

Cathryn N. Morris, Notary Public
Montgomery County
State of Maryland
My Commission Expires Jan 4, 2005

## CERTIFICATE TO FOREIGN GOVERNMENT
### Attachment (Page 1 of 1)

**Name of Products**

| | |
|---|---|
| 15C37158 | Solace 4 psi |
| 15C37175 | Solace 4 psi with flush pass thrus |
| 15C37178 | Vitaeris 4 psi |
| 15C37181 | Solace 4 psi |
| 15C37109 | Gamow Bag |

End of product list

**Name of Manufacturer/Distributor**

Manufacturer:
Hyperbaric Technologies
P.O. Box 69, One Sam Stratton Road
Amsterdam, NY 12010

Distributor:
Oxy Health Corp.
12007 Los Nietos Road, Suite 9
Santa Fe Springs, CA 90670

