# EXHIBIT L

 **DEPARTMENT OF HEALTH & HUMAN SERVICES**

Public Health Service

Food and Drug Administration
2098 Gaither Road
Rockville, Maryland 20850

Certificate No. 4187-6-2005

## CERTIFICATE TO FOREIGN GOVERNMENT

In order to allow the importation of United States products into foreign countries, the U.S. Food and Drug Administration (FDA) certifies the following information concerning the product(s) to be exported listed below:

**Name of Product(s)**

Mild portable Hyperbaric Chamber < 4 psi
Lightweight chamber utilizing atmospheric air

See Attached List
(One Page)

**Name of Manufacturer/Distributor, Address**
Manufacturer:
Hyperbaric Technologies, Inc.
1 Sam Stratton Road
Amsterdam, NY 12010

Distributor:
Oxy Health Corporation
12007 Los Nietos Road Suite 9
Santa Fe Springs, CA 90670

The product(s) described above (and the manufacturing/distribution site(s) which produces/distributes it) is subject to the jurisdiction of the FDA under the Federal Food, Drug, and Cosmetic Act.

It is certified that the above product(s) may be marketed in, and legally exported from, the United States of America at this time. The manufacturing plant(s) in which the product(s) is produced is subject to periodic inspections. The last such inspection showed that the plant(s), at that time, appeared to be in substantial compliance with current good manufacturing practice requirements for the product(s) listed above.

Judy Will
Export Team Leader
Regulatory Policy and
   Systems Branch
Office of Compliance
Center for Devices and
   Radiological Health



This certificate expires 24 months
from the date notarized.

COUNTY OF MONTGOMERY
STATE OF MARYLAND

Subscribed and sworn to before me this 14 day of June month 2005 year.



**OXY 00224**

| Name of Products (Generic name if applicable) | Name of Manufacturer/Distributor, Address |
|---|---|
| 15C37175    21" Solace/Oasis Mild Chamber | Manufacturer: Hyperbaric Technologies, Inc. 1 Sam Stratton Road Amsterdam, NY  12010 |
| 15C37181    27" Solace/Oasis Mild Chamber | |
| 15C37178    32" Vitaeris Mild Chamber | Distributor: Oxy Health Corporation 12007 Los Nietos Road Suite 9 Santa Fe Springs, CA 90670 |
| 15C37109    Gamow Bag | |
| 15C37199    Gamow Bag | |
| 15C37200    Gamow Bag | |
| 15C37188    Chamberlite Mild Chamber | |
| 15C37155    Chamberlite Mild Chamber | |

End of Product List



 OXY 00225