# Exhibit M has been filed under seal