# EXHIBIT O



DEPARTMENT OF HEALTH & HUMAN SERVICES          Public Health Service

---

Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993

**Certificate No. 22328-5-2013**

## CERTIFICATE TO FOREIGN GOVERNMENT

In order to allow the importation of United States products into foreign countries, the U.S. Food and Drug Administration (FDA) certifies the following information concerning the product(s) to be exported listed below:

| Name of Product(s) | Name of Manufacturer/Distributor, Address |
|---|---|
| Fortius 420<br>Hyperbaric Chamber<br>Millennium 2000 | **Manufacturer:**<br>Hyperbaric for Life<br>2904 W Belmont Avenue<br>Phoenix, AZ 85051<br><br>**Distributor:**<br>Oxy-Health<br>10719 Norwalk Blvd<br>Santa Fe Springs, CA 90670 |

The product(s) described above (and the manufacturing/distribution site(s) which produces/distributes it) is subject to the jurisdiction of the FDA under the Federal Food, Drug, and Cosmetic Act.

It is certified that the above product(s) may be marketed in, and legally exported from, the United States of America at this time. The manufacturing plant(s) in which the product(s) is produced is subject to periodic inspections. The last such inspection showed that the plant(s), at that time, appeared to be in substantial compliance with current good manufacturing practice requirements for the product(s) listed above.

Ann M. Ferriter
Director
Division of Risk Management Operations
Office of Compliance
Center for Devices and Radiological Health

**This certificate expires 24 months from the date notarized.**

COUNTY OF MONTGOMERY
STATE OF MARYLAND

Subscribed and sworn to before me this _16_ day of _May_ month 2013 year.

CATHRYN N MORRIS
Notary Public-Maryland
Montgomery County
My Commission Expires
January 04, 2017

Case 5:13-cv-00649-FL    Document 45-31    Filed 12/01/14    Page 2 of 2    **OXY 00226**