# EXHIBIT P

Case 5:13-cv-00649-FL    Document 45-32    Filed 12/01/14    Page 1 of 2

Case 5:13-cv-00649-FL Document 45-32 Filed 12/01/14 Page 2 of 2

OPERATION PRESSURE 4 PSI.
PROOF TESTED TO 6 PSI.
MANUFACTURED DATE
PATENT NOS. US 4,974,829; 5,398,678; 5,678,543.
Canada 1,305,012. Austria 88,080T. Germany 3,880,165;
69022986D. European 0277787; 0469071.
SERIAL NUMBER

P/N 15C37179/32

HYPERBARIC TECHNOLOGIES Inc. USA