IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-00649-FL

| | |
|---|---|
| **Amy Sparks, individually, and Robert D. Sparks, as Personal Representative of the Estate of Jarred B. Sparks,** )<br>)<br>)<br>)<br>**Plaintiffs,** )<br>vs. )<br>**Oxy-Health, LLC and Oxy-Health Corporation,** )<br>)<br>)<br>**Defendants.** ) | **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO PENDING MOTIONS** |

This matter is before the Court on the Parties' Joint Motion for Extension of Time to Respond to Pending Motions. Specifically, the parties have moved for an extension of time until January 12, 2015 to respond to the following motions:

- **ECF Document 39**: Motion for Summary Judgment by Defendants Oxy-Health, LLC and OxyHealth Corporation;

- **ECF Document 42**: Defendants' Motion to Exclude the Testimony of Plaintiffs' Expert W.T. Workman, Ronald Natoli and Nancy Grugle; and

- **ECF Document 44**: Plaintiffs' Motion to Exclude Certain "Expert" Testimony of Peter Lewis.

Good cause having been shown by the parties, and both parties having consented to said Motion, the Court hereby extends the deadline for the parties to respond to January 12, 2015.

Having considered the matter, it is ORDERED that the Motion is **GRANTED**.

IT IS SO ORDERED.

_____
Honorable Louise W. Flanagan
United States District Judge

_____ New Bern , North Carolina
This 22nd day of _____ December, 2014