## EXHIBIT INDEX

| EXHIBIT # | DESCRIPTION |
| --- | --- |
| A | Deposition Excerpts of Peter Lewis |
| B | FILED UNDER SEAL |
| C | FILED UNDER SEAL |
| D | FILED UNDER SEAL |
| E | FILED UNDER SEAL |
| F | FILED UNDER SEAL |
| G | Deposition Excerpts of OxyHealth 30(b)(6) |
| H | FILED UNDER SEAL |
| I | FILED UNDER SEAL |
| J | FILED UNDER SEAL |
| K | Deposition Excerpts of Samir Patel |
| L | Deposition Excerpts of Janet Presson |
| M | Deposition Excerpts of Dr. Jeff Bradstreet |
| N | Deposition Excerpts of Jack Presson |
| O | Expert Report of Tom Workman |
| P | Declaration of Tom Workman, dated 12/26/2014 |
| Q | FILED UNDER SEAL |
| R | FDA Warning Letter to OxyHealth (Aug. 8, 2013) |
| S | FILED UNDER SEAL |
| T | List of Autism Conferences Attended by OxyHealth |
| U | Deposition Excerpts of Amy Sparks |
| V | Deposition Excerpts of Dr. Jerry Kartzinel |
| W | Deposition Excerpts of Dylan Sparks |
| X | Deposition Excerpts of Rob Sparks |
| Y | Bradstreet Encounter (Nov. 20, 2006) |
| Z | Deposition Excerpts of Laura Lawyer |
| AA | FILED UNDER SEAL |
| BB | OxyHealth Vitaeris 320 Brochure |
| CC | Expert Report of Ronald Natoli and Nancy Grugle |
| DD | Deposition Excerpts of Ronald Natoli |
| EE | Amy Sparks Declaration, dated 11/26/2014 |
| FF | ASME PVHO-1-2002 |
| GG | Deposition Excerpts of Tom Workman |
| HH | FDA Product Classification |
| II | SOS Hyperlite Brochure |
| JJ | Deposition Excerpts of Dr. Nancy Grugle |
| KK | IHA, *Autism and Its Growing Hyperbaric Movement* (Sept. 2005) |
| LL | "Hyperbaric Oxygen Therapy: Don't Be Misled." |
|  | *Jackson v. Volkswagon of America, Inc.,* No. 84-857-CIV-5, 1986 U.S. Dist. LEXIS 24640, 15-16 (E.D.N.C. June 4, 1986) |