# EXHIBIT K

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION


AMY SPARKS, individually, and      )

ROBERT D. SPARKS, as Personal      )

Representative of the Estate of    )

Jarred B. Sparks,                  )

                                   )

                    Plaintiffs,    )

                                   )

   vs.                             )   NO. 5:13-CV-00649-FL

                                   )

OXY-HEALTH, LLC and OXY-HEALTH     )

CORPORATION,                       )

                                   )

                    Defendants.    )

_____   )


VIDEOTAPED DEPOSITION OF SAMIR PATEL

SANTA ANA, CALIFORNIA

THURSDAY, JULY 10, 2014


MAGNA LEGAL SERVICES

(866) 624-6221

www.MagnaLS.com

Case 5:13-cv-00649-FL   Document 69-12   Filed 01/09/15   Page 2 of 13

MAGNA
LEGAL SERVICES

question.  I can -- I can -- and my -- my definition of "inspection" is to set up a chamber, you know, run it, see if it's clean --

BY MR. SWETT:

Q    Sure.

A    -- good enough to show --

Q    Okay.

A    -- you know.

Q    And you've done that before personally?

A    Yes.

Q    Okay.  You did that prior to 2007?

A    Yes.

Q    Did -- have you done that after 2007?

A    Yes.

Q    Okay.  And when you say "set up a chamber to make sure it's clean," what do you do to set up a Vitaeris 320 chamber?

A    Put the bladder on a bench.

Q    Okay.

A    Hook up a pump, zip it up, inflate it, see if it's clean --

Q    Okay.

A    -- the jacket's clean, you know, wipe it down, if necessary, see if it's still under pressure, and then pack it up, roll it up, put it in

MAGNA
LEGAL SERVICES

a box and ship it.

MR. CHIGNELL:  Okay.  Ms. Court Reporter, is he talking loud enough for you?

THE VIDEOGRAPHER:  Yes.

MR. CHIGNELL:  He is, okay.  I just want to make -- I want to make -- oh, well, for you I know he's talking loud.  I'm just wondering if -- are you able to pick it up on the mic?

THE VIDEOGRAPHER:  Yes.

MR. CHIGNELL:  You are, okay.  All right.  Thank you.

And he's talking enough for -- 'cause I can hear him.  I figure you can hear him, too.

THE REPORTER:  It's kind of low.

MR. CHIGNELL:  Okay.

THE WITNESS:  Oh.

MR. CHIGNELL:  All right.

THE WITNESS:  Louder?

MR. CHIGNELL:  Just keep your voice up.  Thank you.

BY MR. SWETT:

Q    Have you ever assembled a Vitaeris 320 hyperbaric chamber?

A    To me assembled and set up is the same.

Q    Okay.

MAGNA
LEGAL SERVICES

A     Uh-huh.

Q     -- do you disassemble it?

MR. CHIGNELL:  Objection to the form of the question.  Go ahead.

THE WITNESS:  Disassemble is the wrong word.

BY MR. SWETT:

Q     Okay.  Do you unhook the hose that you connected to it?

A     Yes.

Q     Okay.  Then what do you do?

A     Pack it up and put it in its box.

Q     When you say "pack it up," can you walk me through --

A     The fac- --

Q     -- the steps?

A     The factory has told us how to fold it. It's obvious when you open it up, it's folded their way.  Fold it up the way it came.  Put it in its bag.  Put it back in its -- put it in a box, seal the box, and the pump is already -- we don't need to test pumps so -- and then the hose goes in the box with the chamber.

Q     And you would agree with me that when you repack it in a box, you do not repack it in the same

MAGNA
LEGAL SERVICES

box that it was shipped to you in; correct?

A    Yes.

Q    You agree with that statement?

A    Yes.

Q    You agree with me that when you package it to be shipped out, you package it in a box that has the name "OxyHealth" on it; correct?

MR. CHIGNELL:  Objection to the form.  Go ahead and answer.

THE WITNESS:  Yes.

MR. SWETT:  May I ask what the --

MR. CHIGNELL:  I'm just trying to figure out, again, it's this OxyHealth distinction, which is fine.  You're talking about the trade name, I believe.

MR. SWETT:  Sure.

MR. CHIGNELL:  I just want to make sure that I put it on for the record because I don't know --

MR. SWETT:  I don't know that it says "LLC" or "Corp" on the box.  I know it -- I believe it just says "OxyHealth," but I may be wrong.

Q    Do you know if the box that you ship the -- the chambers out in has "OxyHealth Corp" or "OxyHealth, LLC" or just the name "OxyHealth"?

MAGNA
LEGAL SERVICES

Do you have any knowledge as to whether or not the Vitaeris 320 hyperbaric chamber at issue in this case complied with ASME PVHO-1?

MR. CHIGNELL: I'll object to the form of the question, but go ahead and answer if you know.

THE WITNESS: No, it did not.

BY MR. SWETT:

Q   It did not comply?

A   Well, to my knowledge, ASME PVHO does not have standards for portable mild hyperbaric chambers.

Q   Do you have any knowledge if -- whether or not ASME PVHO-1 has what's called a code case process?

MR. CHIGNELL: Objection to the form, but you can go ahead and answer if you know.

THE WITNESS: I have heard of it.

BY MR. SWETT:

Q   Okay.  Do you have any knowledge as to whether or not the Vitaeris 320 at issue in this case complied with NFPA 99 at the time it was sent to Vita 02?

MR. CHIGNELL: Same objection.  Objection to the form of the question.  He's not an expert, but go ahead.

MAGNA

LEGAL SERVICES

MR. CHIGNELL:  The word you used at the end is a legal conclusion.  It's for the jury.  It's not for him, but go ahead.

