# EXHIBIT L

something and the zipper got damaged. So we just went and picked it up, brought it back down to Goldsboro. And then it was like, okay, we can't do anything with this until it's repaired, so that's when we sent it off.

Q. Gotcha. Okay. And then the chamber went back to Oxy-Health and Oxy-Health repaired it --

A. Yes.

Q. -- and then sent it back to you?

A. Yes.

Q. Okay. And the final page on Exhibit 17, I believe, has a date of 2013 on it. What does the fourth page of Exhibit 17 relate to?

A. That was -- that was when we sent our chamber back. This is not to do with Jarred's chamber or the Sparks' chamber. This was -- yes, this was our chamber.

Q. Okay. If it's your chamber --

A. Yes.

Q. -- can I give you a pen.

A. Okay.

Q. And if you can just put a big X through that page --

A. Okay.

Q. -- without going through to the next page. Just so that we can indicate that that frankly is not --

A. Yeah, this was our chamber, because it just

without somebody else in the room with him or with him in the chamber with him?

A. Sometimes he's in the chamber without anybody else in the -- like, he and Rusty will get in, or Jack, will be in the chamber and I'll be upstairs. But he never, ever has gotten in that -- because, again, I don't know if he might not unzip that zipper and blow the zipper. He can't understand the directions of what -- I mean, you can tell him don't touch it, and he very well might not. But if he does, you know, that's an expensive lesson. And so -- and, again, if he needed to get out for some reason, he started to have a problem, he doesn't have the language to tell us. So he's never ever been in a chamber ever without one of us being in there with him, ever. Not even once ever, this many years of using.

Q. Okay.

A. But, again, they are -- you know, that's just something, though -- Jarred in some ways was higher functioning. You know, Jarred could get in without somebody else in there. So, and maybe Rob could have, but I just -- we just didn't ever.

Q. Okay.

A. So --

Q. How long was the chamber essentially in storage before the Sparks family acquired it from you?

knew Rob would be traveling from time to time.  You know, well, get Dillon or get Kelsey or get somebody to get in that chamber with him, if he needs to be in that chamber, but you can never do it.

Q.  Okay.

A.  You know, I can get in with Rob or Rusty can get in with Rob or we can grab somebody else to put them in with Rob, but Amy can't ever get in the chamber because, you know, it could really cause a lung issue and that would be a true medical emergency in the middle of a chamber.  So, she -- oh, she was going to sit on that bed and grade papers.

Q.  Okay. Was it your understanding that she was always going to be there in the room while the treatments were ongoing?

A.  I don't know what her plan was.

Q.  Okay.  What was your understanding as to how she was going to be doing it, at least at the beginning?

A.  Yeah, I thought she was going to be there grading papers.  You know, teachers have always got papers and school work and stuff to do.  And that was -- that was my impression was she'd be there, you know, grading papers.  Because, you know, I -- I -- I didn't worry about Jarred dying in the chamber, I worried about him unzipping the zipper, blowing that zipper out, and

they don't have an extra thousand bucks, then $300 to ship it back and forth. So I worried about that. But she was going to be there grading papers, so I was, "Okay, that will work."

Q. And did you -- did you instruct her to remain in the room while Jarred was doing the treatments, one way or the other?

A. I did not tell her that. I don't remember telling her that.

Q. Gotcha. But it was your under -- it was your distinct impression after you finished the training that she would be, at least at the beginning, there while Jarred was doing the treatments, in the room?

A. I thought she would be. Yes.

Q. Did -- did she ever talk about putting other people inside the chamber with Jarred?

A. She did not. I would have suggested, you know -- again, you've got Dillon and you've got Kelsey. I know Rob travels sometimes. But, again, this is good for everybody. And I guess Kelsey was off at college, but Dillon is still in high school. You know, that just can help your brain work better and help you get a little smarter. I've -- I've got my niece in our chamber. You know, it's like, honey, you can benefit from this. Get a -- you know, it's -- it's just -- yeah,

answer that because, again, he trained on the technical stuff. But, again, that's when the chamber is fully pressurized and working is when it hits 4.

