# EXHIBIT M

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

AMY SPARKS, INDIVIDUALLY, and        )

ROBERT D. SPARKS, AS PERSONAL        )

REPRESENTATIVES OF THE ESTATE OF     )

JARRED B. SPARKS,                    )   CIVIL ACTION FILE NO.:

                                     )

          Plaintiffs,                )   5:13-CV-649-FL

                                     )

v.                                   )

                                     )

OXY-HEALTH, LLC, and                 )

OXY-HEALTH CORPORATION,              )

                                     )

          Defendants.                )

DEPOSITION OF JEFF BRADSTREET, MD,

taken at the instance of the Defendants, pursuant to

stipulations contained herein, before Julie Breedlove,

Certified Court Reporter, at 1:00 p.m., on July 28, 2014, at

4488 Commerce Drive, Suite B, Buford, Georgia.

Q    -- at Creation's Own, what was your experience with the products?  Did you have any problems with those products?

A    Rarely.  I think we had one or two zipper failures, where the top zipper that's the seal on it failed and needed to be replaced.  The faceplate, which is the large, plastic clear part of it, has given away on a few of them and needed to be -- you know, kind of soldered, welded, glued, whatever it is, on a few of them.

Q    Any other problems?

A    No.

Q    And when you had those problems with those chambers, how did you address those issues?

A    Pick up the phone, call Oxy-Health, and say, we need a repair, and they would box it up and send it back and either give us a new one or repair it and send it back.

Q    Okay.  If I wanted to get an estimate of how many times -- how many treatments you guys had or gave with the Fortius chambers that you had with Creation's Own, how would --

A    I would have no -- those records don't exist.  I would have no way to help you with that.

Q    How long -- how long were those chambers in operation for?

A    So, probably from around '06 would be my guess, when we got the Fortiuses, to '11.  So five years, approximately.

Q    And do you know how many times they were used

Case 5:13-cv-00649-FL     Document 69-14     Filed 01/09/15     Page 3 of 16

A     So I don't know how their being a part of the market has impacted consumer costs apart from what we charge.

Q     **And what did you charge for the treatments in the Fortius chamber?**

A     Between -- we had a sliding scale based on family income and things like that.  So it probably ran from 120 to 200, depending on that.

Q     **And how much was --**

A     Per session, which was typically an hour and a half.

Q     **And you mentioned an hour-and-a-half session.  What were they -- was there a minimum amount of time or maximum amount of time?**

A     Well, the Fortius is a little different, because it actually compresses to depths that would, with enough time, get you to a decompression cycle that would fit the dive tables.  So we usually limited the time at compression in the Fortius to an hour.  But it would take 20 minutes to compress to that pressure and then 20 minutes to come off that pressure, or 15 minutes to come off that pressure.

Q     **And what about with the Vitaeris?  What were the charges and what were the lengths of the treatments?**

A     Much less.  I think it varied between 50 or even less.  And then we had a bunch of patients that we just did ministry work for that couldn't afford it that needed it.  So we did it for free.  So anywhere from one hour or longer.

Case 5:13-cv-00649-FL     Document 89-14     Filed 01/09/15     Page 4 of 16

There were a bunch of athletes who I am familiar with who, you know, have stayed in it for eight, ten hours at a time to recoup from an injury.

Q    And so would they sleep in them?

A    They do.  Not wild about that idea, but they do. Never been with my advice.

Q    What about here in the -- in your -- in the clinic, the Creation's Own clinic, what were the longer treatment times?

A    We never really kept anybody in more than about two, two and a half hours.  There's a bladder limiting factor. There's no indoor plumbing in the chamber.  So usually by about that time somebody needs to get out and go pee.

Q    Okay.  Got you.  When the Fortius chambers and the Vitaeris chambers were set up in the clinic room back at Creation's Own, were there any special -- I mean, did they just sort of sit on the floor, or were they installed?  Could they be moved around?

A    Oh, so they're very lightweight.  They have a cradle, which are foam side pads that keep them from moving.  We had them elevated up on a platform, making it easier for people to climb in and out of them.  But no, you could, you know, pick one up easily and carry it.  It doesn't weigh very much.

