# EXHIBIT O

**W.T. Workman, MS, CAsP, CHT-A, FAsMA**
**Director, Quality Assurance and Regulatory Affairs**
**Undersea & Hyperbaric Medical Society**

**FINAL EXPERT REPORT**

**June 3, 2014**

**Re:     Sparks v. OxyHealth, Case 5:13-cv-00649-FL**

This is my report on the above referenced matter.  In summary, Jarred Sparks died from asphyxiation when a quick disconnect valve detached from a Vitaeris 320 hyperbaric chamber in part manufactured, assembled and distributed by OxyHealth, LLC and OxyHealth Corporation (collectively OxyHealth).  I have been asked by the attorneys for Amy Sparks, individually, and Robert D. Sparks, as Personal Representative of the Estate of Jarred B. Sparks to render opinions in the following areas with respect to the OxyHealth Vitaeris 320 hyperbaric chamber at issue:

- Regulation and FDA Clearance of Hyperbaric Chambers as Class II Medical Devices;
- Compliance to Recognized Industry Safety Standards and Regulations; and
- Standards of Practice in the Practice of Hyperbaric Medicine.

Materials Reviewed
In rendering my opinions in this matter, I reviewed the following materials in addition to applicable regulations and industry standards:

- Sparks v. OxyHealth Complaint
- OxyHealth Vitaeris 320 Brochure
- OxyHealth Portable Mild Hyperbaric Chambers Operating and Reference Manual
- MAUDE Adverse Event Report: OxyHealth Corp Solace dated 10/04/2002
- June 9, 2000 FDA Warning Letter to OxyHealth Corporation
- August 8, 2013 FDA Warning Letter to OxyHealth, LLC
- Pages from www.oxyhealth.com
- Videos from www.oxyhealth.com (A Tradition of Safety, McCue, Portable Hyperbaric Chamber)
- FDA Product Classification
- Defendants' Responses to Plaintiffs' First Set of Interrogatories and First Set of Requests for Production of Documents
- Documents produced by OxyHealth
- Information on trade shows and conventions which OxyHealth attended

1

<u>Qualifications</u>
Prior to stating my opinions, I will set forth an outline of my professional experience, education, and training, which qualifies my opinions in this matter.

A) My Curriculum Vita is attached to this report as Exhibit A.

B) My opinions regarding the Sparks incident are based upon my experience, education, background, training and expertise in the field of hyperbaric chamber technology, medicine, quality assurance and regulatory affairs.

C) I received a B.S. degree in Biology from The Citadel in 1972 and a M.S. Degree in Education from the University of Southern California in 1978.

D) I am board certified in Aerospace Physiology by the Aerospace Medical Association since 1979 and Hyperbaric Technology (with distinction) by the National Board of Diving and Hyperbaric Medical Technology since 1991.

E) As Director of Quality Assurance and Regulatory Affairs at the Undersea & Hyperbaric Medical Society, I am responsible for the development, implementation and management of all activities related to clinical hyperbaric facility accreditation. I also act as liaison to federal agencies, such as the Centers for Medicare and Medicaid Services and the Food and Drug Administration. Moreover, I maintain coordinated activities with other regulatory, professional, trade and standards organizations such as the Joint Commission (formerly the Joint Commission for the Accreditation of Health Care Organizations), the National Board of Diving and Hyperbaric Medical Technology, the American Association of Wound Care Management, the American Society of Mechanical Engineers, and the National Fire Protection Association.

F) My past employment experiences include the successful design, fabrication and testing of the world's only post-tensioned concrete rectangular hyperbaric chamber and efforts to improve the quality of clinical hyperbaric medicine, enhance facility safety, facilitate patient treatment and promote innovative technology to the international clinical hyperbaric medicine community achieved through a combination of consulting services focused on hyperbaric facility planning, operational safety issues, regulatory community education, advocacy for international codes and standards, and academic programs.

G) I was a Hyperbaric Physiologist in the United States Air Force. In this capacity, I managed chamber operations and chamber maintenance as well as provided consultation and education to requesting agencies on high pressure systems management and hyperbaric physiology. Further, as Deputy Chief and Chief Hyperbaric Physiologist, I provided authoritative consultation and education to HQ USAF, SPACE Command, Air Force Academy, PACAF, SAC, TAC, ATC, MAC, AFLC, AFSC, and USAFE on altitude and high pressure systems management. Also, I was a consultant to the USAF Surgeon General for Hyperbaric Physiology and Clinical Hyperbaric Medicine Facilities and chaired the DOD Joint Advisory Committee on Clinical Hyperbaric Medicine (JACCHM) and NASA's Hyperbaric Medicine Working Group.

2

H) I am a member in professional organizations with a focus on hyperbaric therapy and safety such as the Aerospace Medical Association, the Aerospace Physiologist Society, Undersea & Hyperbaric Medical Society, National Fire Protection Association, National Board of Diving and Hyperbaric Medical Technology, and International Congress on Hyperbaric Medicine. Moreover, I have served as Chairman of the Undersea & Hyperbaric Medical Society Hyperbaric Chamber Safety Committee, the National Fire Protection Association Technical Committee on Hyperbaric and Hypobaric Facilities, and the American Society of Mechanical Engineers Medical Systems Subcommittee.

I) I am editor of Hyperbaric Facility Safety: A Practical Guide, Best Publishing Company, Flagstaff, Arizona, 1999, 754 pages. This publication is now in it's second printing.

## BACKGROUND

Hyperbaric oxygen is a treatment in which a patient breathes oxygen while inside a hyperbaric chamber at a pressure greater than sea level pressure. A hyperbaric chamber is a device intended to increase oxygen levels in a patient's tissue by means of pressurization to greater than atmospheric pressure. (21 CFR §868.5470). In the United States, hyperbaric chambers are prescription medical devices under 21 CFR §801.109, and accordingly, these devices should bear the prescription legend that states: "Caution: Federal law restricts this device to sale by or on the order of a physician."

There are two basic chamber configurations: monoplace chambers intended to contain one occupant and multiplace chambers intended for more than one occupant. Although most traditional and some modern monoplace hyperbaric chambers are metal cylinders, a substantial number of contemporary monoplace chambers are acrylic tubes, generally ranging in diameter from 28 to 40 inches. Multiplace chambers are typically made from metal, in a cylindrical configuration. Occupancy can range from two persons to twenty or more. Multiplace chambers have acrylic viewports and often additional pressure locks, allowing access to the chamber when pressurized. Hazards differ significantly between the monoplace (NFPA-Class B) chamber and the multiplace (NFPA-Class A) chamber because of occupancy, the chamber atmosphere, and the pressure of the system.

## REGULATION OF HYPERBARIC CHAMBERS AS MEDICAL DEVICES

Federal Food, Drug, and Cosmetic Act

The Food and Drug Administration (FDA) regulates medical devices. The congressional mandate is to assure their safety and effectiveness when used as indicated. Since 1976, the FDA has regulated hyperbaric chambers as medical devices. Anyone who engages in the manufacturer, preparation, distribution, compounding, assembly, or processing of a device intended for human use that is a medical device, is subject to the medical device regulations.

The basic framework governing the regulation of medical devices is established in the Medical Device Amendments to the Federal Food, Drug, and Cosmetic Act (hereafter, referred to as the

3

Act) and signed into law on May 28, 1976.  These amendments gave FDA specific authority to regulate medical devices. These authorities were modified by the Safe Medical Devices Act of 1990 (SMDA) and the Food and Drug Administration Modernization Act of 1997 (FDAMA). The regulatory class in which the device is placed by the Agency governs the level of regulation or control necessary to assure safety and effectiveness.  The Act required the FDA to classify all medical devices intended for human use into three categories: Class I, general controls; Class II, special controls; and Class III, premarket approval.  On July 16, 1982, hyperbaric chambers were classified as Class II medical devices.

Class II devices are subject to special controls as well as general controls requirements.  Special controls may include items such as labeling, post market surveillance, or a mandatory performance standard.  A device is placed in Class II if the general controls by themselves are insufficient to provide reasonable assurance of the safety and effectiveness of the device, but there is sufficient information to establish special controls to provide assurance including the promulgation of performance standards, patient registries, development and dissemination of guidelines, recommendations, and other appropriate actions.

Safe Medical Devices Act

The SMDA, which became effective on November 28, 1990, gave the FDA several new authorities and expanded and modified previous medical device requirements. New regulations that were introduced by SMDA and applicable to hyperbaric chambers include the following:

- Manufacturers, importers, and distributors are required to report to the FDA certain removals or corrections of a device.  This includes removals and corrections to reduce a risk to health posed by the device or remedy a violation of the Act caused by the device that may present a risk to health.
- With respect to the 510(k) process, the manufacturer must obtain a substantial equivalence order before beginning commercial distribution of a device for which a premarket notification has been submitted.

Premarket Notification 510(k)

At least 90 days before a device is intended for market, an entity must submit to the FDA a premarket notification also called a 510(k) submission.  The 510(k) submission must contain sufficient information demonstrating that a device is substantially equivalent to a predicate device.  A premarket notification is also required for a product that has been or is being marketed by a firm when there is a significant change or modification, including intended use of the device, which may significantly affect the safety or effectiveness of the device.

A substantial equivalence order must be obtained before commercial distribution of a device for which a premarket notification has been submitted.  For the purpose of determining substantial equivalence, the term substantially equivalent means, with respect to a device being compared to a predicate device, that the device has the same intended use as the predicate device and that the device has the same technological characteristics as the predicate device.

Case 5:13-cv-00649-FL    Document 69-16    Filed 01/09/15    Page 5 of 41

Food and Drug Administration Modernization Act

Additionally, the Act was amended by the FDAMA in 1997. One section of the Act that was amended provided that the FDA may, through publication in the Federal Register, recognize all or part of an appropriate standard established by a nationally or internationally recognized standards development organization for use in satisfying portions of device premarket review submissions or other requirements. With respect to hyperbaric chambers, the FDA has recognized the following consensus standards:

- ASME PVHO-1, Safety Standard for Pressure Vessels for Human Occupancy
- NFPA 99, Standards for Health Care Facilities Chapter 20-Hyperbaric Facilities

Medical Device Reporting Regulation

On July 31, 1996, the Medical Device Reporting (MDR) regulation, 21 CFR Part 803, became effective. It contains requirements for manufacturers, importers, device user facilities and distributors to report certain device-related adverse events and product problems to the FDA. Pursuant to the MDR regulation, manufacturers of medical devices are required to submit reports to the FDA of a reportable death, serious injury, or device malfunction. (21 CFR §803.10(c)). A "manufacturer" is any person who manufacturers, prepares, propagates, compounds, assembles, or processes a device by chemical, physical, biological, or other procedure (21 CFR §803.3). The term includes any person who:

- Repackages or otherwise changes the container, wrapper, or labeling of a device in furtherance of the distribution of the device from the original place of manufacture; or
- Initiates specifications for devices manufactured by a second party for subsequent distribution by the person initiating the specifications.

A reportable death, serious injury, or malfunction is based on information a manufacturer receives or otherwise becomes aware of, from any source, which reasonably suggests that one of its marketed devices:

- May have caused or contributed to a death or serious injury; or
- Malfunctioned and the malfunction of the device or a similar device marketed by the manufacturer would be likely to cause or contribute to a death or serious injury if the malfunction were to recur (21 CFR §803.3).

Finally, "malfunction" means the failure of a device to meet its performance specifications or otherwise perform as intended (21 CFR §803.3). All manufacturers of medical devices approved or cleared for marketing in the United States are subject to the MDR regulation and must submit required reports.

5

**RECOGNIZED INDUSTRY SAFETY STANDARDS**

<u>Safety Standard for Pressure Vessels for Human Occupancy, ASME PVHO-1</u>

This standard provides engineering requirements and guidance for the design, fabrication, inspection, testing, marking, and stamping of pressure vessels for human occupancy (PHVO) designed for a pressure differential of 2 psi or greater. (2002 ASME PVHO-1; 1.1.1, 1.2.1). A hyperbaric chamber is a PVHO. Thus, any hyperbaric chamber designed for 2 psi or greater must meet the engineering safety standards as published in ASME PVHO-1. All hyperbaric chamber materials must similarly meet the requirements of this standard. (2002 ASME PVHO-1; 1.3.1). Section 4 of this standard provides engineering requirements and guidance deemed necessary to the safe design and construction of a PVHO piping system. Specifically, Section 4-2.4.1(*f*) provides that "fittings used on life critical breathing devices shall be of types that are resistant to inadvertent disengagement." (2007 ASME PVHO-1).

Additionally, ASME PVHO-1 requires that each PVHO be marked with the following:
(a) the designation of this Standard, PVHO-1;
(b) name of the manufacturer of the pressure vessel, preceded by the words "certified by";
(c) maximum allowable working pressure ____ psi (internal) and/or ___ psi (external) at ___ °F maximum and/or ___ °F minimum;
(d) manufacturer's serial number; and
(e) year built. (2002 ASME PVHO-1; 1.6.1).

The requirements contained in this standard are supplemented by the ASME Boiler and Pressure Vessel Code. (2002 ASME PVHO-1; 1.1.2)

ASME PVHO-1 incorporates a process by which a hyperbaric chamber of an unapproved design or fabrication of nonstandard materials (such as acrylic) can be approved and stamped by ASME. This well-established process is known as the code case process. To date, only two portable, fabric hyperbaric chambers have been approved by an ASME PVHO-1 code case (Code Case 6 and Code Case 15). Code Case 6 was for the SOS *Hyperlite,* which is manufactured by SOS Limited, UK and cleared by the FDA for marketing (K#905168). The second is PVHO-1 Case 15: Use of Polyester-jacketed, Alliplastic-Coated Bladder Zippered Closure Cylindrical Vessels in the Construction of PVHOs under PVHO-1. This case was approved on April 6, 2010. The hyperbaric chamber in this case is designed as a 15 psi chamber which is much higher than the pressure rating of the Vitaeris 320. It should be noted that the chamber related to Code Case 15 (known as the Quamvis 420) has not been cleared by the FDA through the 510k Premarket Notification process. The Quamvis 420 is currently listed on the OxyHealth website as an active product. It is my opinion that the marketing of the Quamvis 420 is in violation of FDA regulations.

