# EXHIBIT Q
## Filed Under Seal

Case 5:13-cv-00649-FL    Document 69-18    Filed 01/09/15    Page 1 of 1