EXHIBIT T

| 2005 | *** 2 0 0 5 SHOWS *** | Location |
|---|---|---|
| **JANUARY** | | |
| | Parker Seminars | Las Vegas |
| **FEBRUARY** | | |
| | International Stroke Conference | New Orleans |
| | OHM 11th Annual Scientific Mtg (Orthomolecular Health Med) | San Francisco |
| | Medical Spa & Expo Conf / Spa * Resort Expo | Los Angeles |
| **MARCH** | | |
| | ICIM (Int'l College of Integrative Medicine) | Phoenix, AZ |
| **APRIL** | | |
| | Med Trade - Spring | Las Vegas |
| | AAEM - Amer Academy Environmental Medicine | Oak Brook, IL |
| | The Aesthetic Meeting 2005 (Annual Mtg ASAPS & ASERF) | New Orleans |
| **MAY** | | |
| | Anti-Aging Conf (Primedia) | Las Vegas |
| | ACAM | Orlando, FL |
| | Hope To Heal Lyme Conference (Dr.Bergeron & Lance) | Reston, VA |
| | IQMM -BioEnergetic Medicine Annual Congress | Orlando |
| | AMBO - Brazil | San Paulo, Brazil |
| **JUNE** | | |
| | Brazil Med Trade | Brazil |
| **JULY** | | |
| | ANMA Annual Conv (Amer Naturopathic Medical Assoc) | Las Vegas |
| **AUGUST** | | |
| | A4M Anti-Aging Med World congress | Chicago, IL |
| | FCA | Kissimmee, FL |
| **SEPTEMBER** | | |
| | Cancer Show | Universal City-LA |
| | Brazil Anti-Aging | Sao Paulo |
| | A4M Bali Indonesia | Indonesia |
| | ICIM Fall Meeting | Grand Rapids, MI |
| **OCTOBER** | | |
| | CAM Expo (Complementary & Alternative Healthcare) | Los Angeles |
| | Parker Seminars | Cincinnati, OH |
| | AAEM - Amer Academy Environmental Medicine | Tucson, AZ |
| | "DAN" Defeat Autism Now Fall Conference | Long Beach |
| **NOVEMBER** | | |
| | The Masters Circle Annual Super Conf | Las Vegas |
| | ACAM | Anaheim |
| | Anti-Aging (Primedia) | West Palm Beach |
| **DECEMBER** | | |
| | WCD | Philadelphia |
| | A4M Anti-Aging Conf | Las Vegas |
| **2006** | *** 2 0 0 6 SHOWS *** | Location |
| **JANUARY** | | |
| | Parker Seminars | Las Vegas |
| | Integrative Medical Therapies Conference | Santa Monica |

