# EXHIBIT U

          IN THE UNITED STATES DISTRICT COURT
     FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                 WESTERN DIVISION
          Civil Action No.: 5:13-cv-00649-FL


------------------------------------
AMY SPARKS, individually, and      :
ROBERT D. SPARKS, as Personal      :
Representative of the ESTATE       :
OF JARRED B. SPARKS,               :
                                   :
    Plaintiffs,                    :
                                   :
vs.                                :
                                   :
OXY-HEALTH, LLC and                :
OXY-HEALTH CORPORATION,            :
                                   :
    Defendants.                    :
------------------------------------




              VIDEOTAPED DEPOSITION OF

                    AMY SPARKS




              Taken by the Defendants
            Fayetteville, North Carolina
                 February 17, 2014




Reported by:  Eileen M. Dunne,
              Court Reporter and

Case 5:13-cv-00649-FL    Document 69-22    Filed 01/09/15    Page 2 of 30

Jarred. Tell me about from -- from his history -- my understanding is he was your middle child --

A. Yes, sir.

Q. -- is that correct? So he was between Kelsey and Dylan?

A. Yes, sir.

Q. Okay. Tell me, you know -- I guess let's -- let's start from the beginning. Sort of give me a -- an overview of -- of -- of -- of Dylan -- I'm sorry, of Jarred.

A. Well, first and foremost, he was a wonderful boy. And --

Q. And it's fine. Take all the time that you need. I -- I don't -- I don't -- I know that you're -- you're under stress and -- as a result of the deposition, and I understand that. If you want to take a break at any time, you know, I'm -- I'm fine to do that. Just let me know.

A. Okay. He was our life. We did everything around Jarred. Our lives revolved around him. If he needed treatment, medication, anything he needed, we would -- we would do anything in this world to get it for him.

He was born in April of 1992, and he was diagnosed with autism at two-and-a-half years old.

A.   Um-hmm.

Q.   Is that correct?

A.   Yes, sir.

Q.   And you had it for about eight to 10 months?

A.   About -- around 10 months --

Q.   Ten months.

A.   -- sir.

Q.   Okay.  And so that would be from -- that would be in about 2006?

A.   That is correct.

Q.   Okay.  And what -- what part -- what part of the year did you receive it?

A.   I'm sorry.  Ask --

Q.   Like what -- what -- what month?  Do you remember -- do you recall what month you got it and what month you had to bring it back?

A.   I know we had to send it back in December. So we got it probably, what, February then.

Q.   Okay.  And that would have been 2006?

A.   Yes.

Q.   Okay.

A.   Yes, because --

Q.   And -- and what --

A.   Let's see.  No, it would have been -- I'm

sorry.

Q.   Yeah, go ahead.

A.   It would have been October not February because it was 10 months.  So if you -- if you -- if it was 2006, December is when we had to -- the -- let me see.  We re -- we sent it back 2007.

Q.   Gotcha.

A.   Okay.  But we received it in 2006, if I recall correctly.  And it was around probably October --

Q.   When you --

A.   -- of two thou --

Q.   -- received it or you sent it back?

A.   When we received it.

Q.   Okay.

A.   And then we sent it back -- I remember it was right around Christmastime.

Q.   And your best recollection is that you would have sent it back December of 2007?

A.   If I'm -- yes, sir.

Q.   Okay.  And you received it sometime late 2006?

A.   Yes, sir.

Q.   And was that the -- that was the Oxy-Health chamber?

MR. SWETT:   Object to form.

BY MR. CHIGNELL:

Q.   Well, who manufactured that chamber?

A.   The Oxy-Health.

Q.   Okay.  And was that the -- was that the Vitaeris, the same model and the same brand as the one that -- that you purchased from the Pressons?

A.   Yes, sir.

Q.   Do you know, was it the -- and -- and -- and that was actually owned by Dr. Kartzinel and Bradstreet?

A.   I don't know who owned it.  It -- it -- I believe it was Dr. Bradstreet, but I -- I can't say for sure.

Q.   Okay.  And so they shipped it to you?

A.   Yes, sir.

Q.   And then you shipped it back to them when you were done?

A.   Yes, sir.

Q.   And -- and why was it that you only had it for 10 months?  Did -- were you paying like a monthly fee for it?

A.   They were -- no.  They allowed us to use it.  They didn't charge us anything.  But there were other families who needed it.  And so they asked us

from Dr. Bradstreet?

