# EXHIBIT W

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

AMY SPARKS, individually, and
ROBERT D. SPARKS, as Personal
Representative of the ESTATE
OF JARRED B. SPARKS,

        PLAINTIFFS,

vs.                          CIVIL ACTION NO. 5:13-cv-00649-FL

OXY-HEALTH, LLC and
OXY-HEALTH CORPORATION,

        DEFENDANTS.

_____

DEPOSITION OF

DYLAN J. SPARKS

(Taken February 21, 2014,

at 9:57 a.m.)

Case 5:13-cv-00649-FL    Document 69-24    Filed 01/09/15    Page 2 of 46

A    Can you rephrase that?

Q    Did he have, like -- was there, like, a support group in Fayetteville where your mother or father would take Jarred --

A    Huh-uh.  No.

Q    -- to interact with other people, or parents with other children with autism?

A    A Small Miracle would have, like, events and stuff, because they have an office in Fayetteville, and they would have, like, gatherings or stuff at parks, and sometimes he would go to that.  But other than that, no, sir.

Q    Okay.  You said it was severe at first, and then it got less severe, and you called it "moderate" towards the end of his life; is that correct?

A    Yes, sir.

Q    And when you say "moderate," what do you mean?

A    Being able to speak, being able to do things on his own, shower, ride a bike, things like that.

Q    Okay.  So what were the things that he was able to do, like, sort of the high-functioning things that he would be able to do?

So he could -- could he dress himself?

A    Oh, yes, sir.

Q    Could he eat by himself?

Case 5:13-cv-00649-FL    Document 69-24    Filed 01/09/15    Page 3 of 46

A     Yes.

Q     Could he prepare a meal?

A     No, sir.

Q     So, like, could he, like, make toast or make a peanut butter and jelly sandwich or --

A     If you, like, told him what to do, he could do it. Like, he can understand if you told him, like, to spread peanut butter, then he can do that.  Like, you would just have to tell him.

Q     So, like, if you wanted him to make a sandwich, you could just say, "Go make a sandwich"?

A     Yeah.  You'd have to --

Q     You'd say, "Take the bread out" --

A     Yeah.

Q     -- "get out the knife"?

A     Uh-huh.

Q     So you said he was able to dress himself.

        Was he able to take a shower independently?

A     Yes, sir.

Q     So he'd be able to go and shower and then dry himself off and change and get into clean clothes?

A     Yes, sir.

Q     Was he able to put himself to bed?

A     If you told him to go get in the bed, he would go get in the bed and go to sleep.

Case 5:13-cv-00649-FL     Document 69-24     Filed 01/09/15     Page 4 of 46

Q   Was he ever resistant?  Like, did he ever sort of not do what you wanted him to do?

A   Sometimes.

Q   Like what?  Like, give me an example.

A   If he didn't want to go bed, he would just, like, lay on the couch or something.

Q   And what would you do then?  How would you try to get him to do what you wanted him to do?

A   I'd just tell him, you know, "You need to go to bed."  And then eventually he would go.

Q   All right.  And so you said he was able to ride a bike?

A   Yes, sir.

Q   Tell me about that.

A   He didn't know how to ride a bike at first, and with therapy and stuff like that, they would go outside and they just worked on his motor skills and different things like that and, like, hand/eye coordination, and he eventually learned how to do it.

Q   And he was riding a two-wheel bicycle?

A   Yes, sir.

Q   And would he, like, go for rides around the neighborhood or just up and down the street?

A   Sometimes around the neighborhood, but never, like, by himself.  It was always me or my dad or whoever would

be with him.

Q    We talked about being able to ride a bike.  We talked about his ability to speak.

A    Uh-huh.

Q    And he could wash and get dressed.

What other kinds of things like that was he able to do?

A    He liked to swim.  That was something he liked to do.  Jump on a trampoline, especially.

Q    And did he ever -- and when he was swimming, like, where would that be?  Did you guys have, like, a pool in the backyard or --

A    Yeah, we have a pool in our backyard.  But, also, he would go to the YMCA sometimes and swim with, like, the Special Olympics people and practice, go to practices and stuff.

Q    And what about jumping on the trampoline?  Did you guys have a trampoline in the backyard?

A    Yes, sir.  We've had one for a long time, so...

Q    Okay.  And tell me about that.  Tell me what he would do on the trampoline.

A    Just jump.  I guess, when he would get wound up, he liked to go out there and jump because he, I guess, could relieve his stress or whatever on the trampoline.  But he liked it a lot, so...

A    Yes, sir, about that time.

Q    So during those four months, do you recall ever putting Jarred into the chamber when you hadn't just woken him up from being asleep?

A    Sometimes; but most of the time we did it when he was asleep so that he would just sleep in there, and we wouldn't, you know, have to worry about anything.

Q    Okay.  And when you say you didn't have to worry about anything, meaning, like what, him trying to get out or --

A    No.  Like, we'd always let him use the restroom before just so we wouldn't -- if he used the restroom before, we wouldn't have to worry about him using the restroom on himself in there or anything like that.

