# EXHIBIT Y

**Encounter Note** by Scott Smith (DOS: 11/20/2006)

**Sparks, Jarred**
14 year 7 month old Male (DOB: 04/24/1992)

**Vitals:**

| | | | | |
|---|---|---|---|---|
| Height: | 165.1 cm | | Weight: | 103 lbs |
| BP: | | | Pulse: | |
| Temp: | | | Resp: | |

**Chief Complaint:**
**Onset Date:**          not entered

I had the pleasure of spekaing to Amy today. Jarred has recently been diagnosed with scoliosis. Dr B has given a ministry HBOT unit. There have been a few very bright spots for Jarred when he has answered questions without prompting. He has even held the door for others in public.

He has been started on abilify by local neurologist. Risprerdal is being removed.

Sleep has been off.

**Assessment:**

| Diagnosis Type | Description |
|---|---|
| Definitive | 301.4 - OBSESSIVE-COMPULSIVE PERSONALITY DISORDER |
| Definitive | 984.9 - TOXIC EFFECT OF UNSPECIFIED LEAD COMPOUND |
| Definitive | 348.30 - ENCEPHALOPATHY UNSPECIFIED |
| Definitive | 279.9 - UNSPECIFIED DISORDER OF IMMUNE MECHANISM |
| Definitive | 277.9 - UNSPECIFIED DISORDER OF METABOLISM |
| Definitive | 564.00 - UNSPECIFIED CONSTIPATION |

Discussion:
SUPPLEMENTS
melatonin 3-5 mg nightly to assist sleep

**Procedures Performed:**

| Description | Related Diagnosis | Units |
|---|---|---|
| *99372 PHONE PA | | |
| 15 min | | |

EXHIBIT
66
JSB 7-28-14

PENGAD 800-631-6989

Bradstreet 00263