# EXHIBIT Z

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:13-cv-00649-FL

--------------------------------
AMY SPARKS, individually, and
ROBERT D. SPARKS, as Personal
Representative of the ESTATE
OF JARRED B. SPARKS,

        Plaintiffs,

   vs.

OXY-HEALTH, LLC AND
OXY-HEALTH CORPORATION,

        Defendants.
--------------------------------

DEPOSITION

OF

LAURA LAWYER, MSW, LCSW

Taken by Defendants
Fayetteville, North Carolina
September 12, 2014

Reported by:  Tracy D. Daniels, RPR
          Notary Public

Electronically signed by Tracy Daniels (201-135-946-9840)        25d324ff-15b2-41dd-acd7-a3f38b64c63d

A.    That's just going on what she said.  I don't know.  I'm not familiar with -- I've only seen the decompression chambers at Duke.  I don't know what this chamber looked like.

Q.    Okay.  Fair enough.  And when she said that she went ballistic, did she share what that meant?

A.    Yes, she did.  She said she screamed, she urinated all over herself, and her son Dylan pushed her out of the room and told her to go downstairs to wait for the ambulance, but that he was already dead and she said she knew that.

Q.    Did she talk to you at all about how often someone went in and checked on -- on Jarred during the treatment?

A.    I believe that came up, yes, because she had said that when she got up through the night she would check on him periodically, but he knew how to get himself out, that he would often times get himself out, that he -- that was a very common thing.

Q.    Did she talk to you about how frequently she would go in and check on Jarred inside the chamber?

A.    I don't remember the specifics about

Electronically signed by Tracy Daniels (201-135-946-9840)                25d324ff-15b2-41dd-acd7-a3f38b64c63d