# EXHIBIT BB



Case 5:13-cv-00649-FL    Document 69-29    Filed 01/09/15    Page 2 of 3

**Oxy HEALTH** LLC
Portable Hyperbarics

**MR_Sparks 000594**

# Vitaeris³²⁰

The best and largest in our fleet of Mild Hyperbaric Chambers, the Vitaeris 320 boasts a roomy 33" inflated diameter that comfortably seats two. Designed specifically for the clinic, this model suits the needs of any medical office and patient. Straightforward training and basic maintenance makes the Vitaeris 320 a functional part of any practice!

## Main Body (bladder)

4psi (1.3ATA) operating pressure

Durable double-sided 44oz. urethane coated polyester weave material

Large 'top loading' entry allows patient placement using a lift system

Dual air-exchange / regulator valves provide redundant pressure control

Patented 2-zipper seal facilitates self treatments

Air pressurization / depressurization valve

Larger external pass-through port



93 inches long
34.5 inches high
33.5 inches wide

## Occupant Observation

Five windows incorporated into urethane shell

Room light illuminates chamber interior

Direct audible communication with patient

With an optional lift system, a patient may easily be placed into the chamber





© 2009 OxyHealth, LLC

## Accessories

Chamber carry bag

Bolster set to cradle the chamber. Fabric covered foam construction matches chamber jacket.

Chamber frame maintains form when deflated for ease of use and reduced inflation time.

Mattress contoured to fit inside the chamber. Medical grade.



## Peripheral Equipment

10ft. medical grade hose with quick-disconnect couplings

Analog pressure gauge

High efficiency inline air filtration. Filters air to 0.01 microns!

Clean air compressor system—double-head, oil-less, with built in cooling radiator



  

| Weights | LBS | KG |
|---|---|---|
| Bladder | 38.0 | 17.4 |
| Compressor | 36.5 | 16.5 |
| Bolsters | 12.5 | 5.6 |
| Mattress | 11.0 | 5.2 |
| Frame | 29.0 | 13.2 |

| Dimensions Chamber Inflated | Inches | Meters |
|---|---|---|
| Length | 93.0 | 2.36 |
| Diameter | 33.5 | 0.85 |
| Circumference | 107.0 | 2.72 |
| Volume | 47.4ft³ | 1.34m³ |

Case 5:13-cv-00649-FL    Document 69-29    Filed 01/09/15    Page 3 of 3

MR_Sparks 000595

OxyHealth chambers are manufactured in the USA in accordance with FDA, ASME, PVHO, NFPA, and GMP regulations and codes.