EXHIBIT EE

Case 5:13-cv-00649-FL     Document 69-32     Filed 01/09/15     Page 1 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-00649-FL

| | | |
|---|---|---|
| Amy Sparks, individually, and Robert D. Sparks, as Personal Representative of the Estate of Jarred B. Sparks, | ) ) ) ) | WRONGFUL DEATH / SURVIVAL ACTION |
| Plaintiffs, | ) ) | |
| vs. | ) ) | DECLARATION OF AMY SPARKS |
| Oxy-Health, LLC and Oxy-Health Corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

I, Amy Sparks, state and declare as follows:

1.  I am over the age of eighteen and have personal knowledge of the facts stated in this Declaration.

2.  In February sometime after 2000, I attended an Autism Conference of America in Anaheim, CA.

3.  I also attended a conference focused primarily on autism in Boston, MA.

4.  In May 2009, I attended a Hope for Autism Conference in Charleston SC.

5.  OxyHealth was present and exhibiting their hyperbaric chambers, including the Vitaeris 320, at this conference.

6.  At the Hope for Autism Conference, an OxyHealth sales representative stated that OxyHealth hyperbaric chambers were safe to use in the home setting.

7.  He also represented that OxyHealth hyperbaric chambers were approved by the FDA for the treatment of autism.

8. The OxyHealth sales representative took credit card information and sold OxyHealth hyperbaric chambers, including the Vitaeris 320, directly to parents of autistic children in my presence at this conference.

9. At the Hope for Autism Conference, I received marketing material from the OxyHealth sales representative, including a brochure for the Vitaeris 320 (Attached as Exhibit A) and an article appearing in the IHA Journal The Pressure Point called "Autism and Its Growing Hyperbaric Movement" (Attached as Exhibit B).

10. I specifically spoke to the OxyHealth sales representative about the "Autism and Its Growing Hyperbaric Movement" article; it was pointed out that the article showed that brain scans were "lighting up like Christmas trees" in autistic adults and children treated with mild hyperbaric oxygen.

11. After receiving the OxyHealth Vitaeris 320 brochure, I read it cover-to-cover, which included the statements "Patented 2-zipper seal facilitates self treatments" and "Oxyhealth chambers are manufactured in the USA in accordance with FDA, ASME, PVHO, NFPA, and GMP regulations and codes."

12. I relied on these representations as well as other representations made by OxyHealth when making the ultimate decision to enter into an "Agreement to Purchase" an OxyHealth Vitaeris 320 hyperbaric chamber from A Small Miracle, Inc. on February 5, 2011.

13. Based on the statements of the OxyHealth sales representative and the OxyHealth marketing material that I received at the Hope for Autism Conference, I believed that the Vitaeris 320 was: (1) safe to be used in the home setting; (2) approved by the FDA and

2

safe to be used to treat individuals with autism; and (3) manufactured according to the proper standards, codes and regulations.

14. If I had known that the OxyHealth Vitaeris 320 hyperbaric chamber was not safe to be used in the home, I would not have purchased it and brought it in my home to treat Jarred's autism and he would still be alive.

15. If I had known that the OxyHealth Vitaeris 320 hyperbaric chamber used a quick disconnect valve, which could become disconnected just by bumping into another piece of furniture, to supply the only source of fresh air into the chamber, I would not have purchased it and brought it in my home to treat Jarred's autism and he would still be alive.

16. If I had known that the OxyHealth Vitaeris 320 hyperbaric chamber was not approved by the FDA and safe to be used to treat individuals with autism, I would not have purchased it and brought it in my home to treat Jarred's autism and he would still be alive.

17. If I had known that the OxyHealth Vitaeris 320 hyperbaric chamber was not manufactured according to the codes, regulations and standards that existed to make sure that hyperbaric chambers are safely constructed with the proper materials, I would not have purchased it and brought it in my home to treat Jarred's autism and he would still be alive.

18. Pursuant to 28 United States Code § 1746, I declare and certify under penalty of perjury that the foregoing is true and correct:

Executed on _11-26-14_ (date), by ___*Amy Sparks*___

State of North Carolina
County of Cumberland

3