# EXHIBIT FF

Case 5:13-cv-00649-FL Document 69-33 Filed 01/09/15 Page 1 of 24



The American Society of Mechanical Engineers

# SAFETY STANDARD FOR PRESSURE VESSELS FOR HUMAN OCCUPANCY

## AN AMERICAN NATIONAL STANDARD

**ASME PVHO-1-2002**
(Revision of ASME PVHO-1-1997)

EXHIBIT
58
Workman
PENGAD 800-631-6989


The American Society of
Mechanical Engineers

AN AMERICAN NATIONAL STANDARD

# SAFETY STANDARD FOR PRESSURE VESSELS FOR HUMAN OCCUPANCY

## ASME PVHO-1-2002
### (Revision of ASME PVHO-1-1997)

Date of Issuance: January 31, 2003

The next edition of this Standard is scheduled for publication in 2005.

ASME issues written replies to inquiries concerning interpretations of technical aspects of this Standard. The interpretations will be included with the next regularly scheduled edition. Interpretations are not part of the edition.

Cases. Proposed new and revised Cases, as well as notices of their approval, issued by the PVHO Main Committee appear in *Mechanical Engineering*. Once approved, the Cases are published with the next regularly scheduled edition as a service to the subscribers. The Cases are not part of the Standard and are included for information only, following the Nonmandatory Appendices.

ASME is the registered trademark of The American Society of Mechanical Engineers.


This code or standard was developed under procedures accredited as meeting the criteria for American National Standards. The Consensus Committee that approved the code or standard was balanced to assure that individuals from competent and concerned interests have had an opportunity to participate. The proposed code or standard was made available for public review and comment that provides an opportunity for additional public input from industry, academia, regulatory agencies, and the public-at-large.

ASME does not "approve," "rate," or "endorse" any item, construction, proprietary device, or activity.

ASME does not take any position with respect to the validity of any patent rights asserted in connection with any items mentioned in this document, and does not undertake to insure anyone utilizing a standard against liability for infringement of any applicable letters patent, nor assume any such liability. Users of a code or standard are expressly advised that determination of the validity of any such patent rights, and the risk of infringement of such rights, is entirely their own responsibility.

Participation by federal agency representative(s) or person(s) affiliated with industry is not to be interpreted as government or industry endorsement of this code or standard.

ASME accepts responsibility for only those interpretations of this document issued in accordance with the established ASME procedures and policies, which preclude the issuance of interpretations by individuals.


No part of this document may be reproduced in any form, in an electronic retrieval system or otherwise, without the prior written permission of the publisher.


The American Society of Mechanical Engineers
Three Park Avenue, New York, NY 10016-5990


Copyright © 2003 by
THE AMERICAN SOCIETY OF MECHANICAL ENGINEERS
All rights reserved
Printed in U.S.A.

# CONTENTS

Foreword ........................................................................................ vi
Committee Roster ............................................................................. viii
PVHO-1 Summary of Changes .............................................................. xi

**Section 1    General Requirements** .................................................... 1
1.1        Scope ................................................................................ 1
1.2        General .............................................................................. 2
1.3        PVHO Materials ................................................................... 2
1.4        Design and Fabrication of PVHOs ........................................... 3
1.5        Inspection and Tests of PVHOs ............................................... 6
1.6        Stamping and Reports of PVHOs ............................................. 6
1.7        PVHO Pressure Relief Devices ................................................. 9

**Section 2    Viewports** ..................................................................... 10
Article 1    General ............................................................................ 10
Article 2    Design .............................................................................. 13
Article 3    Material ............................................................................ 52
Article 4    Fabrication ........................................................................ 56
Article 5    Inspection ......................................................................... 58
Article 6    Marking ............................................................................ 59
Article 7    Pressure Testing ................................................................. 60
Article 8    Installation of Windows in Chambers ...................................... 61

**Section 3    Window Fabricators** ....................................................... 62
Article 1    Responsibilities and Duties for Window Fabricators .................... 62
Article 2    Quality Assurance Program for Fabrication of the Window ........... 62

**Section 4    Piping Systems** ............................................................. 65
Article 1    General ............................................................................ 65
Article 2    Material Requirements ......................................................... 65
Article 3    Design of Components ......................................................... 67
Article 4    Selection and Limitations of Piping Components ......................... 72
Article 5    Selection and Limitations of Piping Joints ................................ 74
Article 6    Supports ........................................................................... 76
Article 7    System Design Requirements ................................................. 77
Article 8    Inspection ......................................................................... 82
Article 9    Testing ............................................................................. 82

**Figures**
1.4-1      Values of $t/R_o$ and $L_c/R_o$ ............................................ 4
1.6-1      Form of Nameplate ............................................................. 6
2-2.1      Standard Window Geometries ................................................ 14
2-2.2      Standard Window Geometries ................................................ 15
2-2.3      Standard Window Geometries ................................................ 16
2-2.4      Standard Window Geometries ................................................ 17

