# EXHIBIT GG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

Civil Action No.: 5:13-cv-00649-FL


AMY SPARKS, Individually, and      )

ROBERT D. SPARKS, as Personal      )

Representative of the ESTATE OF    )

JARRED B. SPARKS,                  )

             Paintiffs,           ) VIDEO

-vs-                               ) DEPOSITION OF:

                              ) W.T. WORKMAN

                              ) July 25, 2014

OXY-HEALTH, LLC and                )

OXY-HEALTH CORPORATION,            )

             Defendants.          )

_____


The deposition of W.T. WORKMAN, taken

before Lynda A. Bousquet, Registered Professional

Reporter and Notary Public, at the law offices of

Motley Rice, LLC, 28 Bridgeside Boulevard, Mt.

Pleasant, South Carolina, on Friday, July 25, 2014,

at 10:00 a.m.

Q    Okay.  So we testified before -- and I don't want to rehash that.  I just want to make sure I fully understand that, because this -- it's complicated.  You have testified before that the AS -- the PVHO requirements don't apply to the Vitaeris chamber?

MR. SWETT:  Again, objection.

A    No.  No.  No.  No.  You're -- no.  No.  No. No.

MR. SWETT:  This is the whole thing I was talking about.

A    They -- they do apply.  They do not comply. There's a difference.

Q    Who doesn't -- you're saying the Vitaeris doesn't comply?

A    The Vitaeris 320 does not comply with the requirements of ASME PVHO.

Q    Okay.  Because in your -- in your -- in your outline, it talks in there about how the author concludes that ASME PVHO does not comply in the home setting -- does not apply in the home setting, correct?

A    As we've said time and time again, technically, the NFPA is not -- does not cover the home environment.  However, that does not remove the

**scope of that document, please.**

A    1.1.1:  This standard provides requirements for the design, fabrication, inspection, testing, marking, and stamping of pressure vessels for human occupancy having an internal or external pressure differential exceeding 2 psi, thereafter called PVHOs or chambers.

**Q    Okay.  Based on your review of the material in this case, do you have an opinion as to whether or not ASME PVHO-1 applies to the Vitaeris 320 chamber at issue in this case?**

MR. CHIGNELL:  Objection to the form.

A    Yes.  It applies.

**Q    Okay.  And what is the basis of that opinion?**

A    The basis of the opinion is that in 1996 or, roughly, as a -- as the chairman of the medical system subcommittee, I was asked by the sitting chairman at the time to define what the scope of service for ASME PVHO was because, at that point, it was undefinable.  It simply said the pressure continuum.

So we -- we contacted the Aerospace Medical Association and the Undersea & Hyperbaric Medical Society and asked the question what is the lowest

Case 5:13-cv-00649-FL    Document 69-34    Filed 01/09/15    Page 4 of 6

pressure should a hyperbaric chamber fail, what is the lowest pressure that would result, could result in physical harm or tissue damage.

The answer that came back from the Aerospace Medical Association was 2 psi, the pressure differential over that pressure boundary. The answer that came from the Undersea & Hyperbaric Medical Society also was 2 psi.

So ASME PVHO at the time revised the scope, and I can't remember the year that it became effective, it might have been the 1997 edition of ASME PVHO, by which we first rolled out the new scope of the standard which set compliance for any pressure vessel that had a differential of 2 psi or greater.

**Q     And does the Vitaeris chamber at issue in this case have a differential pressure greater than 2 psi?**

A     Yes, it does.

**Q     Do you have an opinion as to whether or not the Vitaeris chamber at issue in this case complies with the safety requirements of ASME PVHO?**

A     I would have to --

MR. CHIGNELL:  Object to the form of the question.  You can go ahead and answer.

A     I will have to say, no, it does not comply.

Q   Let me ask you:  Even if it's not legally mandated by state law, is PVHO still recognize, the recognized safety standard for the design, fabrication, inspection, and testing of hyperbaric chambers with pressure differential exceeding two psi?

MR. CHIGNELL:  Objection to the form of the question.

A   Yes.

Q   Even if PVHO's not enforceable by local, state, or federal agencies, is PVHO still the recognized safety standard for hyperbaric chambers with pressure differential exceeding 2 psi?

A   Yes.

MR. CHIGNELL:  Object to the form of the question.

Q   Do you know whether or not the Life Safety Code has been adopted by North Carolina?

A   NFPA 99 has been.  I have not checked all 50 states, but I have been told by staff members of NFPA is that NFPA 101 is universal with regard to the states.  Let me -- let me expand on that.

Q   Okay.

A   Medicare has required compliance to the Life Safety Code for many years.  Medicare is involved in

Case 5:13-cv-00649-FL   Document 69-34   Filed 01/09/15