# EXHIBIT HH

FDA Home[3] Medical Devices[4] Databases[5]

**Product Classification**

New Search                                                          Back To Search Results

| | |
|---|---|
| Device | Chamber, Hyperbaric |
| Regulation Description | Hyperbaric chamber. |
| Regulation Medical Specialty | Anesthesiology |
| Review Panel | Anesthesiology |
| Product Code | CBF |
| Premarket Review | Office of Device Evaluation [6](ODE) |
| | Division of Anesthesiology, General Hospital, |
| | Infection Control, and Dental Devices (DAGRID) |
| | Anesthesiology Devices Branch (ANDB) |
| Submission Type | 510(k) |
| Regulation Number | 868.5470[7] |
| Device Class | 2 |
| Total Product Life Cycle (TPLC) | TPLC Product Code Report[8] |
| GMP Exempt? | No |

Recognized Consensus Standards

- NFPA 99:2005 Standard for Health Care Facilities Chapter 20 - Hyperbaric Facilities[9]
- ASME PVHO-1-2007 Safety Standard for Pressure Vessels for Human Occupancy[10]

Third Party Review

Eligible for Accredited Persons Program[11]

Accredited Persons

- Dekra Certification B.v.[12]
- Regulatory Technology Services, Llc[13]
- Tuv Sud America Inc.[14]

Links on this page:

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain
2. http://www.addthis.com/bookmark.php
3. http://www.fda.gov/default.htm
4. http://www.fda.gov/MedicalDevices/default.htm
5. http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/Databases/default.htm
6. http://www.fda.gov/AboutFDA/CentersOffices/OfficeofMedicalProductsandTobacco/CDRH/CDRHOffices/ucm127854.htm#ODE
7. ../cfcfr/cfrsearch.cfm?fr=868.5470
8. ../cfTPLC/tplc.cfm?id=98
9. ../cfstandards/detail.cfm?standard__identification_no=15594
10. ../cfstandards/detail.cfm?standard__identification_no=31611
11. http://www.fda.gov/medicaldevices/deviceregulationandguidance/howtomarketyourdevice/premarketsubmissions/thirdparyreview/default.htm
12. ../cfthirdparty/accredit.cfm?party_key=381#top
13. ../cfthirdparty/accredit.cfm?party_key=282#top
14. ../cfthirdparty/accredit.cfm?party_key=130#top

Page Last Updated: 03/24/2014

Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.

Accessibility Contact FDA Careers FDA Basics FOIA No Fear Act Site Map Transparency Website Policies

U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Email FDA

USA.gov

For Government For Press

Combination Products Advisory Committees Science & Research Regulatory Information Safety Emergency Preparedness International Programs News & Events Training and Continuing Education Inspections/Compliance State & Local Officials Consumers Industry Health Professionals FDA Archive

U.S Department of Health & Human Services

Links on this page:

EXHIBIT
22
PATEL
7-10-14

PENGAD 800-631-6989

Case 5:13-cv-00649-FL     Document 69-35     Filed 01/09/15     Page 2 of 2

MR_Sparks 000470