# EXHIBIT II

Case 5:13-cv-00649-FL    Document 69-36    Filed 01/09/15    Page 1 of 7

EXHIBIT
51
Workman
1.25.14
63
PENGAD 800-631-6989

# SOS LIMITED

# hyperlite



## Folding Portable Hyperbaric Stretcher & Treatment System

MR_Sparks 000588

# The SOS HYPERLITE

## Emergency Evacuation Hyperbaric Stretcher and Treatment System

The SOS HYPERLITE Emergency Evacuation Hyperbaric Stretcher and Treatment System is truly innovative, quick deployment, first aid medical equipment. It is the product of the latest technology and is manufactured using modern composite materials to their best advantage.

The unit operates in the same way as a hyperbaric chamber, by providing 100% oxygen on demand through a built-in breathing system (BIBS) mask, whilst the stretcher is filled with air at above ambient pressure.

The equipment is suitable for use anywhere from diving sites, remote locations, war zones, to hospitals and nursing homes as well as on the move in aircraft, helicopters, boats, ships, submarines, ambulances or road vehicles.

The overriding advantage of Hyperlite, over other hyperbaric units, normally of metallic construction, is that its lightness, foldability and versatility, deem it suitable for 'on the move' operation, a very significant benefit where remoteness, inclement conditions and/or other dangers may be present at the incident site.

Treatment starts at the incident site, with final resolution sometimes being achieved elsewhere at a multiplace hyperbaric chamber, in the comfort of a hospital or at a rear-echelon facility where full hands-on medical support is available.

Hyperlite is not only therapy equipment; but also a Transfer Under Pressure (TUP) capsule moving a casualty to or from pressurized environments where the problem of being subjected to ambient pressure may be life threatening - such as in submarine rescue.

In view of its performance, it is suitable for treating the vast majority of pressure related illnesses as experienced by divers and submariners, pilots and astronauts, mountaineers and tunnellers.

It is also suitable for administering Hyperbaric Oxygen Therapy (HBO) to treat acute trauma, acute blood loss, burns or crush injuries experienced in the battlefield or at virtually any accident site, for military personnel and civilians alike. Many other conditions such as gas gangrene, carbon monoxide poisoning, smoke inhalation, air and gas embolism and sports injuries and can be similarly treated.



Made from fire retardant materials with low fire, smoke and toxicity properties, Hyperlite is non-magnetic, is unaffected by U-V radiation and is suitable for

Case 5:13-cv-00649-FL    Document 69-36    Filed 01/09/15    Page 3 of 7

MR_Sparks 000589

radiographic diagnosis whilst under pressure, through its flexible wall.

The system incorporates advanced composite materials in such a way as to combine incredible strength with high flexibility; a vessel that will withstand over six times its working pressure when tested to destruction and yet be stored in a box that is only one quarter of its operational length.

The entire unit is self-sealing and becomes totally rigid even with minimal pressure. Being so small, Hyperlite passes directly through the open door of most traditional type therapy chambers to guarantee transfer under pressure - without the requirement for a lock-on flange.

Integrated into both ends of the para-aramid fibre and silicone rubber tube are reinforced flexible seals that retain the two large diameter end windows, once the patient is inside. These windows provide good internal lighting, giving the operator excellent visual monitoring at all times and offering a comforting sense of spaciousness to the patient.

Patient comfort is further enhanced by a two-way comms system and by a medical lock, if fitted, through which small items can be passed in or out of the stretcher, whilst under pressure.

Injured or sick patients may be transferred into and out of the unit using a wheeled litter or drag mattress made with fire retardant cotton. Full monitoring is possible as is patient ventilation under medical supervision.

When not in use, all the parts of Hyperlite can be folded away into two compact protection cases, small enough to be checked in as personal baggage at the airport.

For the operator, Hyperlite is easy to assemble with few connections, each different to avoid error. The control box has just three main control valves, two to adjust the pressure in the unit and one to alternate the breathing gases.

Hyperlite is the only unit of its kind built to the demanding ISO 9001 Quality Standard, approved for construction under Lloyd's Register 'Rules and Regulations for the Construction and Classification of Submersibles and Underwater Systems', the US National Standard, ASME PVHO-1 'Pressure Vessels for Human Occupancy' and the U.S. Navy Diving and Manned Hyperbaric Systems Safety Certification Manual. That is why Hyperlite is setting the standard in hyperbaric stretchers for the Military, Coast Guard, Commercial Diving Contractor, Scientific Diving Organization, Dive Resort, Live Aboard, Emergency Medical Service, Air Ambulance and by Medical Establishments around the world.

Hyperlite is cost effective with unprecedented versatility. It combines great strength, lightness, flexibility and portability and has been developed to preserve our greatest asset – LIFE.