MR. SWETT:  Let me -- let me ask the question again, please.

Q   Using the common English language understanding of the word "misleading," if anyone at OxyHealth, LLC or OxyHealth Corp has ever made a statement Vitaeris 320 was manufactured in accordance with PVHO, would that be a misleading statement?

MR. CHIGNELL:  Same objection.  Go ahead.

THE WITNESS:  I suppose, yes.

BY MR. SWETT:

Q   If anyone at OxyHealth, LLC or OxyHealth Corp has ever said that the Vitaeris 320 was manufactured in accordance with PVHO, would that be a false statement?

MR. CHIGNELL:  Objection to the form.  Go ahead.

THE WITNESS:  Yes.

BY MR. SWETT:

Q   Okay.  If there's any statement ever been made by OxyHealth that the Vitaeris 320 was manufactured in accordance with NFPA, would that be

MAGNA LEGAL SERVICES

A    Yes.

Q    Would you agree with me that the Vitaeris 320 was not approved by the FDA for the treatment of autism?

A    Yes.

Q    Would you agree with me that the Vitaeris 320 cannot be marketed to treat the symptoms of autism?

A    Yes.

Q    Would you agree with me that the Vitaeris 320 was not approved by the FDA to help with the symptoms of anti-aging?

A    Yes.

MR. CHIGNELL:  Chris, when you reach a stopping point, I need to go to the bathroom.

MR. SWETT:  I just got one question.

MR. CHIGNELL:  That's fine, that's fine, just whenever you reach a stopping point.

MR. SWETT:  Actually, we can go ahead and take a break now.

THE WITNESS:  Good.  I need my diet Coke.

THE VIDEOGRAPHER:  Don't forget to take your mics off.

MR. CHIGNELL:  Yeah.

THE VIDEOGRAPHER:  We're now going off the

MAGNA
LEGAL SERVICES

are."  It says,

> "There are no known usage hazards associated with these portable mild hyperbaric chambers."

Correct?

A    Correct, but it's also followed by,

> "Please refer to the safety considerations and precautions and contradictions" --

Q    Sure.

A    -- "section for more information."

Q    Okay.  Would you agree with me that it's foreseeable that the Vitaeris 320 hyperbaric chamber would be used in a home setting?

A    Is it foreseeable that it would be used is your question?

Q    In a home setting, yeah, based --

A    Yes.

Q    -- on the promotion and marketing.  I mean, it would be foreseeable they would be used in a home; correct?

A    Yes.

Q    Do you agree with me that it's foreseeable that the Vitaeris 320 hyperbaric chamber would be used by some users to give self-treatments?

MAGNA◉
LEGAL SERVICES

MR. CHIGNELL:  I'll object, but go ahead, you can answer.

THE WITNESS:  Is it foreseeable?  Yes.

BY MR. SWETT:

Q    Would you agree with me that it's foreseeable that the Vitaeris 320 hyperbaric chamber would be used by users without a medical background?

A    Yes.

Q    Would you agree with me that it's foreseeable that the Vitaeris 320 hyperbaric chamber would be used by users without specialized training on how to use the chamber?

A    I -- I have an issue with the word "specialized" because they do get training.  The manual trains them, and they get a DVD that trains them, and our website has a training video.  So there is training, but what's the definition of specialized?  It's not an eight-hour course --

Q    Okay.

A    -- but there is training.  The manual trains you, and the DVD that was created trains you on how to use it.

Q    Okay.  And the manual itself, I think we just read it, actually says no specialized training's --

MAGNA
LEGAL SERVICES

A    Warehouse guys, and I recall we had to fill in.  Some of them were shy.  So one of my sales reps did -- jumped in, stuff like that.  Even Ciara jumped in.

Q    Okay.

A    It's a matter -- that was a production done by a company, and they wanted to hire people.  It was too expensive, so I said, "Here's your crew.  Everybody is -- see who's not camera shy and who's photogenic enough," so it was one of those types of things.

Q    Okay.  And I've seen some -- some other documents in this case, and I'm just going to ask you if you have any personal knowledge.  It looks like some employees at OxyHealth, if -- if there's a chamber that's returned for a simple repair --

A    Uh-huh.

Q    -- looks like to me, and you tell me if this is correct, but does an actual OxyHealth employee ever do any simple repairs to chambers?

MR. CHIGNELL:  I'm going to object to the word "simple" because I don't know what that means, but you can go ahead.

THE WITNESS:  It's not really a repair.  We can't repair.  FDA, from what HTI says, we can't

MAGNA
LEGAL SERVICES

repair, but if there is a torn jacket, let's say, that's a simple thing, in my opinion, familiar word.

Then HTI will -- we basically when the chamber comes in with whatever problem there is or if they have a chamber at their home or office, wherever it may be, they call and talk to Jeff.

Jeff evaluates, and then he will consult with the factory, HTI, and say, "What do we do?" And they will give him instructions saying, "Bring it back" or "Send them this" or "It's sitting in the warehouse now," and he will re-evaluate it based on -- because sometimes a customer will overexaggerate, saying, "It's terrible, terrible, terrible."

It will come back.  We will evaluate based on FDA's guidance -- not -- HTI's guidance, and they will then tell us, "You don't need to do this," just -- I don't even know half the stuff.  You know, change the hose, you know, or -- that's just a random example or change the pump or whatever it may be, and you don't need to send the entire thing back to the factory, HTI.  So that's the only thing that we would do, but everything else they have to do.

Q    In your experience, if a chamber is sent off to HTI to repair and it comes back, does it --

MAGNA
LEGAL SERVICES