BY MR. CHIGNELL:

Q. And under the 7 step, it says, "7th, observe." But that section it says, "Set a clock or timer for the prescribed treatment period." Do you see that?

A. Yes.

Q. Do you remember telling the Sparkses to set a clock or a timer for the prescribed treatment period?

A. I do not remember telling them that.

Q. Do you know whether or not your husband told them that?

A. I don't remember.

Q. The next sentence says, "Reassure the person inside that the attendant will remain with them during the entire treatment and will be regularly checking on them."

Do you -- do you ever recall telling the Sparkses -- or strike that.

Did you ever tell the Sparkses that there should be an attendant that remains with the person inside during the entire treatment that's regularly checking on them?

A. I don't remember that.

(Recess taken from 4:14 p.m. to 4:19 p.m.)

EXAMINATION

BY MR. SWETT:

Q. All right. Back on the record.

A. Okay.

Q. Good afternoon, Ms. Presson.

A. Hello.

Q. My name is Chris Swett, we met before.

A. Yes.

Q. I represent the Sparks family. I just have a few follow-up questions for you, but I won't have quite as many as Kevin asked you.

And when I'm referring -- I'm going to refer to the chamber that the Sparkses had as the Sparks' chamber --

A. Okay.

Q. -- just for ease of reference, and I'll refer to your chamber as your chamber.

A. Okay.

Q. The other chamber that you had. With regard to the Sparks' chamber, what's your understanding of the role, if any, that Oxy-Health had in the manufacturing, assembly, or sale of that chamber?

A. I think they are kind of responsible for it all. I kind of had the understanding that Oxy-Health is where

those things come from.

Q. And when you received the Sparks' chamber, it actually came from Oxy-Health, correct?

A. Right. We ordered it through the folks in Atlanta, but it actually was shipped from Oxy-Health.

Q. Do you have any understanding or knowledge at all as to whether or not Bill, the guy --

A. Schindler.

Q. Whether or not he was an agent of Oxy-Health or acting as an agent for Oxy-Health?

MR. CHIGNELL: I'll object to the form. Go ahead.

THE WITNESS: I don't know.

BY MR. SWETT:

Q. Okay. Whenever you delivered the chamber to the Sparkses, was the chamber and all component parts the exact same as the day that you got the chamber, with the exception of the zipper that had been replaced by Oxy-Health?

A. Yes.

Q. How about on the day that Kevin and I came to inspect the chamber while it was here, to your knowledge was it in the same condition and all component parts were in the same condition with the exception of the zipper, as when you first purchased the chamber?

A. Yes. Those chambers are not something you work on yourself. If there's a problem, you send it off. You don't try to do it yourself.

Q. Let me ask you about that, since you mentioned it. When the zipper malfunctioned on the Sparks' chamber --

A. Uh-huh.

Q. -- before they got it, you sent it to Oxy-Health to be repaired, correct?

A. Yes.

Q. Why did you send it to Oxy-Health?

A. Because that's what we were told to do. If there's ever a problem, you contact Oxy-Health and they will tell you what to do with it.

Q. Who told you that?

A. I don't remember. That's just what you always did. It may have been Bill Schindler because -- again, and I knew Bill from, like, some rallies and some different things, because he'd be set up at different conferences. So I knew Bill Schindler. And so that was, like I said, who we purchased from. So he got a cut of it, I assume. But -- but -- and so I probably would have -- if there was a problem, we probably would have talked to him. And he would have said, "Call Oxy-Health, they are the ones that handle the repairs." Because I

know that Bill and his set up there in -- outside of Atlanta, they do not do repairs. As far as I've ever known, everything goes straight back to Oxy-Health.