Q    Okay.  When you say up on a platform, how high would that platform be?

Q    -- basis?  Okay.  And then, as far as -- well, strike that.  Did you -- did Creation's Own give any instructions to the families that were -- rented the chambers, about how to use them and what to do?

A    Extensive.  We typically would have, when we were in the process of renting them to families, we had an employee who was very experienced with hyperbarics herself who would counsel the families, typically would spend an hour going over the whole process of operation, safety, and to deal with it.

Q    And where would that training take place?

A    Usually in the clinic.  They would either be there with us and then they'd go back home, or on the phone.

Q    And then who would be responsible for that training?

A    It varied at different times, but we would have an employee in the center who did that.

Q    Were those the CMAs that would do that?

A    No.  Patti Hawkins did most of that.

Q    And what was her -- what was her title at the time?

A    I don't think she had a title.

Q    Got you.  And so she would be -- she was resident in Florida; is that correct?

A    Yes.

Q    Where was your clinic in Florida?

A    It was in the Melbourne area.

Q    And can you, to the best of your knowledge, do you

Case 5:13-cv-00649-FL    Document 69-14    Filed 01/09/15    Page 6 of 16

in the 2008 range?

A    Yeah, I think he had his last office visit -- probably '07 would be my guess.

Q    Okay.  Could you just verify that on your records?

A    (Viewing document) So, 2008, in July, he was seen in the office by Scott Smith.

Q    Can you give me that date again?

A    It's July 1, 2008 -- was an office appointment with Scott Smith.

Q    Any other records of treatments, either by phone or in person, after July 1, 2008?

A    He had a missed appointment by phone in July and a phone appointment on the 7th of July -- beat up mom last night, et cetera, from Scott.  He's talking about considering a change in psychotropic medications.

Q    So, how familiar are you with Jarred's specific situation without reviewing all the medical records?

A    I mean, generally I recall Jarred.

Q    Tell me what you recall about Jarred, as far as the things that he did well, the things that he didn't do well.

A    I don't think he did a lot well, actually.  I think he was pretty low functioning.

Q    So on the -- I know it's called autism spectrum disorder because there are people sort of all over, with different -- with various --

Case 5:13-cv-00649-FL    Document 69-14    Filed 01/09/15    Page 7 of 16

Jarred's mother today.  He's doing well overall.  OCD is not improved."  Do you see that?

A    Yes.

Q    It says, "He has started with HBOT treatments."  And my question to you is, was that at Creation's Own, at your clinic, or would that have been somewhere else at the time?  And you may want to look at the prescription as well.  That may assist.  I know the prescription's marked as an exhibit.

A    It was -- well, we -- I think we already established that he'd already started getting hyperbaric treatment, based on her note prior to the prescription being written.  So he was getting treatment somewhere other than us.  And this was a phone, so he was not in office for this appointment.

Q    But I believe in the last page of this note, page 332, this is that same note I think that you flipped through earlier in the deposition about "Jarred did it for the first time on 11/1."

A    Correct.  Correct.

Q    And if your prescription isn't dated until the --

A    14th?

Q    -- 14th, that indicates to you that he was getting this treatment somewhere else?

A    It would seem to, yes.  And in this time frame, he was also under the care of Dr. Kartzinel.  So there may be an independent record of something from Dr. Kartzinel that I don't

Case 5:13-cv-00649-FL     Document 69-14     Filed 01/09/15     Page 8 of 16

you recognize this document?

    A    It's one of Scott's notes.

    Q    And is this dated May 29, 2007?

    A    It is.

         (Whereupon, Defendant's Exhibit No. 70 was identified for the record.)

BY MR. CHIGNELL: (Resuming)

    Q    And how long had -- as of May 29, 2007, how long -- how much HBOT therapy had Jarred Sparks been going through?

    A    According to Scott, about 150 hours.

    Q    And how much was he doing per night?

    A    Two hours.

    Q    And this was an increase, I believe, over the initial prescription of one hour?

         MR. SWETT:  Object to form.