OxyHealth is a California limited liability company. California is one of eleven states that have adopted formal legislation to mandate compliance to ASME PVHO-1 for hyperbaric chambers used in the state.

6

<u>Standards for Health Care Facilities Chapter 20-Hyperbaric Facilities, NFPA 99, 2002 Edition</u>

This standard covers the recognition of and protection against hazards of an electrical, explosive, or implosive nature, as well as other hazards associated with hyperbaric chambers and associated facilities that are used, or intended to be used, for medical applications and experimental procedures at gauge pressures from 0 to 690 kPa (0 to 100 psi). This standard applies to both monoplace and multiplace chambers, as well as to those in which the chamber atmosphere contains an oxygen partial pressure greater than an absolute pressure of 21.3 kPa (3.09 psi) (2002 NFPA 99; 20.1.1.20). The purpose of this standard is to provide minimum requirements for the performance, maintenance, testing, and safe practices for facilities, material, equipment, and appliances, including other hazards associated with the primary hazards (2002 NFPA 99; 20.1.2.1).

NFPA 99 classifies hyperbaric chambers by occupancy as follows:
(1) Class A- Human, multiple occupancy
(2) Class B- Human, single occupancy
(3) Class C- Animal, no human occupancy (2002 NFPA 99; 20.1.5.2).

With respect to fabrication of hyperbaric chambers, NFPA 99 provides: "Chambers for human occupancy, and their supporting systems, shall be designed and fabricated to meet ANSI/ASME PVHO-1, *Safety Standard for Pressure Vessels for Human Occupancy,* by personnel qualified to fabricate vessels under such codes." (2002 NFPA 99; 20.2.2.1). This standard also mandates the following:

20.2.8.5 Carbon Dioxide Monitoring. The chamber atmosphere shall be monitored for carbon dioxide levels during saturation operations whenever ventilation is not used.

20.2.8.6 Chamber Gas Supply Monitoring. The air supply of Class A and Class B chambers shall be sampled for concentrations of carbon monoxide.

## VITAERIS 320, FDA CLEARANCE, AND MARKETING

On August 2, 2000, the line of portable hyperbaric chambers distributed by OxyHealth, including the Vitaeris 320, was cleared to be marketed subject to the general controls provisions of the Federal Food, Drug, and Cosmetic Act. (#K001409). However, these chambers were only cleared for use in the treatment of acute mountain sickness (AMS). AMS is a condition that results from exposure to altitudes in excess of 8,000 feet. It affects approximately 20% of people who are unable to properly acclimate to the increased altitude (reduced pressure); AMS is relatively rare. It is clear from marketing materials and attendance at select conferences that OxyHealth has and continues to market its chambers, including the Vitaeris 320, for the treatment of unapproved indications including, but not limited to, autism, cerebral palsy, and anti-aging. OxyHealth has received several FDA warning letters related to the lack of quality system regulations and misbranding of their devices.

Furthermore, while OxyHealth appears to claim that it is a mere distributor of the Vitaeris 320 hyperbaric chamber, its marketing materials reveal that it plays a much larger role in the design

and manufacturer of these chambers.  For example, statements on pages and in videos from www.oxyhealth.com represent that OxyHealth selects materials, builds, manufactures, inspects and tests its chambers, including the Vitaeris 320.  Specifically, OxyHealth makes the following statements:

A Tradition of Safety Video
- "We put a lot of work into the materials; we went to thicker materials; the zipper system was completely revamped."
- "When selecting materials, we are not just looking for strength, we are looking for the type of material it is."
- "We have inspectors that will check the valve process, how was the valve installed or how well was it installed.  Did it meet specifications. . . Anything we build in the chamber is checked and double checked and all the parts are tested to destruction as well.  Every tenth zipper we install, we'll basically take that section of zipper and see if it holds up to the weights and pulls that the specifications require."
- "There are safety precautions that we take when we build our chambers that the other brands don't really take into consideration."
- "We've made more units than the entire hyperbaric industry combined and we've had zero, zero, zero failures. Perfect is all we will stand for; nothing less."
- Whereas there are multiple references to the importance of safety the Vitaeris 320 does not comply with the two most widely recognized hyperbaric safety standards: ASME PVHO-1 and NFPA 99, Health Care Facilities.
- OxyHealth stated in the Defendants' Responses to Plaintiffs' First Set of Interrogatories and First Set of Requests for Production Documents that "Defendants object to this interrogatory on the grounds that it refers to the connection of an oxygen concentrator to hyperbaric chambers because Defendants do not advertise, market or sell hyperbaric chambers with oxygen concentrators consistent with FDA requirements."  I find it interesting that in this video clip at the 8 minute, 2 second mark, there is an oxygen concentrator clearly visible in the background.

McCue Video
OxyHealth salesman Tom Melone talks about the "different models of equipment that we manufacturer" to include the Vitaeris 320.

Portable Hyperbaric Chamber Video
At approximately the 1 minute, 30 second mark a Mr. Chase Kreitman is presented as a "Certified Hyperbaric Technician".  It should be noted that on June 1, 2014 Mr. Kreitman was not listed in the database of the National Board of Divining & Hyperbaric Technology as a certified hyperbaric technologist.

Even OxyHealth's response in Defendants' Responses to Plaintiffs' First Set of Interrogatories and First Set of Requests for Production of Documents that it tests the chambers that it purchases from HTI and then repackages them before selling them is sufficient to classify OxyHealth as a manufacturer of these chambers pursuant to the MDR regulation.

8

Finally, OxyHealth's marketing materials attest to the simplicity of use and boasts that OxyHealth portable mild hyperbaric chambers are designed to allow patients to treat themselves at home, eliminating the need for someone external to the chamber to serve as a medical safety observer for the patient while inside the chamber. For example, the Portable Hyperbaric Chamber video appearing on www.oxyhealth.com states "No special training is required to operate the portable mild hyperbaric chamber. Once familiar with the unit, a user can easily give self treatments, a feature no other hyperbaric chamber can offer. A unique two zipper seal makes self treatments easy, as the user can do it all without any assistance."

As a result, when used in the home setting, these chambers are generally operated without any special medical and/or operational safety training by caregivers who are providing the therapy to their family members. A portable mild hyperbaric chamber designed for use at home by untrained, nonmedical persons, such as the Vitaeris 320, should be designed with extra safety considerations due to the foreseeable risks of danger inherent in such a product. At the very least, these PVHOs should comply with the standards set forth in ASME PVHO-1 and NFPA 99.

OxyHealth Portable Mild Hyperbaric Chambers Operating and Reference Manual

Chapter 1, Introduction, page 2:

"Its unique design allows the mild hyperbaric chamber to easily fit in the office, the clinic, and even the home."

> It was never the intent for the FDA to clear these devices for home use. Reference to home use was included in a statement that is not part of the FDA formal review process for premarket notification. Once this statement was posted by the FDA, OxyHealth began to claim the FDA cleared the device for home use. It should be noted that the treatment of AMS would NEVER be conducted in the home setting. AMS is a potentially fatal condition where someone could die due to pulmonary edema caused by the effects of high altitude. These chambers are intended to be used in such emergency life or death situations by properly trained medical personnel. If OxyHealth were compliant to the FDA marketing requirements, they would not claim the safety and effectiveness of the device in the home setting.

Chapter 2, Product Descriptions and Specifications:

Page 4, Solace 210 Personal System:

> Use of the term "Personal System" is not consistent with the FDA restricted use for AMS which is an emergency medical condition whereby the patient would not treat himself/herself.

9

"Main Body (the bladder) – Durable double-sided 44 oz. urethane coated polyester"

Polyester is not a material recognized by ASME PVHO as an approved material for the construction of hyperbaric chambers.

NFPA 99 requires that all hyperbaric chambers used for medical treatment comply with the design and fabrication requirements of ASME PVHO-1. These devices do not comply.

"Peripheral equipment – Double head oil-less ¼ hp compressor with dual air intake filters."

NFPA 99 defines air quality standards that hyperbaric chamber compressors must meet. NFPA 99, 14.2.8.6.3, 2012 Edition requires Class B hyperbaric chamber compressors to produce CGA Grade E air with no condensable hydrocarbons. I am not sure these compressors meet the air quality standards.

Page 6, Vitaeris 320 Clinical System:

With the exception of personal use, comments for Solace 210 apply here.

Page 7, Relief Valves (Air Exchange Valves)

"Fresh air is constantly pumped into the chamber while "old" air is exhausted via these RELIEF VALVES (AIR EXCHANGE VALVES) to eliminate CO2 buildup."

NFPA 99 requires that the exhaust of any hyperbaric chamber be plumbed to outside of the building that houses the hyperbaric chamber. More specifically it states, "Exhaust from all classes of chambers shall be piped outside of the building." (NFPA 99, 14.2.9.2, 2012 Edition). This installation requirement was an NFPA requirement at the time the OxyHealth chambers were designed. Apparently, the designer/manufacturer of these devices were either ignorant of the code requirement or they intentionally ignored it. It is my belief that they ignored the requirement as this has been well-known to the hyperbaric community for decades.

Page 8, Dual Zipper Sealing System

"Two nylon zippers used in conjunction with an AIR-SEALING GASKET create a unique seal that allows the chamber to hold pressure safely while providing easy entry/egress for the user."

This type of closure mechanism is not recognized as a proper pressure sealing design for pressure vessels for human occupancy. (ASME PVHO-1)

10

"With the proper training, a user can easily give "self treatments' – a feature that no other hyperbaric chamber can offer."

The FDA cleared these devices for the treatment of AMS, an emergency condition for which the patient with emergent AMS would not be initiating self treatment. This statement should not be in the user manual unless OxyHealth never intended for this device to be used for the treatment of AMS but instead wanted to promote it for personal use.

Page 8, Quick Disconnect Valves

"Each chamber system comes with a 10-foot medical grade AIR SUPPLY HOSE that connects the pump to the chamber bladder. QUICK-DISCONNECT VALVES couple the units to the hose."

While the type of quick disconnect pictured in the user manual has been used in other hyperbaric systems, that does not mean that the selection of this component was based upon a thorough risk assessment to validate the appropriateness of using this component in the overall hyperbaric system design. With a device that is promoted for 'self treatment', component selection must be failsafe. This component is not failsafe. A component such as the quick disconnect valve providing the only source of air to the hyperbaric chamber should have a positive connecting mechanism to prevent inadvertent disengagement.

Page 8, Pressurization/Depressurization Valve

"The PRESSURIZATION/DEPRESSURIZATION VALVE is located near the large view window for easy access by the occupant. It extends internally and externally. By simply turning the knob clockwise, this valve can be used by the occupant inside the chamber to depressurize and deflate the chamber for ease of exiting."

By designing the capability for the occupant to pressurize/depressurize the chamber from the inside indicates the device is intended for personal use.

Page 9, Compressor

"Gast OIL-LESS COMPRESSOR for medical use, with dual intake filters, ¼ hp., model DAA- P103EB (9C303A) with quick-start capacitor."

I contacted Gast technical support to see what see what I could learn about this compressor. The response is very interesting:

11

Query:

> **"From:** WTWORKMAN@aol.com [mailto:WTWORKMAN@aol.com]
> **Sent:** Wednesday, April 23, 2014 6:15 PM
> **To:** GBH Technical
> **Subject:** Gast Model DAA-P103EB
>
> I have searched the web for information on the above Gast compressor. I have found nothing so perhaps this model has been discontinued? I am interested in the following:
>
> 1. What CGA Grade of air does this compressor produce?
>
> 2. What are the intended applications for this compressor?
>
> Thank you for your attention to this matter.
>
> Regards, Tom Workman"

Response:

> "Tom,
>
> The daa-p103-eb was a diaphragm style compressor. The supply air from this compressor is not rated as breathable air, however if ran through the proper filtration it could be. Gast does not rate this as breathable air so I would not have any rating to offer you. As for the applications this could be used for, that really varies.. this can be used anywhere from airing up tires to use in a medical grade instrument that needs supply of compressed air.  Hope this answers your questions. Have a great day.
>
> Nick Skoda
>
> Technical  Assistance Gast Systems Solutions
>
> nskoda@idexcorp.com
>
> (269)934-1112
>
> 800-331-3289 (Fax)
>
> www.gastmfg.com
>
> www.jun-air.com
>
> www.idex-hs.com"
>
> From the above, it is impossible to determine if this compressor's output meets the requirements of CGA Grade E air. I suspect it does not.

12

Page 9, Air Filtration System

> "Filters and removes particulates from the compressed air flowing into the chamber down to 0.01 microns. Takes out smoke, smog and other pollutants."

> > It is not clear from this statement if the filtration system results in CGA Grade E air or not.

Chapter 3 – Preparation for Chamber Operation, page 11:

**"Note: No specialized training is required** to operate the portable mild hyperbaric chamber. However, please follow the "Initial chamber Setup" procedure before treatment."

> This is statement is false and leads directly to user complacency and over confidence that the device is so safe that no special training is required. The installation, operation and maintenance of these devices must be performed by individuals with at least some level of operational and medical training. While the use of hyperbaric chambers is relatively safe, they are not without complications. They should only be operated by individuals with sufficient medical knowledge and training to recognize the complications of elevated pressure and how to successfully deal with them. The standard of practice for training in hyperbaric medicine is completion of minimum of a 40-hour course on hyperbaric medicine. Such courses cover indications of use, hyperbaric chamber safety and operations, etc. It should be noted that these chambers are NOT exempt from the operational safety considerations mandated in the hyperbaric chamber chapter of NFPA 99.