EXHIBIT 88
Deponent Patel
Date 9-17-14 Rptr. 1360 sc
WWW.DEPOBOOK.COM

OXY 00278

| | | | |
|---|---|---|---|
| | | FEAT (Families For Early Autism Treatment | Sacramento |
| **FEBRUARY** | | | |
| | | Osteopathic Physicians & Surgeons of CA | Palm Springs |
| | | Talk About Curing Autism | Corona California |
| | | Autism Society of America-LA Chapter Conference | Los Angeles |
| **MARCH** | | | |
| | | CAM Expo East | New York City |
| | | American College of Osteopathic Family Physicians | Grapevine TX |
| | | ICIM (Int'l College of Integrative Medicine) | Chicago |
| | | 3rd Annual Autism Fair and Conference | Lake Grove New York |
| **APRIL** | | | |
| | | DAN Conference | Washington DC |
| | | "IFM" Int'l Symposium on Functional Medicine | Tampa, FL |
| | | AAEM - Amer Academy Environmental Medicine | Kansas City MS |
| | | TACA | Costa Mesa |
| **MAY** | | | |
| | | ACAM Spring Conference | Dallas Texas |
| | | The Masters Circle | Dallas Texas |
| | | Autism One | Chicago Ilinois |
| **JUNE** | | | |
| | | Johns Hopkins University CAM Conference | Baltimore MD |
| | | 1st Anti-Aging international Symposium(A4M) | Tokyo Japan |
| | | Abilities Expo | Southern California |
| **JULY** | | | |
| | | Autism Society of America's Conference | Providence RI |
| | | Mini DAN | Madison WI |
| | | A4M | Chicago |
| | | Ocean Hyperbaric Seminar | Fort Lauderdale |
| | | ANMA Annual Conv (Amer Naturopathic Medical Assoc) | Las Vegas |
| | | Florida Academy of Family Physicans | Orlando |
| | | Life University Conference | Marietta Georgia |
| **AUGUST** | | | |
| | | Amer Assoc of Naturopathic Physicians | Portland Oregon |
| | | US Autism & Asperger Assoc National Conference | Park City Utah |
| | | IQMM | Orlando |
| | | "DAN" Style Conference | Hong Kong |
| | | Parker Seminars | New Orleans, LA |
| | | FCA | Kissimmee, FL |
| **SEPTEMBER** | | | |
| | | 34th Annual Cancer Control Conference | Los Angeles, CA |
| | | International Academy of Oral Medicine and Toxicology Annual | West Palm Beach FL |
| | | MINI DAN | Burlington VT |
| | | Amer Acad of Facial Plastic & Reconstructive Surgery | TBD |
| | | ICIM Fall Meeting | Cleveland, OH |
| **OCTOBER** | | | |
| | | Parker Seminars | Cincinnati, OH |
| | | American Osteopathic Association National Conference | Las Vegas |

OXY 00279

|  |  |  |
|---|---|---|
|  | DAN | Seattle or SF |
|  | Integrative Medicine for Anti-Aging | Palm Beach FL |
|  | The Masters Circle Super Conference | Orlando FL |
| **NOVEMBER** |  |  |
|  | ACAM Fall Conference | Palm Springs |
|  | The Masters Circle Annual Super Conf | Las Vegas |
|  | Abilities Expo | Northern California |
|  | Society of Integrative Oncology | Boston |
|  | CAM Expo West | Los Angeles |
|  | World Conference on Disabilities | Philadelphia |
| **DECEMBER** |  |  |
|  | Abilities Expo | Texas |
|  | A4M Anti-Aging Conf | Las Vegas |
| 2007 | *** 2 0 0 7 SHOWS *** | Location |
| **JANUARY** |  |  |
|  | CAOM | Independence, OH |
|  | The Masters Circle | Dallas, TX |
|  | Mini DAN | Jacksonville, FL |
| **FEBRUARY** |  |  |
|  | Stroke Conference 2007 | San Francisco,CA |
|  | Parker Seminars | Las Vegas,NV |
|  | CAM Expo | New York, NY |
|  | Autism Conference | Anaheim,CA |
|  | AAEM | St. Louis, MO |
| **MARCH** |  |  |
|  | Natural Approaches for Autism Treatment | Moline, IL |
|  | Masters Circle | Santa Clara,CA |
|  | ACOFP 44th Annual | Kissimmee, FL |
|  | ICIM | Covington, Kentucky |
| **APRIL** |  |  |
|  | Autism 07 | Lafayette,LA |
|  | DAN 2007 Spring Conf | Alexandria,VA |
|  | A4M | Orlando,FL |
|  | T.A.C.A | Costa Mesa,CA |
| **MAY** |  |  |
|  | ACAM | Chicago,IL |
|  | Autism One | Chicago,IL |
|  | Alternative Health Summit | Newport Beach, CA |
|  | Parker Seminars | Dallas, TX |
| **JUNE** |  |  |
|  | The Masters Circle | Rosemont, IL |
|  | Lyme-Autism Connection conf | Irvine, CA |
| **JULY** |  |  |
|  | ASA 38th National Conference & Expo | Phoenix,AZ |
|  | ANMA | Las Vegas, NV |
| **AUGUST** |  |  |
|  | A4M | Chicago, IL |