A.   Yes, I do recall somebody did get in.

Q.   Tell me about that.  Who was that?

A.   My husband.  And he got in with Jarred because we -- it wasn't during a -- like a bedtime, and Jarred wasn't asleep, and we were afraid that Jarred may try to open up the zipper.  And so with my husband being there, we knew that he would not, you know, allow that to happen.

Q.   Okay. And -- and if Jarred wanted to open up the zipper and he was inside, would he be able to physically do that?

A.   Yes.

Q.   Okay.  And you knew that if -- that if you did that when it was pressurized, then that would -- could potentially damage the -- the --

A.   Yes.

Q.   It could -- it -- it could damage the -- the hyperbaric chamber?

A.   Yes.

Q.   And also cause some injury to the person inside?

A.   Yes, sir.

Q.   And so you get this chamber from Dr. Bradstreet.  Was Jarred happy that you had it?

started the pumps, were there switches or would you plug it into the wall?

A.    Well, it was -- it was plugged into the wall, but it was a switch on the pump, and we could just flip the switch and the pumps would come on.

Q.    Okay.  And then in-between treatments, were the pumps just regularly just plugged into the wall and left plugged into the wall?

A.    Yes.

Q.    Okay.  And what about the tubing, the tubing from the two pumps into the chamber; was that generally plugged in and left plugged in or was that disconnected --

A.    It was --

Q.    -- every time?

A.    No.  We never disconnected anything. Everything was left together.

Q.    And that was -- was that in -- the same in 2006 and 2007 and also when you acquired the one from the Pressons?

A.    Yes, sir.

Q.    Okay.  So you just sort of left it there?

A.    Yes.

Q.    And it just --

A.    Everything was left.

Q. Okay. Okay. And so sometimes you would turn the pumps on, and so it would be partially inflating while the -- before it was zipped up?

A. Exactly.

Q. Okay. Okay. And then so you would -- Jarred would get inside, the pumps would go on, you would zip it up, and then you would watch it inflate?

A. Yes. I would -- I would see it inflate and --

Q. How -- how long would it take to fully inflate?

A. Less than five minutes.

Q. Okay. And then at some point I know there's the valves at the foot of the chamber that start whistling?

A. Yes.

Q. Is that when the chamber was full?

A. Yes. That was when it was pressurized.

Q. Okay.

A. Because the air would come out.

Q. And then would you watch the gauge as it went from -- I guess from no -- no pounds per square inch all the way up to the maximum?

A. I would watch it, you know, making sure that everything was okay and that it was safe. And

then I would know about when it was going to start -- the air was going to start coming out.

Q. Okay. And then once the air started coming out the -- about the -- out the bottom out of those pressure relief valves, what would you do?

A. Well, I mean, I would either -- I don't know what you're asking me.

Q. Would you -- would you -- would you stay there and watch him during the treatment or would you go and go about your business around the house?

A. I would -- sometimes I would stay in the room. Sometimes I would go into another room upstairs. Because the -- the chamber was upstairs. I'm assuming you're asking me about the one that we bought from Janet and Rusty?

Q. Well, I will -- well, both of them.

A. Okay. Where I was in the living room -- it was in our living room at Pope Air Force Base. And so there were many times I was right there or I would be right beside in the kitchen that I could always hear the air.

Q. Okay.

A. So I knew that that was -- it -- that meant it was pressurized.

Q. Okay. And so it was always down in the

living room at Pope Air Force Base?

A. It was in the living room, yes, sir, in Pope -- at Pope Air Force Base.

Q. Okay. And then when you moved to -- to Fayetteville --

A. Um-hmm.

Q. -- then -- I'm sorry, to the -- to the address on --

A. Mobius.

Q. -- on Mobius Road, at that point, it was either upstairs on the landing or in Kelsey's bedroom?

A. Yes, sir.

Q. Okay. And could -- and could you hear the air coming out of the foot of the chamber --

A. Yes.

Q. -- in the Mobius Road address?

A. Yes.

Q. So even if you were -- even if you were in a different part of the house?

A. Even if I was downstairs, I could hear it.

Q. Okay. And so if it was in the landing, you could hear it even louder because there's nothing -- well, because there's no doors to close it off, correct?