Q    Gotcha.  Okay.  And then when you put him in the chamber and zipped him up, we'll talk about how that was handled.

What did you generally do while he was in there?  If Jarred is in the chamber, what are you doing?

A    Anything and everything.  If I'm not in there, I don't really -- if it was at night, we would just, like -- we'd just zip him in there and start -- we did have the chamber going, and we usually would turn the lights off so he could sleep, because we put him in there at night.  And usually I'd just go do whatever,

watch TV.

Q    Would he ever be monitored by somebody staying in the same room as he was while he was in the chamber?

A    We didn't have anyone sit in there for, like, the whole six hours or four hours, however long he would sleep throughout the night.  We didn't have anybody sitting right there, but we'd have people go in there and check on him and make sure he didn't need to use the bathroom or anything.

Q    And how often would you check on him, or how often was he checked on?

A    It'd just depend, like, maybe every hour, maybe every two and a half hours, just -- honestly, just whenever I went up there.  It wasn't like a set time.

Q    And who would be responsible checking up on him?

A    Anybody.  We'd just go up there and be, like, "Hey, do you need to use the bathroom or anything?"

Q    Okay.  So if, at night, he was asleep -- if you put him in there and he was asleep, would you wake him up and ask him if he was okay, or would you just let him sleep?

A    No.  Just let him sleep.

Q    Gotcha.  So -- and if he's in the room and he's asleep in the chamber, do you go in there and look to see if he's doing okay, like, turn the light on and see

if he's doing -- then turn the light off and leave?

A    Uh-huh.  Yes.  Sometime -- yes, sir.  I would go in there, and you -- if you've seen one, it has, like, the little bubble, like, window glass thing, that's where his head would be.  And I would go in there and just peek just to make sure he was doing okay, and he would be asleep in there.

Q    I gotcha.  And was that pretty much the rule that you guys followed when you had him in the chamber?

A    Uh-huh.  I mean, we didn't have, like I said, set times to check on him, but we would just, anyone -- whoever, would go upstairs at the time, you know, just walk in there and take a peek and see if he was asleep; or if he was up, I would ask him, are you okay, and he'd say yes or no, or anything like that.

Q    Okay.  So if you put him in the chamber, does that mean that you were the one responsible for checking up on him?

A    No.

Q    Okay.  And if your mother put him in the chamber, does that mean that she was the one who was responsible for checking up on him?

A    No, sir.

Q    So you would check up on him when your mother put him in the chamber, correct?

Q    Did you ever think about that?

A    No, sir.

Q    Did you ever think that there was any risk of him suffocating inside the chamber?

A    No, sir.

Q    Did you ever think that -- did you understand why it was important to have all the air pipes hooked up the correct way?

A    After I saw it, yes, sir.

Q    Okay.  But before?

A    No, sir.

Q    So did you have any appreciation for the possibility of any kind of suffocation problems inside the chamber prior to the time that your brother died?

A    No, sir.

        MR. SWETT:  Object to form.

BY MR. CHIGNELL:

Q    Did you think that it was possible for someone to suffocate inside the chamber if there was not enough air getting into the chamber?

A    Before or after?

Q    Before.

A    No, sir.  I never thought about it.

Q    And did you and your family ever discuss sort of a potential suffocation risk if the pumps weren't turned

her room, and so the chamber had to be moved either a little bit this way or a little bit that way.

Do you ever remember that happening?

A     No, sir.

Q     Do you ever remember seeing the chamber in Kelsey's room in a position different than you've drawn on Exhibit 12?

A     No, sir.

Q     Was Jarred able to communicate to people outside the chamber from inside the chamber?

A     Yes, sir.  If you asked him a question, he could respond, and you could tell what he was saying.

Q     So even if the pumps were on, you could, I guess -- would you have to raise your voice --

A     Yes.

Q     -- to have him hear you?

A     Uh-huh.

Q     Is that correct?

A     Yes, sir.

Q     And then would he -- you could talk to him, and then he could respond back?

A     Yes, sir.

Q     And if he was having -- if he was having some kind of concern inside the chamber, like, "Hey, I've got to go to the bathroom; I want to get out," would he be able

just to communicate that to you guys if you were not in the same room?

A    Usually he would, like, tap on the window, the little bubble window thing, he would tap on that, and you can hear that, because it's like a deep thump.  And we used to tell him, you know, tap on the window if you need us; and he would tap on the window, and we'd go in there and shut it down, let him out, or whatever he needed to do.

Q    And you'd be able to hear that from other parts of the house?

A    Usually -- no, not downstairs, but just up around upstairs.

Q    Okay.  And when you left him in there, generally did you leave the door open or the door closed?

A    Either closed it or cracked it, because usually he got in at night.  So he wanted it to be dark so he could go to sleep, so...

Q    So did you have a rule one way or the other?

A    No, sir.  It was just whoever put him in there.  It didn't really matter.  Sometime -- like I said, sometimes we'd close it and sometimes we wouldn't.

Q    Okay.  When you say you would crack it, how big would the opening be?