iii

| | | |
|---|---|---|
| 2-2.5 | Short-Term Critical Pressure of Flat Disk Acrylic Windows [For Pressures in the 72.5–1,160 psi (0.5–8 MPa) Range] | 18 |
| 2-2.6 | Short-Term Critical Pressure of Flat Disk Acrylic Windows [For Pressures in the 1,160–7,250 psi (8–50 MPa) Range] | 19 |
| 2-2.7 | Short-Term Critical Pressure of Flat Disk Acrylic Windows [For Pressures in the 7,250–43,500 psi (50–300 MPa) Range] | 20 |
| 2-2.8 | Short-Term Critical Pressure of Conical Frustum Acrylic Windows [For Pressures in the 290–7,250 psi (2–50 MPa) Range] | 21 |
| 2-2.9 | Short-Term Critical Pressure of Conical Frustum Acrylic Windows [For Pressures in the 7,250–43,500 psi (50–300 MPa) Range] | 22 |
| 2-2.10 | Short-Term Critical Pressure of Spherical Sector Acrylic Windows [For Pressures in the 725–7,250 psi (5–50 MPa) Range] | 23 |
| 2-2.11 | Short-Term Critical Pressure of Spherical Sector Acrylic Windows [For Pressures in the 7,250–34,800 psi (50–240 MPa) Range] | 24 |
| 2-2.12 | Short-Term Critical Pressure of Cylindrical Acrylic Windows Pressurized Internally [For Pressures in the 145–1,160 psi (1–8 MPa) Range] | 25 |
| 2-2.13 | Short-Term Critical Pressure of Cylindrical Acrylic Windows Pressurized Internally [For Pressures in the 1,160–5,800 psi (8–40 MPa) Range] | 26 |
| 2-2.14 | Short-Term Critical Pressure of Cylindrical Acrylic Windows Pressurized Externally | 27 |
| 2-2.15 | Short-Term Elastic Buckling of Cylindrical Acrylic Windows Between Supports Under External Hydrostatic Pressure ($t/D$ Range of 0.001–0.015) | 28 |
| 2-2.16 | Short-Term Elastic Buckling of Cylindrical Acrylic Windows Between Supports Under External Hydrostatic Pressure ($t/D$ Range of 0.003–0.07) | 29 |
| 2-2.17 | Short-Term Elastic Buckling of Cylindrical Acrylic Windows Between Supports Under External Hydrostatic Pressure ($t/D$ Range of 0.015–0.3) | 33 |
| 2-2.18 | Short-Term Critical Pressure of Hyperhemispherical and NEMO-Type Acrylic Windows [For Pressures in the 435–5,800 psi (3–40 MPa) Range] | 34 |
| 2-2.19 | Short-Term Critical Pressure of Hyperhemispherical and NEMO-Type Acrylic Windows [For Pressures in the 5,800–23,200 psi (40–160 MPa) Range] | 35 |
| 2-2.20 | Seat Cavity Requirements — Conical Frustum Window, Spherical Sector Window With Conical Edge, and Flat Disk Window | 36 |
| 2-2.21 | Seat Cavity Requirements — Double Beveled Disk Window | 37 |
| 2-2.22 | Seat Cavity Requirements — Spherical Sector Window With Square Edge | 37 |
| 2-2.23 | Seat Cavity Requirements — Hemispherical Window With Equatorial Flange | 38 |
| 2-2.24 | Seat Cavity Requirements — Cylindrical Window | 39 |
| 2-2.25 | Seat Cavity Requirements — Hyperhemispherical Window | 40 |
| 2-2.26 | Seat Cavity Requirements — NEMO Window (Standard Seat) | 41 |
| 2-2.27 | Seat Cavity Requirements — NEMO Window (Seat With Extended Cyclic Fatigue Life) | 42 |
| 2-2.28 | Bevels on Window Edges — Flat Disk Windows, Conical Frustum Windows, Spherical Sector Windows, Hyperhemispheres | 43 |
| 2-2.29 | Bevels on Window Edges — Flanged Hemispherical Window, Spherical Sector Window With Square Edge, External Pressure and Internal Pressure of Cylindrical Windows | 44 |
| 2-2.30 | Dimensional Tolerances for Penetrations in Acrylic Windows | 47 |
| 2-2.31 | Dimensional Tolerances for Inserts in Acrylic Windows | 49 |
| 2-2.32 | Typical Shapes of Inserts | 50 |
| 2-2.33 | Seal Configurations for Inserts in Acrylic Windows | 51 |

Case 5:13-cv-00649-FL     Document 69-33     Filed 01/09/15     Page 6 of 24

| 2-2.34 | Restraints for Inserts in Acrylic Windows | 52 |
| 4-3.1 | Curves for Determining the Minimum Bend Radius Not Producing Outer Wall Fracturing or Inner Wall Buckling | 70 |

**Forms**

| PVHO-1 | Manufacturer's Data Report for Pressure Vessels for Human Occupancy | 7 |
| PVHO-1S | Manufacturer's Data Report Supplementary Sheet | 8 |
| PVHO-2 | Fabrication Certification for Acrylic Windows | 11 |

**Tables**

| 2-2.1 | Conversion Factors for Acrylic Flat Disk Windows | 30 |
| 2-2.2 | Conversion Factors for Acrylic Conical Frustum and Double Beveled Disk Windows | 30 |
| 2-2.3 | Conversion Factors for Acrylic Spherical Sector and Hyperhemispherical Windows With Conical Edge, and NEMO-Type Windows With Conical Penetrations | 31 |
| 2-2.4 | Conversion Factors for Acrylic Spherical Sector Windows With Square Edge and Hemispherical Windows With Equatorial Flange | 31 |
| 2-2.5 | Conversion Factors for Acrylic Cylindrical Windows | 32 |
| 2-2.6 | Conical Frustum Windows for Design Pressures in Excess of 10,000 psi (69 MPa) | 32 |
| 2-2.7 | Specified Values of Physical Properties for Polycarbonate Plastic | 48 |
| 2-2.8 | Specified Values of Physical Properties for Cast Nylon Plastic | 48 |
| 2-3.1 | Specified Values of Physical Properties for Each Lot | 54 |
| 2-3.2 | Specified Values of Physical Properties for Each Casting | 55 |
| 2-4.1 | Annealing Schedule for Acrylic Windows | 57 |
| 4-2.1 | Maximum Allowable Stress Values for Seamless Pipe and Tube Materials Not Listed in Appendix A of ASME B31.1 | 66 |
| 4-3.1 | Bend Thinning Allowance | 68 |
| 4-3.2 | Elongation Limits for Tubing Materials (Metal) | 71 |
| 4-8.1 | Mandatory Minimum Nondestructive Examinations for Pressure Welds in Piping Systems for Pressure Vessels for Human Occupancy | 83 |

| **Mandatory Appendices** | 84 |
| **Nonmandatory Appendices** | 103 |

v

# FOREWORD

Early in 1971 an ad hoc committee was formed by action of the ASME Codes and Standards Policy Board to develop design rules for pressure vessels for human occupancy. The importance of this task was soon recognized, and the ASME Safety Code Committee on Pressure Vessels for Human Occupancy was established in 1974 to continue the work of the ad hoc committee. Initially, this committee was to confine its activity to the pressure boundary of such systems. It was to reference existing ASME Boiler and Pressure Vessel Code sections, insofar as practicable, adapting them for application to pressure vessels for human occupancy. The common practice hitherto has been to design such chambers in accordance with Section VIII, Division 1, of the ASME Boiler and Pressure Vessel Code. However, a number of important considerations were not covered in those rules. Among these were requirements for viewports and the inservice use of pressure relief valves, and special material toughness requirements. This Standard provides the necessary rules to supplement that section, and also Section VIII, Division 2, of the Code. The user is expected to be familiar with the principles and application of the Code sections.