MR_Sparks 000590





Photos courtesy of U.S. NAVY COMSUB DEVRON 5

MR_Sparks 000591



Internal Pressure Gauge (Optional)

Air Pressure Reducer

Oxygen Pressure Reducer

AIR

OXYGEN

Control Box

Penetrator Plate

Umbilical

2245mm (88.4")

Protection Ring

Lifting Sling (Optional)

592mm (23.3")

Medical Lock (Optional)

Penetrator Plate

Lifting Strap

Lifting Strap

92mm (3.6")

Acrylic Window

Acrylic Window

Case 5:13-cv-00649-FL    Document 69-36    Filed 01/09/15    Page 6 of 7

MR_Sparks 000592

# Technical Specifications

| SPECIFICATION | | METRIC | IMPERIAL |
|---|---|---|---|
| MODEL NO. | | 59/ 225/ SAT/ 21 | 24/ 88/ SAT/ 70 |
| DIMENSIONS | LENGTH (NOMINAL) | 2245 MM | 88.4 INS |
| | DIAMETER (NOMINAL) | 592 MM | 23.3 INS |
| VOLUME | | 570 LTS | 20.1 CU FT |
| PRESSURES | MAX. WORKING (MWP) | 2.1 BAR 21 MSW | 30.5 PSI 69 FSW |
| | PNEUMATIC TEST | 1.5 x MWP | 1.5 x MWP |
| | AVERAGE BURST | 6+ x MWP | 6+ x MWP |
| WEIGHTS | VESSEL | 55 KG | 120 LB |
| SYSTEM IN CASES | (1+2) | 57 + 38 = 95 KG | 125 +84 = 209 LB |
| CASE SIZES (*with medilock) | LARGE (1) | 70 x 70 x 59 CM | 28 x 28 x 23 INS |
| | SMALL (2) | 65 x 65 x 36 (*+9) CM | 26 x 26 x 15 (*+3.5) INS |
| TEMPERATURE RANGE | | -20°C to +40°C | -0°F to 100°F |

## STANDARD ITEMS
Flexible composite tube - Protective fabric cover with lifting straps (2) - End domes in protection rings - Penetrator plate - Control box - Umbilical - Breathing mask (BIBS) with overboard dump - Two-way intercom - HP air & oxygen pressure reducers - LCD clock timer - Storage/transport cases (2) & parts case - Manufacturers Manual (in English)

## OPTIONAL EXTRAS
Medical lock - Wheeled litter - Drag mattress - Lifting sling (stretcher horizontal) - Lifting strap (additional) c/w handles, D rings & chocks - Zipped storage bags (675 Ø x 675 & 600 Ø x 310) - Extra penetrations (pipework or electrical) - Supply gas cylinders (euro certified) c/w harnesses and boot - HP air &/or oxygen adapters - Oxygen monitor - Oxygen & carbon dioxide monitor - LCD thermometer &/or hygrometer - Exhaled gas hose - Caisson gauge (-15 +80 FSW/-5 + 30 MSW) - Internal analog pressure gauge - Activated carbon filter for scuba air - Silicone rubber repair kit - Oxygen rebreather system

## BUILD STANDARDS
• Safety Standard for Pressure Vessels for Human Occupancy - ASME PVHO-1 (2001) & Code Case 6
• U.S. Navy Diving and Manned Hyperbaric Systems Safety Certification Manual
• Lloyd's Rules and Regulations - Submersibles & Underwater Systems 1989
• ISO 9001:2001 Quality Standard

## US DoD & LLOYD'S TESTS
• Burst, cyclic & drop tests • Hot/cold storage & operational tests
• Solar radiation & salt fog resistance tests • Vibration & radio susceptibility tests

## WARRANTY Full 1 yr Warranty against faulty materials or workmanship

## TOPICAL POINTS
• In service since 1991 • Easily assembled • Packs into 2 compact travel cases
• Minimal spares requirement • Very low maintenance • Training courses available

## MILESTONES
• U.S. FDA 510(k) approval 1991 • U.K. Design Council 'Millennium Product' 2000
• U.S. DoD military certification 2001



**SOS LTD, 612 Watford Way London NW7 3JH England**
**TEL +44 (0) 20 8959 8959  FAX +44 (0) 20 8959 7971**
**Email: sos@hyperlite.co.uk • Website: www.hyperlite.co.uk**

Hyperlite is a Registered Trade Mark of SOS Limited • Patented Internationally • E&OE

Designed and produced by Marketing & Advertising Communications, London, NW7 4RS

Case 5:13-cv-00649-FL     Document 69-36     Filed 01/09/15     Page 7 of 7     MR_Sparks 000593