Q. Okay. So on that -- on the Sparks' chamber, Oxy-Health repaired the zipper, correct?

A. Yes.

Q. Did they send you an invoice for that?

A. I'm sure they did, yes.

Q. Okay. Do you have any knowledge as to whether or not they did anything else while they had the chamber, in addition to repairing the zipper?

A. I don't know why they would have -- everything else was working fine, as far as we knew. If they found something when they had it, they did not tell us. "Hey, while we were, you know, inflating it after testing the zipper, we saw this other problem and charged" -- you know, we did not get charged any extra for anything and they did not mention anything else. And I don't know where the receipt is from that repair that would have been anything other than just the zipper.

Q. Okay. I'll ask you to look at what was marked Exhibit --

A. And I have those. Do you want me to give those back before they get mixed with his things?

Q. What's marked as Exhibit 17.

MR. CHIGNELL: I've got it here.

MR. SWETT: Okay.

THE WITNESS: I just want to make sure it gets back to the right people.

BY MR. SWETT:

Q. Okay. And what's been marked as Exhibit 17 -- actually, the last page.

A. Okay.

Q. And I believe we determined that this is a form that you received whenever your chamber was repaired by Oxy-Health, correct?

A. Yes, yes.

Q. And it says there, "Mandatory FDA required retesting fee."

A. Right.

Q. And there's an itemized charge for that.

A. Okay.

Q. Do you have any knowledge as to whether Oxy-Health performed that same mandatory required retesting of the Sparks' chamber, whenever it was sent off to have the zipper repaired?

A. I do not know. Well, this first page was from the Sparks' zipper.

Q. Right.

A. And it just says, "Returned from repair,

replaced zipper assembly and then repair charge." I don't see -- I don't see any amounts, but I also don't see whether they did the retesting or not. So I don't know if that's a requirement that's been -- that wasn't in place in '08, or if they just didn't itemize it, or if they itemized it on something else. I don't --

Q. Because these could be two different forms, correct? I mean, you don't know whether you received a return merchandise authorization for the Sparks' repair either, do you?

A. I don't remember ever seeing this form before, and we always tried to keep everything together with the chamber stuff. I can't swear on somebody's life that we never received one of these, but this may be a new form or that may be a new required retesting. I'm not sure.

Q. Okay.

A. I don't know.

Q. Okay. Now, when you received the Sparks' chamber back from Oxy-Health --

A. Uh-huh.

Q. -- did they issue any warnings of any kind at all, as far as safety concerns, when they sent that chamber back to you?

A. No.

Q. Let me ask you about O2 concentrator. When you

originally purchased what became the Sparks' chamber, did you purchase the O2 concentrator from the same individual or company?

A. It comes from somewhere different. You order it all at the same -- no, it comes from somewhere different. And you pay for it separately.

Q. So it's manufactured by a separate company?

A. Yes.

Q. And I think you testified earlier, you were aware that when the Sparkses were borrowing a chamber from Dr. Bradstreet, he -- strike that.

When the Sparkses borrowed the chamber from Dr. Bradstreet, an O2 concentrator did not come with it, did it?

A. Correct.

Q. And when they used that chamber, they did not use an O2 concentrator with that chamber?

A. Correct.

Q. So it would be fair to say that an O2 concentrator is an add-on that's not needed for the normal use of a hyperbaric chamber?

A. Correct.

MR. CHIGNELL: Object to the form, but you can go ahead and answer.

BY MR. SWETT:

Q. When -- you mentioned that whenever you sold the chamber to the Sparkses, you gave them two manuals, correct?

A. Yes.

Q. The chamber manual and the O2 concentrator manual?

A. Yes.

Q. Have you at any time ever flipped through the O2 concentrator manual?

A. We -- we read through ours when we -- when we first purchased it.

(Exhibit No. 9 previously marked for identification.)

BY MR. SWETT:

Q. Let me see if I have that here. I've got it right here. I'm going to show what you was marked as Exhibit 9 in an earlier deposition in this case. I'm going to ask you to look at Page 7. And if you'd like, you can just read that highlighted portion there.