BY MR. CHIGNELL:  (Resuming)

    Q    One hour per night times 40 that you wrote --

    A    Well, it wasn't -- the original prescription was presumably not for home therapy, was one hour per day.  It doesn't specify night or morning.  And he's doing two hours a night, based on this.

    Q    Would you have needed to do another prescription in order for this to --

    A    It's in their home.  As long as it's being monitored by the PA or by me and they're getting instructions on how much

Case 5:13-cv-00649-FL     Document 69-14     Filed 01/09/15     Page 9 of 16

to do, it's mild hyperbaric oxygen at 1.3 atmospheres, which is really not -- it's hyperbaric air with supplemental oxygen, to be precise. And it is extremely safe, from the pressure perspective. Time exposure -- there's really no restraints on time of exposure. So that's not a problem.

**Q And with the ministry unit that was sent to the Sparks family, did that one include an O2 concentrator?**

A I don't know, but more than likely, yes. And actually, you can go a little bit further and clarify that. This note on 5/29 says, we will send a mask for home hyperbaric use, per Scott. So he's going to send a mask to be attached to the hose.

MR. SWETT: For the oxygen?

THE WITNESS: For the oxygen, presumably. We would -- there's nowhere else to attach a mask except to the hose that's connected to the concentrator.

BY MR. CHIGNELL: (Resuming)

**Q Thank you for that. Let me show you what I'll mark as Exhibit 71. If you could describe the document for me, identify that document for me.**

A It's a note by Scott on 1/10/2008. I'm just going on to that day in my electronic record.

(Whereupon, Defendant's Exhibit No. 71 was identified for the record.)

BY MR. CHIGNELL: (Resuming)

falling anywhere on the autism spectrum, could perform self-treatment in a hyperbaric chamber?

A    I don't think they'd be able to self-treat.

Q    And what would -- what aspect would prevent them from self-treating?

A    Coordinating the zippers, turning on the machine reliably, closing the valve -- I would never go for self-treatment with autism.

Q    So even someone falling on the mild -- you know, mild autism, in your opinion they wouldn't be able to perform self-treatment?

A    Again, the term "mild" is very deceptive when it comes to autism.  So, any autism, regardless of the extra label, is a significant disability.

Q    Based on your experience with Oxy-Health hyperbaric chambers, are you aware from any source ever hearing of any malfunctions of the quick-disconnect valve on any Oxy-Health hyperbaric chamber?

A    Never heard of it.

Q    Same question with respect to the hosing that runs between the compressor and the quick-disconnect valve -- any -- ever heard of any malfunctions?

A    Never.

Q    I believe you testified that whenever -- you were aware of one or two zipper failures, and you would send that

Case 5:13-cv-00649-FL     Document 69-14     Filed 01/09/15     Page 11 of 16

back to Oxy-Health for repair?

A    Yes.

Q    And then they would either send you a new one or repair it and send it back to you?

A    Correct.

Q    When you had hyperbaric chambers, I'm assuming that you hooked them up.  Have you ever actually hooked up the quick-disconnect valve that runs from the compressor to the chamber bladder?

A    Numerous times.

Q    Have you ever unhooked that quick-disconnect valve?

A    Yes.

Q    Can you generally explain to me how hard it is, what type of pressure would be needed to unhook that?

A    It's not that complicated.  You don't need any pressure to operate the little button in the center.  You just push it in and it locks, and you hear a click.  A little bit of pressure.  I'm a big guy.  It doesn't seem like very much at all to unplug it.  But -- pretty simple.

Q    Is the Vitaeris 320 -- when someone's in the Vitaeris 320, let's say they move around a lot.  Is it possible when it's set up for that chamber to shift forward and backwards, foot to head?

MR. CHIGNELL:  I'll object, because I don't really understand.  But go ahead.

Case 5:13-cv-00649-FL     Document 69-14     Filed 01/09/15     Page 12 of 16

A    No, I understand what you're asking.  You're asking me can --

Q    Not side to side.

A    No, I understand.  If you were, like, being wild inside the chamber, could you make it move along its long axis?

Q    Exactly.