**"There are no known usage hazards associated with these portable mild hyperbaric chambers. Please refer to the "Safety Considerations, Precautions and Contraindications" section for more   information."**

> This statement is contradictory. Not only that, it is false. Prior 1996, the defined scope of ASME PVHO was the entire pressure continuum. To eliminate the ambiguity, in 1996, as Chairman of the ASME Medical Systems Subcommittee of ASME PVHO, I was asked by then Chairman of ASME PVHO, Jack Maison, PE, PhD, to query the Aerospace Medical Association and the Undersea & Hyperbaric Medical Society as to what pressure differential they would define as   the minimum to produce injury should there be catastrophic failure of a pressure vessel designed for human occupancy. Both organizations responded in kind with 2 pounds per square inch (psi). This means that injury could occur should a pressure vessel with a pressure differential of 2 psi or greater across the pressure boundary (chamber wall) catastrophically fail (rupture). ASME PVHO then revised its scope to begin at 2 psi. Potential injury ranges from ear/sinus pain to tympanic membrane rupture, even potentially fatal air embolism. One can rupture the alveoli of the lungs in a pressure change as shallow as 4 feet of sea water. These devices are designed for 3-5 psi and **ARE** within the scope of **ASME PVHO** and CAN cause injury should they fail, including if the quick disconnect valve providing the oxygen

13

supply to the chamber disengages or a power failure occurs during self treatment. These potential hazards were known to OxyHealth well before the Sparks incident.

Chapter 4 – Initial Chamber Setup, page 13:

It is obvious that if power is lost to the compressor, the pump will not continue to pressurize the chamber. This would be the same as if the quick disconnect valve is disengaged. Since this is such an important safety issue, it is interesting that they do not even recommend plugging the compressor into a backup power source such as an uninterrupted power source similar to those commonly used for computers, etc. This brings to question the level of risk assessment conducted during the system design phase.

It should be noted that NFPA 99, 14.2.7.2.1, 2012 Edition states, "All hyperbaric facilities shall contain an electrical service that is supplied from two independent sources of electrical power."

The rationale for this, in part, is to ensure there is a continuous power supply to compressors providing pressurization gas to the hyperbaric chamber.

Initial Chamber Setup, page 14

"Note: The COMPRESSOR must be "on" and hooked up to the chamber before human occupancy in the chamber; it must remain on until the person completely exits the chamber."

As previously stated, continuous operation of the compressor and continuous flow of oxygen into the chamber are critical to safe chamber operations. Compressor power is on the critical pathway for system safety, yet no means of ensuring a continuous power source was provided. Additionally, no alarm or similar device was incorporated into the chamber to alert a user during self treatment of a power failure or the lack of air flowing into the chamber.

Initial Chamber Setup, page 15:

"Watch the PRESSURE GAUGE on top of the chamber to assure the indicator reaches 3-4 psi and remains at or near 3-4 psi (depending on the style of chamber you have)."

Maintaining sufficient pressure is an important safety element. OxyHealth promotes self-treatment yet provides no means of monitoring the pressure level inside the chamber. Once again, this is an important safety element that does not appear to have been addressed in the initial risk assessment of system design.

14

<u>Chapter 7 – Treatments, page 23</u>:

**"Caution: We recommend that an attendant be present during the entire time someone is inside the chamber due to any unforeseen emergency involving the patient's condition that is unrelated to the hyperbaric treatment."**

> Like many other statements in the chamber manual, this statement is contrary to other representations in the manual with respect to self treatment in the home setting. More importantly, this cautionary statement deals only with unforeseen events involving "the patient's condition that is unrelated to the hyperbaric treatment" (i.e., a patient prone to stroke or fainting spells). This statement does not warn that the hyperbaric chamber itself, due to its design, can create hazards unforeseen by users receiving self treatment. These hazards include a loss of power, a quick disconnect valve disengaging, a lack of air flowing into the chamber, the accumulation of carbon dioxide in the chamber and other hazards that were known to OxyHealth and could have been circumvented by compliance with PVHO standards.

<u>Chapter 11 – Safety Considerations: Precautions and Contraindications, page 29</u>:

This entire section is contradictory to previous statements in the user manual that attests that there are no known usage hazards associated with these portable mild hyperbaric chambers.

**"EXCESSIVE CARBON DIOXIDE EXPOSURE"**, page 31

> "As long as the CHAMBER COMPRESSOR is "ON" and running, fresh air will be introduced into the chamber and the equilibrium value for carbon dioxide concentration will remain at **less than one percent (1%)**."

>> Again, OxyHealth failed to mention the possibility that the chamber aur compressor could lose power or the quick disconnect valve could disengage from the chamber body without user manipulation. These are hazards of which OxyHealth was aware.

**"FDA 510(K) CLEARANCE"**, page 32

"The Portable Mild Hyperbaric Chambers are Class II Medical Devices. They are cleared by the FDA 510(k). The approved indications for the chamber are High Altitude Sickness (also known as AMS) and its associated mild symptoms. The chambers are cleared for sale to or on the order of a licensed practitioner."

> The above statement is true. However, it appears that the focus of OxyHealth marketing efforts are exclusive to off-label indications such as autism, cerebral palsy, stroke, etc., which have no relationship whatsoever to AMS.

15

"This product has been manufacturer, tested, and inspected with procedures conforming to Good Manufacturing Practices, and to Government Spec Mil-I-45208A. These chambers do not have ASME PVHO approvals at this time."

> The above statement is true. Both Good Manufacturing Practices and Government Spec Mil-I-45208A are related to quality control and inspection systems. Neither is related to the safety and effectiveness of the DESIGN of hyperbaric chambers. To achieve this, chambers must be designed, fabricated and tested in accordance to ASME PVHO. They do not meet this engineering requirement.

## OPINIONS

Based on my professional experience, education, training, and knowledge, and the materials reviewed, the following opinions are rendered:

1. With respect to hyperbaric chambers, the FDA has recognized ASME PVHO-1 and NFPA 99 as consensus standards.

2. According to OxyHealth marketing material, the Vitaeris 320 is designed for operating pressure of 4 psi (1.3 ATA). This design pressure falls within the scope of ASME PVHO (>2 psi). The Vitaeris does not comply with the safety requirements of ASME PVHO. Moreover, OxyHealth has not obtained code case approval for this nonstandard hyperbaric chamber as required by code.

3. The design pressure of the Vitaeris 320 also falls within the scope of NFPA 99 (0-100 psi). The Vitaeris 320 does not comply with the safety requirements of NFPA 99.

4. From the FDA clearance documentation available for public review, there is no indication if the OxyHealth Vitaeris 320 hyperbaric chamber was cleared as a Class A (multiple occupancy) or a Class B (single occupancy) hyperbaric chamber. Printed and electronic marketing material from OxyHealth clearly indicates that the Vitaeris 320 is marketed and promoted as a Class A (multiple occupancy) hyperbaric chamber. Notably, videos on the OxyHealth website show more than one person inside a Vitaeris 320 hyperbaric chamber during treatment. However, the Vitaeris 320 does not comply with the NFPA 99 requirements for a Class A hyperbaric chamber. For example, there is no deluge system or accommodation for monitoring oxygen concentration within the chamber.

5. The Vitaeris 320 does not comply with any known safety standard for hyperbaric chambers and other PVHOs.

6. OxyHealth is a manufacturer and distributor of the Vitaeris 320 hyperbaric chamber. Samir Patel, the President of OxyHealth, became aware in 2002 that the quick disconnect valve used on its hyperbaric chambers malfunctioned without user manipulation.

16

However, no one from OxyHealth reported this malfunction to the FDA as required by the Medical Device Reporting regulations.

7. OxyHealth is marketing the Vitaeris 320 for off-label uses beyond the scope of its FDA clearance. On August 2, 2000, the FDA cleared this hyperbaric chamber for the treatment of AMS and only AMS. However, it is clear from marketing materials and attendance at select conferences that OxyHealth has and continues to market its chambers, including the Vitaeris 320, for the treatment of unapproved indications including, but not limited to, autism, cerebral palsy, and anti-aging.

8. OxyHealth also markets the Vitaeris 320 hyperbaric chamber as safe for self treatments in the home setting and states that "no specialized training is required to operate the portable mild hyperbaric chamber." As a result, when used in the home setting, this chamber is generally operated without any special medical and/or operational safety training by caregivers who are providing the therapy to their family members. A portable mild hyperbaric chamber designed for use at home by untrained, nonmedical persons, such as the Vitaeris 320, should be designed with extra safety considerations due to the foreseeable risks of danger inherent in such a product. At the very least, this PVHO should comply with the standards set forth in ASME PVHO-1 and NFPA 99, but the Vitaeris 320 is non-compliant.

9. As designed and marketed, the Vitaeris 320 poses significant risks to users, especially those in the home setting. Further, the Vitaeris 320 has not been scientifically proven to offer therapeutic benefit beyond its intended use for AMS. A patient would get more therapeutic benefit from sitting in a chair with an oxygen mask pumping 100% oxygen than zipped up in this air tight bag breathing air pumped from a diaphragm style air compressor.

I hold these opinions with a reasonable degree of professional certainty and I am prepared to support them in both deposition and courtroom testimony. I may supplement this report if additional information becomes available, or if I am asked to address other issues.

17

**CURRICULUM VITAE**

**CURRENT AS OF:**      1 January 2013

**NAME:**      WILBUR T. WORKMAN, COLONEL, USAF, BSC (RET)

**CURRENT POSITION:**   Director, Quality Assurance & Regulatory Affairs
Undersea & Hyperbaric Medical Society

**MAILING ADDRESS:**   UHMS Satellite Office
14607 San Pedro Ave, Ste 270
San Antonio, TX 78232

**CONTACT INFO:**      Tel: (210) 404-1553
Fax: (210) 404-1535
Email: uhmsqara@aol.com

**EDUCATION AND TRAINING:**

B.S. Degree (Biology) The Citadel , 1972

M.S. Degree (Education) University of Southern California, 1978

Squadron Officers School, Air University, 1975

Air Command and Staff College, Air University, 1981

Air War College, Air University, 1989

Physiological Training Officers Course (6 weeks, 1972), Brooks AFB TX.  Curriculum included: Physiological aspects of aerospace operations, maintenance and operation of hypobaric chambers, USAF life support and oxygen systems

Compression Chamber Team Training (2 weeks, 1972), Brooks AFB TX.  Curriculum included: Physical and physiological principles of diving, diving tables, principles and techniques of hyperbaric medicine, operation and maintenance of hyperbaric chambers, and treatment tables

Academic Instructor Course (5 weeks, 1974), Maxwell AFB AL.  Curriculum included:  Instructional methodology, lesson preparation, public speaking, counseling techniques, and audiovisual aid preparation

Annual scientific meeting of the Aerospace Medical Association (1974-1975, 1979-1983, 1985, 1987-1992).  Continuing medical education focusing on recent advances in aerospace medicine and physiology and original research contributions

Physiological Training Officers Symposium (5 days, 1974, 1981-1984), Brooks AFB TX. Curriculum included:  Update in operational aerospace physiology problems

Continuing Medical Education Course (2 days, 1978), Washington DC.  Curriculum included: Effects of altitude on the respiratory system and oxygen delivery systems

Compression Chamber Team Training (2 weeks, 1980), Brooks AFB TX.  Curriculum included: Physical and physiological principles of diving, diving tables, principles and techniques of hyperbaric chambers, and treatment tables

Sixth Annual Conference of Clinical Application of HBO (4 days, 1981), Memorial Hospital Medical Center of Long Beach, Long Beach, CA.  Curriculum included:  Recent advances and original contributions in hyperbaric medicine

Hyperbaric Physiology Fellowship (39 weeks, 1980-1981), USAF School of Aerospace Medicine, Brooks AFB TX.  Curriculum included:  Design and calculation of decompression tables, hyperbaric chamber pressurization systems, oxygen delivery systems, clinical investigations, Hyperbaric Medicine Division administration, physiological effects of hyperbarics, hyperbaric medicine chamber maintenance and supply

Annual Scientific Meeting of the Undersea and Hyperbaric Medical Society (1981-1983, 1985-1992, 1994-2001).  Continuing medical education focusing on recent advances in clinical hyperbaric medicine and original contributions in hyperbaric research

Human Factors Engineering Course (2 weeks, 1981), The University of Michigan, Ann Arbor, MI.  Curriculum covered the methods, concepts, and advanced techniques employed in the design of man-machine systems or personal equipment.  It also covered theoretical and quantitative measures of human performance and information system design for human use

Operational Problems in Aerospace Physiology (5 days, 1982-1993), Brooks AFB TX.  Curriculum included:  Update in operational aerospace physiology problems

Human Factors Course (1 week, 1983), The University of Southern California, Los Angeles, CA.  Curriculum covered the fields of engineering, education, physiology, psychology, law, management, and medicine (Public Health)

Advanced Human Factors Course (1 week, 1984), Trinity University, San Antonio, TX

VIIIth International Congress on Hyperbaric Medicine (4 days, 1984), Long Beach, CA.  Update on recent advances and original scientific contribution for hyperbaric medicine

Construction Project Management, Southern Methodist University (2 days, 1984), Dallas, TX.  The course is designed for those responsible for project management to gain a broader perspective on what is needed to plan, schedule, and control construction projects

Introduction to Systems Acquisition Management (1 week, 1988), Brooks AFB TX.  Course objectives were to provide an overview into the policies, procedures, and management concepts involved in Air Force Systems acquisition

Stylemetrics (2 days, 1988), Brooks AFB TX

Government Civilian Personnel Management (5 days, 1989), Kelly AFB TX

Total Quality Management Facilitators Course (5 days, 1989), Brooks AFB TX

Clinical Management of Problem Wounds (25-28 April 1991), Jefferson C. Davis Wound Care and Hyperbaric Medicine Center, Methodist Hospital, San Antonio, TX

Annual Scientific Meeting of the Gulf Coast Chapter of the Undersea and Hyperbaric Medical Society (1992, 1996-2000)

Human Performance Factors in Aircraft Accident Prevention (21-25 March 1994), Trinity University, San Antonio, TX

Workgroup Team Training Workshop (7-8 June 1994), Beale AFB CA

Hyperbaric Medicine 1996, (14-16 March 1996), Richland Memorial Hospital, Columbia, SC

Technical Aspects of Hyperbaric Chamber Safety (19-20 March 1996, 21-23 March 1997, 21-22 March 1998, 9-10 April 1999, 25-26 Feb 2000, 16-17 March 2001), San Antonio, TX

Second Biennial SAUHMA Conference, Southern African Undersea and Hyperbaric Medical Association (19-21 September 1997), Johannesburg, South Africa

Hyperbaric Safety Director Training Course (18-21 October 2001), San Antonio, Texas

TEAM: A Team Approach to Implementing Accreditation Standards (22-25 October 2001), Joint Commission on Accreditation of Healthcare Organizations, Oakbrook Terrace, IL

National Integrated Accreditation for Healthcare Organizations (NIAHO), Det Norske Veritas (DNV), November 17-20, 2009, Houston, Texas

**BOARD CERTIFICATION:**

Certified in Aerospace Physiology (by examination) by the Aerospace Medical Association (1979)

Certified - With Distinction (by examination) in Hyperbaric Technology by the National Board of Diving and Hyperbaric Medical Technology (1991)

**CIVILIAN WORK EXPERIENCE:**

2001-Present: Director, Quality Assurance & Regulatory Affairs, Undersea & Hyperbaric Medical Society. The Director is responsible for the development, implementation and management of all activities related to clinical hyperbaric facility accreditation. Specifically, the Director's accreditation responsibilities include (but are not limited to) the following: development of accreditation criteria; survey documentation and guides; surveyor recruitment, training and scheduling; survey preparation training; program promotion; data analysis and database management; and, overall implementation strategy. The Director also serves as the Society's liaison to federal agencies such as the Centers for Medicare and Medicaid Services, the Food and Drug Administration, etc., while maintaining coordinated activities with other regulatory, professional, trade and standards organizations such as the Joint Commission for the Accreditation of Health Care Organizations, the National Board of Diving and Hyperbaric Medical Technology, the Hyperbaric Oxygen Therapy Association, the American Society of Mechanical Engineers (ASME-PVHO) and the National Fire Protection Association, etc.