Oxy 00280

|  |  |  |
|---|---|---|
|  | The Masters Circle | Philadelphia, PA |
|  | USAAA 2007 | Denver,CO |
|  | Flordia Chiropractic Association, INC (FCA) | Kissimee, FL |
| **SEPTEMBER** |  |  |
|  | 11th Annual Int'l cong of Bio-Energenic | ask ben where this is? |
|  | TACA 3rd Annual Family Picnic & Fundraiser | Irvine, CA |
|  | Mini DAN | Little Rock, AR |
|  | 2007 NATTAP (ASA) | Columbus,OH |
| **OCTOBER** |  |  |
|  | Fall DAN conf | Garden Grove, CA |
|  | Long Island Autism Conference | Hauppauge, NY |
| **NOVEMBER** |  |  |
|  | ACAM Fall Conf | Phoenix,AZ |
| **DECEMBER** |  |  |
|  | A4M | Las Vegas, NV |
| **2008** | *** 2 0 0 8 SHOWS *** | **Location** |
| **FEBRUARY** |  |  |
|  | Parker Seminars | Las Vegas, NV |
| **MARCH** |  |  |
|  | Pri-Med Southwest | Houston,TX |
|  | Illinois Chiropractic Society | St. Louis, MO |
|  | ICIM | Nashville, TN |
|  | The Masters Circle | Santa Clara, CA |
|  | Treating Autism Spectrum Disorders | Bellville, OH |
| **APRIL** |  |  |
|  | DAN Spring Conf | Cherry Hill, NJ |
|  | All in the Autsim Family | Long Beach, CA |
|  | ACAM | Orlando, FL |
|  | A4M | Orlando, FL |
| **MAY** |  |  |
|  | ASA - GPC | Phoenix, AZ |
|  | 08 Chiro. Sports Science Symp. | Weston, FL |
|  | Pri-Med West | Anaheim, CA |
|  | Autism One Key note: Jenny McCarthy | Chicago, IL |
| **JUNE** |  |  |
|  | NAA of Kansas | Pittsburg, KS |
|  | Lyme-Autism Connection Conference | Indian Wells, CA |
| **JULY** |  |  |
|  | ASA | Orlando, FL |
|  | A4M | Washington,DC |
| **AUGUST** |  |  |
|  | Int'l Conference on Diverse Abilities | Honolulu, HI |
|  | The Masters Circle | Washington D.C. |
|  | Florida Chiropractic Association (FCA) | Kissimmee, FL |
|  | 36th Annual Cancer Control Conv'n | Universal City, CA |
| **SEPTEMBER** |  |  |
|  | USAAA | Autsin, TX |

OXY00281

|  | | Location |
|---|---|---|
|  | Cleveland Chiropractic College | Los Angeles, CA |
|  | Autism Symposium | Long Beach, CA |
|  | Parker Seminars | Arlington, TX |
|  | Saving Our Kids, Healing Our Planet | Charolette, NC |
|  | Illinois Chiropractic Society | Wheeling, IL |
| **OCTOBER** | | |
|  | ICIM | Pittsburgh, PA |
|  | International Autism Summit (Autism Today) | Cleveland, OH |
|  | ACAM | Las Vegas, NV |
|  | DAN! & Clinicians Seminar | San Diego, CA |
|  | AAEM | Orlando, FL |
|  | Immuno Laboratories | Miami, FL |
|  | The Masters Circle | Lake Buena Vista, FL |
| **NOVEMBER** | | |
|  | Pri-Med East | Boston, MA |
|  | National Autism Conference (NAA) | Weston, FL |
|  | 2008 NATTAP Conference | Columbus, OH |
| **DECEMBER** | | |
|  | A4M | Las Vegas |
| 2009 | *** 2 0 0 9 SHOWS *** | **Location** |
| **JANUARY** | | |
|  | Parker Seminars | Las Vegas, NV |
|  | Renegade Doctor's Lucrative Luxury Medical Practice Seminar | San Diego, CA |
|  | The Masters Circle | Santa Clara, CA |
|  | Autism and Alternative Treatments/Bio Medical '09 | South Bend, IN |
| **FEBRUARY** | | |
|  | The Dynamic Child II / Hoofbeats & Heartbeats | Maple Park, IL |
|  | For The Love Of Children | Skokie, IL |
|  | Autism Conferences of America | Anaheim, CA |
|  | American Medical Autism Board | Novi, MI |
|  | Spa & Resort / Medical Aesthetics | Los Angeles, CA |
|  | Integrative Medicine for Autism Conference | Bangkok, Thailand |
|  | Autism Today Vancouver | Vancouver, Canada |
| **MARCH** | | |
|  | Illinois Chiropractic Society | St. Louis, MO |
| **APRIL** | | |
|  | AAEM | Overland Park, KS |
|  | BioEnergetic Medicine | Scottsdale, AZ |
|  | Defeat Autism Now! (DAN!) | Atlanta, GA |
|  | The Masters Circle | Irving, TX |
|  | A4M | Orlando, FL |
|  | USAAA | Cherry Hill, NJ |
| **MAY** | | |
|  | ACAM | San, Diego, CA |
|  | Parker Seminars | Chicago, IL |
|  | Hope for Autism (ACAB) | Charlston, SC |
|  | Autism One / DAN! Clinicians Seminar | Chicago, IL |