A.   Exactly.

Q.   Okay.  And then so how often would you be supervising him inside the chamber from either right next to the chamber or in the same room as the chamber or -- or leaving?  How often would you do -- do that?

MR. SWETT:  Object to form.

A.   I mean, I -- just depending.  I mean, I don't -- I can't tell you how many times a week that I would either be -- I -- I always came in and out of the room.  I'll just say that.  If I left the room, I'd go back in the room.  And I would just periodically check making sure that everything was okay.

Q.   Okay.  And so when -- so you would come back and check on him on a regular basis?

A.   I would come back and check, you know, just peek my head in there and make sure everything was okay.

Q.   And when you did that, you could actually see him through the windows on the -- on the top of the chamber or at the head of the chamber?

A.   I could go and -- a lot of times if I went to the -- the front, I could see if Jarred was asleep or not.

Q.   Okay.  So you would -- you would look through -- on the -- through the top of the chamber, and -- and that's where his pillow would be where --

A.   Yes.

Q.   -- he'd be sleeping?  Okay.  And how -- and you say -- you said you came back and checked on him periodically.  How long do you recall -- I mean, would it have been every five or 10 minutes?  Every 20 minutes?  Every half hour?

A.   Sometimes I didn't check as often as, you know, I would.  Sometimes I put him in and -- and I might come back 30 minutes later.  It was -- I didn't want to disturb Jarred because most of the time when I put him in when we had the one from Janet and Rusty, he was -- he would have just gotten out of his sleep and I didn't want to keep turning the light on and waking him up.  And so a lot of times, I just left the light on, but I left the door open, and -- so I could hear the -- the -- the pumps and I could hear the -- the whistling sound of the -- the air coming out.

Q.   Okay.  So when -- when -- when you went and checked on him on the times when he was still -- still awake, would you like look at him and wave at him and then -- and then go back and then --

A.   Yes.

Q.   If he was asleep, obviously, you're not going to wake him up, but if he was awake, you would let him know that you were there and -- and --

A.   Yes.

Q.   Gotcha.

A.   Yes.

Q.   Okay.  And -- and -- and you said that you woke him up when you -- when you acquired the one from the Pressons, you changed the way that -- that -- I guess when you put him in, it would be a different time or you would -- you would wake him up at that time?

A.   We --

Q.   Tell me how that worked.

A.   Generally, when we acquired the one from Janet and Rusty, we purposely waited at nighttime when he was asleep.  We would let him go to bed.  He would go to bed at 8:30.  And we might wake him up 30 or 45 minutes later.  And we would have him go to the restroom and then we would purposely put him in at that time because we knew then that he would not be tempted to bother the zipper or try to open it.  And he was sound asleep.

And that was just the best for -- for

everyone involved.  And so we felt like that was the safest for Jarred and he was also getting, you know, the hyperbaric chamber and he was getting the results of the -- of the oxygen.

Q.   And how long would you leave him in the hyperbaric chamber then typically?

A.   Some -- some nights would be two hours, some would be three.  I didn't always do it back to back.  Some -- some nights I would maybe do a Monday, a -- the -- the week he died, I did it on a Tuesday, I didn't do it on a Wednesday, we had church, and then I did it Thursday.

Q.   Okay.  So sometimes you would leave a day between --

A.   Yes.

Q.   -- the treatments?  Okay.  These -- the -- the treatments in Florida that you were doing were -- were generally an hour or so, and sometimes if the person behind you was not there, then you'd get another hour or so?

A.   Maybe -- I'd say maybe two hours altogether.

Q.   Okay.  And then when you borrowed the one from Dr. Bradstreet and had it at your house, how long were those treatments?

A.   About three hours, two to three hours, whatever Jarred could tolerate.  Because it wasn't always at bedtime, and so we had to make sure that we were in there where he was not going to open it up.

Q.   Gotcha.  And other than the time that -- that you heard him starting to unzip it, were there any other times that he tried to unzip it?

A.   Not that I'm aware of.  There were time -- not that I'm aware of, no.

Q.   Okay.  When you had the one from -- from Dr. Bradstreet in your house, were those treatments in the afternoon or in the evenings as well?  Because, I mean, two to three hours is a long time to -- to have somebody in there because you essentially can't -- you can't go out of the house.  You can't leave somebody there.