A    I mean, it varied.  From maybe three inches to a

foot.  It just --

Q    And was it louder throughout the rest of the house with the door open?

A    Yes, sir.

Q    So closing the door sort of helped to muffle the sound that was coming from the pumps?

A    Yes, sir.

Q    How far away from the closet was the chamber located, like, how much clearance around the chamber was there?

A    Probably, from the closet, I would say maybe, like, five or six inches; and then the other side was open space.

Q    Okay.  What about between the chamber and the door, when the door was open?

A    Not that much.  Probably a couple of inches, but, like -- I mean, it was enough to, like, open and close it, but it wasn't that far away from either.

Q    Do you ever recall having trouble closing the door because of the positioning of the chamber?

A    No, sir.

Q    What about at the top of the chamber, between the chamber and the bookcase, how much room was there between the top of the chamber, or the head of the chamber, where Jarred's head would be, and the bookcase?

Case 5:13-cv-00649-FL    Document 69-24    Filed 01/09/15    Page 13 of 46

had a computer desk, with a computer chair that kind of
pulled out, too, so...

Q    So it was easier to keep the chamber -- it was more
convenient to have the chamber in Kelsey's room after
she left for college?

A    Yes, sir.

Q    How long was Jarred, generally, in the chamber for
each treatment?

A    Probably between two to four hours.

Q    Okay.  And then how did you know when the treatment
sessions were over?  Who determined how long each one
was?

A    There's not, like, a set time limit.  You just go
up there whenever it's been a couple of hours that we
know he's been in there, and we just go up there.  It
just depends on whoever went up there and got him out.

Q    Did sometimes your mother put him inside the
chamber and you get him out, and sometimes you put him
in and your mother got him out?

A    Yes, sir.

Q    Okay.  Was it pretty much the person who went to
bed the latest that got him out of the chamber?

A    Sometimes, but not all the time, because they
usually got him out because I'd be in bed, on my side of
the house, and they were over there.  So, obviously,

it's more convenient for them to get him out.  But we didn't have, like, set people to get him out or anything.

Q    Was there, like, an egg timer or a clock or an alarm that would, like, alert to you when somebody was supposed to get him out of the chamber?

A    No, sir.

Q    It was all just done --

A    It was just kind of like -- it wasn't like a set, like, rule, but we all knew, make sure Jarred is out of the chamber before -- whoever the last person is, always make sure Jarred's out of the chamber.

Q    Okay.  So why don't you take me through what happened on the day that Jarred died.

A    Okay.

Q    I'll just let you give me your step-by-step, and then I'll come back and ask you questions.  But I want to sort of get from you, without continuously stopping you and saying, hey, how about this, how about this. Just tell me what happened and then we'll go forward from there.

A    I put Jarred in the chamber -- or I turned the pumps on, put Jarred in, zipped it up.  And then I was on the computer for probably, like, 20 or 30 minutes.  I turned the lights off because he was tired, and I shut

the door. And as I was on the computer, I heard the air coming out the two black things on the ends of it, I guess it was like pressurizing or whatever you want to call it. And then I was on the computer for a little bit, went back downstairs and watched TV for a little bit, probably, like, 30 minutes. And then I went to bed probably around, like, 10:30 to 11:30 at night, somewhere around in there.

I wake up because I hear my mom screaming, and I thought that, like, Jarred was, like, being violent or something was going on. So I get up real fast and I run downstairs, and she said, "Jarred is not breathing." So I run upstairs to the chamber and I, like, open it up, and I see him, and I can tell he's not breathing. So I run back downstairs, and as I'm running back downstairs, I tell mom to call 911. So she calls it, and I believe I'm the one that talked and just said I need an ambulance.

And then they asked me for -- if I had a cell phone. And it was either my mom's or mine -- I don't know whose cell phone it was -- and I got the cell phone, and they told me to pull him out. So I opened -- or it was already opened. So I pick him up and I lift him out, and I sat him on the ground. And I had the phone by me here (indicating), and they tell me to start

Page 93

doing compressions.

So I'm doing compressions on him, and nothing is happening. And the ambulance is, like, on their way. And I was probably doing compressions for, like, maybe three to four minutes. But whenever I went downstairs, it was -- I remember looking at my stove clock and it was 3:11, and I believe that's when I called 911 was around that time. I don't know why that number sticks in my head, but it does.

And they get there, and we get out of the way, and they do whatever they're trying to do. And then they send someone downstairs, and the guy just told us, like, you know, "Sorry for your loss." And that's pretty much it.

Q    Okay. So were you there when the emergency responders arrived?

A    Yes, sir. I was upstairs doing compressions, and I told my mom to go downstairs and wave them upstairs, because our stairs are kind of hidden in our living room, and I just wanted them to be able to get up there faster. So I told her to wait downstairs.

Q    Did you also want to sort of keep her from sort of being there --

A    Oh, yeah.

Q    -- while you were working on your brother?

of risk that was associated with the use of the chamber?

          MR. SWETT:  Object to form.

A    No, sir.

BY MR. CHIGNELL:

Q    Okay.  Did you ever speak with Dr. Kartzinel about the use of the chamber?