Boiler and Pressure Vessel Code criteria furnish the baseline for design. In PVHO-1, design temperature is limited to 0°F (−18°C) to 150°F (66°C). Supporting structure and lifting loads are given special attention. Certain design details permitted by Section VIII are excluded. A major addition is the inclusion of design rules for acrylic viewports (Section 2). The formulation of rules for these vital and critical appurtenances was one of the reasons for establishing the PVHO Committee. Finally, all chambers designed for external pressure are required to be subjected to an external pressure hydrostatic test.

Subsystem design (e.g., life support) is not covered (with the exception of piping systems), nor are designs which fall outside of the scope of Section VIII.

Section 4 of this Standard has been added to provide design requirements for piping systems used in association with a pressure vessel for human occupancy (PVHO). The ASME B31.1 Power Piping Code is a required supporting document. This Standard represents a set of design requirements that have been found to give satisfactory service in circumstances appropriate to PVHO piping systems. It also reflects consideration of the requirements that relate specifically to operational aspects of PVHOs. These include, but are not limited to

(a) operation in marine and medical environments,

(b) transportability of the chamber system,

(c) materials compatibility with oxygen and gases intended for human respiration,

(d) unique functional requirements, and

(e) consistency with design rules required by other jurisdictions where systems built under this Standard may need to be operated.

The Committee still has important work under review in the following areas: design procedures for external pressure, dynamic and impact loadings, and design procedures for quick-acting, spherically dished, and flared and dished covers. As each part of this work is completed, the Committee will consider it for inclusion in this Standard.

This 2002 edition is a compilation of the 1997 edition and its addenda a and b. The 2002 edition emphasizes that the standard applies to all PVHOs exceeding a 2 psi differential

Case 5:13-cv-00649-FL    Document 69-33    Filed 01/09/15    Page 8 of 24

pressure. In the 2002 edition, mandatory appendices have been renumbered using Roman numerals and nonmandatory appendices have been renumbered using alpha designations. For example, former Mandatory Appendix A is now Mandatory Appendix I. The 2002 edition was approved and adopted by the American National Standards Institute as meeting the criteria as an American National Standard on January 14, 2002. Previous editions were published in 1977, 1981, 1984, 1987, 1993, and 1997. The 1997 edition included the elimination of the ASME Accreditation for Window Fabricators.

Case 5:13-cv-00649-FL     Document 69-33     Filed 01/09/15     Page 9 of 24

(02)

# ASME PRESSURE VESSELS
# FOR HUMAN OCCUPANCY COMMITTEE

(The following is the roster of the Committee as of August 30, 2001.)

## OFFICERS

R. P. Swanson, *Chair*
G. K. Wolfe, *Vice Chair*
P. A. Reddington, *Secretary*

## COMMITTEE PERSONNEL

A. L. Aaron, Mechidyne Systems, Inc.
E. M. Briggs, Marine Tech
D. M. DeAngelis, Naval Facilities Engineering Service Center
J. P. Dodson
G. P. Jacob, Navy Experimental Diving Unit
T. R. Galloway, Naval Sea Systems Command
P. S. LeBlanc, Divers Supply, Inc.
J. R. Maison, Adaptive Computer Technology
L. G. Malone, Plastic Supply & Fabrication
P. A. Reddington, The American Society of Mechanical Engineers
S. D. Reimers, Reimers Systems Inc.
R. R. Reynolds III, Reynolds Polymer Tech
T. C. Schmidt, Lockheed Martin Naval Systems Services
R. Schumacher
J. R. Sechrist, Sechrist Industries, Inc.
J. S. Selby, SOS Limited
P. J. Sheffield, International ATMO, Inc.
N. E. Smith, Naval Facilities Engineering Service Center
R. P. Swanson, Uniform Boiler & Pressure Vessel Laws Society
N. L. Swoboda, Victoria Machine Works, Inc.
M. Walters, Oceaneering
J. Witney, Atlantis Submarines International
G. K. Wolfe, Southwest Research Institute
W. T. Workman, UHMS Satellite Office
P. L. Ziegler III, ABS Americas
D. G. Duff, *Alternate*, Reynolds Polymer Tech
G. P. Godfrey, *Alternate*, Sechrist Industries, Inc.

## SUBCOMMITTEE ON DESIGN

G. K. Wolfe, *Chair*, Southwest Research Institute
A. L. Aaron, Mechidyne Systems, Inc.
D. M. DeAngelis, Naval Facilities Engineering Service Center
T. R. Galloway, Naval Sea Systems Command
O. Hansen, Jr., Mechatech Inc.
W. F. Mitchell
G. Santi, Giunio Santi Engineering
J. Hughes, *Alternate*, J.B. Hughes and Associates
T. C. Schmidt, Lockheed Martin Naval Systems Services
J. S. Selby, SOS Limited

Case 5:13-cv-00649-FL     Document 69-33     Filed 01/09/15     Page 10 of 24

N. L. Swoboda, Victoria Machine Works, Inc.
M. Walters, Oceaneering
J. B. Wilmeth
J. Witney, Atlantis Submarines International
W. T. Workman, UHMS Satellite Office
P. L. Ziegler III, ABS Americas

## SUBCOMMITTEE ON GENERAL REQUIREMENTS

G. P. Jacob, *Chair*, Naval Experimental Diving Unit
A. L. Aaron, Mechidyne Systems, Inc.
D. DeAngelis, Naval Facilities Engineering Service Center
T. R. Galloway, Naval Sea Systems Command
P. S. LeBlanc, Divers Supply, Inc.
R. Schumacher
N. L. Swoboda, Victoria Machine Works, Inc.
G. K. Wolfe, Southwest Research Institute
P. Ziegler, ABS Americas

## SUBCOMMITTEE ON MEDICAL HYPERBARIC SYSTEMS

W. T. Workman, *Chair*
D. M. DeAngelis, Naval Facilities Engineering Service Center
C. Foreman, FDA
J. Weitershausen, *Alternate*, FDA
G. P. Godfrey, Sechrist Industries, Inc.
P. Kelly, Nassau University Medical Center
E. P. Kindwall, Medical College of Wisconsin
J. W. McCarthy, Gulf Coast Hyperbarics, Inc.
S. D. Reimers, Reimers Systems Inc.
R. Schumacher