A. Okay. Okay. "The oxygen concentrator has an alarm system with a red visual alarm indicator light and buzzer. The alarm system will activate in the event of an internal fault or power outage. The red light may stay on for up to 10 minutes after startup. This is a normal condition during the initial warm-up period."

Q. So is it fair to say that the oxygen concentrator has an audible buzzer alarm to indicate any malfunction or power failure?

MR. CHIGNELL: Object to the form, but you can answer.

THE WITNESS: That's what it says here.

BY MR. SWETT:

Q. Are you aware as to whether or not the hyperbaric chambers distributed or manufactured by Oxy-Health, whether or not they have an audible alarm to indicate any power failure or malfunction of the chamber?

A. Not that I'm aware of. There's not one on ours and there wasn't one on the Sparkses.

Q. Okay. Thank you. Now, are you aware of any other uses for these chambers, other than autism and -- let me ask you about this. Are you aware that professional athletes use these chambers?

A. Yes.

Q. Are you aware that they sleep in these chambers?

A. Yes.

Q. Are you aware that they provide self-treatments without an attendant present in these chambers?

A. That's what I've heard. I've not been in the room, but yeah, that's what I've heard is a lot of these folks travel with them.

Q.  And you mentioned that sometimes when you get in your chamber, you've actually dozed off and napped, correct?

A.  Yes.  You got that white noise and I basically cannot stay awake in one.

Q.  Would you agree with me that the hyperbaric chamber without an audible alarm, something similar to what's on the O2 concentrator to alert of any malfunction or any power failure, poses dangers to users if power does go out?

MR. CHIGNELL:  Objection to the form of the question.

THE WITNESS:  I've worried about that, especially for these athletes.  You know, if you play a really hard game and you're exhausted, may have a drink or two after, you know, and you get in the chamber and you sleep for the night, that would worry me, you know, if the power goes off, if you're tired enough, you might -- I don't know.  That worries me.  But, again, I -- you know, I'm not an athlete and I don't treat athletes and I don't -- but that -- that's -- Rusty and I discussed this.  You know, especially after this happened with Jarred.  You know, but we've talked about that, yes.

BY MR. SWETT:

Q.  Would you agree with me that the hyperbaric

A. "Remember, if you are sealing the chamber from the inside, you must start from the outside in."

Q. So would you agree with me, first, that Oxy-Health represents these chambers are safe to use by yourself for self-treatment without an attendant?

A. They are giving you the directions how to do that.

Q. Okay. And it says that they are saying -- and it says even on Page 8 something about self-treatment, correct?

A. Yes.

Q. Okay. And you've already agreed with me that they represent no specialized training is needed to use this chamber, correct?

A. Correct.

Q. I'm -- thank you. I'm done with the manual.

A. (Tendered.)

Q. We talked a little bit about Oxy-Health at these conferences.

A. Uh-huh.

Q. Are these -- some of these conferences that you recall seeing them at, are they conferences solely focused on autism?

A. Ah, most -- most of the ones that -- they may go to other conferences for stroke treatment or

plastic -- I -- apparently plastic surgeons are using these now to help with quicker healing from face lifts and things like that, is what I'm hearing. So that's -- that's primarily the conferences I go to, are the ones that have a primary focus on autism, and that's where I see them regularly.

Q. Okay. And do you recall ever seeing Oxy-Health representatives at a conference focused on autism?

A. Yes.

Q. Okay. Based on your experience at those conferences, is Oxy-Health promoting or marketing their chambers for the treatment of autism?

MR. CHIGNELL: Objection to the form of the question.

THE WITNESS: They are marketing the use with individuals with autism. Maybe I'm not understanding the question.

BY MR. SWETT:

Q. Well, I can break it down.

A. I --

Q. I'll break it down --

A. Okay.

Q. -- because it may be easier. All right. First, have you ever been to a conference primarily focused on autism?