A    Okay.  Probably.  Yeah, it depends on the surface it was on.

Q    And I believe, normally, maybe that chamber came over on some type of stand from Oxy-Health?

A    It has foam cradles that have a Velcro strap in between them to keep it from rolling.

Q    Did those -- in your experience, did those foam cradles prevent it from going on its vertical axis?

A    I've never seen it move that way in our clinic.  We don't have -- we have nothing other than the foam cradles that hold it in place.  I've never seen it move along its long axis.

Q    In your clinic, when you were performing hyperbaric oxygen therapy, was there ever a time when there wouldn't be a CMA in the room while a chamber was running?

A    No.

Q    I believe you testified for your chambers that you used in the clinic there was a technician from, maybe, Oxy-Health, maybe another company, that basically came in and provided training?  Did I get that right?

Case 5:13-cv-00649-FL    Document 69-14    Filed 01/09/15    Page 13 of 16

A    Yes, for both the Vitaeris as well as for the Fortius.

Q    How about for -- do you have any knowledge -- someone who -- a consumer who purchases the Vitaeris, say they purchase it directly from Oxy-Health, do you know whether a technician goes to the home of that consumer and provides any type of training?

A    I have no knowledge of how Oxy does that.

Q    I believe you testified that Ms. Patti Hawkins would provide some training to -- well, let me try and split this up. Would she provide training to people who would treat in your clinic?  First -- that's the first question.  Would Ms. Hawkins provide training to people who would treat in your clinic on how to use a hyperbaric chamber?

A    No.

Q    Would she provide training to people who received a prescription from you to treat in another clinic?

A    No.

Q    Would she provide training to parents and patients who received a prescription from you to perform hyperbaric chamber therapy at home?

A    If they were getting the chamber from us, like renting it from us or something.

Q    Do you know one way or the other whether Ms. Hawkins provided any type of instruction over the telephone to the

Case 5:13-cv-00649-FL    Document 69-14    Filed 01/09/15    Page 14 of 16

Sparks family?

A    I have no independent knowledge of that.

Q    Do you know one way or the other whether she provided a handout to the Sparks?

A    No.

Q    Do you have any knowledge as to whether she provided instruction or training to the Sparks in person here at your clinic -- or at your clinic at the time?

A    No.

Q    If someone purchased a hyperbaric chamber for at-home use, based on your experience in purchasing chambers and reading the manual, what would they have to go on as far as how to set the chamber up?

A    There was a video, as well as the manual, that's -- I think we got a DVD that had, like, a -- how to assemble it, and all that sort of stuff.

Q    Do you recall anything in the DVD or the manual that warned or spoke at all about hazards associated with setting up a chamber close to other objects in a home setting?

A    I don't recall.

Q    Would you agree with me, though, that a family that purchased a hyperbaric chamber only -- strike that.  Do you have any knowledge one way or the other whether Ms. Hawkins ever warned the Sparks about the suffocation hazard associated with hyperbaric chambers?

Case 5:13-cv-00649-FL     Document 69-14     Filed 01/09/15     Page 15 of 16

A    I don't know if she ever even talked to the Sparks. I have no independent knowledge or way to verify that at this time.

Q    **Do you recall anything in the DVD or the manual that accompanied the Vitaeris 320 warning users that the quick-disconnect valve could inadvertently become disengaged?**

A    I don't recall anything about that.

Q    **Were you aware that in 2002 a similar quick-disconnect valve on another chamber manufactured by Oxy-Health became inadvertently disengaged?**

MR. CHIGNELL:  Objection to the form.  It's also incorrect.  But go ahead.

A    No, I'm not aware of that.

Q    **At the time of Jarred's death, you no longer used hyperbaric chambers in your practice, correct?**

A    No, I still did.  It would be December of 2011 that Rossignol and I finalized our separation of practices.  So this was somewhere prior to December of 2011, right?

Q    **Okay.**

A    What was his date of death?

MR. CHIGNELL:  June 2011.

THE WITNESS:  No, we still were using chambers at that point.

BY MR. SWETT:  (Resuming)

Q    **So for you, the split was finalized in December**