1998-2006: President, Workman Hyperbaric Services, Inc., San Antonio, TX. Directed corporate efforts to improve the quality of clinical hyperbaric medicine, enhance facility safety, facilitate patient treatment and promote innovative technology to the international clinical hyperbaric medicine community. Quality objectives were achieved through a combination of consulting services focused on hyperbaric facility planning, operational safety issues, regulatory community education, advocacy for international codes and standards, and academic programs.

1998: Vice President, Engineered Medical Systems, Inc., San Antonio, TX. Directed all corporate activities to introduce innovative design solutions to the international clinical hyperbaric chamber design community. Efforts led to successful design, fabrication and testing of the world's only post-tensioned concrete rectangular hyperbaric chamber, an innovative modular hyperbaric chamber design and state of the art single-patient hyperbaric treatment chamber. Led international marketing effort.

1995-1998: Project Manager, Engineered Medical Systems, Inc., San Antonio, TX. Directed all corporate activities to introduce innovative design solutions to a stagnated international clinical hyperbaric chamber design community. Efforts led to successful design, fabrication and testing of the world's only post-tensioned concrete rectangular hyperbaric chamber, an innovative modular hyperbaric chamber and state of the art single-patient hyperbaric treatment chamber. Led international marketing effort.

**MILITARY ASSIGNMENTS:**

1994-1995: Commander, 9th Training Squadron, 9th Medical Group, Beale AFB CA. Advised and represented ACC/SG on matters pertaining to Aerospace Physiology (AsP), human factors and physiological aspects of high altitude life support and hyperbaric medicine issues. Designated Air Combat Command Consultant in Aerospace Physiology and USAF Surgeon General Consultant in Aerospace Physiology (Special Operations). Provided guidance to nine ACC aerospace physiology training units and two physiological support divisions (PSDs). Provided final guidance and decisions pertaining to life support equipment and physiological support training of worldwide deployed ACC U-2 pilots. Responsible for USAF Pressure Suit Depot, Beale AFB CA. Directly managed

Case 5:13-cv-00649-FL     Document 69-16     Filed 01/09/15     Page 21 of 41

approximately $47 million in assets and more than 120 personnel.  Vice Commander, 9th Medical Group

1992-1994:  Chief, Physiological Support Division, 9th Medical Group, Beale AFB CA.  Advised and represented ACC/SG on matters pertaining to AsP, human factors and physiological aspects of high altitude life support and hyperbaric medicine issues.  Designated Air Combat Command Consultant in Aerospace Physiology and USAF Surgeon General Consultant in Aerospace Physiology (Special Operations).  Provided guidance to nine ACC aerospace physiology training units and two physiological support divisions (PSDs).  Provided final guidance and decisions pertaining to life support equipment and physiological support training of worldwide deployed ACC U-2 pilots.  Responsible for USAF Pressure Suit Depot, Beale AFB  CA.  Directly managed approximately $47 million in assets and more than 120 personnel.  Vice Commander, 9th Medical Group

1989-1992:  Hyperbaric Physiologist, Chief, Hyperbaric Medicine Division Armstrong Laboratory, Brooks AFB TX.  The Hyperbaric Medicine Division provides operational support to education across the spectrum of Aerospace Medicine.  The Hyperbaric Medicine Division provides therapy, clinical research, education, consultation and is lead agency for the DOD Hyperbaric Medicine Program.  Directed all division administration, clinical investigations, research and training with an annual budget of $334,000.  Directed a staff of 17 professional/paraprofessional personnel.  Responsible for operational decisions pertaining to all eight USAF field hyperbaric facilities and three major clinical hyperbaric facilities valued at approximately $30 million.  Consultant to the USAF Surgeon General for Hyperbaric Physiology and Clinical Hyperbaric Medicine Facilities.  Chaired the DOD Joint Advisory Committee on Clinical Hyperbaric Medicine (JACCHM).  JACCHM responsibilities to the DOD included:  developing the philosophy and future direction of clinical hyperbaric medicine in the DOD; facility planning and implementation; technical guidance in HBO application; advanced training of personnel; resource management; research guidance and application; and facility inspection and certification

1984-1989:  Hyperbaric Physiologist, Deputy Chief, Hyperbaric Medicine Division, Brooks AFB TX.  Managed hyperbaric chamber operations and maintenance functions in addition to divisional administration, supply, and budgetary functions.  Course supervisor of Hyperbaric Physiology Fellowship.  Also supervised all other educational programs within division.  Provided consultation and education to specified requesting agencies on high pressure systems management and hyperbaric physiology.  Developed long-range plans for new facilities.  Provided authoritative consultation and education to HQ USAF, SPACE Command, Air Force Academy, PACAF, SAC, TAC, ATC, MAC, AFLC, AFSC, and USAFE on altitude and high pressure systems management.  Project Scientist for the Wright-Patterson AFB OH and Travis AFB CA Clinical Hyperbaric Facilities

1982-1984:  Hyperbaric Physiologist, Chief, Plans and Operations Branch, USAF Hyperbaric Medicine Center, Brooks AFB TX.  Managed hyperbaric chamber operations and maintenance functions in addition to divisional administration, supply, and budgetary functions.  Also supervised all educational programs within the division.  Provided consultation and education to specified requesting agencies on high pressure systems management and hyperbaric physiology.  Assisted in the development of long-range plans for new facilities

1981-1982:  Hyperbaric Physiologist, Chief of Diving Operations, USAF Hyperbaric Medicine Center, Brooks AFB TX.  Managed chamber operations and maintenance functions, provided consultation and education to HQ USAF, AFSC, AFLC, MAC, USAFE, TAC, ATC, SAC, PACAF, and Air Force Academy in altitude and high pressure systems management.  Assisted in the development of long-range plans for new facilities

1980-1981:  Fellow, Hyperbaric Physiology, USAF School of Aerospace Medicine, Hyperbaric Medicine Division, Brooks AFB TX.  Studies included design and calculation of decompression tables, hyperbaric chamber pressurization systems, oxygen delivery systems, clinical investigations, administration, supply, chamber maintenance, physiological aspects of hyperbarics, and hyperbaric medicine

1978-1980: Aerospace Physiologist, 1099th Physiological Training Flight, Andrews AFB MD. Chief, Administration and Academics. Instructor in physiological aspects of flight primarily to MAC aircrew members (cargo), general officers and executive level federal appointees, passengers, and USAF/Army HALO paratroopers

1975-1978: Aerospace Physiologist, 15th Physiological Training Flight, Kadena AB JA. Chief, Compression Chamber Operations. Instructor in physiological aspects of flight primarily for PACAF/MAC aircrew members (fighter, cargo), passenger, and AF HALO crew members

1972-1975: Aerospace Physiologist, Physiological Training Unit, Castle AFB CA. Chief, Compression Chamber Operations, Instructor in physiological aspects of flight , primarily for SAC aircrew members (primarily bomber and tanker), passengers, and FAA eligible civilians

1972: Commissioned as 2nd Lieutenant in the USAF Biomedical Sciences Corps

**MEMBERSHIP IN PROFESSIONAL ORGANIZATIONS:**

**Aerospace Medical Association** (1972 to present)
Board Certified in Aerospace Physiology (1979)
Associate Fellow (1980)
Co-Chairman, Scientific Audiovisual Program Committee (1981-1982)
Chairman, Scientific Audiovisual Program Committee (1983)
Scientific Audiovisual Program Committee (1984)
Nominating Committee (1989)
Fellow (1990)
Chairman, Hyperbaric Oxygen Therapy Panel (1992)

**Aerospace Physiologist Society** (1972 to present)
Vice-Chairman, Program Committee (1979)
Long-Range Planning Committee (1980)
Chairman, Membership Committee (1980-1982)
Secretary (1982-1984)
Board of Governors (1984-1990)
Education Committee (1985)
Certification Board (1985 to 1988)
Chairman, Admissions Committee (1985 to 1998)
Awards Committee (1985-1986)
President-Elect (1987)
Chairman, Long-Range Planning Committee (1987-1988)
Chairman, 1990 Committee (1987-1988)
President (1988-1989)
Nominations Committee (1989-1990)
Awards Committee (1990)

**Undersea and Hyperbaric Medical Society (UHMS)** (1981 to present)
Associate Member (1981-1986)
Regular Member (1986 to present)
Program Committee (1984)
Member, Hyperbaric Chamber Safety Committee (1985-2001)
Chairman, Hyperbaric Chamber Safety Committee (1988-1993)
Executive Committee, Member-at-Large (1993-1996; 2001-2002)
Member, Operations Committee (1997 to 2001)
Member, Education Committee (2003 to present)
Member, Hyperbaric Oxygen Therapy Committee (2003 to 2010)
Member, Publications Committee (2004 to present)
Member, Authorization, Utilization, Quality, and Reimbursement Committee (2005 to present)
Chairman, Hyperbaric Chamber Safety Committee (2009 to 2011)

**Gulf Coast Chapter (UHMS)** (1991 to present)
> Chairman, Hyperbaric Safety Panel, 1992 Gulf Coast Chapter Scientific Meeting
> President-Elect (1996-1998)
> Program Chairman, 1997-1998 Scientific Meetings
> President (1998 to 2000)
> Past President (2000 to 2004)

**Survival and Flying Equipment Association** (1980-1986)
> Alamo Chapter (1981-1986)
>> Secretary (1981-1982)
>> President (1984)
> Chairman, Administration and Registration Committee, 1983 SAFE Annual Scientific Meeting

**Air Force Association** (1983-1991)

**National Fire Protection Association** (1984 to present)
> USAF Representative to the Technical Committee on Hyperbaric and Hypobaric Facilities (1984-1995)
> Chairman, Technical Committee on Hyperbaric and Hypobaric Facilities (1996 to 2007)
> Member, Technical Committee on Hyperbaric and Hypobaric Facilities (2007 to present)

**American Society of Mechanical Engineers** (1984 to 2013)
> USAF Representative to the Technical Committee on Pressure Vessels for Human Occupancy (1984-1995)
> Member, Technical Committee on Pressure Vessels for Human Occupancy (1984 to 2013)
> Member, Hyperbaric Chamber Design Subcommittee (1986 to 2013)
> Chairman, Medical Systems Subcommittee (1996 to 2012)
> Member, Quality Assurance Subcommittee (1996 to 2009)
> Member, General Requirements Subcommittee (2009 to 2013)

**National Board of Diving and Hyperbaric Medical Technology**
> USAF Representative (1991-1994)
> Member, Board of Directors (2004 to present)

**International Congress on Hyperbaric Medicine** (1991 to present)

**Southern African Undersea and Hyperbaric Medicine Association** (1998 to 2011)

**Hong Kong Diving and Hyperbaric Medicine Society** (2000 to present)
> Honorary Founding Member

**European Underwater and Baromedical Society** (2002 to present)

**Hyperbaric Technicians and Nurses Association – Australia** (2004 to present)

**European Baromedical Association for Nurses, Operators and Technicians** (2005 to present)

**PROFESSIONAL HONORS:**

2012:    Jury Member: 9th European Committee on Clinical Hyperbaric Medicine Consensus Conference on Organization of a Clinical Hyperbaric Therapy Centre and Related Health Management Issues, September 11-12, 2012, Belgrade, Serbia

2009:    Wilbur T. Workman Award established by the Gulf Coast Chapter of the Undersea & Hyperbaric Medical Society. To be awarded for Excellence in Safety and Technology in the Field of Undersea & Hyperbaric Medicine

2008:    Certificate of Acclamation, American Society of Mechanical Engineers

2006:    National Fire Protection Association Technical Committee Service Award

| 2006: | Charles W. Shilling Award, Gulf Coast Chapter of the Undersea and Hyperbaric Medical Society |
|---|---|
| 2003: | Special Services Award, Gulf Coast Chapter of the Undersea and Hyperbaric Medical Society |
| 2001: | Craig Hoffman Memorial Award for Contributions to Diving Safety, Undersea and Hyperbaric Medical Society |
| 1995: | Legion of Merit, Beale AFB CA |
| 1993-1995: | Consultant to USAF Surgeon General in Special Operations and Aerospace Physiology |
| 1992-1995: | Consultant to Air Combat Command Surgeon in Aerospace Physiology |
| 1992: | Meritorious Service Medal, Second Oak Leaf Cluster, Brooks AFB TX |
| | Air Force Organizational Excellence Award, First Oak Leaf Cluster, Brooks AFB TX |
| 1989: | Wiley Post Award for Operational Physiology, Aerospace Physiologist Society, Aerospace Medical Association |
| 1988: | United States Air Force School of Aerospace Medicine Safety Excellence Award, Brooks AFB TX |
| | Meritorious Service Medal, First Oak Leaf Cluster, Brooks AFB TX |
| 1987: | Chief Biomedical Scientist, United States Air Force |
| 1985: | United States Air Force School of Aerospace Medicine Support Excellence Award, Brooks AFB TX |
| | Paul Bert Award for Physiological Research, Aerospace Physiologist Society, Aerospace Medical Association |
| 1984: | Consultant to the USAF Surgeon General in Hyperbaric Physiology (1984-1993) |
| | Air Force Achievement Medal, Brooks AFB TX |
| | Air Force Outstanding Unit Award, First Oak Leaf Cluster, Brooks AFB TX |
| 1983: | Company Grade Officer of the Year - Aerospace Medical Division, Air Systems Command, Brooks AFB, TX |
| | Company Grade Officer of the Year - USAF School of Aerospace Medicine, Brooks AFB TX |
| | Company Grade Officer of the Year (Blue Suit Award) - Alamo Chapter, Air Force Association |
| 1981: | Air Force Commendation Medal, Second Oak Leaf Cluster, Brooks AFB TX |
| 1980: | Fellow, Clinical Hyperbaric Physiology, USAF School of Aerospace Medicine, Brooks AFB TX |
| | Meritorious Service Medal, Andrews AFB MD |
| | Associate Fellow, Aerospace Medical Association |
| | Senior Biomedical Scientist (USAF) |

| 1979: | Board Certified in Aerospace Physiology (by examination), Aerospace Medical Association |
|---|---|
| | Associate Aerospace Physiologist (USAFSAM), Brooks AFB TX |
| | Air Force Organizational Excellence Award, Andrews AFB MD |
| 1978: | Air Force Commendation Medal, First Oak Leaf Cluster, Kadena AB JA |
| 1975: | Air Force Commendation Medal, Castle AFB CA |
| 1974: | Air Force Outstanding Unit Award, Castle AFB CA |
| | Vice President, Junior Officers Council, Castle AFB CA |
| 1972: | Distinguished Military Graduate, The Citadel, Charleston, SC |

**PUBLISHED ARTICLES, SPEECHES, LECTURES, BOOKS:**

Workman, Wilbur T., 1977.  The Value of the United States Air Force Refresher Physiological Training Program.  M.S. Thesis, University of Southern California.