OKY 00292

| | | |
|---|---|---|
| | International Symposium of Functional Medicine (IFM) | Hollywood, FL |
| | AMBO | Sao Paulo, Brazil |
| **JUNE** | | |
| | Mini-DAN! | Norman, OK |
| | Autism Resource Fair | Plantation, FL |
| **JULY** | | |
| | USAAA | Los Angeles, CA |
| | ASA's 40th National Conference & Expo | St. Charles, IL |
| | The Masters Circle | Chicago, IL |
| **AUGUST** | | |
| | Autism Confrences / Mini-DAN! (Jerry Lundy) | Pasadena, CA |
| | Florida Chiropractic Association (FCA) | Kissimmee, FL |
| **SEPTEMBER** | | |
| | Cancer Control Convention | Universal City, CA |
| | A4M | San Jose, CA |
| | Saving Our Kids Healing Our Planet (SOKHOP) | Newark, NJ |
| | Autism / Aspergers Conference (Jerry Lundy) | Mesa, AZ |
| | Parker Seminars | Dallas, TX |
| **OCTOBER** | | |
| | Illinois Chiropractic Society | Itasca, IL |
| | Autism / Aspergers Conference (Jerry Lundy) | New York, NY |
| | Defeat Autism Now! (DAN!) | Dallas, TX |
| | MedTrade | Atlanta, GA |
| | The Masters Circle | Orlando, FL |
| | Autism Society of Illinois | Arlington Heights, IL |
| | Anti Aging & Healthy Living Expo | Pasadena, CA |
| | AAEM | Phoenix, AZ |
| | AutismOne Canada | Toronto, Canada |
| **NOVEMBER** | | |
| | ACAM | Las Vegas, NV |
| | A4M | Dubai, UAE |
| | A4M | Bangkok, Thailand |
| | National Autism Conference (NAA) | Weston, FL |
| | OCALI Conference and Expo | Columbus, OH |
| **DECEMBER** | | |
| | A4M | Las Vegas, NV |
| 2010 | *** 2010 SHOWS *** | Location |
| **JANUARY** | | |
| | Parker Seminars | Las Vegas, NV |
| | Arab Health | Dubai, UAE |
| | Autism: Hope in Action | San Francisco, CA |
| **FEBRUARY** | | |
| | DAN! Clinician Seminar | Tampa, FL |
| | 4th Annual Anaheim Autism/Asperger's Conf. | Anaheim, CA |
| | Curando El Autismo | Puerto Rico |
| | Integrative Healthcare Symposium | New York, NY |
| **MARCH** | | |