A.   Exactly.  We --

Q.   And you were working full-time the entire time, right?

A.   Yeah.  So I'd have to do it in -- when -- well, we'd have therapists there as well, but we -- my husband was there during the day on Pope Air Force Base.  And so, you know, he would set the -- the -- the chamber up.  A lot of times it would be maybe an hour-and-a-half.  Because Jarred was smaller then and

he couldn't tolerate the greater amounts of time like he could when he was older.

Q. And when you say tolerate, what would he -- would he complain about -- what would he complain about?

A. What I mean -- what I mean by tolerate is, first of all, wanting to lay still because, again, we made sure that he was asleep when we got it from Janet and Rusty because that just worked better. We did not put him in it generally when he was awake because we were afraid that he would try to unzip it. So we waited purposely until he was asleep. And that way he was not even tempted. It was just like going to sleep.

Q. All right. And that was different than the way that you ran it while you had the unit from Dr. Kartzinel -- from Dr. Bradstreet that you borrowed?

A. Yeah. We did try to do it some in the evenings, but he was younger at that time, too. And so we tried to do it as often as we could making sure that it was safe but, also, you know, accommodating in getting the needs. And, also, we had to think about the people who had to get in the chamber with Jarred because that was during the time that people

would get in, for instance, my kids or my husband. And if it wasn't a time that would be, you know, acceptable like maybe my husband had something to do or my kids weren't home from school, then we had to wait, just depending upon other people's schedule.

Q. Okay. And then was there like a -- a timer that you had to set to -- to know when to turn off the chamber or did you just play it by ear every time?

A. We -- we generally would watch the time and we'd say, you know, it's been an hour-and-a-half, okay, let's go ahead and get him out of the chamber.

Q. Okay. But did you ever -- was there like an alarm clock that you had set or like an egg timer or some other kind of --

A. Not that I can recall. We just looked at the clock. We knew when we put him in. And I would keep a record. I would write down when we started and when we would finish.

Q. Okay. And then after you sent the chamber back to Dr. Bradstreet, it was from -- from that time until the time that you acquired the one from the Pressons, during that -- during that time frame, were you going down to Florida or were you just going to Goldsboro to -- to -- to visit the Pressons and use

their chamber?

A. I didn't go to Goldsboro very often. I think I went maybe two or three times. I don't even -- and I -- and I went to Florida but not as frequently as I had done when he was younger after we had sent it back. We did do hyperbaric. I can't recall how much time had been in-between, you know, whether it was two or three months. But we did always try to take advantage of the hyperbaric while we were there, but we also did other treatments, as well, like chelation of heavy metals and that kind of thing.

Q. Um-hmm, um-hmm. Okay. Other than the hyperbaric chambers at the -- at Dr. Bradstreet and Dr. Kartzinel's office and the hyperbaric therapy that you did in your house and the ones that you did at A Small Miracle with the Pressons, were there any other chambers that -- that -- that Jarred used?

A. No.

Q. Did -- when -- when Jarred was in the -- the hyperbaric chamber, did he ever have a temp -- temper tantrum while he was in -- ever having therapy, the hyperbaric therapy?

A. He would -- I -- I wouldn't say it was a temper tantrum. I -- I would have to say what is

your definition of a temper tantrum?

Q. Well, would he -- would he ever do something that would alert you to come back into the room?

A. Yes.

Q. Like what?

A. He would yell, "Out, please. Out, please." Or, "Bathroom." It was generally bathroom. And when he said bathroom, then we -- we stopped and we let him out because we didn't want to have an accident in -- especially if -- you know, if it wasn't urination and something else. We didn't want to have to clean that up.

Q. Right. No, no. So -- so -- so -- and if he yelled while he was inside the chamber and called to you or screamed or told you, "Bathroom," or -- or "Out," would you be able to hear him in the house?

A. Yes.

Q. Okay. When we went up to Waynesville to go look at the chamber and had the pumps on, it's -- it's -- it -- it makes a certain amount of noise.

A. It -- but it was muffled. Now, I can't say that if I was in my garage and Jarred said, "Bathroom," I would hear that. But it -- it made a lot of noise and -- but there were times that he

would say something and it would sound muffled. But to the best of my ability, if I was upstairs and I heard him, I could hear -- I could hear my son, and I would come and -- and get him out if he was saying, "Bathroom." Because Jarred -- when he needed to go to the bathroom, you could hear Jarred.