A    No, sir.

Q    Do you know if you used the device in a way that was consistent with the way that Dr. Kartzinel had prescribed the use of the chamber?

A    Yes, sir.

Q    What do you base that on?

A    Well, the Pressons went to Dr. Kartzinel, and I'm sure that he's not going to tell them the opposite way for us to use it either.

Q    On that evening, did you inspect the unit prior to putting him in it?

A    No, sir.

Q    Did you check to see whether or not the hose from the two air pumps was connected correctly?

A    No, sir.

Q    Did you inspect the hose from the O2 concentrator before putting him into the chamber?

A    No, sir.

Q    Afterwards, there was some indication in some

police report or fire department report or EMS report about some knot being tied in the line for the 02 concentrator that was inside the chamber.

A    Uh-huh.

Q    First of all, were you aware of that?

A    No, sir.

Q    Were you aware that that was -- that some police officer or fire department person or EMS person had indicated that there was a knot inside?

A    I believe I remember them saying something about that.  But, like I said, he never wore it.  So I never even looked at it to see if it was straight or whatever.

Q    Did you know whether or not -- well, strike that.

Was the knot there when you put him in the chamber?

A    I don't remember.  I never looked.

Q    Do you ever recall Jarred tying the tubing inside the chamber into a knot --

A    No.

Q    -- when he was inside the chamber?

A    No, sir.

Q    Was the O2 concentrator, along with the pipe that comes out of the O2 concentrator, actually hooked up and going through the wall of the chamber, or was it completely pulled out and closed off?

A    I honestly don't remember, because I never really paid attention to it.

Q    And on that evening, did you turn the pump on first or did he step in first?

A    I turned the pump on first.

Q    And on that evening, did you check to see that there was air coming inside the chamber before zipping him up?

A    Whenever I zipped him up, I could see that the chamber was, like, lifting.

Q    Okay.  But before that, before he got in, did you ever put your hand inside the chamber --

A    Oh, no, sir.

Q    -- to see whether or not air was actually coming in?

A    No, sir.

Q    But did you see the chamber starting to inflate after you zipped Jarred up inside the chamber?

A    Yes, sir.

Q    So, in your mind, on that evening, who was the person that was responsible for monitoring Jarred inside the chamber, if anybody?

A    I guess both me and my mom, we could have checked on him.  But I just went to bed, not even thinking, because I knew she was still up.  So I thought she was

going to get him out.

Q    From the time that you left the room, until you went to bed --

A    Uh-huh.

Q    Strike that.

From the time that you left the room, after putting Jarred in the chamber, to the time that you went to bed, how long was that?

A    I'd say 45 minutes to an hour.

Q    And during those 45 minutes to an hour, did anybody go inside that room?

A    No, sir.

Q    And did you think that 45 minutes was -- do you think it was okay -- in your mind, was it okay to not have anybody check on him in those 45 minutes that you were -- from the time that you left the room until the time you went to bed?

A    Yes, sir.

Q    And when you got off the computer to come down the stairs to go to bed, did you peek in the room at all to see how he was doing?

A    No, sir.

Q    From the time that you put Jarred in the chamber, did he make any -- did he ever tap on the dome, or did he say anything, or yell --

A    Huh-uh.

Q    -- in any way, shape, or form?

A    No, sir.

Q    If he did yell while he was in the chamber, to get your attention, would you have heard that from where you were sitting?

A    On the computer?

Q    Yes.

A    Oh, yes, sir.

Q    Even with the door closed?

A    Yes, sir.

Q    And would you also, if he was in the chamber and he tapped on the dome on the chamber, would you have heard that from where you were sitting?

A    Yes, sir.

Q    Even with the door closed?

A    Yes, sir.

Q    Is it accurate -- strike that.

        Did you verify that the chamber was completely inflated and pressurized before leaving Jarred alone in that room that night?

A    No, sir.

Q    Do you recall -- did you ever look at the pressure gauge to see whether or not any pressure had built up at all prior to leaving the room?

A    No, sir.

Q    You said you were on the computer for about 20 or 30 minutes after leaving the room; is that correct?

A    Yes, sir.

Q    What were you doing on the computer?

A    Probably Facebook or something.  I don't recall.

Q    It wasn't homework?  It wasn't --

A    Oh, no.

Q    And how did you decide to close the door that night, instead of leaving it open, like sometimes happened?

A    I just -- I knew he was tired.  So I just turned the lights off and just closed the door, because I knew he wanted it dark in there.

Q    Did you sometimes -- I mean, did you ever -- you were sitting there.  It was quieter for you if the door was closed, correct?

A    Yes, sir.

Q    Okay.  Was that one of the reasons that you kept the door closed, because it would have been quieter for you --

          MR. SWETT:  Object to form.

A    Yes.

BY MR. CHIGNELL:

Q    -- on the computer?

Dylan J. Sparks                                    February 21, 2014
Searcy, AR

Page 108

Why was he tired that evening, more tired than normal?

MR. SWETT:  Object.