## SUBCOMMITTEE ON PIPING SYSTEMS

A. L. Aaron, *Chair*, Mechidyne Systems, Inc.
T. C. Schmidt, *Vice Chair*, Lockheed Martin Naval Systems Services
D. M. DeAngelis, Naval Facilities Engineering Service Center
R. W. Dowgul, Naval Coastal Systems Center
O. Hansen, Jr., Mechatech Inc.
G. P. Jacob, Naval Experimental Diving Unit
P. S. LeBlanc, Divers Supply, Inc.
R. K. Merriman, Global Divers & Contractors
S. D. Reimers, Reimers Systems Inc.
M. Walters, Oceaneering

## SUBCOMMITTEE ON POST CONSTRUCTION

E. M. Briggs, *Chair*, Marine Tech
R. Smith, *Secretary*, Naval Facilities Engineering Service Center
A. L. Aaron, Mechidyne Systems, Inc.
T. R. Galloway, Naval Sea Systems Command
G. P. Jacob, Naval Experimental Diving Unit
P. S. LeBlanc, Divers Supply, Inc.
L. G. Malone, Plastic Supply & Fabrication
W. F. Mitchell, Environmental Tectonics Corp.
T. C. Schmidt, Lockheed Martin Naval Systems Services
R. Schumacher
R. P. Swanson, Uniform Boiler & Pressure Vessel Laws Society
N. L. Swoboda, Victoria Machine Works, Inc.

ix

Case 5:13-cv-00649-FL    Document 69-33    Filed 01/09/15    Page 11 of 24

J. Witney, Atlantis Submarines International
P. L. Ziegler III, ABS Americas


## SUBCOMMITTEE ON QUALITY ASSURANCE

G. P. Godfrey, *Chair*, Sechrist Industries, Inc.
D. A. Desautels, *Vice Chair*, Naval Facilities Engineering Service Center
A. L. Aaron, Mechidyne Systems, Inc.
T. R. Galloway, Naval Sea Systems Command
B. I. Gurling, Stanley Plastics Ltd.
G. P. Jacob, Naval Experimental Diving Unit
P. S. LeBlanc, Divers Supply, Inc.
R. S. Lopez, U.S. Navy Office of Ocean Engineering
L. G. Malone, Plastic Supply & Fabrication
S. D. Reimers, Reimers Systems Inc.
R. Schumacher
J. D. Williams, Blanson Ltd.
W. T. Workman, UHMS Satellite Office
P. L. Ziegler III, ABS Americas


## SUBCOMMITTEE ON VIEWPORTS

L. G. Malone, *Chair*, Plastic Supply & Fabrication
J. P. Dodson
D. G. Duff, Reynolds Polymer Tech
P. Everly, Stanley Plastics Ltd.
W. F. Mitchell
J. R. Sechrist, Sechrist Industries, Inc.
N. E. Smith
R. Smith, Naval Facilities Engineering Services Center
J. D. Williams, Blanson Ltd.
J. Witney, Atlantis Submarines International
P. L. Ziegler III, ABS Americas
G. P. Godfrey, *Alternate*, Sechrist Industries, Inc.
B. I. Gurling, *Alternate*, Stanley Plastics Ltd.


## SPECIAL WORKING GROUP — DIVING SYSTEMS

P. S. LeBlanc, *Chair*, Divers Supply, Inc.
G. W. Mears
R. K. Merriman, Global Divers & Contractors
R. H. Mistretta, Divers Supply, Inc.
J. Vilas III, Jack Vilas & Associates, Inc.


## HONORARY MEMBERS

R. J. Dzikowski
F. T. Gorman
M. A. Reiher
J. D. Stachiw, Stachiw Associates

Case 5:13-cv-00649-FL    Document 69-33    Filed 01/09/15    Page 12 of 24

# ASME PVHO-1–2002
# SUMMARY OF CHANGES

ASME PVHO-1–2002 Edition is a compilation of ASME PVHO-1–1997 and its addenda a and b with the revisions and errata shown below. These revisions and errata are identified on the listed pages by a margin note, (02), placed next to the affected area.

| Page | Location | Change |
|---|---|---|
| iii | Contents | Updated to reflect 2002 edition |
| vi | Foreword | Last paragraph revised |
| 1 | 1.1.1 | Revised |
| 5 | 1.4.9(d) | Revised |
| 6 | 1.5.3 | Revised |
| | 1.5.6 | Revised |
| 17, 18 | 2-2.6.1(b) | Revised |
| 24 | Fig. 2-2.11 | Corrected by errata |
| 46 | 2-2.14.13(b) | Last paragraph editorially revised |
| 55, 56 | 2-3.8(b) | Corrected by errata |
| 57 | Table 2-4.1 | Revised |
| 60 | 2-7.8 | Revised |

## SPECIAL NOTE:

The cases and interpretations to PVHO-1 follow the last page of this edition. Neither the cases nor the interpretations, however, are part of the Standard itself.

Case 5:13-cv-00649-FL    Document 69-33    Filed 01/09/15    Page 13 of 24

xii

# SAFETY STANDARD FOR
# PRESSURE VESSELS FOR HUMAN OCCUPANCY

## SECTION 1
## GENERAL REQUIREMENTS

### 1.1 Scope

**1.1.1** This Standard provides requirements for the design, fabrication, inspection, testing, marking, and stamping of pressure vessels for human occupancy, having an internal or external pressure differential exceeding 2 psi, hereafter called PVHOs or chambers. This Standard also provides requirements for the design, fabrication, inspection, testing, cleaning, and certification of piping systems for PVHOs. A PVHO is a pressure vessel that encloses a human being within its pressure boundary while it is under internal or external pressure that exceeds a 2 psi differential pressure. PVHOs include, but are not limited to, submersibles, diving bells, personnel transfer capsules, decompression chambers, recompression chambers, hyperbaric chambers, high altitude chambers, and medical hyperbaric oxygenation facilities. This does not include nuclear reactor containments, pressurized airplane and aerospace vehicle cabins, and caissons.

**1.1.2** The requirements contained in this Standard are supplemented by the ASME Boiler and Pressure Vessel Code, hereafter referred to as the Code, and the ASME Code for Pressure Piping, B31.1 Power Piping, also referred to herein as ASME B31.1.

**1.1.3** In relation to the geometry of pressure containing parts, the following are considered to be parts of chambers:

(a) shells of revolution;

(b) openings and their reinforcement;

(c) nozzles and other connections;

(d) flat heads;

(e) quick-actuating closures;

(f) attachments and supports, including method of attachment;

(g) access openings;

(h) windows;

(i) where external piping is to be connected to the vessel:

(1) the welding end connection for the first circumferential joint for welded connections;

(2) the first threaded joint for screwed connections;

(3) the face of the first flange for bolted, flanged connections; and

(4) the first sealing surface for proprietary connections or fittings;

(j) pressure retaining covers for vessel openings;

(k) the first sealing surface for proprietary fittings for which rules are not provided by this Standard; and

(l) devices providing pressure relief to a chamber.