_____1981.  Complete revision of T.O. 43D8-3-4-6-1.  (This technical order is the basis of all hyperbaric chamber operations of the USAF Hyperbaric Center, Brooks AFB TX).

Feldmeier, John J. and W.T. Workman.  The USAF Hyperbaric Center:  A Look Through the Porthole.  Military Medicine, Vol 148, No 2, 1983.

Workman, W.T.  A Comprehensive Look at the Hyperbaric Medicine Division.  The USAF School of Aerospace Medicine Mission Capabilities Technical Report, 1983.

Workman, W.T. and P.J. Sheffield, 1983.  Continuous Transcutaneous Oxygen Monitoring in Smokers Under Normobaric and Hyperbaric Conditions.  In:  Continuous Transcutaneous Blood Gas Monitoring, Huch/Huch (Eds), Marcel Dekker, Inc., New York, NY; pp 637-664.

Sheffield, P.J. and W.T. Workman, 1983.  Transcutaneous Tissue Oxygen Monitoring in Patients Undergoing Hyperbaric Oxygen Therapy.  In:  Continuous Transcutaneous Blood Gas Monitoring, Huch/Huch (Eds), Marcel Dekker, Inc., New York, NY; pp 655-660.

Workman, Wilbur T., Michael D. Robinette, Thomas B. Laird, and Frederick S. Cramer, 1984.  Medical Planning Criteria For Implementation of Clinical Hyperbaric Facilities.  USAFSAM Technical Report 84-36, December 1984.

Sheffield, P.J. and W.T. Workman.  Transcutaneous Tissue Oxygen Measurements in Patients Administered Normobaric and Hyperbaric Oxygen by Mask.  Hyperbaric Oxygen Review, 1985; 6(1):47-62.

Workman, W.T. and J.E. Touhey, 1987.  Design Considerations for State-of-the-Art Multi-Place Clinical Hyperbaric Facilities.  Ninth International Congress on Clinical Hyperbaric Medicine, Sidney, Australia (Abstract).

Workman, W.T. and J.E. Touhey, 1987.  A Technique for Randomized Clinical Trials in Hyperbaric Medicine.  In:  Proceedings of the Eighth International Congress on Hyperbaric Medicine, Kindwall, Eric P. (Ed), Best Publishing Co., San Pedro, CA; pp 304-308.

Workman, Wilbur T., Brian P. Murphy, and Frederick S. Cramer, 1983.  Hyperbaric Oxygen Therapy at the USAF School of Aerospace Medicine.  Medical Service Vol XXXIV, #5, Fall 1983.

Touhey, John E., J.C. Davis, and W.T. Workman, 1987.  Hyperbaric Oxygen Therapy.  Orthopedic Review; Vol XVI, No 11, November 1987.

Workman, Wilbur T. and Rocky D. Calcote, 1988.  Hyperbaric Oxygen Therapy and Combat Casualty Care:  A Viable Potential.  Military Medicine; Vol 154, March 1989, pp 111-115.

Wirjosemito, Salimi A., J.E. Touhey, and W.T. Workman. Type II Decompression Sickness (DCS): U.S. Air Force Experience with 133 Cases. Aviation, Space, and Environmental Medicine, Vol 60, No 3, March 1989, pp 256-262.

Bradshaw, Patrick O., J.W. Fanton, T. Yates, K. Kagem-Hallet, W.J. Caring, W.I. Butcher, and W.T. Workman. The Influences of Hyperbaric Oxygen in Peripheral Nerve Regeneration in Adult Male Rabbits. Submitted for peer review.

Workman, W.T. A Primer—Fire Safety and the National Fire Protection Association. Pressure, Vol 21, No 1, Jan/Feb 92, pp 3-5.

Schirmer, Jennifer U. and Wilbur T. Workman. Menstrual History in Altitude Chamber Trainees. Aviation, Space, and Environmental Medicine, Vol 63, No 7, July 1992, pp 616-618.

Desautels, D., W.T. Workman, E.P. Kindwall, and K. Van Meter, eds. Guidelines For Multiplace Hyperbaric Facilities. Kensington, MD: Undersea and Hyperbaric Medical Society, June1994.

Workman, Wilbur T. Commentary on NFPA 99, Standard for Health Care Facilities, Chapter 19, Hyperbaric Facilities. Health Care Facilities Handbook, 5th Edition, National Fire Protection Association, Quincy, MA, 1996.

Sheffield, Paul and Tom Workman. Design Considerations for Future Hyperbaric Chamber Systems: Hyperbaric Facilities 2000 Working Panel. Pressure, Vol 25 (4), July/August 1996, p 6.

Workman, Tom. Innovation In Hyperbaric Chamber Technology: Concrete HBO Chamber Ushers in the 21st Century. Pressure, Vol 25 (4), July/August 1996, p 17.

Workman, Wilbur T. Innovation in Hyperbaric Chamber Design. Hyperbaric Medicine Update, August 1996, p 2.

Workman, W.T. National Fire Protection Association Plans for 1999 Standard. Triage, Vol VIII (4), Winter 1996, p 1.

Workman, W.T. National Fire Protection Association Plans for 1999 Standard. Pressure, Vol 26 (2), March/April 1997, p 3.

Workman, Wilbur T. Rectangular Concrete Hyperbaric Room Shapes Future of Hyperbaric Medicine. Triage, Vol IX (1), Spring 1997, p 1.

Workman, Wilbur T. National Fire Protection Association: Actions For 1999 Standard On Track. Pressure, Vol 26 (3), May/June 1997, p 5.

Workman, Wilbur T. Hyperbaric Facility Safety in the United States: The Effect of Regulatory Guidance. Hyperbaric Oxygen: Wound Healing, Safety, Cost Effectiveness, Dirk Bakker, J.C. Le Pechon, A. Marroni (Eds), Best Publishing Company, Flagstaff, Arizona, 1998, pp 153-161.

Workman, Wilbur T. Commentary on NFPA 99, Standard for Health Care Facilities, Chapter 19, Hyperbaric Facilities. Health Care Facilities Handbook, 6th Edition, National Fire Protection Association, Quincy, MA, 1999, pp 561-620, 693-703.

Workman, W.T. Regulatory Issues Affecting the Safety of Clinical Hyperbaric Medicine Facilities. Health Care Facilities Handbook, 6th Edition, National Fire Protection Association, Quincy, MA, 1999, pp 829-837.

Hyperbaric Facility Safety: A Practical Guide, Wilbur T. Workman, Ed., Best Publishing Company, Flagstaff, Arizona, 1999, 754 pages.

Workman, W.T. Are International Hyperbaric Safety Standards Necessary? Hyperbaric Medicine Today, Vol. I, Issue I, 2000, pps 28-31.

Workman, Tom. Hyperbaric Chamber Compliance. NFPA Journal, Just Ask, March/April 2000, pp 27-28.

The History of Hyperbaric Chambers, Gerhard Haux and W.T. Workman, Best Publishing Company, Flagstaff, Arizona, 2000, 154 pages.

Workman, W.T. FDA and Hyperbarics, Baromedical Nurses Association *Update*, Vol. 16, Issue 3, May 2002, pg 2.

Workman, W.T. JCAHO Governance of Hyperbaric Facilities, Baromedical Nurses Association *Update*, Vol. 16, Issue 3, May 2002, pg 4.

Workman, W.T. The Hyperbaric Incident Monitoring Study (HIMS): Equipment Analysis. Patient Safety: Prevention And Treatment of Complications in Hyperbaric Medicine, Peter HJ Mueller, Christy Pirone, Paul Barach, Editors, Undersea and Hyperbaric Medical Society, Inc., Kensington, MD, 2002, pp 159-166.

Workman, W.T. Regulatory Agencies That Impact The Practice of Nursing In The Field of Hyperbarics. Hyperbaric Nursing, Valerie Larson-Lohr and Helen C. Norvell, Editors, Best Publishing Company, Flagstaff, Arizona, 2002, pp 259-284.

Workman, W.T.  How to Manage Your Hyperbaric Facility Safety Program. Hyperbaric Nursing, Valerie Larson-Lohr and Helen C. Norvell, Editors, Best Publishing Company, Flagstaff, Arizona, 2002, pp 285-301.

Workman, W.T. Hyperbaric Chamber Design and Facility Safety. Hyperbaric Surgery: Perioperative Care, Dirk J. Bakker, MD, PhD and Frederick S. Cramer, MD, Editors, Best Publishing Company, Flagstaff, Arizona, 2002, pp 159-176.

Workman, W.T.  Regulatory Issues Affecting the Safety of Clinical Hyperbaric Medicine Facilities. Health Care Facilities Handbook, 7th Edition, National Fire Protection Association, Quincy, MA, 2002, pp 615-619.

Workman, W.T.  Clinical Hyperbaric Facility Accreditation. Proceedings of the Fourteenth International Congress on Hyperbaric Medicine. Best Publishing Company, Flagstaff, Arizona, 2003, pp 301-304.

Workman, W.T. Are International Hyperbaric Safety Standards Necessary? Proceedings of the Thirteenth International Congress on Hyperbaric Medicine.  Best Publishing Company, Flagstaff, Arizona, 2004, pp 81-94.

Workman, W.T. Regulatory Issues Affecting the Safety of Clinical Hyperbaric Medicine Facilities. Health Care Facilities Handbook, 2005 Edition, National Fire Protection Association, Richard P. Bielen, P.E., Editor, 1 Batterymarch Park, Quincy, MA, 2005., pp 671-676.

Workman, W.T.  Clinical Hyperbaric Facility Accreditation – Is the Juice Worth The Squeeze? Today's Wound Clinic,  HMP Communications, Malvern, PA, Fall 2008.

Workman, W.T.  The FDA's Role in Marketing Hyperbaric Oxygen Therapy. Today's Wound Clinic,  HMP Communications, Malvern, PA, Fall 2008.

Atkey, Peter and Wilbur T. Workman.  Health and Safety Standards. Women and Pressure-Diving and Altitude.  Best Publishing Company, Flagstaff, AZ, 2010, pp 229-235.

**PAPERS PRESENTED AT SCIENTIFIC MEETINGS:**

Workman, Wilbur T. and Lee R. Pauling.  Oxygen Delivery Systems in a Hypobaric Environment. Continuing Education Seminar:  Current Concepts in Aerospace and Environmental Pulmonology. Aerospace Medical Association, Washington DC, November 1978.

Workman, Wilbur T.  Tissue Oxygen Measurements Via the Transcutaneous Method.  Regional Hyperbaric Conference, San Antonio, TX, February 1981.

Workman, W.T., J.L. Anderson, and P.J. Sheffield.  Effects of Smoking on Oxygen Delivery to Tissues Exposed to Hyperbaric Oxygen.  Undersea Medical Society Annual Meeting, Monterey, CA, May 1981.

Sheffield, Paul J. and W.T. Workman.  Continuous Tissue Oxygen Monitoring of Hyperbaric Oxygen Patients by the Transcutaneous Method, Sixth Annual Conference on Clinical Applications of Hyperbaric Oxygen, Long Beach, CA, June 1981.

Workman, W.T. and P.J. Sheffield.  Continuous Tissue Oxygen Monitoring in Smokers Under Normobaric and Hyperbaric Oxygen Conditions.  Second International Symposium on Continuous Transcutaneous Blood Gas Monitoring, Zurich, Switzerland, October 1981.

Sheffield, Paul J. and W.T. Workman.  Transcutaneous Tissue Oxygen Monitoring in Patients Undergoing Hyperbaric Oxygen Therapy.  Second International Symposium on Continuous Transcutaneous Blood Gas Monitoring, Zurich, Switzerland, October 1981.

Workman, Wilbur T.  To Smoke or Not To Smoke, That is the Question!  Operational Problems in Aerospace Physiology, Brooks AFB TX, 2 February 1982.

Workman, Wilbur T.  Hyperbaric Oxygen Therapy:  New Equipment Challenges.  Operational Problems in Aerospace Physiology, Brooks AFB TX, 4 February 1982.

Robinette, M.D., F.S. Cramer, and W.T. Workman.  Clinical Hyperbaric Medicine--A Certificate of Need.  Annual Scientific Meeting of the Undersea Medical Society, San Antonio, TX, June 1984.