OXY 00293

|  |  |  |
|---|---|---|
|  | The Masters Circle | Chicago, IL |
|  | AMAB | Troy, MI |
|  | Autism Society - Phoenix | Phoenix, AZ |
|  | Autism Today | Edmanton, Alberta |
| **APRIL** |  |  |
|  | A4M | Orlando, FL |
|  | ACAM | San Diego, CA |
|  | Hope For Autism | Atlanta, GA |
|  | American Chiropractic Board of Sports Phys | Chicago, IL |
| **MAY** |  |  |
|  | Real Help Now | Foothill Ranch, CA |
|  | Autism Around the World Symposium | Dubai |
|  | Disability Summit | Pasadena, CA |
|  | World Autism Congress Asia | Hong Kong |
|  | Neuropathy Meeting W/ Dr. Spitz | Costa Mesa, CA |
|  | Cleveland Chiropractic College | Los Angeles, CA |
|  | IFM | Carlsbad, CA |
|  | AutismOne/Generation Rescue | Chicago, IL |
| **JUNE** |  |  |
|  | The Masters Circle | Phoenix, AZ |
|  | Autism Resource Fair | Dania, FL |
|  | Healing Sacramento | CA |
|  | Mini Conference - Autism & BioMedical | New Jersey |
|  | TACA Family Picinic | Irvine, CA |
|  | National NeuroTrauma Symp | Las Vegas, NV |
|  | Xymogen | Chicago, IL |
| **JULY** |  |  |
|  | ASA National | Dallas, TX |
|  | Extravaganza 2010 | Long Beach, CA |
|  | IFIM | Las Vegas, NV |
| **AUGUST** |  |  |
|  | Back to School | Pasadena, CA |
|  | ACAM Chelation Seminar | NY, NY |
|  | FCA | Kissimmee, FL |
| **SEPTEMBER** |  |  |
|  | Cancer Control | Universal City, CA |
|  | MN TACA Chapter Meeting | Plymouth, MN |
|  | CA TACA Chapter Meeting | Inland Empire, CA |
|  | Back to School - Autism Society | Phoenix, AZ |
|  | 13th Int'l Congress BioEnergetic Medicine | St. Petersburg, FL |
|  | IN TACA Chapter Meeting | Indianapolis, IN |
|  | The Masters Circle SuperConference | Orlando,FL |
|  | USAAA | St. Louis, MO |
| **OCTOBER** |  |  |
|  | Pompa Seminars | Orlando, FL |
|  | ARI | Long Beach, CA |
|  | AAEM | La Jolla, CA |

OKY 00294

| | | |
|---|---|---|
| | All Ages & Abilities - Autism Society | NYC, NY |
| | A4M Dubai | Dubai |
| | TACA Nevada | Las Vegas, NV |
| **NOVEMBER** | | |
| | ACAM | Las Vegas, NV |
| | TACA Wisconsin | Madison, WI |
| | AMMG | Las Vegas, NV |
| | NAA | St. Pete Beach, FL |
| | WCD | Dallas, TX |
| **DECEMBER** | | |
| | A4M | Las Vegas, NV |
| **2011** | *** 2011 SHOWS *** | **Location** |
| **JANUARY** | | |
| | TACA Chapter Meeting | Honolulu, HI |
| | Parker Seminars | Las Vegas, NV |
| | IFIM | Orlando, FL |
| **FEBRUARY** | | |
| | All Ages & Abilities | Irvine, CA |
| | A4M Mexico | Mexico City |
| | Michigan Autism Physicians Network | Novi, MI |
| | ACAM Mini Las Vegas | Las Vegas, NV |
| **MARCH** | | |
| | ICA/Parker Seminars | Columbus, OH |
| | Integrative Healthcare Symposium | New York, NY |
| | Masters Circle | Rosemont, IL |
| | ABOARD | Moon Township, PA |
| | Curando El Autismo | San Juan, PR |
| **APRIL** | | |
| | Midsouth Autism Conference | Tunica, MS |
| | A4M | Orlando, FL |
| | iMosaic | Minneapolis, MN |
| | Chiro Sports Sci Symposium | Boston, MA |
| | Abilities Expo | Los Angeles, CA |
| | IFM | Bellevue, WA |
| **MAY** | | |
| | Health Centers of the Future | Chicago, IL |
| | ASA Phoenix | Phoenix, AZ |
| | Cleveland Chiro College | Los Angeles, CA |
| | Autism One | Chicago, IL |
| **JUNE** | | |
| | ACAM Summer Camp | Ft Lauderdale, FL |
| | Your Healing Retreat | North Carolina |