Q. Yeah.

A. And he made sure you could hear him.

Q. And then you -- you would also be able to hear him if he was saying "Bathroom" or "Out" if you were downstairs in your house?

A. I could hear a muffled sound, so I would go and check, yes.

Q. Okay.

A. I would go upstairs.

Q. Okay. When you went to Goldsboro to A Small Miracle and used the hyperbaric chamber there, was the chamber that you used on those visits the same one that you purchased or acquired from the Pressons?

A. It's the same type, yes.

Q. Okay. Now, you say the same type, and I understand that, but was it the exact chamber?

A. Yes.

Q. Same serial number, same equipment, same

about not more than maybe two hours, three hours. But he didn't want me doing like six or seven, no overnights, that kind of thing.

Q. Okay. And so do -- and you had personal conversations with Dr. Kartzinel on the phone that resulted in this prescription being written?

A. Yes.

Q. Okay. Did Dr. Kartzinel ever tell you anything at any point before -- before or after giving you the prescription about how to monitor Jarred inside the chamber --

A. No.

Q. -- when it was being used?

A. No.

Q. Okay.

A. What are you -- let me ask -- before I say no, can you -- can you reword the question? What -- what exactly are you asking me?

Q. Well, I'm just trying to figure out if -- if Dr. Kartzinel ever said, you know, Here's this -- you know, I'm just trying to figure out what it says when it says use as directed. The way that he directed you to use it was essentially to put Jarred in there for two to three hours or -- well, why don't you tell me. How did he direct you to use it?

was that once you acquired the chamber from the Pressons, every time that you used it after that, it was always after Jarred had gone to sleep. You would wake him up, let him go to the bathroom, put him in the chamber, let him treat for however long he was treating and then get him back out?

A. Yes.

Q. Would you also have to wake him up in order to get him out of the chamber?

A. Usually.

Q. Did you ever talk to Dr. Kartzinel about whether or not somebody should be in constant contact with Jarred as Jarred was treating inside the chamber?

A. No.

Q. Did you ever talk to Janet Presson about whether or not somebody should be always present while Jarred is treating inside the chamber?

A. I don't recall.

Q. Okay. So let's move to the day of -- I think it was June 10th, and tell me what happened on -- on that day. If you could start from the beginning of the day. I think you -- I believe you said that was a Thursday?

A. Yeah, a Thur -- he died on a Friday, but it

And I remember I just turned around and I looked at him and I was watching his feet go. And I -- and I just thought it was going to be like any other day.

And so we got him home from school, and his therapist wasn't there that day because he had to go to prom. And so we didn't have therapy. And so -- and I -- I stood in front of our -- our cabinet, and I was tired. And I had to do report cards. And I was going to not have him do hyperbaric because I was so tired. And I just thought not today; I'm tired. And then I thought no, we pay all this money, and it helps him.

So he went to sleep, and he would always strip down to his underwear. Dylan was upstairs, and I was on the couch, and I was doing my report cards. And I told Dylan, Go ahead and put him in the hyperbaric. So he woke him up. He was asleep. And he put him in the chamber.

Q. And, Ms. Sparks, just -- we can -- we can take a break. Just take your time.

A. And so we -- Dylan put him in the chamber, and I was downstairs, and he was upstairs for a while, and he closed the door. And I was working on my report cards, and I fell asleep. When I woke up, I thought, Oh, my goodness, he's probably had a

bathroom accident. I've got to go get him out. So I ran up the steps, and the door was closed. And I opened up the door and the light was off. Dylan would turn the light off so that Jarred could sleep, and the light wouldn't wake him up.

When I went in there, the chamber wasn't pressurized. So I ran over there and I unzipped him. My son was dead. And I went into shock. And I ran over to see if the pumps were on. And they were both on. I turned it off and turned it on. And I was screaming his name. He was dead.

And I ran downstairs to get help, get my son to help me. And we called 911. And Dylan was on his cell phone. They were telling him what to do, and he was pushing me out the door. He didn't want me to see him. And he told me to go downstairs and wait for the ambulance, so I did. And he tried to revive Jarred, and he couldn't save his brother. We lost our life. We lost our life.

MR. CHIGNELL: Let's -- let's take a quick couple minute break.

MR. SWETT: Yeah.