A   He wasn't, like, more tired than normal.  He usually went to bed around, like, 9:00 or 10:00.  That's just how he was.  He always went to bed that early.

BY MR. CHIGNELL:

Q   I was just following up on a point.  I think earlier you said that he was tired -- he was really tired that evening.

A   Uh-huh.

Q   Is that correct?

A   Yes, sir.

Q   And was he more tired that evening than prior -- than on a regular day?

A   No.  He just usually got tired around that time.

Q   And you said that when you sat there and were on the computer, you said you heard the air coming out?

A   Yes, sir.

Q   Tell me what that means.

A   The air coming out the two black little pressurizer things, so that it doesn't fill all the way up with air and bust.  I heard those, and it makes, like, a distinct sound.

Q   Does it sound like a whistle?

Alderson Reporting Company
1-800-FOR-DEPO
Case 5:13-cv-00649-FL    Document 69-24    Filed 01/09/15    Page 24 of 46

A    It's like a (indicating).

Q    Like a hissing sound?

A    Yeah, like that.

Q    And how soon after you left the room did you started hearing the hissing sound?

A    Like, ten minutes, maybe.  However long it takes to fill up the chamber.

Q    And were you listening for the hissing sounds?

A    No.  It's just so loud you'll hear it.

Q    And the hissing sound is made by the pressure relief valves on the foot of the chamber --

A    Yes, sir.

Q    -- like, down where his feet would be?

A    Yes, sir.

Q    And that essentially allows the chamber to maintain a specific pressure without getting too inflated?

A    Yes, sir.

Q    And did you hear those -- did you hear that hissing sound the entire time -- strike that.

        After the hissing sound started --

A    Uh-huh.

Q    -- and you heard it, did that continue until you finished up on the computer?

A    Yes, sir.

Q    Do you specifically remember hearing the hissing

sound as you were leaving the computer and walking down the stairs?

A    When I was downstairs, the TV was on.  So I don't specifically remember hearing that.

Q    What about when you were at the top of the stairs, coming down the stairs, do you specifically recall hearing the hissing sound at that time?

A    No.  I just remember being on the computer and hearing it.

Q    Okay.  Did you hear any other sounds coming from the room, either the chamber moving around, or any other problems with any equipment, or anything like that?

A    No, sir.

Q    When you went downstairs, who was downstairs?

A    Just my mom.

Q    I think she was grading papers or doing report cards or something like that?

A    I don't know.  Probably.

Q    Okay.  And did you talk with her -- after you finished up on the computer and you came downstairs, did you spend some time with her before going to bed, or did you pretty much go straight to bed?

A    I think I was just watching the NBA finals, or ESPN, or something, and were just sitting there, and I might have talked to her or something, but I don't

recall saying anything about the chamber or anything like that.

Q    Okay.  Was she working the entire time that you were down there?

A    Uh-huh.

Q    Is that yes?

A    Yes, sir.

Q    Did she look overly tired or any more tired than she normally looks?

A    Not that I can recall.

Q    Did you tell her that you were going to bed and that she should take Jarred out of the chamber?

A    I just told her I was going to bed.

Q    Okay.  And that, and so essentially -- what you were essentially doing at that point was letting her know that she was going to be the one that was responsible for getting him out?

A    Yes, sir.

        MR. SWETT:  Object to form.

BY MR. CHIGNELL:

Q    And how long, from the time that you went back up to your room, to the time that you went to sleep?

A    Say that again.

Q    From the time that you left your mother in the living room, until the time that you actually went to

sleep, like, went up to your room --

A    And fell asleep?

Q    Yeah.  Let me back up.

When you left your mother in the living room --

A    Okay.

Q    -- how far -- how long was it from that time until you were actually asleep up in your room?

A    Probably 20 minutes, 30 minutes, maybe.

Q    So you go upstairs and you brush your teeth and just get ready, or are you reading up there or...

A    I couldn't tell you.  I don't know.

Q    Okay.  Once you went up to your bedroom, did you ever come out before you heard your mother screaming?

A    No.  No, sir.

Q    Did you have any trouble when you closed the door -- after you put Jarred in the chamber, you closed the door to that room, correct?

A    Yes, sir.

Q    In one of the -- either the police report or the EMT report or the fire report, there's some notation about having trouble closing the door.

A    Uh-huh.

Q    Did you have any trouble closing the door that night?

A     No, I didn't.  It was -- I probably moved it from lifting him out of the chamber.

Q     Say that again.  I didn't get that.

A     I might have moved the chamber, like, after my mom, like, found him and got me, whenever I was lifting him up out of the chamber from like, whoever, I don't know who I talked to on 911 --

Q     Okay.

A     -- but they told me to lift him out, so I lifted him out.  But, you know, he's 170 pounds.  So it was kind of tough to get him out but --

Q     So the chamber, at that point, may have shifted position?

A     Yes, sir.

Q     But do you recall having any trouble closing the door to the room after putting Jarred into the chamber?

A     No.  No, sir.

Q     And so when you got him out of the chamber, it takes a significant amount of effort to lean over and get him out of the chamber after unzipping it, correct?