**1.1.4** Piping systems, as covered by this Standard, include all pressure piping and component parts which fall under the definition of breathing gas systems and life-sensitive systems as defined in mandatory appendix IV. Piping systems subject to the requirements of this Standard include, but are not necessarily limited to, the following:

(a) piping systems communicating with chamber pressure,

(b) breathing gas supply systems,

(c) ballast blow systems in submersibles, and

(d) hydraulic systems in diving bell or submersible handling systems.

Piping that is part of personal breathing equipment and cylinders and other containers used for the storage of gases are excluded from the requirements of this Standard.

1

Case 5:13-cv-00649-FL     Document 69-33     Filed 01/09/15     Page 15 of 24

## 1.2 General

**1.2.1** The PVHOs shall be designed, fabricated, inspected, tested, marked, and stamped in accordance with the requirements of this Standard and Section VIII of the Code. The user, or the user's agent, shall specify which Division of Section VIII of the Code shall be used.

**1.2.2** PVHO manufacturers shall hold a valid Certificate of Authorization for use of the ASME U or U2 Code Symbol Stamp, and shall complete Form PVHO-1, Manufacturer's Data Report for Pressure Vessels for Human Occupancy, to certify that each PVHO meets the requirements of this Standard and the applicable Division of Section VIII of the Code.

**1.2.3** PVHO window fabricators shall complete Form PVHO-2, Fabrication Certification for Acrylic Windows, to certify that each window meets the requirements of this Standard.

**1.2.4** Piping systems shall meet the requirements of Section 4 of this Standard.

**1.2.5** Revisions to this Standard, published in addenda, may be utilized upon publication and shall become mandatory 6 months after the date of issuance of the addenda.

## 1.3 PVHO Materials

**1.3.1** All chamber materials shall meet the requirements of this Standard and the specified division of Section VIII of the Code. The following materials shall not be used for pressure parts: SA-36, SA-283, SA-515, and cast and ductile iron.

**1.3.2** Ferrous materials of chambers shall also comply with the following requirements.

*(a)* Except as provided for in 1.3.2(b), (c), (d), or (e), drop-weight tests in accordance with ASTM E 208 shall be made on all wrought and cast ferrous materials. For plates, one drop-weight test (two specimens) shall be made for each plate in the as-heat-treated condition. For product forms other than plate, one drop-weight test (two specimens) shall be made for each heat in any one heat treatment lot. The sampling procedure for each form of material shall comply with the requirements of the specifications listed in the Code in either Table UG-84.3 or Table AM-204.3, as applicable. The test shall be conducted at a temperature 30°F (17°C) lower than the design minimum temperature for seamless and postweld heat-treated chambers, and 50°F

(28°C) lower for as-welded chambers. The two specimens shall both exhibit *no break* performance.

*(b)* When, due to the material thickness or configuration, drop-weight specimens cannot be obtained, Charpy V-notch tests shall be conducted. The Charpy V-notch test of each form of material shall comply with the requirements of the specifications listed in either Table UG-84.3 or Table AM-204.3, as applicable, in all respects, except the test temperature shall not be higher than that specified in 1.3.2(a).

*(c)* As an alternative to the provisions of 1.3.2(a), those materials listed in Table A1.15 of Section II, Part A, SA-20, of the Code may be accepted on the basis of Charpy V-notch testing. Testing shall be in accordance with the procedures contained in the specified division of Section VIII of the Code, except that the acceptance criteria for plate shall be from each plate *as heat treated*. The test temperature shall not be higher than that specified in 1.3.2(a) regardless of the temperature shown in Table A1.15 of SA-20.

*(d)* Ferrous materials which are 0.625 in. (16 mm) or less in thickness are exempted from the additional toughness tests of 1.3.2(a), (b), and (c) above provided these materials are

*(1)* normalized, fully killed, and made in accordance with fine grain practice; or

*(2)* fully killed, made in accordance with fine grain practice with a grain size of 5 or finer, and an operating temperature of 50°F (10°C) or higher.

*(e)* The additional toughness tests of 1.3.2(a), (b), and (c) may be waived for the 300 series stainless steels.

*(f)* When the material has a specified minimum yield strength exceeding 60 ksi (414 MPa), weld metal and heat-affected zone impact properties for weld procedure qualifications and weld production tests shall also meet the requirements of the specified division of Section VIII of the Code at a test temperature 30°F (17°C) lower than the design minimum temperature, regardless of the value of the design minimum temperature.

**1.3.3** PVHOs constructed of ferrous materials which are exposed to the corrosive effects of seawater or seawater atmosphere shall have provision made for the desired life by a suitable increase in the thickness of the material over that required by the design procedures, or by using some other suitable method of protection. In no case shall the corrosion allowance be less than that specified in Section VIII, Part UCS, of the Code for Division 1 vessels or less than that specified in the User's Design Specification for Division 2 vessels.

2

Case 5:13-cv-00649-FL    Document 69-33    Filed 01/09/15    Page 16 of 24

## 1.4 Design and Fabrication of PVHOs

The design and fabrication of PVHOs shall be in accordance with the specified division of Section VIII of the Code and the following requirements.

**1.4.1 Joint Design.** All PVHOs shall be designed with joints as follows.

(a) All joints of Categories A, B, and C shall be Type No. 1 of Table UW-12 for Division 1 vessels or shall comply with AF-221 for Division 2 vessels, except as permitted in 1.4.1(c).

(b) All joints of Category D shall be full penetration welds extending through the entire thickness of the vessel or nozzle wall. Backing strips shall be removed.

(c) Intermediate heads may be installed in accordance with Fig. UW-13.1(f), and per UW-13(c)(1) and UW-13(c)(2) for Division 1 vessels only, provided that all of the following conditions are met:

(1) the maximum allowable working pressure is less than or equal to 135 psig;

(2) the allowable stress used in the calculations for the two shells and intermediate head is 70% of the allowable stress found in Section II, Part D;

(3) the flange of the intermediate head shall be at least $1\frac{1}{2}$ in. long and shall be welded to the shell with a minimum fillet weld of $t_h/2$ or $\frac{1}{4}$ in., whichever is less; and

(4) the allowable shear stress value of the butt weld and the fillet weld shall be 20% of the stress value for the vessel material [see UW-13(c)(2)].