Workman, W.T., M.D. Robinette, and T.B. Laird.  Hyperbaric Chamber Sizing Criteria for Multi-Place Clinical Hyperbaric Chamber.  Annual Scientific Meeting of the Undersea Medical Society, San Antonio, TX, June 1984.

Workman, W.T., F.S. Cramer.  A Technique for Randomized Clinical Trials in Hyperbaric Medicine. VIIIth International Congress on Hyperbaric Medicine, Long Beach, CA, August 1984.

Workman, Wilbur T.  Clinical Hyperbaric Facilities.  Aerospace Medical Association Annual Scientific Meeting, San Antonio, TX, May 1985.

Workman, Wilbur T.  Oxygen Delivery to Tissues Under Hyperbaric Conditions.  Aerospace Medical Association Annual Scientific Meeting, San Antonio, TX, May 1985.

Touhey, John E., W.T. Workman, and J.K. Hampton.  Design Consideration for a Multi-place Clinical Hyperbaric Facility with the Critical Care Patient in Mind.  The International Symposium on Hyperbaric Oxygen in Critical Care Medicine, Eilat, Israel, 30 June - 3 July 1985.

Workman, Wilbur T.  Physics and Physiology of Hyperbaric Oxygenation.  6th Hyperbaric Medicine Symposium.  Kadena AB Japan, 22 January 1988.

Workman, Wilbur T. and John E. Touhey.  Design Considerations for State-of-the-Art Multiplace Hyperbaric Facilities.  Undersea and Hyperbaric Medical Society Annual Scientific Meeting, New Orleans, LA, June 1988.

Workman, W.T. and Jack E. Maison.  The Feasibility of Rectangular Concrete Pressure Vessels for Human Occupancy.  Undersea and Hyperbaric Medical Society Annual Scientific Meeting, New Orleans, LA, June 1988.

Baumgartner, Neal, W.T. Workman, and J.E. Touhey.  Decompression Sickness Due to USAF Altitude Chamber Exposure (1985-1987).  Aerospace Medical Association Annual Meeting, Washington DC, May 1989.

Workman, W.T. and P.J. Sheffield.  The Importance of Hyperbaric Oxygen Therapy in the Management of Altitude Decompression Sickness.  Hyperbaric Decompression Sickness Workshop, Brooks AFB TX, 16-18 October 1990.

Workman, W.T. and Jack E. Maison. Feasibility of Rectangular Concrete Pressure Vessels for Human Occupancy: A Final Report. Undersea and Hyperbaric Medical Society Annual Scientific Meeting, San Diego, CA, June 1991.

Brown, G.A., T.S. Dart, and W.T. Workman. Hyperbaric Chamber Mishap Study (Preliminary Results). Annual Scientific Meeting of the Gulf Coast Chapter of the Undersea and Hyperbaric Medical Society, San Antonio, TX, 26-29 March 1992.

Workman, W.T. The DOD Clinical Hyperbaric Medicine Program. 1992 Joint Services Symposium in Emergency Medicine, San Antonio, TX, 1 May 1992.

Workman, W.T. Clinical Hyperbaric Medicine in the Department of Defense. Annual Scientific Meeting of the Aerospace Medical Society, Miami, FL, 13 May 1992.

Workman, W.T. High Altitude Reconnaissance Operations. Raising the Operational Ceiling - A workshop on the Life Support and Physiological Issues of Flight at 60,000 Feet and Above. Brooks AFB TX, 12-16 January 1995.

Workman, W.T., G.B. Kemper, Ph.D., and J. Maison, P.E., Ph.D. "Innovation In Hyperbaric Chamber Design - Exploring The Concrete Option." Hyperbaric Medicine 1996, Richland Memorial Hospital, Columbia, SC, 14-16 March 1996.

Workman, W.T. "Altitude Decompression Sickness - The USAF Experience." Hyperbaric Medicine 1996, Richland Memorial Hospital, Columbia, SC, 14-16 March 1996.

Workman, W.T. "Innovation In Hyperbaric Chamber Design - Exploring The Concrete Option." Technical Aspects of Hyperbaric Chamber Safety, San Antonio, TX, 19-20 March 1996.

Workman, W.T. "Innovation In Hyperbaric Chamber Design - Exploring The Concrete Option." III PanAmerican Congress on Hyperbaric Medicine. Buenos Aires, Argentina, 23 April 1996.

Workman, W.T., Maison, J., and Kemper, G. "Innovation in Hyperbaric Chamber Design - Exploring The Post-Tensioned Concrete Option." International Joint Meeting on Hyperbaric and Underwater Medicine. Milan, Italy, 4-8 September 1996.

Workman, W.T. "Regulatory Issues for the Year 2000 and Beyond: A Panel Discussion." Gulf Coast Chapter Meeting of the Undersea and Hyperbaric Medical Society, Panama City, FL, 6-9 March 1997.

Workman, W.T. "NFPA 99, Chapter 19 - Hyperbaric Facilities Update: Staffing, Operations and Maintenance". Technical Aspects of Hyperbaric Chamber Safety, San Antonio, TX, 21-22 March 1997.

Workman, W.T. "What Does The NFPA Expect Of The Hyperbaric Safety Director?" Annual Meeting of the Undersea and Hyperbaric Medical Society, Cancun, Mexico, 18 June 1997.

Workman, W.T. "Altitude Decompression Sickness in Pilots." Second Annual SAUHMA Conference, Southern African Undersea and Hyperbaric Medical Association, Johannesburg, South Africa, 19 September 1997.

Workman, W.T. "NFPA 99, Chapter 19 - HBO Facilities Update." Second Annual SAUHMA Conference, Southern African Undersea and Hyperbaric Medical Association, Johannesburg, South Africa, 19 September 1997.

Workman, W.T. "Past, Present and Future of PVHO Design." Second Annual SAUHMA Conference, Southern African Undersea and Hyperbaric Medical Association, Johannesburg, South Africa, 20 September 1997.

Workman, W.T. "Regulatory Issues for the Year 2000 and Beyond." Second Annual SAUHMA Conference, Southern African Undersea and Hyperbaric Medical Association, Johannesburg, South Africa, 21 September 1997.

Workman, W.T. "Past, Present and Future of PVHO Design." British Hyperbaric Association Annual Scientific Meeting, Chester, England, 25 October 1997.

Workman, W.T. "Codes and Standards for Pressure Vessels for Human Occupancy." Annual Members Meeting of the Uniform Boiler and Pressure Vessel Laws Society, Columbus, Ohio, 6 November 1997.

Workman, W.T. "Past, Present and Future of PVHO Design." Annual Members Meeting of the Uniform Boiler and Pressure Vessel Laws Society, Columbus, Ohio, 6 November 1997.

Workman, W.T. "New Chamber Technology." Hyperbaric Medicine Continuing Medical Education, Davis Hyperbaric Laboratory, Brooks AFB TX, 23 February 1998.

Workman, W.T. "Regulatory Issues in Hyperbaric Medicine." Annual Scientific Meeting of the Gulf Coast Chapter of the Undersea and Hyperbaric Medical Society, Galveston, TX, 15 March 1998.

Workman, W.T. "NFPA 99, Chapter 19 - Hyperbaric Facilities Update: Staffing, Operations and Maintenance." Technical Aspects of Hyperbaric Chamber Safety, San Antonio, TX, 21-22 March 1998.

Workman, W.T. "The Use of PVHOs in Clinical Hyperbaric Medicine, Regulatory Issues for 2000 and Beyond." Annual Scientific Meeting of the National Board of Pressure Vessel Inspectors, Anaheim, CA, 28 April 1998.

Workman, W.T. "The Use of PVHOs in Clinical Hyperbaric Medicine, Regulatory Issues for the United States." Panel: Safety in the Hyperbaric Workplace. 1st European Workshop on Clinical Hyperbaric Medicine, Belgrade, Yugoslavia, 7-9 May 1998.

Workman, W.T. Panel Moderator: "Development of an International Fire Safety Standard." Annual Scientific Meeting of the Undersea and Hyperbaric Medical Society, Seattle, WA, 21 May 1998.

Workman, W.T. "Best Practice in the Design and Manufacture of Pressure Vessels for Human Occupancy: Bringing Europe and America Together." Co-chairman, Open Forum. DDRC (The Hyperbaric Center), Plymouth, England, 19 June 1998.

Workman, W.T. "NFPA 99, Chapter 19, Hyperbaric Facilities Update." Technical Aspects of Hyperbaric Chamber Safety, San Antonio, Texas, 9 April 1999.

Workman, W.T. "Pressure Vessels For Human Occupancy (PVHO)." Technical Aspects of Hyperbaric Chamber Safety, San Antonio, Texas, 10 April 1999.

Workman, W.T. "National Fire Protection Association Requirements for Hyperbaric Chamber Fire Suppression Systems in the United States", ECHM Workshop on New Methods of Fire Fighting in Hyperbaric Chambers – Theory and Life Tests, GKSS, Lubeck, Germany, 22 May 1999.

Workman, W.T. "NFPA 99, Chapter 19, Hyperbaric Facilities – What's New for 1999?." Annual Scientific Meeting of the Undersea and Hyperbaric Medical Society, Boston, MA, 29 June 1999.

Workman, W.T. "Are International Hyperbaric Safety Standards Needed?" Chairman, 2-day Workshop, Annual Scientific Meeting of the Undersea and Hyperbaric Medical Society, Boston, MA, 30 June – 1 July 1999.

Workman, W.T. "How the ASME PVHO Evaluates New Materials", Annual Scientific Meeting of the Hyperbaric Technicians and Nurses Association, Adelaide, Australia, 25-28 August 1999.

Workman, W.T. "NFPA 99, Chapter 19 – Hyperbaric Facilities: What's New for 1999?" Annual Scientific Meeting of the Hyperbaric Technicians and Nurses Association, Adelaide, Australia, 25-28 August 1999.

Workman, W.T. "Standards Governing Hyperbaric Medicine Facilities – An International View", Annual Scientific Meeting of the Hyperbaric Technicians and Nurses Association, Adelaide, Australia, 25-28 August 1999.

Workman, W.T.  "Hyperbaric Chamber Design for 2000 and Beyond", Annual Scientific Meeting of the Hyperbaric Technicians and Nurses Association, Adelaide, Australia, 25-28 August 1999.

Workman, W.T. "Regulatory Challenges – Why The Concern?" Annual Scientific Meeting of the Hyperbaric Technicians and Nurses Association, Adelaide, Australia, 25-28 August 1999.

Workman, W.T.  "Guidelines for the Safe Operation of Hyperbaric Medicine Facilities", This was a one-day seminar held in conjunction with Fire and Emergency South America '99, Buenos Aires, Argentina, 9 October 1999.

Workman, W.T. "Are International Hyperbaric Safety Standards Necessary?"  International Congress on Hyperbaric Medicine, Kobe, Japan, 9 Nov 1999.

Workman, W.T. "Regulatory Challenges in Hyperbaric Medicine", National Boiler Inspection Code Committee Annual Meeting, Scottsdale, Arizona, 26 Jan 2000.

Workman, W.T.  "Staffing a Start-up Hyperbaric Facility".  Technical Aspects of Hyperbaric Chamber Safety, San Antonio, Texas, 26 Feb 2000.

Workman, W.T.  "Regulatory Challenges in Hyperbaric Medicine".  Regulatory Workshop on Hyperbaric Safety.  Food and Drug Administration, Rockville, MD, 25 April 2000.

Workman, W.T.  "Hyperbaric Medicine in the United States".  Rio Grande Valley District of the Central Texas Region/Texas Society for Respiratory Care, 21st Annual South Padre Island Seminar, 11 May 2000.

Workman, W.T.  "Managing Your Hyperbaric Safety Program".  Rio Grande Valley District of the Central Texas Region/Texas Society for Respiratory Care, 21st Annual South Padre Island Seminar, 11 May 2000.

Workman, W.T.  "Types of Hyperbaric Chambers".   Vth Pan-American Congress on Hyperbaric Medicine, Cozumel, Mexico, 5 November 2000.

Workman, W.T.  "Essential Engineering and Operational Safety Standards".   Vth Pan-American Congress on Hyperbaric Medicine, Cozumel, Mexico, 5 November 2000.

Workman, W.T.  "Operational Safety Requirements: Fire Safety".   Vth Pan-American Congress on Hyperbaric Medicine, Cozumel, Mexico, 5 November 2000.

Workman, W.T.  "Why the Concern?  A Review of International Mishap Data".   Vth Pan-American Congress on Hyperbaric Medicine, Cozumel, Mexico, 5 November 2000.

Workman, W.T. "Regulatory Challenges in Hyperbaric Medicine".  International Fire Marshall's Association Educational Seminar, National Protection Association's Fall Meeting, Orlando, FL, 14 November 2000.

Workman, W.T. "Hyperbaric Medicine in the United States", All Russian Federation of Hyperbaric Medicine, Moscow, Russia, 15 February 2001.

Workman, W.T.  "What is the Process for Changing NFPA 99?". Technical Aspects of Hyperbaric Chamber Safety, San Antonio, Texas, 16 March 2001.

Workman, W.T.  "Hyperbaric Facility Accreditation". Technical Aspects of Hyperbaric Chamber Safety, San Antonio, Texas, 17 March 2001.

Workman, WT.  "The Hyperbaric Incident Monitoring Study (HIMS): Equipment Analysis.  Patient Safety Workshop, Annual Scientific Meeting of the Undersea and Hyperbaric Medical Society, San Antonio, TX, 13 June 2001.

Workman, WT.  "Hyperbaric Facility Accreditation".  Annual Scientific Meeting of the Undersea and Hyperbaric Medical Society, San Antonio, TX, 16 June 2001.

Workman, WT. "Role of the Safety Director as Defined by the UHMS Operations Committee Report". Hyperbaric Safety Director Training Course, San Antonio, Texas, 18 October 2001.

Workman, WT. "Conducting a Risk Assessment". Hyperbaric Safety Director Training Course, San Antonio, Texas, 18 October 2001.

Workman, WT. "The Hyperbaric Incident Monitoring Study (HIMS) Equipment Analysis". Hyperbaric Safety Director Training Course, San Antonio, Texas, 19 October 2001.