MR. CHIGNELL: And then we'll get back on the record. Off the record.

(A break was had.)

Q. Gotcha. Okay. And so Jarred went to sleep. What time did Jarred typically go to sleep?

A. Eight-thirty.

Q. Okay. So he would have been asleep from 8:30 til about when?

A. Around 10:30.

Q. Okay. And that's when -- and who woke -- who woke Jarred up?

A. Dylan did.

Q. Okay. And what time did Dylan typically go to bed?

A. It just depends. Midnight, one o'clock. It just depends.

Q. He was a high school -- he was a high school student and he was doing what he --

A. Yeah.

Q. -- he was going to be doing?

A. Well, he was already out of school. That's right. He was already out because Village Christian Academy where he went -- that's why he was home -- now it all brings it back -- because he was already out. And he was helping me out because Mr. Williams was not going to be there that day.

Q. Gotcha. And so Dylan had just finished which grade?

Q. Okay. And do you know how long he was up there for?

A. You know, maybe an hour-and-a-half. And then he -- he came down the steps, and he told me, I'm going to bed.

Q. Okay.

A. And I said, Okay, goodnight.

Q. And that's what he would typically do?

A. Absolutely. Nothing changed.

Q. Okay. Now -- and when -- when the -- when he turned the pumps on, turned the light off and closed the door, did you ever -- did you -- were you awake from the time that the treatment started until Dylan left to go to his bedroom?

A. Yes.

Q. Okay. And during that time, do you recall hearing the whistling from the vents at the bottom of the chamber?

A. No, but I yelled up to Dylan, Do you hear the air? And he said yes. And so I kept working on my report cards because that was my -- that's what I was listening for.

Q. And when you say, Did you hear the air, what did you mean?

A. The pressurizing where it was coming out of

A. I don't know.

Q. Okay. Have you ever talked to Dylan about how that -- how that hose may have come to be disconnected?

A. We have -- we have -- we have talked about it.

Q. Um-hmm. And -- and -- and have you come to some conclusion that you believe about exactly what happened?

A. Yes.

Q. And what is that?

A. That sometime during the night Jarred must have moved, and when he moved, it hit that quick release on the container on Kelsey's shelf, and caused it to not be connected.

Q. Okay. And so can you show me on the diagram that's been marked as Exhibit 5 that you drew where the shelf would have been and where the container would have been on the shelf and how that would have occurred? And you don't need to draw it on there. Just -- you can just point that out. I don't want to -- I don't want to create --

A. This is the shelf (indicating).

Q. Um-hmm.

A. And the head was not -- I mean, the head

prior issue with a quick release valve on any Oxy-Health chamber in the past, would you have brought the subject chamber into your home and put your son in it?

MR. CHIGNELL: Objection to the form. Go ahead.

A. No way.

Q. On June 9th and -- and the morning of June 10th, did the hyperbaric chamber in your home perform as safe to -- as safely as you expected it to?

A. No, because to the best of my ability, I thought it was safe, but had I known what I know now, absolutely, it was not safe.

Q. You mentioned earlier that whenever you purchased the chamber, you received a manual for the chamber and you also received a manual for the O2 concentrator, correct?

A. Yes, to the best of my knowledge.

Q. Okay. Are you aware as to whether or not the oxy -- the O2 concentrator is equipped with a visual and a buzzer alarm to indicate a malfunction in the case that oxygen is no longer flowing?

A. No.

MR. CHIGNELL: Objection to the form. Go

that I could put in my home that would have an -- would have positive results for Jarred.

Q. You mentioned earlier that the last time Jarred had treatment prior to Thursday was that Tuesday, correct?

A. Yes, sir.

Q. Who put Jarred in the chamber on Tuesday?

A. Dylan.

Q. Have you seen anything in any of the materials that you received from Oxy-Health or the Pressons or anything that says anything about the proper set up of a hyperbaric chamber in a home?

A. No.

Q. Have you ever seen anything that -- in any of the materials from Oxy-Health or the Pressons that mentions whether or not doors should be left open or closed in a room that a hyperbaric chamber is in?

A. No.

Q. You testified earlier about the sound that the hyperbaric chamber makes, I guess, once it's fully inflated and -- and air starts to go out of the release valves, correct?

A. Yes, sir.

Q. All right. How audible was that sound if you were downstairs?