A     Uh-huh.

Q     Is that correct?

A     Yes, sir.

Q     Do you remember the chamber shifting one way or the other?

A    No, sir.

Q    When you came in and saw your brother for the first time, did you pay any attention to what was going on with the other equipment, like the pumps or the tubes or the O2 concentrator, or anything?

A    I just remember hearing the two pumps running, and that's all I can really remember.

Q    Do you ever remember -- is it fair to say that when you came back, after your mother had come and gotten you, you were most concerned about your brother, as opposed to what was connected and what was not connected --

A    Yes.

Q    -- on the chamber, correct?

A    Yes, sir.

Q    So you said then you heard your mom screaming.  Was she coming to get you, or did you -- or were you --

A    Yes.

Q    Was she coming to get you, or were you responding to what you heard?

        MR. SWETT:  Object to form.

A    She was coming to get me, but I also was responding to what I heard.  And she was coming to my door, but I beat her to my door.  I ran down my stairs.

BY MR. CHIGNELL:

Q    And is your door -- the door to your room is at the bottom of the stairs?

A    Yes, sir.

Q    So you open up the door, up the stairs, and then -- there's no door at the top, that's just your room?

A    Yes, sir.

Q    Okay.  And you said you looked at the stove clock?

A    Yes, sir.

Q    When did you look at the stove clock?

A    Around -- I know it was 3:00 in the morning, but around -- I remember seeing 3:11.

Q    Okay.  And was that when you came down the stairs --

A    Yes.

Q    -- or was that after you came back from seeing what happened to your brother or --

A    That was when I came back from seeing what had happened, because I didn't look at the stove clock -- I just ran straight upstairs when she said that, so...

Q    Gotcha.  And so your mom was screaming.  You met her at the bottom of your stairs?

A    Yes, sir.

Q    And then what was the first thing that she said to you?

A    Jarred's not breathing, or he's not responding, or something like -- something to that extent.

Q    And was she in -- was she crying?  Was she --

A    She was, like, panic.

Q    And the call to 911 -- the first 911 call, I believe, was placed from a landline in the kitchen?

A    Yes, sir.

Q    Is that correct?

A    Yes, sir.

Q    Was that call placed before or after you went upstairs for the first time to see Jarred?

A    That was after I had seen Jarred.

Q    Gotcha.  And so how long were you upstairs with Jarred before the 911 call was placed?

A    I remember feeling his pulse on his neck, or trying to, and there was nothing there.  So that's when it was probably -- I was probably only in there for five or ten seconds, felt it, and didn't feel anything.  So I ran back downstairs and I told mom to call 911.

Q    Okay.  And then when you called 911, I believe there's a recording of the call.  Have you ever heard the recording of the call?

A    No, sir.

Q    Okay.  When you went up to see Jarred in the chamber for the first time and opened it up, did you

pull him out at that point, or did you leave him in
there?

A    The first time, no, I left him in there.

Q    And did you have to unzip the zippers, or were they
already unzipped?

A    It was already unzipped.

Q    Okay.  So you went up there and you sort of just
pulled it apart, or did you look in through the window?

A    I pulled it apart.  And I remember I put my hand in
there, I think it was my right hand, and I put in there
and felt his neck, and I didn't feel anything --

Q    And then --

A    -- his pulse.

Q    And then you came right back down again, and that's
when you called 911?

A    Yes, sir.

Q    And then 911, after you called them, was there --
how long elapsed from the time that you woke up and the
time that you called 911?

A    Probably a matter of 30 seconds to a minute after.
I mean, literally, when I got down to the bottom of the
stairs and she said that, I sprinted upstairs, ran
upstairs, looked and checked, came back downstairs and
called 911.

Q    And then the 911 operator said, "Hang up and call

Case 5:13-cv-00649-FL    Document 69-24    Filed 01/09/15    Page 33 of 46

me back on your cell phone"?

A    She -- I can't remember the call.  I just remember her asking me if I had a cell phone, and I said -- I believe I said yes -- and I don't know whose cell phone it was that was used -- and she -- I don't know if she called me or I called back, or what, but I used the cell phone.  Then she told me, go upstairs, and then she started giving me directions.

Q    Okay.  And where was your mother at this time?

A    I want to say she followed me back upstairs, but then whenever I started doing -- like, whenever I pulled him out and sat him down, I think I shut the door, and then I just told her to go wait for the ambulance to come.

Q    Okay.  So you went upstairs with the cell phone.  You just put the cell phone, like, on speakerphone and -- or are you holding it up and doing --

A    I was holding it up like this (indicating).

Q    On your shoulder?

A    Yes, sir.

Q    And then so they told you to get him out of the chamber?

A    Yes, sir.

Q    Now, were they sort of confused, because I've -- before I heard about all this, I never heard of a

Case 5:13-cv-00649-FL    Document 69-24    Filed 01/09/15    Page 34 of 46

A    No, sir.

Q    Did anybody ever warn you or tell you about anything related to excessive carbon dioxide exposure related to the chamber?