**1.4.2 Temperature Limit.** The design temperature shall not be below 0°F (–18°C) or above 150°F (66°C).

**1.4.3 Drain Openings.** Drain openings shall be provided.

**1.4.4 Opening Reinforcements.** All opening reinforcement shall be integral with the nozzle and/or shell. Reinforcement pads are not permitted.

### 1.4.5 Supports and Attachments

(a) The design must consider the external local forces transmitted to the chamber. For marine design purposes, these forces shall be at least 2.0g (19.6 m/s²) vertical, 1.0g (9.8m/s²) transverse, and 1.0g (9.8 m/s²) longitudinal, all acting simultaneously while the chamber is pressurized.

NOTE: The term 2.0g (19.6 m/s²) indicates a force which is equal to two times the weight of the component. The term 1.0g (9.8 m/s²) is a force equal to one times the weight of the component.

(b) Only those materials permitted for shells may be used for welded lifting attachments, and the material is to be compatible with that of the shell.

(c) Lifting attachments for submersible PVHOs are to be designed for the maximum anticipated load, given in 1.4.5(a), including shock. Weld details shall conform to the requirements of AD-910 of Section VIII, Division 2, of the Code.

**1.4.6 Brazed or Riveted Construction.** Brazed or riveted construction is prohibited.

### 1.4.7 External Pressure Design of Spheres and Spherical Segments

(a) Nomenclature

$C$ = a factor used to determine minimum shell thickness and length of the template used in checking local shell deviations

$E$ = modulus of elasticity for the material at design temperature, psi (MPa). (For this value, for Division 1 vessels, see the applicable material chart in Subpart 3 of Section II, Part D of the Code; for Division 2 vessels, see Tables TM-1 through TM-5 in subpart 2 of Section II, Part D.)

$L_c$ = chord length of template used to measure deviation from nominal circulatory, in. (mm)

$P_e$ = external design pressure, psi (MPa)

$PT$ = external test pressure, equal to 1.25 $P_e$, psi (MPa)

$R_o$ = nominal outside radius of spherical shell, in. (mm)

$S_y$ = minimum yield strength for the material at design temperature, psi (MPa). (For yield strength values, see Table Y-1, Section II, Part D, of the Code.)

$t$ = required minimum thickness of spherical shell exclusive of corrosion allowances, in. (mm)

(b) Thickness. The minimum required thickness for the spherical shell under external pressure exclusive of corrosion allowance shall be determined by the following procedure.

Step 1. Calculate the value of $C$ from the following two equations.

$$C = \text{the larger of } C_1 \text{ or } C_2$$

$$C_1 = \frac{0.75PT}{S_y}$$

$$C_2 = \sqrt{\frac{1.79PT}{E}}$$

3



**FIG. 1.4-1   VALUES OF $t/R_o$ AND $L_c/R_o$**

*Step 2.* Enter the left ordinate of Fig. 1.4-1 with the value of $C$ calculated in step 1. Move horizontally to an intersection with the solid curve. Extrapolation beyond the upper or lower limit of the curve is prohibited. When values of $C$ fall outside the limits of Fig. 1.4-1, design shall follow rules of Section VIII, UG-28(d) for Division 1 or AD-320 for Division 2.

*Step 3.* From the intersection obtained in step 2, move vertically down and read the required minimum ratio of thickness to outside radius $t/R_o$. This required minimum ratio applies to the spherical shell for the chosen material

yield strength, elastic modulus, and test pressure.

*Step 4.* Determine the minimum required thickness $t$ for the given outside radius $R_o$. The value of $t$ shall not be less than $\frac{3}{8}$ in. (10 mm) nor greater than 2 in. (50 mm). If the maximum thickness of the spherical shell including corrosion allowance exceeds 2 in. (50 mm), the rules of Section VIII, UG-28(d) (Division 1) or Article D-3 (Division 2), shall apply.

*(c) Tolerances*

*(1) Out-of-Roundness.* The difference between the maximum and minimum inside diameters at any cross

4

Case 5:13-cv-00649-FL    Document 69-33    Filed 01/09/15    Page 18 of 24

section shall not exceed 1% of the nominal inside diameter at the cross section under consideration. The diameters may be measured on the inside or outside of the sphere. If measured on the outside, the diameters shall be corrected for the plate thickness at the cross section under consideration. When the cross section passes through an opening, the permissible difference in inside diameters just given may be increased by 2% of the inside diameter of the opening.

(2) Local Shell Tolerances

(a) The maximum plus or minus deviation from the true spherical form, measured radially on the outside or inside of the vessel, shall not exceed 0.5% of the nominal outside radius of the spherical shell and shall not be abrupt. Measurements shall be made from a segmental template having the design inside or outside radius (depending where the measurements are taken) and a chord length $L_c$ equal to the arc length determined as follows.

(b) From the required minimum ratio of thickness to outside radius $t/R_o$ obtained in Step 3 of (b), move vertically upward on Fig. 1.4-1 to the intersection of the dashed line. Move horizontally to the right from the dashed line and determine the ratio of critical arc length to outside radius $L_c/R_o$. The chord length $L_c$ is obtained by multiplying this ratio by the outside radius $R_o$.

(d) Limitations. The following limitations apply to PVHOs designed in accordance with para. 1.4.7. For PVHOs not conforming to the following limitations, the external pressure design shall be as required by the specified Division of Section VIII of the Code.

(1) The maximum outside radius $R_o$ shall not exceed 60 in. (1500 mm).

(2) The maximum shell thickness, including corrosion allowance, shall not exceed 2 in. (50 mm).

(3) The minimum shell thickness, excluding corrosion allowance, shall not be less than $\frac{3}{8}$ in. (10 mm).

(4) The maximum external design pressure shall not exceed 900 psig (6.2 MPa gage).

(5) The fabricated vessel, regardless of thickness, shall be postweld heat treated in accordance with the requirements of Section VIII, Part UCS (Division 1 design) or Article F-4 (Division 2 design). The PWHT shall be accomplished prior to conducting the external pressure test.

(6) Materials of construction are limited to ferrous materials.

(7) These rules are applicable only for spheres and spherical segments and are not applicable to cylindrical vessel parts and forms of other shapes.