Workman, WT. "Hyperbaric Guidelines, Standards and Codes". Hyperbaric Safety Director Training Course, San Antonio, Texas, 20 October 2001.

Workman, WT. "What is the Safety Program?". Hyperbaric Safety Director Training Course, San Antonio, Texas, 20 October 2001.

Workman, WT. "Hyperbaric Facility Accreditation". Underwater Intervention, New Orleans, LA, 28 February 2002.

Workman, WT. "The Hyperbaric Incident Monitoring Study (HIMS) Equipment Analysis". Hyperbaric Safety Director Training Course, San Antonio, Texas, 13 May 2002.

Workman, WT. "The Hyperbaric Incident Monitoring Study (HIMS) Equipment Analysis". Hyperbaric Safety Director Training Course, San Antonio, Texas, 15 May 2002.

Workman, WT. "How to Change the Code". Technical Aspects of Hyperbaric Chamber Safety Course, San Antonio, Texas, 17 May 2002.

Workman, WT. "Hyperbaric Facility Accreditation". Technical Aspects of Hyperbaric Chamber Safety Course, San Antonio, Texas, 18 May 2002.

Workman, WT. "Hyperbaric Facility Accreditation". Annual scientific meeting of the Undersea and Hyperbaric Medical Society, San Diego, CA, 23 June 2002.

Workman, WT. "The Importance of Hyperbaric Facility Safety: A Review of International Hyperbaric Mishap Data". Workshop II: The Fire Risk of Medical Supplies in the Hyperbaric Chamber, 14th International Congress on Hyperbaric Medicine, San Francisco, CA, October 2, 2002.

Workman, WT. "The Hyperbaric Incident Monitoring Study (HIMS): Equipment Analysis". Workshop II: The Fire Risk of Medical Supplies in the Hyperbaric Chamber, 14th International Congress on Hyperbaric Medicine, San Francisco, CA, October 2, 2002.

Workman, WT. "Hyperbaric Chamber Design and Safety". Postgraduate Course, 14th International Congress on Hyperbaric Medicine, San Francisco, CA, October 2, 2002.

Workman, WT. "Hot Topics in Hyperbaric Medicine". Annual meeting of Pacific Chapter of Undersea and Hyperbaric Medical Society, 14th International Congress on Hyperbaric Medicine, San Francisco, CA, October 4, 2002.

Workman, WT. "Clinical Hyperbaric Facility Accreditation". 14th International Congress on Hyperbaric Medicine, San Francisco, CA, October 5, 2002.

Workman, WT. "Hyperbaric Guidelines, Standards and Codes". Hyperbaric Safety Director Training Course, San Antonio, TX, October 23, 2002.

Workman, WT. "HIMS Data Summary". Hyperbaric Safety Director Training Course, San Antonio, TX, October 25, 2002.

Workman, WT. "How to Manage a Hyperbaric Safety Program". Regional Hyperbaric Symposium, Mobile, AL, April 12, 2003.

Workman, WT. "Hyperbaric Guidelines, Standards and Codes". Hyperbaric Safety Director Training Course, San Antonio, TX, May 7, 2003. Continuing to present – biannually.

Workman, WT.  "HIMS Data Summary".  Hyperbaric Safety Director Training Course, San Antonio, TX, May 8, 2003.

Workman, WT.  "Clinical Hyperbaric Facility Accreditation: An Early Analysis Of Survey Outcomes".  Undersea and Hyperbaric Medical Society Annual Scientific Meeting, Quebec City, Quebec, Canada, June 21, 2003.

Workman, WT.  "Clinical Hyperbaric Facility Accreditation in the United States: An Early Analysis Of Survey Outcomes".  European Underwater Biomedical Society Annual Scientific Meeting. Copenhagen, Denmark, August 26, 2003.

Workman, WT.  "Hyperbaric Guidelines, Standards and Codes".  Hyperbaric Safety Director Training Course, San Antonio, TX, September 3, 2003.

Workman, WT.  "HIMS Data Summary".  Hyperbaric Safety Director Training Course, San Antonio, TX, September 5, 2003.

Workman, WT.  "Clinical Hyperbaric Facility Accreditation: An Analysis Of Survey Outcomes". Hyperbaric Safety Director Training Course, San Antonio, TX, September 6, 2003.

Workman, WT.  "Hyperbaric Chamber Safety".  Annual scientific meeting of the Midwest Chapter of the Undersea and Hyperbaric Medical Society, Toledo, OH, October 25, 2003.

Workman, WT.  "Clinical Hyperbaric Facility Accreditation: An Analysis Of Survey Outcomes". Annual scientific meeting of the Midwest Chapter of the Undersea and Hyperbaric Medical Society, Toledo, OH, October 25, 2003.

Workman, WT.  "The Importance of Hyperbaric Facility Safety: A Review of International Hyperbaric Mishap Data".  Congresso Internacional "Medicina Hiperbarica Avanzada", Mexico City, Mexico, March 5, 2004.

Workman, WT.  "Essential Engineering and Operational Safety Standards".  Congresso Internacional "Medicina Hiperbarica Avanzada", Mexico City, Mexico, March 5, 2004.

Workman, WT.  "Chamber Technology".  Congresso Internacional "Medicina Hiperbarica Avanzada", Mexico City, Mexico, March 5, 2004.

Workman, WT.  "Quality Improvement Opportunities Identified From Accreditation Surveys". Annual Scientific Meeting of the Australian Hyperbaric Nurses and Technicians Association (HTNA), Sydney, Australia, May 27, 2004.

Workman, WT.  "Why Hyperbaric Safety Standards Are Important: A Review of International Mishaps".  Annual Scientific Meeting of the Latin American Chapter of the UHMS/VI Pan-American Congress of Hyperbaric Medicine, Mexico City, Mexico, July 25, 2004.

Workman, WT.  "Risk Management and Patient Safety".  Annual Scientific Meeting of the Latin American Chapter of the UHMS/VI Pan-American Congress of Hyperbaric Medicine, Mexico City, Mexico, July 25, 2004.

Workman, WT.  "Quality Assurance and Hyperbaric Facility Accreditation".  Annual Scientific Meeting of the Latin American Chapter of the UHMS/VI Pan-American Congress of Hyperbaric Medicine, Mexico City, Mexico, July 25, 2004.

Workman, WT.  "Quality Assurance and Hyperbaric Facility Accreditation".  Annual Scientific Meeting of the Pacific Chapter of the UHMS, San Diego, CA, September 11, 2004.

Workman, WT.  "Quality Assurance and Hyperbaric Facility Accreditation".  Annual Scientific Meeting of the Northeast Chapter of the UHMS, Springfield, MA, November 6, 2004.

Workman, WT.  "Clinical Hyperbaric Facility Accreditation – Lessons Learned".  2005 Winter Symposium – Hyperbaric Medicine and Wound Management.  Breckenridge, CO, February 1, 2005.

Workman, WT. "The Hyperbaric Incident Monitoring Study (HIMS) – Equipment Related Mishaps and Their Prevention". 2005 Winter Symposium – Hyperbaric Medicine and Wound Management. Breckenridge, CO, February 1, 2005.

Workman, WT. "Will Hyperbaric Facility Accreditation Improve Operational Safety ". 2005 Annual Safety Workshop of the Hyperbaric Technicians and Nurses Association (HTNA), Melbourne, Australia, August 17, 2005.

Workman, WT. "Role of the Safety Director in Hyperbaric Operations". 2005 Annual Scientific Meeting of the Hyperbaric Technicians and Nurses Association (HTNA), Melbourne, Australia, August 18, 2005.

Workman, WT. "Oxygen Detection and Potential Risk Under Pressure". 2005 Annual Scientific Meeting of the Hyperbaric Technicians and Nurses Association (HTNA), Melbourne, Australia, August 18, 2005.

Workman, WT. "Equipment Use in the Hyperbaric Chamber". 2005 Annual Scientific Meeting of the Hyperbaric Technicians and Nurses Association (HTNA), Melbourne, Australia, August 19, 2005.

Workman, WT. "Safety In Hyperbaric Facilities". Update Course on Diving and Hyperbaric Medicine, International Conference on Diving and Hyperbaric Medicine, Barcelona, Spain, September 5, 2005.

Workman, WT. "Clinical Hyperbaric Facility Accreditation: The United States Experience." European Committee for Hyperbaric Medicine (ECHM) Workshop on Quality Assurance in Hyperbaric Centers, International Conference on Diving and Hyperbaric Medicine, Barcelona, Spain, September 7, 2005.

Workman, WT. "Clinical Hyperbaric Facility Accreditation: Quality Improvement in Action". International Congress on Diving and Hyperbaric Medicine, Barcelona, Spain, September 8, 2005.

Workman, WT. "Clinical Hyperbaric Facility Accreditation: Is The Juice Worth The Squeeze?" Kansas City Hyperbaric Conference, Kansas City, MO, September 20, 2005.

Workman, WT. "Clinical Hyperbaric Facility Accreditation: Is The Juice Worth The Squeeze? New England Chapter of the UHMS Annual Scientific Meeting, Hyannis, MA, October 16, 2005.

Workman, WT. "Hyperbaric Safety Codes, Standards and Guidelines." Hyperbaric Safety Director Course, San Antonio, TX, October 19, 2005.

Workman, WT. "Clinical Hyperbaric Facility Accreditation: Is The Juice Worth The Squeeze?" Hyperbaric Safety Director Course, San Antonio, TX, October 21, 2005.

Workman, WT. "Regulatory Compliance". Hyperbaric Medicine 2006, Columbia, SC, March 24, 2006.

Workman, WT. "Hyperbaric Safety Codes, Standards and Guidelines." Hyperbaric Safety Director Course, San Antonio, TX, September 22, 2006.

Workman, WT. "Clinical Hyperbaric Facility Accreditation: Is The Juice Worth The Squeeze?" Hyperbaric Safety Director Course, San Antonio, TX, September 22, 2006.

Workman, WT. "Undersea & Hyperbaric Medical Society: State of the Union". Annual Scientific Meeting of the Midwest Chapter of the Undersea & Hyperbaric Medical Society, Canton, OH, October 15, 2006.

Workman, WT. "Undersea & Hyperbaric Medical Society: State of the Union". Annual Scientific Meeting of the Gulf Coast Chapter of the Undersea & Hyperbaric Medical Society, Mobile, AL, November 4, 2006.

Workman, WT. "Equipment Use In The Chamber". 2007 Winter Symposium: Hyperbaric Medicine and Wound Management. Breckenridge, CO, January 30, 2007.

Workman, WT. "Hyperbaric Unit Guidelines: Practical Insights Into Avoiding Regulatory & Accreditation Pitfalls". 2007 Scientific Meeting of the Undersea & Hyperbaric Medical Society, Maui, HI, June 15, 2007.

Workman, WT. "Clinical Hyperbaric Facility Accreditation in the United States". 2007 Scientific Meeting of the Brazilian Chapter of the Undersea & Hyperbaric Medical Society. San Salvador, Brazil, September 6, 2007.

Workman, WT. "Equipment Use In The Chamber". 2007 Scientific Meeting of the Brazilian Chapter of the Undersea & Hyperbaric Medical Society. San Salvador, Brazil, September 7, 2007.

Workman, WT. "Clinical Hyperbaric Facility Accreditation: After Five Years, Where Are We?" 2007 Scientific Meeting of the Northeast Chapter of the Undersea & Hyperbaric Medical Society, Newport, RI, November 10, 2007.

Workman, WT. "Hyperbaric Accreditation: Safety Lessons Learned". Hyperbaric Medicine 2008, Columbia, SC, April 4, 2008.

Workman, WT. "The Impact of Hyperbaric Facility Accreditation". Annual scientific meeting of the Gulf Coast Chapter of the Undersea & Hyperbaric Medical Society, The Woodlands, TX, August 9, 2008.

Workman, WT. "The Impact of Hyperbaric Facility Accreditation". Regional Hyperbaric Medicine Conference, Birmingham, AL, August 15, 2008.

Workman, WT. "The Impact of Hyperbaric Facility Accreditation". Annual scientific meeting of the Pacific Coast Chapter of the Undersea & Hyperbaric Medical Society, Palm Springs, CA, September 12, 2008.

Workman, WT. "The Impact of Hyperbaric Facility Accreditation". 2008 Hyperbaric Medicine & Wound Healing Regional Symposium, Kansas City, MO, September 30, 2008.

Workman, WT. "UHMS Update 2008". 2008 Annual scientific meeting of the Great Lakes Chapter of the UHMS, Toronto, Canada, October 18, 2008.

Workman, WT. "UHMS Update 2009". 2009 Annual scientific meeting of the Brazilian Chapter of the UHMS, Fortaleza, Brazil, March 20, 2009.

Workman, WT. "Managing Your Safety Program". 2009 Annual scientific meeting of the Brazilian Chapter of the UHMS, Fortaleza, Brazil, March 20, 2009.

Workman, WT. "Wound Care Dressing Risk Assessment". 2009 Annual scientific meeting of the Brazilian Chapter of the UHMS, Fortaleza, Brazil, March 21, 2009.

Workman, WT. "Why the Specialty Needs Accreditation". Hyperbaric Facility Accreditation – Critical Updates to Survey Procedures, Cost and Training Workshop, 2009 Annual scientific meeting of the Undersea and Hyperbaric Medical Society, June 24, 2009, Las Vegas, NV.

Workman, WT. "UHMS Update 2010". 2010 Annual scientific meeting of the Brazilian Chapter of the UHMS, Aracaju, Brazil, March 19, 2010.

Workman, WT. "Chamber Fire Safety and Compliance Update". Hyperbaric Medicine 2010, Columbia, SC, April 23, 2010.

Workman, WT. "UHMS Update: Quality and Safety". Wound Care & Hyperbaric Medicine Conference, Hoover, AL, August 21, 2010.

Workman, WT. "Equipment Use in the Chamber". Hyperbaric Technicians & Nurses Association Master Class Workshop, Darwin, Australia, September 7, 2010.

Workman, WT. "The Importance of Hyperbaric Facility Safety – A Review of International Hyperbaric Mishap Data". Hyperbaric Technicians & Nurses Association Master Class Workshop, Darwin, Australia, September 7, 2010.