A    No, sir.

Q    The definition there, the first thing under that section of the manual says, "A disorder caused by excessive carbon dioxide inhalation."

       Do you see that?

A    Yes, sir.

Q    Were you aware -- well, is it fair to say that you were not aware of the danger of carbon dioxide building up inside the chamber?

A    No, sir.

Q    Let me ask it a different way.  Did you know that carbon dioxide could build up inside the chamber?

A    No, sir.

Q    Do you see where it says here, "The person inside the mild hyperbaric chamber is in an enclosed structure and is expiring carbon dioxide."

       Do you see that?

A    Yes, sir.

Q    Were you aware of that?

A    Not at the time.

Q    It says, "This carbon dioxide is concentrated to a

level that is determined by the rate at which fresh air is pumped into the chamber and released through the two air release valves."

Q    Do you see that?

A    Yes, sir.

Q    Were you aware of that?

A    No, sir, not at the time.

Q    Okay.  "And acceptable levels for exposure to carbon dioxide have been determined based on time of exposure, as described in the following table."

Q    Do you see that table there?

A    Yes, sir.

Q    Was that a yes?

A    Yes, sir.

Q    Okay.  And were you aware of any of these -- any of this information related to the duration in hours and the acceptable level of carbon dioxide?

A    No, sir.

Q    And the next paragraph says, "As long as the chamber compressor is on and running, fresh air will be introduced into the chamber, and equilibrium valve -- value for carbon dioxide concentration will remain at less than one percent."

Q    Do you see that?

A    Yes, sir.

Q    And is this the first time that you're learning about any of this information about excessive carbon dioxide exposure?

A    I mean, I understand, like, if you don't have oxygen, you could die from carbon dioxide, but I didn't know that it would happen in the chamber.

Q    Okay.  If you would have read this prior to the day of the incident, would you have acted any differently?

        MR. SWETT:  Object to form.

A    No, sir, because I heard the chamber turn on.

BY MR. CHIGNELL:

Q    When you say you heard the chamber turn on, what do you mean?

A    The pressure valves.

Q    At the bottom?

A    Yes, sir.

Q    One of -- well, was there anything inside the chamber to help monitor the level of carbon dioxide and oxygen inside the chamber?

A    No, sir.

Q    I'm sorry?

A    No, sir.

Q    And you knew that at the time?

A    Yes, sir.

Q    Okay.  Did you ever talk to your parents about

whether or not, or why there was not an oxygen sensor or a CO2 sensor inside the chamber?

A    Are you talking about before or after?

Q    Before.

A    Before, no, sir.

Q    Okay.  Have you ever looked at the website for Oxy-Health?

A    Oh, yes, sir.

Q    Prior to the time of Jarred's death?

A    No, sir.

Q    But since the time, you have?

A    Yes, sir.

Q    After you went downstairs and talked to your mother and were about ready to go to bed, did she ask you to go back upstairs and open the door for the room?

A    No, sir.

Q    Was that a "no"?

     Is that yes or no?

A    No.

Q    Do you keep any type of a journal, like a -- what's going on during the day, or your thoughts or feelings about anything?

A    No, sir.

Q    Do you know if your mother did?

A    No, sir.

Q    Let me ask it a different way.  Did your mother

keep a journal or a diary, that you're aware of?

A    Not that I'm aware of.

Q    You talked a little bit before about how the

chamber may have moved when you pulled your brother out

of it.

A    Uh-huh.

Q    And I know that in some of the police reports, or

one of the EMT reports, or the fire department reports,

says something about how something related to the shelf

in Kelsey's room may have had something to do with the

chamber.

A    Uh-huh.

Q    What's your understanding of that?

A    What I believe happened or --

Q    Yeah.  I mean, because I've talked to your mother,

and now I've talked -- I've talked to the two people

that were there, and neither one of you, at least from

what I've heard so far, knows very much about sort of

anything hitting against something, or at least seeing

it happen.  So I'm just trying to get a better

understanding.

A    I don't -- well, obviously, it had to have blown up

to make that sound, so...

Q    And explain that to me.  When you say, obviously,

it had to blow up to make that sound, what do you mean?

A    Well, it had to fill up with oxygen for the pressure gauges to go off like that.  So what I personally think happened is he might have rocked in his sleep or something, and it hit that bookshelf and just came off.

Q    Okay.  And did you ever -- did you ever try to re-create how that may have happened, or look at the height of the shelf, or something on the shelf, to determine whether or not that was possible?

A    No, because -- well, the police came in there and they told us that the hose was on the ground -- or they asked me, come up there, because I was the one that put him in there, and they asked me, is this supposed to be connected, and I said, yes, that is, because that's the only oxygen source for it.

        So that's all I can really think of.  I never went in there and tried to re-create or think of how it could happen, but...

Q    Okay.

A    So...

Q    Did you ever see the hose disconnected from the chamber?

A    After.  When the police asked me about it, that's the only time I had ever seen it disconnected.

Q    Did they bring you in that room and show you?

A    Yes, sir.