(e) External Pressure Test

(1) Test Pressure. All spherical vessels and vessels with spherical segments designed in accordance with para. 1.4.7 shall be subjected to an external hydrostatic pressure test that subjects every part of the vessel to an external pressure $PT$ not less than $1.25P_e$ to be marked on the vessel.

(2) Post Test Measurements. Measurements for determining the deviations specified in (c), Tolerances, shall be taken after the external pressure hydrostatic test. Any deviations exceeding the limits of (c) Tolerances, shall be corrected and the external pressure test repeated.

### 1.4.8 Windows

(a) The design pressure and temperature of the transparent materials shall meet, or exceed, the design pressure and temperature of the chamber.

(b) The design of transparent materials and their attachments to the chamber shall meet the requirements of Section 2 of this Standard.

(c) The transparent materials shall be fabricated by processes specified in Section 2 of this Standard.

(d) The designer shall consider all loadings, including, but not limited to, internal, external, hydrodynamic, hydrostatic, and thermal forces on the vessel.

**1.4.9 Hatch Design.** Hatches that do not use bolts **(02)** for attachments may be designed in accordance with the requirements of Division 1, appendix 1-6(g) with the following conditions:

(a) the circular centerline of the spherically dished head shall pass through the centroid of the flange;

(b) the connection of the dished head to the flange shall include fillet(s) of radius not less than 10 mm;

(c) if an O-ring seal is specified, it shall be located at the mean radius of the flange;

(d) hatch construction shall be from ferrous materials that meet ASME/PVHO requirements; and

(e) if the hatch is convex to pressure, the minimum thickness of the head shall be the greater of that determined in Division 1, appendix 1-6(g) and that calculated from para. 1.4.7.

**1.4.10 Rectangular Door Design.** If rectangular openings are employed in either Division 1 or 2 construction, a detailed analysis of the interaction of the entire assembly (i.e., door, door frame, adjacent shell, and relevant appurtenances) shall be performed to ensure the design is adequate for the intended application. For Division 2 vessels, the analysis shall be performed in accordance with appendix 4. For Division 1 vessels,

5

Case 5:13-cv-00649-FL    Document 69-33    Filed 01/09/15    Page 19 of 24

appendix 4 of Division 2 may be used as a guide using the allowable stress values of Division 1.

## 1.5 Inspection and Tests of PVHOs

**1.5.1** All Categories A, B, C, and D butt welds shall be 100% radiographed.

**1.5.2** The reverse side of the root pass of double-welded joints must be sound. This must be shown by MT or PT examination. If necessary, chipping, grinding, or melting-out may be required to assure sound metal. Weld metal shall then be applied from the reverse side.

**(02)**  **1.5.3** After hydrostatic tests, all pressure retaining, fillets, and/or seal welds that meet the requirements of para. 1.4.1 shall be examined in accordance with the requirements for either magnetic particle examination (Section V, Article 7, of the Code), or liquid penetrant testing (Section V, Article 6, of the Code). The acceptance criteria shall be those of the applicable requirements of Section VIII of the Code.

**1.5.4** All PVHOs designed for external pressure service shall be subjected to an external pressure hydrostatic test at 1.25 times the design pressure.

PVHOs designed for both internal and external pressure shall also be subjected to the internal hydrostatic test required by the specified Division of Section VIII of the Code.

**1.5.5** PVHOs which incorporate viewports in their pressure boundary shall be subjected to the required internal and/or external pressure tests with the transparent materials mounted in their seats per Section 2, Article 7, at the time of the original chamber certification by the PVHO manufacturer.

**(02)**  **1.5.6** In PVHO vessels which incorporate an intermediate head per 1.4.1(c), the following examinations shall be conducted.

(a) The butt weld joint shall be 100% radiographed and 100% ultrasonic examined per the requirements of Division 1.

(b) The butt weld and fillet weld shall be examined after hydrotest in accordance with para. 1.5.3.

## 1.6 Stamping and Reports of PVHOs

**1.6.1** Each PVHO shall be marked with the following:

(a) the designation of this Standard, PVHO-1;

(b) name of the manufacturer of the pressure vessel, preceded by the words "certified by";

(c) maximum allowable working pressure _____ psi

FIG. 1.6-1  FORM OF NAMEPLATE

(internal) and/or _____ psi (external) at _____°F maximum and/or _____°F minimum;

(d) manufacturer's serial number; and

(e) year built.

**1.6.2** The marking described in para. 1.6.1 shall be on a nameplate substantially as shown in Fig. 1.6-1. Nameplates shall be metal suitable for the intended service. Required nameplates shall be located in a conspicuous place on the vessel.

**1.6.3** Nameplates may have markings produced by either casting, etching, embossing, debossing, stamping, or engraving, except that the PVHO-1 lettering shall be stamped on the nameplate.

(a) The required markings on a nameplate shall be in characters not less than $\frac{5}{32}$ in. high, except the lettering PVHO-1 shall be not less than $\frac{3}{8}$ in. high.

(b) Characters shall be either indented or raised at least 0.004 in. and shall be legible and readable.

**1.6.4** The nameplate may be marked before it is affixed to the vessel, in which case the manufacturer shall ensure that the nameplate with the correct marking has been applied to the proper vessel.

**1.6.5** The nameplate shall be attached to the vessel or to a pad, bracket, or structure which is welded or soldered directly to the vessel. The nameplates shall be located within 30 in. of the vessel. Removal shall require the willful destruction of the nameplate or its attachment system.

(a) Nameplates may be attached either by welding, brazing, or soldering.

(b) Nameplates may be attached by tamper-resistant mechanical fasteners of suitable metal construction.

6

## FORM PVHO-1   MANUFACTURER'S DATA REPORT FOR PRESSURE VESSELS FOR
HUMAN OCCUPANCY
### As Required by the Provisions of ASME PVHO-1

1. Manufactured and certified by _____

2. Manufactured for _____

3. Location of installation _____

4. Type _____ _____ _____ _____
                               (drawing no.)           (mfr. serial no.)          (year built)

5. The chemical and physical properties of all parts meet the requirements of material specifications of ASME PVHO-1-
_____ (year) and Addenda to _____ (date) and Case nos. _____ . In addition,
the design, construction, and workmanship conform to ASME Section VIII, Division _____ (1 or 2), _____ (year)
and Addenda to _____ (date) and Code Case nos. _____ .