Workman, WT. "Acrylic Safety and Maintenance". Hyperbaric Technicians & Nurses Association Master Class Workshop, Darwin, Australia, September 7, 2010.

Workman, WT. "Fire Safety in Hyperbaric Chamber Operations". Hyperbaric Technicians & Nurses Association Master Class Workshop, Darwin, Australia, September 7, 2010.

Workman, WT. "A Hyperbaric Safety Culture – Are We There Yet?" 2010 Annual Scientific Meeting of the Hyperbaric Technicians & Nurses Association, Darwin, Australia, September 9, 2010.

Workman, WT. "NFPA 99, Healthcare Facilities Update & ASME PVHO Technical Committee's Evaluation of New Technology". 2010 Annual Scientific Meeting of the Hyperbaric Technicians & Nurses Association, Darwin, Australia, September 10, 2010.

Workman, WT. "Clinical Hyperbaric Facility Accreditation – Quality Improvement in Action". 2010 Annual Scientific Meeting of the Hyperbaric Technicians & Nurses Association, Darwin, Australia, September 10, 2010.

Workman, WT. "Clinical Hyperbaric Facility Accreditation". 2010 Annual Scientific Meeting of the Canadian Chapter of the UHMS. Toronto, Canada, Oct 22, 2010.

Workman, WT. "Hyperbaric Safety: Accidents and Near Misses – What Have We Learned?" Winter Symposium on Hyperbaric Medicine and Wound Management, Breckenridge, CO, January 31, 2011.

Workman, WT. "Quality Improvement in Action – Or How Hyperbaric Facility Accreditation Impacts Patient Safety". Winter Symposium on Hyperbaric Medicine and Wound Management, Breckenridge, CO, February 1, 2011.

Workman, WT. "Clinical Hyperbaric Facility Accreditation: The Undersea & Hyperbaric Medical Society Approach". 17th International Congress on Hyperbaric Medicine, Cape Town, South Africa, March 17, 2011.

Workman, WT. "Clinical Hyperbaric Facility Accreditation: The Undersea & Hyperbaric Medical Society Approach", The Science of Wound Care, Diving and Hyperbaric Medicine, Palm Beach, FL, August 6, 2011.

Workman, WT. "Clinical Hyperbaric Facility Accreditation: The Undersea & Hyperbaric Medical Society Approach", Annual Scientific Meeting of the Gulf Coast Chapter of the UHMS, Atlanta, GA, August 20, 2011.

Workman, WT. "Clinical Hyperbaric Facility Accreditation", Annual Scientific Meeting of the Canadian Chapter of the UHMS, Vancouver, Canada, October 21, 2011.

Workman, WT. "Internationalization of Hyperbaric Facility Accreditation", The Science of Diving & Hyperbaric Medicine, West Palm Beach, Florida, August 5, 2012.

Workman, WT. "HBO Facility Safety: A Wake-up Call", Northeast Chapter of the UHMS Annual Scientific Meeting, Springfield, MA, September 29, 2012.

Workman, WT. "Workshop – Hyperbaric Facility Accreditation Scheme", Hyperbaric Technicians & Nurses Association (HTNA) Annual Scientific Meeting, Christchurch, New Zealand, August 22, 2012.

Workman, WT. "Internationalization of Hyperbaric Facility Accreditation", Hyperbaric Technicians & Nurses Association (HTNA) Annual Scientific Meeting, Christchurch, New Zealand, August 24, 2012.

Workman, WT. "Fire Safety", Hyperbaric Technicians & Nurses Association (HTNA) Annual Scientific Meeting, Christchurch, New Zealand, August 25, 2012.

Workman, WT, "The Internationalization of Hyperbaric Facility Accreditation: Quality Improvement & Risk Management in Action", European Underwater &Biomedical Society Annual Scientific Meeting, Belgrade, Serbia, September 16, 2012.

Workman, WT. "HBO Facility Safety: A Wake-up Call", Canadian Chapter of the UHMS Annual Scientific Meeting, Ottawa, Canada, Oct 17, 2012

Workman, WT. "Hyperbaric Facility Accreditation: Issues and Problems", Canadian Chapter of the UHMS Annual Scientific Meeting, Ottawa, Canada, Oct 17, 2012

## GUEST LECTURES ON OPERATIONALLY ORIENTED SUBJECTS:

"Effects of Elevated Partial Pressures." Compression Therapy Training Course, USAFSAM, September 1980.

"Decompression Sickness and Air Embolism" and "Physiological Basis of Compression Therapy." Aerospace Primary Course, USAFSAM, Brooks AFB TX, October 1980.

"Effects of Reduced and Elevated Partial Pressures." Compression Chamber Team Training Course, USAFSAM, Brooks AFB TX, November 1980.

"History of Diving Medicine," "Hyperbaric Physics," "Hyperbaric Physiology," "The Theory of Decompression Sickness," "Physiological Basis for Hyperbaric Therapy," and "Nonpulmonary Barotrauma (Squeezes)." Brooke Army Emergency Medicine Residents, Hyperbaric Medicine Course, USAFSAM, Brooks AFB TX, February 1981.

"Decompression Sickness and Air Embolism" and "Physiological Basis of Compression Therapy." Aerospace Medicine Primary Course, USAFSAM, Brooks AFB TX, March 1981.

"Effects of Reduced and Elevated Partial Pressure." Compression Chamber Team Training Course, USAFSAM, Brooks AFB TX, April 1981.

"Physics of the Hyperbaric Environment" and "Hyperbaric Physiology." US Naval Reserve Officers Training Session, USAFSAM, Brooks AFB TX, April 1981.

"Effects of Elevated Partial Pressures." Compression Therapy Training Course, USAFSAM, Brooks AFB TX, April 1981.

"Theory of Decompression Sickness" and "Hyperbaric Physiology." Health Professions Scholarship Student Course, USAFSAM, Brooks AFB TX, June 1981.

"Physiological Aspects of Decompression Sickness and Air Embolism." Canadian Forces Flight Medical Officers Course, The School of Operational and Aerospace Medicine, Defence and Civil Institute of Environmental Medicine, Toronto, Canada, February 1982-1983.

"The USAF Hyperbaric Medicine Program: Past, Present and Future." Health Occupations Secondary Teacher Workshop, Austin, TX, August 1983.

"Hyperbaric Physiology" in Environmental Physiology. The University of Texas at San Antonio, San Antonio, TX, 1989-1990.

"Clinical Hyperbaric Medicine: Current Issues." Pressure Vessels for Human Occupancy Committee of American Society of Mechanical Engineers, Williamsburg, VA, 3 October 1990.

"What Does the National Fire Protection Association Expect of the Hyperbaric Safety Director? After Milan: What Can We Learn? A Practical Seminar on Hyperbaric Chamber Safety." DDRC (The Hyperbaric Center), Plymouth, England, 20 June 1998.

"Managing Your Hyperbaric Safety Program."  Hyperbaric Medicine Team Training, International ATMO, Inc., San Antonio, TX.  4 September 98, 4 November 98, 22 January 1999, 12 March 1999, 4 May 1999, 13 July 1999, recurring monthly through December 2000.

"Hyperbaric Safety Codes, Standards and Guidelines."  Hyperbaric Medicine Team Training, International ATMO, Inc., San Antonio, TX.  Recurring monthly presentation.

"The UHMS Clinical Hyperbaric Facility Accreditation Program", California Department of Health Services, Sacramento, CA, August 20, 2003.

"The UHMS Clinical Hyperbaric Facility Accreditation Program", Undersea and Hyperbaric Medical Society, Fitness to Dive Course, Miami, FL, October 7, 2003.

"The ASME Pressure Vessels for Human Occupancy Standard and Its Relevance to Medical Device Safety", Food and Drug Administration, CDRH, Rockville, MD, June 5, 2008.

"Hyperbaric Chamber Operations and Safety", Physicians Training In Diving Medicine, NOAA, Seattle, WA, August 17, 2011.

**RESEARCH CONTRIBUTIONS:**

Continuous Tissue Oxygen Tension Monitoring in Patients During Hyperbaric Oxygen Therapy. Research was conducted at the USAF Hyperbaric Center.  Techniques were developed to allow tissue oxygen tensions to be measured continuously by using a transcutaneous oxygen electrode. This technique provided data for patient selection for hyperbaric oxygen treatment and allowed for periodic progress measurements to be made.

Effects of Smoking on Oxygen Delivery to Tissues Exposed to Hyperbaric Oxygen.  Research was conducted at the USAF Hyperbaric Center.  Research indicated that in healthy male subjects, no significant difference existed between smokers and non-smokers under hyperbaric oxygen conditions.  However, a significance did exist under room oxygen conditions.

Comparison of Tissue Oxygen Measuring Techniques:  Implanted Tissue Oxygen Electrode vs Transcutaneous Oxygen Electrode in a Rabbit Model.  Research was conducted at the USAF Hyperbaric Center as associate investigator.  Two techniques of tissue oxygen measuring were compared in order to simplify methods of collecting patient tissue oxygen data.

**OTHER MAJOR PROFESSIONAL ACTIVITIES:**

2005 to present:  Invited Faculty (Quality Assurance and Hyperbaric Facility Safety)
International School of Baromedicine
University of Belgrade School of Medicine
Belgrade, Serbia-Montenegro

2005 to present:  Baromedical Research Foundation
Member, Data and Safety Monitor Board

2003 to present:  Undersea and Hyperbaric Medical Society representative to the Liaison Network of the Joint Commission on Accreditation of Healthcare Organizations (JCAHO)

2003 to present:  Undersea and Hyperbaric Medical Society representative to the Joint Advisory Committee on Clinical Hyperbaric Medicine (JACHHM), a Department of Defense advisory committee

1992-1995:  Designated Interviewer for Aerospace Physiology Career Field (043AX)

Designated Military Consultant to the USAF Surgeon General

1979:  Associate Aerospace Physiologist, USAFSAM, Brooks AFB TX

1977-1980:  Instructor in Aerospace Physiology, Andrews AFB MD.  Averaged 840 classroom instructional hours in 7 different courses of instruction which graduated 1,800 crew members and passengers annually

| | |
|---|---|
| 1975-1977: | Instructor in Aerospace Physiology, Kadena AB Japan.  Averaged 600 classroom instructional hours in 6 different courses of instruction which graduated 1,800 crew members and passengers annually |
| 1972-1975: | Instructor in Aerospace Physiology, Castle AFB CA.  Averaged 650 classroom instructional hours in 5 different courses of instruction which graduated 2,000 crew members and passengers annually |

**HYPERBARIC PHYSIOLOGY:**

| | |
|---|---|
| 1990-1992: | USAF Consultant to the US Naval Medical Center, Portsmouth VA's Clinical Hyperbaric Medicine Facility |
| 1989-1992: | Chairman, Joint Advisory Committee on Clinical Hyperbaric Medicine |
| 1991-1995: | Chairman, NASA Space Hyperbaric Medicine Working Group |
| 1989-1991: | Chairman, Space Station Hyperbaric Medicine Requirements Committee, National Aeronautics and Space Administration, Johnson Space Center, Houston, TX |
| 1988-1989: | Member, Space Station Hyperbaric Medicine Requirements Committee, National Aeronautics and Space Administration, Johnson Space Center, Houston, TX |
| 1987-1988: | Chairman, Space Station Hyperbaric Chamber Safety Committee, National Aeronautics and Space Administration, Johnson Space Center, Houston, TX |
| 1984-1990: | Project Scientist, Travis AFB CA.  Clinical Hyperbaric Medicine Facility |
| 1984-1989: | Deputy Chief, Hyperbaric Medicine Division, USAFSAM, Brooks AFB TX |
| 1984-1986: | Project Scientist, Wright-Patterson AFB OH.  Clinical Hyperbaric Medicine Facility |
| 1983-1984: | Chief, Plans and Operations Branch, Hyperbaric Medicine Division, USAFSAM, Brooks AFB TX |
| 1982-1983: | Chief, Plans and Operations, Hyperbaric Medicine Division, USAFSAM, Brooks AFB TX |
| 1981-1992: | Instructor of Hyperbaric Physiology, USAFSAM, Brooks AFB TX |
| 1981-1991: | Course Supervisor:  Hyperbaric Physiology Fellowship (only one of its type in the DOD) |
| 1981-1982: | Chief, Diving Operations Function, USAF Hyperbaric Center, Brooks AFB TX |
| 1981: | Supervisor, T.O. 43D-3-4-61 Revision |
| 1980-1981: | Fellow, Hyperbaric Physiology, USAFSAM, Brooks AFB TX |
| 1975-1977: | Chief, Compression Chamber Operations, Kadena AB Japan |
| 1972-1975: | Chief, Compression Chamber Operations, Castle AFB CA |

**MISCELLANEOUS:**

| | |
|---|---|
| 2005 - 2006: | San Pedro Presbyterian Church, San Antonio, TX Chairman, Nominations Committee |
| 2004 - 2005: | Elder, San Pedro Presbyterian Church, San Antonio, TX |
| 1999 - 2007: | Member, American Legion Post 20, Greenwood, SC |

1998 - 2001: Elder, San Pedro Presbyterian Church, San Antonio, TX
Chairman, Nominations Committee (1998)
Co-Chairman, Youth Director Search Committee (1998)
Chairman, Personnel Committee (1999 - 2001)

1995 to present: Member, The Retired Officers' Association (TROA)

1995-1997: Member, Northeast Volunteer Fire Department, Board of Directors, San Antonio, TX

1992-1995: Head Lay-Leader, Beale AFB Protestant Program, Beale AFB CA

Member, Parish Council, Beale AFB CA

1991-1992: Member, The Greater San Antonio Chamber of Commerce Small Business/Economic Development Council Health Care Marketing and Development Committee, San Antonio, TX

1986-1992: Founder and Chairman, Craniofacial Anomaly Support Association, San Antonio, TX

1989-1991: Civilian Personnel Policy Board, USAF School of Aerospace Medicine, Brooks AFB TX

Chairman, Education Committee, National Cleft Palate Association Board of Governors

1985-1988: Elder, San Pedro Presbyterian Church, San Antonio, TX

1972 to present: Citadel Alumni Association (Life Member established prior to transition to current alumni database. Exact original membership date cannot be determined.)