Q    And they said, "Hey, here's this thing, it's disconnected.  Do you know what's going on with this?"

A    They just said this is -- "Is this supposed to be like this?"  And I looked -- I went back there and looked, and I was, like, "I don't think so."

Q    Do you have any knowledge of when that may have become disconnected?

A    No, sir.

Q    And do you know whether or not that could have become disconnected because of moving Jarred from inside the chamber to the outside of the chamber?

A    No, sir.  I don't -- can you say that again?

Q    Yeah.  I'm trying to figure out, is it -- do you know when that valve or that tubing became disconnected from the chamber?

A    No, sir, I don't.

Q    And what do you believe?

A    I believe that it came off, if it hit that bookshelf.  I think that the bookshelf hit the quick-release thing and it came off.

Q    Prior to coming here, I've been trying to figure out what's been going on in this case for a couple of months now.

A    Uh-huh.

Q    When I saw the report about it hitting something on the shelf, or something along those lines, I was thinking that that may be have happened when you closed the door and, according to at least one of the reports, had to reposition the chamber.

But what I'm hearing you say now is that you didn't have any trouble at all closing the door.  Is that correct?

A    Uh-huh.  Yes, sir.

Q    That was a yes?

A    Yes, sir.

Q    Okay.  So you believe that the chamber was properly hooked up when you put Jarred in, correct?

A    Yes, sir.

Q    And you believe that it was properly inflating after you put Jarred in, correct?

A    Yes, sir.

Q    And you believe that when you left the room that it was working the way that it should be working, correct?

A    Yes, sir.

Q    And you believe that when you started hearing the air escape from the pressure valves on the bottom of the chamber, that that was an indication to you that the chamber had reached its maximum pressure and the

additional air was just coming out like it normally does?

A    Yes, sir.

Q    And when you left the landing that night and got off the computer, it's your understanding that that was the same sound that you heard at that point?

A    Yes, sir.

Q    And you said that maybe Jarred was rocking inside the chamber?

          MR. SWETT:  Object to form.

BY MR. CHIGNELL:

Q    What did you say before?  I just want to make sure I get your testimony correct.

A    Not rocking intentionally, but Jarred moved in his sleep -- I've seen him move before in his sleep -- and I think he might have fell into a deep sleep, because, like I said, I put him in there, and he was tired -- I know he was -- so I believe personally that he might have shifted his weight somewhere, somehow.  I mean, no one really knows how, but that's what I think, he shifted his weight and it moved the chamber and it hit on the shelf, bookshelf, the oxygen cord.

Q    Do you know how close the quick-release valve was from the shelf when you put him in?

A    No, I don't know an exact.

Q    Is that a yes?

A    Yes, sir.

Q    When you guys went down to Florida for treatments for Jarred, do you recall whether or not there was an O2 concentrator on that unit?

A    I don't -- I don't remember.

Q    Based on your recollection, is the first time that you ever saw this O2 concentrator, was the first time that you ever saw the concentrator when they brought the chamber to you back in February of 2011?

A    Yes, sir.

Q    Did you ever go to A Small Miracle's office in Fayetteville, or anywhere else, to do treatments either with or for Jarred?

A    No, sir.

Q    Would Jarred help out around the house?  Like, did he have, like, simple tasks that he could do or chores that he did?

A    Yes, sir.

Q    Like what?

A    Taking out the garbage, putting a trash bag in the trash can, vacuuming, washing dishes.  I mean, we would all just kind of like rotate and help.

Q    But he could do those types of things?

A    Yes, sir.

chamber by himself, correct?

MR. SWETT:  Object to form.

A     Jarred.

BY MR. CHIGNELL:

Q    I'm sorry.  I used the wrong name.  Let me restate that.  I'm surprised that's the first time I've done that.  I'm surprised I haven't done it before.

If you -- you would know -- you would know how to get out of the chamber if you needed to in an emergency situation, correct?

A     Uh-huh.

Q    Would you agree with that?

A     Yes, sir.

Q    Would you also agree that, based on your knowledge and experience with the chamber, that Jarred, your brother, would not know how to get out of the chamber in an emergency situation?

A     No.  He would have.

Q    And you say that because why?

A     Well, I mean, it depends on the situation.  If it was like the house was on fire, like, he would know to get out, obviously, because it's a fire.  So he would know how to unzip -- even if the thing was pressurized and on, he would know how to do it.

But, you know, we told him, don't open it

unless if you have to, and he understood that, so...

Q    And did you ever talk with him about when it was okay for him to open the chamber or not open the chamber?

A    Well, we told him only open it, you know, if it's an emergency, which, you know, he understands, like, if something is going wrong, it's not right, then he needs to get out.  But, like, if it was like a bathroom break or something, he knows to call for us, and we'd go up there and depressurize and let him out.

Q    And, in your mind, was it okay to leave him alone in that room in the chamber?

A    Yes, sir.

MR. CHIGNELL:  Okay.  I don't have any other questions.  Thanks for your time.  Off the record.

(The taking of the above-styled deposition was concluded at 1:33 p.m.)

-  -  -