6. Constructed for maximum allowable working pressure of _____ psi (internal) and/or _____ psi (external),
at a maximum temperature of _____ °F and/or minimum temperature of _____ °F, and hydrostatic test pressure
of _____ psi (internal) and/or _____ psi (external).

7. Service: Fatigue analysis required _____ _____
                               (yes or no)                 (describe service)

8. Windows: Certification Reports, properly identified and signed by the window fabricator, are attached for the following items.

| No. | Location | Type | Diameter or Size | Nominal Thickness | How Attached |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

9. Manufacturer's Data Reports/Partial Data Reports, completed in accordance with the ASME BPV Code, Section VIII, Division
_____ (1 or 2), and properly identified and signed by Commissioned Inspectors, are attached for the following items (use
Form PVHO-1S for additional items, if necessary).

| Data Report | Remarks (name of part, manufacturer's name, and identifying stamp) |
|---|---|
| | |
| | |
| | |
| | |
| | |

### CERTIFICATION OF DESIGN

User's Design Specification on file at _____

Manufacturer's Design Report on file at _____

User's Design Specification certified by _____ P.E. State _____ Reg. no. _____

Manufacturer's Design Report certified by _____ P.E. State _____ Reg. no. _____

### CERTIFICATION OF COMPLIANCE

We certify that the statements made in this report are correct and that all details of material, construction, and workman-
ship of this vessel conform to the ASME Safety Standard for Pressure Vessels for Human Occupancy (PVHO-1).

ASME Certificate of Authorization _____ (U or U2). Certificate no. _____ Exp. date _____

Date _____ , 20 _____ Company name _____ Signed _____
                                         (PVHO mfr.)              (representative)

GENERAL NOTE: This form may be reproduced and used without written permission from ASME if used for purposes
other than republication.

Case 5:13-cv-00649-FL    Document 69-33    Filed 01/09/15    Page 21 of 24

### FORM PVHO-1S   MANUFACTURER'S DATA REPORT SUPPLEMENTARY SHEET
### As Required by the Provisions of ASME PVHO-1

1. Manufactured and certified by _____
2. Manufactured for _____
3. Location of installation _____
4. Type _____

  (drawing no.)          (mfr. serial no.)          (year built)

| Data Report | Remarks (name of part, manufacturer's name, and identifying stamp) |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Date _____ , 20 _____ Company name _____ Signed _____

          (PVHO mfr.)          (representative)

GENERAL NOTE: This form may be reproduced and used without written permission from ASME if used for purposes
other than republication.

8

**1.6.6** In addition to the requirements of paras. 1.6.1 through 1.6.5, the stamping requirement of the specified Division of Section VIII of the Code shall be met.

**1.6.7** The data report form from the specified Division of Section VIII of the Code shall be attached to the Manufacturer's Data Report, Form PVHO-1.

**1.6.8** Windows in the PVHO shall be marked as required by Section 2 of this Standard.

## 1.7 PVHO Pressure Relief Devices

**1.7.1** The need to maintain control of the pressure within chambers necessitates the inclusion of in-service operational requirements for pressure relief devices. Pressure excursions can be hazardous to individuals undergoing decompression, and there shall always be persons in attendance to monitor the PVHO in the event of an accident. Therefore, the following requirements shall be met for pressure relief devices installed on chambers.

(*a*) The applicable provisions of Section VIII, UG-125 through UG-136 (Division 1), or Part AR (Division 2), shall be met.

(*b*) A quick-operating manual shutoff valve shall be installed between the chamber and the pressure relief valve, and shall be normally sealed open with frangible seal as permitted in Section VIII, UG-135(e) and appendix M of Division 1 and appendix A of Division 2. The valve shall be readily accessible to the attendant monitoring the operation of the chamber.

(*c*) Rupture disks shall not be used, except in series, with pressure relief valves to prevent gas leakage, and shall meet all other applicable requirements of the Code.

9

# SECTION 2
# VIEWPORTS

## ARTICLE 1 GENERAL

### 2-1.1

The term *viewport* is defined, for the purpose of this Standard, as a penetration in the pressure vessel including the window, flange, retaining rings, and seals. The term *window* shall refer to the transparent, impermeable, and pressure resistant insert in the viewport.

### 2-1.2

The windows covered by this Standard are intended for use only in chambers with window service conditions defined by

(a) *maximum allowable working pressure*, equal to design pressure;

(b) *maximum temperature at design pressure*, equal to design temperature; and

(c) *pressure cycles* at design pressure and temperature.

### 2-1.3

The windows covered by this Standard are not intended for chambers where any of the following restrictions on design parameters are exceeded.

(a) The operating temperature shall be within the 0°F to 150°F (–18°C to 66°C) temperature range.

(b) The pressurization or depressurization rate shall be less than 145 psi/sec (1 MPa/s).

(c) The contained fluid (external or internal) shall be only water, seawater, air, or gases used in life support systems.

(d) The number, or the total duration, of pressure cycles during the operational life of the window shall not exceed 10,000 cycles or 40,000 hr, respectively.

(e) The maximum operational pressure shall not exceed 20,000 psi (138 MPa).

(f) The exposure to nuclear radiation shall not exceed 4 megarads.

(g) The design life of the windows shall not exceed the time limits specified in para. 2-2.7.

### 2-1.4

Windows covered by this Standard include windows manufactured during original construction and windows used as replacements during the service life of the chamber.

### 2-1.5

Each window shall be individually identified by the window fabricator in accordance with para. 2-6.1.

### 2-1.6

The window fabricator shall provide an overall window certification which shall certify that the window has been fabricated in accordance with all applicable requirements of the Standard (see Form PVHO-2 for a representative certification form). The window certification shall provide traceability of the window throughout all processes associated with its manufacture.

### 2-1.7

In addition to the overall window certification, the following certifications shall be required for a window to be considered acceptable for use in chambers:

(a) a *design certification* for each window and matching viewport assembly that shall include a summary of engineering calculations and/or a description of the experimental method and data used to verify compliance of the window design with the requirements of this Standard (see Section 2, Article 2, for design requirements);

(b) a *material manufacturer's certification* for each lot of acrylic that shall certify that the material meets or exceeds the minimum values of physical properties specified in Table 2-3.1 for each lot and verify for each casting or lot (see Section 2, Article 3, for material certification requirements);

(c) a *material certification* for each window shall certify that the material meets the minimum values specified in Table 2-3.2 and that these properties have been experimentally verified. Average values specified in Table 2-3.2 shall be reported (see Section 2, Article 3, for material certification requirements); and

10