EXHIBIT KK

INTERNATIONAL HYPERBARICS ASSOCIATION, INC.

# The Pressure Point

September 2005

Volume 6
Issue 9

# AUTISM & ITS GROWING HYPERBARIC MOVEMENT






The autism community has recently witnessed a current upsurge in their interest for Hyperbaric Medicine.

Even though hyperbaric oxygenation has been employed, for many years now, by pioneering neurologists and medical doctors in their brain injury practices, it has not been until now that mainstream doctors are noticing what a little pressure can do.

Following parents' leads, we sought out Dr. Julie Buckley, a DAN! (Defeat Autism Now!) physician and mother to an autistic child, to get answers about the growing medical option of hyperbaric oxygenation.

Dr. Buckley has had a neurotypical practice since 1994—and has been following the DAN! Protocol for 2 years. In her practice alone, Dr. Buckley sees 20 new cases of autism a month, in addition to other cases.

With the inclusion of Hyperbarics, Dr. Buckley has noticed dramatic improvements in the lives of her patients, many of whom had previously only seen relatively minor to no improvements in their conditions.

One patient, Gentry, a 9 year-old autistic girl, previously showed no significant improvement, even after multiple interventions.

She was non-verbal, barely able to communicate with a few signs. Besides this, she was constantly in motion, even at nighttime.

The girl's mother sought out hyperbarics, only out of desperation. Her daughter had just gone through a month long period without sleep.

Today, after 80 to 100 chamber dives, the 9 year old is calm, sleeps through the night, can go bowling, is speaking 3 words, and is going to school. Side perks include playing with her dad, and up until now, being able to take a trip to Disneyland.

Besides her patients, Dr. Buckley's own 7 year old daughter has seen magnificent progress since starting hyperbaric oxygenation. Dr. Buckley's daughter was diagnosed with autism when she was five years old. According to the Childhood Autism Rating Scale (CARS) she was classified at 49—out of a 15-60 range scale.

The 40-60 range scale is considered severe autism; the 30's range is moderate; and 15-30 range is not considered autism.

Dr. Buckley's daughter is now NOT considered autistic with a classification of 17!

Dr. Buckley, as well as many other certified DAN! doctors, prescribe a particular regimen of diet, physical therapy and other beneficial interventions, such as hyperbarics, for patients dealing with autism at various affected levels.

**Finding Hyperbarics**

Dr. Buckley herself came upon hyperbaric oxygenation only by happenstance. She had been aware of Hy-

(Continued on page 2)

## Inside this issue:

Autism and Its Growing Hyperbaric Movement ... 1-2, 15

A Poem from Dr. Buckley's Office ... 3

Brain's Immune System Triggered in Autism ... 4

Treatment of Neurologically Impaired Adults and Children with "Mild" Hyperbaric Oxygen (1.3 ATA and 24% Oxygen) ... 5-7

A Look at Autism: ... 8-15,
IHA Member Testimonials ... 16

Upcoming ACAM Conference ... 15

About Us ... 12

Case 5:13-cv-00649-FL     Document 69-38     Filed 01/09/15     Page 2 of 17

MR_Sparks 000026

## Autism & Its Growing Hyperbaric Movement

*(Continued from page 1)*

perbaric Chambers in hospitals, but never thought they would impact the lives of her patients, until one day at the SuperBowl —XXXIX to be exact—when an athlete healed himself into the game.

As we reported in our June 2004 *Pressure Point* issue, Terrell Owens, Receiver for the Philadelphia Eagles, recovered from a severe ankle injury just weeks before the big game. Against doctor's orders, Owens began treating his injury with mild hyperbaric oxygenation.

Dramatically, his ankle began to heal, and he was able to perform incredibly well during the game.

The days following that game proved fruitful to Dr. Buckley. She was able to try the chamber in her own clinic when she serendipitously met with The Hyperbaric Therapy Center's representative, Bill Schindler, who had been delivering a chamber to Terrell Owens' room right before the game.

In fact, it was the same chamber that Owens had borrowed that was initially taken to Dr. Buckley for her patients to try.

What started out as one patient trying the chamber, turned into a 9 hour long trial by several patients—as one by one, the tightly knit group of parents called each other with the good news about the hyperbaric chamber.

Within the first few chamber dives, parents noticed reactions from their children, noting a calming effect and the fact that listless children were sleeping through the night.

Since then, Dr. Buckley and those patients treated immediately became believers in hyperbaric oxygenation. Changes in patients include cognition changes, increased verbalizations—in some cases, single words, not spoken before. Also, "The gut often time changes," Dr. Buckley advises.

"Children become more 'present'," she adds, noting that they connect with their families, making eye contact and playing interactively.

"Even though cognition improves," Dr. Buckley notes," measurable tests such as SPECT pose a problem for children with autism, in particular, because of the toxins in the anesthesia required to administer the test."

### A Paper Titled "How Mild Hyperbaric Oxygen Works and Why it is Good for Our Children"

Dr. Buckley writes:

"With lower pressure and less Oxygen in the mild chambers that are FDA approved for use in the home, we can potentially continue daily treatment indefinitely. The possibility of continued steady improvement is very real and, in fact, our long term patients give testimony to ongoing improvements that constantly evolve."

*Parents ask: Is this the magic bullet we've been awaiting?*
According to Dr. Buckley mild hyperbaric oxygen will not be the panacea. Once revitalized, the brain cells still have to

be trained to do what they were intended to do (i.e. therapy) and they will still need ongoing metabolic support (nutrition and vitamin supplementation) to complete their rehabilitation. She reminds too, that the brain is only one area that needs healing in autistic children. That being said, oxygen is critical to most processes within the human body and perhaps the best description of its role will be to augment to every therapy and treatment a child is offered.

### *Dr. Buckley's bottom line*

"We know that our children have sustained benefit from 20, 30 and 40 sessions of mild hyperbaric oxygen. Testimonials of parents and physicians have documented this and research needs to confirm it. I suspect that if we continue to use mild hyperbaric oxygen over the course of a child's lifetime, in daily doses of one to two hours a day, we may eventually be able to revitalize much of their dormant brain tissue.

I'm also sure there is an impact on immune function and gut healing. I do not yet know if the oxygen alone will detoxify a child (I suspect not, but it may facilitate other agents doing that eventually). There is a tremendous amount to learn in this area, but I strongly suspect that mild hyperbaric oxygen therapy has quite a role to play in getting our children healthy and ready to take an active role in society."

### *How much is too little and how much is too much?*

Dr. Buckley warns against over-oxygenation. She reminds that while a little oxygen (at low pressure) is good, too much oxygen (and pressure) is toxic and can actually induce oxidative stress, impairing healing of any sort.

"This is true because the human body's relationships with oxygen are almost all curvilinear—sigmoid "s" shapes, bell curves that start low, go high, and come back down low with increasing numbers across the bottom of the graph, so that there can actually be a bad effect from too much.

If a little is good, more is not necessarily better. The world of hyperbaric medicine is learning that lower pressures and less oxygen has excellent effect on multiple systems of our bodies. This in turn, appears to be promoting healing in many previously chronic medical conditions."

### *Hyperbaric Research*

Dr. Buckley and her associates are currently conducting research to find out how hyperbaric oxygenation helps autistic children. Groups such as The Thoughtful house in Texas, Pediatric Partners of Ponte Verdra, and the Hyperbaric Therapy Center in Georgia, have initiated patient evaluations on patients.

Using a severity-rating scale developed by Autism Research Institute (est. 1967) to rate several systems often associated with autism, ATEC (Autism Treatment Evaluation Checklist), results will be monitored regularly over the course of mild hyperbaric oxygen sessions.

### The Trend Toward Hyperbarics

Dr. Buckley is one of many doctors discovering the benefits of hyperbaric oxygen for the autistic patient. Thanks in part to the work of doctors in her network, Autism Research Institute/ Defeat Autism Now! (DAN!), a project of ARI.

*(Continued on page 3)*

Case 5:13-cv-00649-FL     Document 69-38     Filed 01/09/15     Page 3 of 17

MR_Sparks 000027

*(Continued from page 2) Autism and Growing Movement*

Doctors in her network include Founder Bernard Rimland, PhD, whose child has been affected by autism since the age of 2 in 1958; Jeff Bradstreet, MD, with a practice in Melbourne, Florida; Jerry Kartzinel, MD, affiliate of the Thoughtful House in Texas; and IHA Provider Member Giuseppina Feingold, MD, who also has a child with autism and specializes in the treatment of brain-injured children.

In its inception, ARI was criticized for its holistic approach toward Autism. While mainstream medicine prescribed such drugs as Prozac for the management of autism, ARI doctors have treated patients by modifying food intake, implementing new therapies and looking for new avenues.

### The IHA and ARI Research

Like ARI, the IHA has recognized the role that Hyperbaric Oxygen Therapy has been playing in the lives of children with Autism (and children on the Autism Spectrum). For years, the IHA and has been working diligently to find a way to make hyperbaric oxygen more readily available to families with autistic children.

The IHA, in collaboration with the ARI, has been working to provide a reasonable study that will be implemented in the year 2006. This study will serve as a stepping stone to future research in the fields of Autism and Hyperbaric Therapy. The IHA, Dr. Rimland and his dedicated staff have had several meetings to ensure that this study is conducted in a professional and accurate manner.

Hyperbaric Oxygen Therapy will be 'on the table' at the upcoming DAN! Conference, where Dr. Buckley and Dr. Kartzinel will be presenting their research on Hyperbaric Therapy and Autism to the Think Tank of DAN!. Also present at the Think Tank will be Paul Harch M.D., Jo Feingold M.D., Gunnar Heuser M.D., Michael Uszler M.D., and Shannon Kenitz of the IHA.

Though we are not able to announce the results of this study until findings are revealed at the DAN! Conference, the IHA has been informed that so far preliminary results are very promising.

In addition, the IHA along with Dr. Rimland from the ARI will be hosting a private meeting at the upcoming DAN! Conference with leaders in the field of Hyperbaric Medicine. Some of the Physicians involved in this meeting are both from the DAN! Physician network as well as from the established Hyperbaric Medical Professions.

The opportunities that are widening for families with Autistic children through HBOT have been amazing thus far. As responsible physicians continue to get the word out about their empirical data with hyperbaric oxygenation, more lives continue to be impacted in ways previously unimaginable. The results—however anecdotal (and fast becoming hard evidence)—speak for themselves.

The IHA is dedicated to the advancement of Hyperbaric research within the Autism population. It behooves doctors and patients to look into a therapy that has affected many and which continues to be the 'word' out on the Autism circuit.

Look for further updates on the upcoming studies!

*(Continued on page 15)*

## A Poem from Dr. Buckley's Office

### Written by Gentry's Mother, Amy

#### NOT LONG AGO

Not long ago, there was more running away than staying,

Not long ago, there was more hitting than touching,

Not long ago, there was more stimming than playing,

Not long ago there was more biting than kissing,

More staring than looking.

Not long ago, there was more bouncing than sitting,

More unbuckling than securing.

Not long ago there were more cries than laughter,

More yelling at than listening to.

Not long ago, there was little sleeping, loving and learning—

Just look at me now!



Amy and Gaby

*This poem was written as Amy watched her daughter play with her daddy in the swimming pool on Father's Day. It was a first for them.*

*Gentry has had virtually every therapy imaginable over the course of about seven years. She had made very little progress until trying mild hyperbaric oxygen therapy.*

*Over the course of six months, she can now speak three words and can sit still long enough to learn. She communicates with head nods, is wonderfully affectionate, can be taken out in public—allowing her parents to eat supper together while she and her sister play in the pool.*

*In the last few weeks she has been bowling with friends and went to Disneyland for the first time in her life.*

*After eighty sessions and continued progress, her family decided to purchase a mild hyperbaric chamber for their home.*

Case 5:13-cv-00649-FL    Document 69-38    Filed 01/09/15    Page 4 of 17

MR_Sparks 000028

# Autism
## Research Corner



### Brain's immune system triggered in autism

16 Nov 2004

A Johns Hopkins study has found new evidence that the brains of some people with autism show clear signs of inflammation, suggesting that the disease may be associated with activation of the brain's immune system.

"These findings reinforce the theory that immune response in the brain is involved in autism, although it is not yet clear whether the inflammation is a consequence of disease or a cause of it, or both," said Carlos Pardo-Villamizar, M.D., assistant professor of neurology and pathology at Johns Hopkins and senior author of a report on the study published early on-line in the journal Annals of Neurology on Nov. 15.

Whatever the cause of the inflammation, it may provide a good target for developing new treatments, adds Pardo.

Autism is a disorder of the developing brain that appears in early childhood. According to the American Neurological Association, it is estimated to afflict between two and five of every 1,000 children and is four times more likely to strike boys than girls. Children with autism have difficulties in social interaction and communication and may show repetitive behaviors and have unusual attachments to objects or routines.

Autism has a strong genetic component in some families, although other causes likely play a role, possibly including birth complications, diet, toxins or infections, says Pardo.

"Scientists have found hints that the immune system may be involved in autism, but not all studies have confirmed this," said Pardo. "We wanted a more definitive answer, so rather than looking at the overall immune system, we focused on immune responses inside the relatively sealed environment of the nervous system."

Led by first author Diana L. Vargas, M.D., a postdoctoral fellow working in Pardo's laboratory, the researchers examined tissue from three different regions of the brain in 11 people with autism, ages 5 to 44 years, who had died of accidents or injuries. They also measured levels of two immune system proteins, called cytokines and chemokines, found in the cerebrospinal fluid - the clear substance that surrounds, bathes and nourishes the brain and spinal cord - in six living patients with autism, ages 5 to 12 years.

Compared with normal control brains, the brains of people with autism showed evidence of an ongoing inflammatory process in different regions of the brain and produced by cells known as microglia and astroglia, says Pardo. Cytokine and chemokine levels in the cerebrospinal fluid also were abnormally elevated in patients with autism.



"These findings suggest that the inflammation is localized to specific regions within the brain and not caused by immune system abnormalities from outside the brain," says Pardo.

Pardo and colleagues are now studying how the genetic background of patients and families may influence immune system reactions in the brain associated with autism.

Other authors are Andrew Zimmerman, Caterina Nascimbene, and Chitra Krishnan. The study was funded by the Cure Autism Now Foundation, the Autism Research Foundation, the National Institutes of Health, Dr. Barry and Renee Gordon and an anonymous donor.

On the Web: http://www3.interscience.wiley.com/cgi-bin/jhome/76507645

http://www.neuro.jhmi.edu
Contact: Trent Stockton
tstockt1@jhmi.edu    410-955-8665
Johns Hopkins Medical Institutions

MR_Sparks 000029

## TREATMENT OF NEUROLOGICALLY IMPAIRED ADULTS AND CHILDREN WITH "MILD" HYPERBARIC OXYGEN (1.3 ATA AND 24% OXYGEN)

*In: Hyperbaric Oxygenation for Cerebral Palsy and the Brain-Injured Child. The Proceedings of the 2nd International Symposium. James Joiner, Ed., Best Publishing Co., Flagstaff, AZ 109-115. 2002*

### INTRODUCTION

The senior author has a special interest in toxic encephalopathy and documented its features in a number of publications. These show that SPECT brain scans become abnormal after neurotoxic exposure and can continue abnormal for years after toxic exposure has ceased (1,2). These abnormal findings can be further confirmed with neuropsychological tests and with neurological physical examinations and then become part of a protocol for the evaluation of a chemically injured patient (3).

Since SPECT scans in patients with toxic encephalopathy typically show hypoperfusion and therefore decreased oxygen supply to certain parts of the brain (mostly temporal but also frontal and parietal lobes), the senior author initially began to refer patients for "regular" HBOT. This had promising results, but was expensive. When a portable chamber became available for office use, we started to treat patients with that approach ("mild" HBOT) in our office. The results of a pilot study were presented by poster (4) and partially discussed in a Letter to the Editor ("Correspondence") (5) which referred to a paper (6) on treatment of cerebral palsy with HBO.

While our initial study was only in adults with toxic encephalopathy, we have since begun to study children with toxic encephalopathy and autism. This became possible when a database for normal children became available.

### MATERIALS AND METHODS

Nine adults with a diagnosis of toxic encephalopathy underwent SPECT brain scans (for methodology see Ref. 1) under the direction of Dr. Uszler who also interpreted these scans which were individually compared with a normal database.

Two children (a four-year old boy with autism and an eleven-year old girl with toxic encephalopathy from mold exposure) were studied with SPECT scans which were again individually compared with a normal database. Their scans were also supervised and interpreted by Dr. Uszler.

"Mild" HBOT was given on ten consecutive days (except weekends) for one hour each. SPECT scans were done before and then within days after the last HBOT session. Details of our HBOT are given (and compared with "regular" HBOT) in Table 1. The term "mild" connotes the fact that both ATA and oxygen concentration are below conventional numbers used in "regular" chambers.

### RESULTS

Figure 1 shows before and after SPECT scans (left and right lateral views) in an adult with toxic encephalopathy. This patient underwent a total of ten HBO treatments. Note the blue (abnormal) and purple (more abnormal) areas showing hypoperfusion. Also note that yellow color represents normal perfusion while red and white represent hyperperfusion. Finally, note marked improvement after HBOT.

Figure 1 is representative of all nine patients who all showed considerable improvement.

Figure 2 shows before and after SPECT in a four-year old child who developed autism shortly after vaccination with MMR (which contained mercury and possibly other contaminants at the time) at age eighteen months. While the software program for children presents the SPECT scan in a somewhat different format, yellow still represents normal perfusion. Note striking improvement with more yellow areas after HBOT.

### DISCUSSION

Our data show that considerable improvement can

*(Continued on page 6)*

Case 5:13-cv-00649-FL    Document 69-38    Filed 01/09/15    Page 6 of 17

MR_Sparks 000030

## TREATMENT OF NEUROLOGICALLY IMPAIRED ADULTS AND CHILDREN WITH "MILD" HYPERBARIC OXYGEN (1.3 ATA AND 24% OXYGEN)

(Continued from page 5)

be obtained in adults and children with toxic encephalopathy by using "mild" HBOT in a portable chamber. Further improvement occurs when HBOT is continued beyond the initial ten treatments discussed here. As a matter of fact, we recommend a total of twenty to sixty treatments in our office. If all parties are then convinced of success, we recommend that a portable chamber be purchased and used at the patient's home on an as-needed basis.

The benefit of ten treatments may only last a few months. After twenty or more treatments the improvement lasts longer (six to eighteen months). However, patients are less likely to be cured than to be improved for an extended period of time after which they often request more HBOT. This is why the eventual purchase of a portable chamber makes sense.

The results of a Canadian study (6) on HBOT of children with cerebral palsy raised the question whether their "control group" was actually a treatment group and therefore also improved. Our treatment protocol with "mild" HBO very much resembles their control group protocol and therefore supports the notion that their control group was indeed a treatment group (5).

While we have become used to improvement in adults, we were struck by the improvement (SPECT) in our children, especially the autistic child (figure 2) who also showed striking improvement in behavior including memory and cognitive functions. He became affectionate, started pointing, verbalized, and now interacted with people around him.

The etiology of autism is still not clear. However, autistic behavior often follows vaccination. Thus, autism may be a subtype of toxic encephalopathy.

Treatment of toxic encephalopathy is difficult. Drugs are often not tolerated and in any case are usually not very successful. This is why mild HBOT has so much promise, having no significant side effects whatsoever in our setting.

## SUMMARY

We treated nine adults with toxic encephalopathy and two children (one with toxic encephalopathy and one with autism) with "mild" HBOT. All patients showed significant improvement which was documented with before and after SPECT brain scans.

We believe that "mild" HBOT is the treatment of choice for toxic encephalopathy (and possibly autism) since, contrary to drug therapy, this treatment is devoid of significant side effects.

## ACKNOWLEDGMENTS

Sylvia Heuser participated in and contributed to all phases of the project.

Diane Rodelander and Dr. Aguilera administered our "mild" HBOT.

Carol Rogowski administered and supervised many related activities in our office.

Special thanks to Cathy Damman, R. N. for donating the hyperbaric chamber used in our studies.

## REFERENCES

1.  Heuser, G. ; Mena, I. NeuroSPECT in Neurotoxic Chemical Exposure. Demonstration of Long Term Functional Abnormalities. Toxicology and Industrial Health, 14, #6: 813-827. 1998.

2.  Heuser, G. Functional Brain Imaging with SPECT and PET after Neurotoxic Exposure: Two and Three-dimensional Displays. Zeitschrift for Umweltmedizin, 7; 12-15. 1999.

3.  Heuser, G., et al. Defining Chemical Injury: A Diagnostic Protocol and Profile of Chemically Injured Civilians, Industrial workers and Gulf War Veterans. International Perspectives in Public Health. 2000. www.iicph.org/docs/Defining_Chemical_Injury

4.  Heuser, G., et al. Hyperbaric Oxygen (HBO) Treatment for Impaired Brain Function. 8th International Congress on Anti-Aging and Biomedical Technology, Las Vegas, NV. 2000.

5.  Heuser, G., Uszler, M.: Re: Hyperbaric oxygenation for cerebral palsy (Correspondence). The Lancet. 357; 2053-2054. 2001

6.  Collet, J. P., et al. Hyperbaric Oxygen for Children with Cerebral Palsy: A Randomised Multicentre Trial. The Lancet. 357; 582-586. 2001

Case 5:13-cv-00649-FL     Document 69-38     Filed 01/09/15     Page 7 of 17

MR_Sparks 000031

# TREATMENT OF NEUROLOGICALLY IMPAIRED ADULTS AND CHILDREN WITH "MILD" HYPERBARIC OXYGEN (1.3 ATA AND 24% OXYGEN)



FIGURE 1

## Treatment Protocol

| | Sea Level | Mild HBO | Traditional HBO |
|---|---|---|---|
| ATA | 1.0 | 1.3 | 2.0 – 3.0 |
| PSIG | 0 | 4.7 | 14.7 – 29.4 |
| FSW | 0 | 11 | 33 – 66 |
| $O_2$ Concentration | 21% | 24% | 100% |

TABLE 1



Before



After Mild HBO

FIGURE 2

Case 5:13-cv-00649-FL     Document 69-38     Filed 01/09/15     Page 8 of 17

MR_Sparks 000032

# A Look at Autism: IHA Member Testimonials

## Roman Adams, 6 yrs Autism

My Son, Roman Adams, just celebrated his sixth birthday last week. Celebrated is an appropriate term because this marks the first year where he really was an active participant in his birthday and genuinely understood what was going on. You see at age 2 ½, Roman received a diagnosis of Autism.

In the 3 ½ years since Roman's diagnosis, we have undertaken many therapies to improve his health and quality of life, all with the intension of recovering him from Autism and securing for him a bright, prosperous future.

We have had great success with the behavioral therapy program Roman is currently doing. Without it, I cannot imagine where Roman would be from a developmental standpoint. However, as positive as our experience with that intervention has proven to be, I have no doubt that it is with biomedical treatments that Roman has made the most substantive, quantifiable improvements.

Throughout our quest to help our only child, we have researched, rejected, tried and re-tried virtually every available Autism treatment option. At the recommendation of our son's physician, Dr. James Bradstreet, we began looking into Hyperbaric Oxygen Therapy as an option for Roman. Dr. Bradstreet was having so much success with Hyperbaric Therapy, and we became anxious to try it as well.

Countless hours spent researching HBOT on the internet made us even more determined to try this treatment for Roman. The numerous reports of improvements in children with deficits similar to Roman's strengthened our resolve.

However, we were unable to locate a clinic providing HBOT that was closer than almost 2 hours away from our home. Our choices were to buy a mild hyperbaric chamber for our home or to travel to a clinic to have a series of treatments done over a 3 to 4 week period. Neither option was especially attractive to us—and yet we knew we needed to begin this treatment for Roman.

Then, as luck would have it, I stumbled upon a lady by



> Roman's speech therapist kept asking us, "What's different? What new thing are you doing— because he's definitely changed?"

the name of Shannon Kenitz whose daughter's life was saved by Hyperbaric Therapy—a news channel was just doing a story on a Hyperbaric Center that would soon be opening. I placed a frantic call to her and learned that she was the driving force behind a new HBOT clinic opening 1 mile from our house!

My son was among the first kids to be treated at Wisconsin Integrative Hyperbaric Center, and we could not be happier.

Roman has made so much progress since we started HBOT that is incredible. Roman's speech therapist kept asking us, "What's different? What new thing are you doing— because he's definitely changed?" We've shared our HBOT story with her and she now wants to recommend it to other clients because of the improvements she's noticed in Roman.

The biggest improvements we have noticed have been:

*1)* Longer, more complex sentences (previously he would use a few common phrases), *2)* better eye contact, and *3)* much more interest in and attempts made to connect with other people.

He is a different child since starting HBOT. Interestingly enough, Roman absolutely loves the HBOT treatments and asks everyday if we are going to the "space tube" as he calls it. He thoroughly enjoys relaxing and watching his movies during treatment and has never minded wearing the hood.

Wisconsin Integrative Hyperbaric Center has changed our life, and it is an incredible center. First, the facility is wonderful! Obviously considerable care was taken to ensure a warm and welcoming environment. The play room is well thought-out for the whole family and incorporates all types of toys, including toys that are specifically aimed for kids with special needs. And, even more importantly, the staff is beyond compare. I have never come across a more dedicated and compassionate group of professionals. I cannot imagine a better group of people to entrust with the treatment of a loved one or oneself.

I know that our family owes them a debt of gratitude that I am quite sure we will never be able to repay. Hyperbaric Therapy is a gift! I am thankful that Dr. Bradstreet recommended it for our son and I am truly thankful for Wisconsin Integrative Hyperbarics!

(Continued on page 9)

Case 5:13-cv-00649-FL     Document 69-38     Filed 01/09/15     Page 9 of 17

MR_Sparks 000033

## IHA Member Testimonials (continued)

### Update on Natasha Pruitt, Autism



Natasha Pruitt's story first came to the IHA back in November 2004. As 'The Pressure Point' reported, Natasha saw immediate improvements from her first few therapies, thanks to Corporate Member The Hyperbaric Therapy Center in Georgia.

In June of 2005, The Hyperbaric Therapy Center and IHA members sponsored donations for a Celebrity Golf Tournament Benefit at Hawks Ridge Golf Club for Natasha Pruitt, attracting many professional athletes. The list included such players as Terrell Owens/ Philadelphia Eagles, John Smoltz/ Atlanta Braves, Peerless Price/ Atlanta Falcons, Hannibal Navies/ Green Bay Packers, Verron Hayes/ Pittsburgh Steelers, Dexter McCleon/ Kansas City Chiefs, and many more.

Proceeds from this tournament included a donated chamber, as well as funds to cover hyperbaric therapy for Natasha and other children needing hyperbaric oxygen.

Since then, Natasha's mother has written to update us:

I don't really know how to thank you for all that you have done for Natasha and our family. Since we have found out about HBOT, we have a new hope for Natasha's life and ours. She has made so much progress since she started HBOT.

In the last year and 3 months, Natasha has developed a personality and shows interest in things now. With what we have seen come to pass with the 1 hour treatments of HBOT, we are so looking forward to the outcome of more time in the chamber. You have made this possible.

We owe so much thanks to you for the generosity that you have shown us. "Thank you" just does not seem like enough.

This chamber was just like an early Christmas present. We got a call on July 28, 2005 at about 9:00 am, telling us they were going to make the delivery that day. It kept getting later and later. Then we got a call about 2:30 pm, needing directions.

The driver said he had 2 more deliveries to make before ours. So Again, I waited by the window and waited, and waited. At 5:40 pm, we got another call saying he was 15 minutes away. So I waited by the window... and waited.

At 7:00 pm, my son was out in the yard, and he started hollering, "Here it is!" So we all piled outside. My husband and the boys and neighborhood kids started bringing the boxes in. We were so excited, we had forgotten about Natasha for a few minutes.

As my husband just happened to look over at her, he noticed she was just as excited as we were. She was trying to reach one of the boxes and she almost went off the couch, head first. Her brother put the box close to her, and she started hitting the box, all excited.

She reacted just like she does when she sees Dora the Explorer. I believe that if she had been able—as excited as she was—she would have been tearing the boxes apart. It was almost like she knew that it was hers and almost like she knew what it was.

When we finally got everything set up and started letting the chamber fill with air, Natasha's dad took her over, close to it, and she started rubbing her hands all over it. We just sat there and watched her, smiling at her.

> "In the last year and 3 months, Natasha has developed a personality and shows interest in things now."

I then saw something that made this delivery even more special to me. I was reading the PSI pressure information and manufacture date. The date read "07-11-05." What made this date special was that this is Natasha's birth date! She turned 9 years old on that day. There are just too many things about our experiences with this chamber that can't be a coincidence.

From our first day, April 26, 2004, finding out about HBOT the way we did—a stranger approaching us, offering to help Natahsa—all the way down to the manufacture date imprinted on her own personal chamber, donated by the IHA,—everything that has happened has almost been like a dream. It has definitely been a miracle that God has placed in our life.

There has been so much hope given to us. Like I said, I can't wait to see what more treatments and time in the chamber will do for her. I have to thank you all for this—the folks at the IHA, The Hyperbaric Therapy Center. I feel like God has sent a team of angels to our family to help our little Angel become all that she can be.

Thank you all. I pray for God to bless all of you abundantly.

Love, Natasha, Priscilla, Lonnie, Malcomb & Kevin

### Will and Josh Robinson, Autism

If you are reading this, you are probably just like me, a parent looking for a piece of the puzzle—someone or something to help your child take another step forward. This is my testimonial of how, by the grace of God, mild hyperbaric oxygen therapy helped both of my autistic

(Continued on page 10)

Case 5:13-cv-00649-FL     Document 69-38     Filed 01/09/15     Page 10 of 17

MR_Sparks 000034

## IHA Member Testimonials (continued)

(Continued from page 9)



Josh has now spoken his first real word and Will now gets good behavior marks at school.

sons.

I have three children—Sarah, who is 9 years old; Will, who is 7 years old; and Josh, who is 2 1/2 years old.

Sarah is typical. She loves dogs and horses, She is in Brownies. Sarah is also a very kind, loving person. She has asked me before, Why can't Will play with me?" and sadly, I have not had a good answer for her. When Josh was born, she asked me several times, "Will Josh be autistic too?" Again, I didn't have an answer for her.

I'd like to give a little history about my sons. Will was a typical baby—nursed well, crawled and walked—all on time. Will was developing like any other 1 year old. Will had about 50+ words. Then at about 18 months, he lost speech, wouldn't turn or stop when you called his name (I thought he had lost his hearing). He began having trouble sleeping. He started staring at the trees, the credits on TV, tow walking and hand flapping.

Eventually he lost all speech and eye contact. He was very tactilely defensive. The baby I once had, who loved to snuggle, sit up on my lap and want to be read to, now wanted nothing to do with me. I was hurt and scared.

With very little effort, I found out through the internet that my son was autistic. I was devastated, hoping I was wrong. We went for an evaluation with a developmental pediatrician, and got our diagnosis January 2000.

I jumped in with both feet. We immediately found a DAN! (Defeat Autism Now!) practitioner and started a multitude of treatments. Will was on the gluten and casein free diet, chelation therapy, mega-vitamin therapy and anti-yeast regimen.

"...by the grace of God, mild hyperbaric oxygen therapy helped both of my autistic sons."

We started Occupational Therapy for sensory integration and fine motor delay, Physical Therapy for motor planning issues, ABA for compliance, behavior and basic academics (40+ hours a week of applied behavior analysis), and Speech Therapy since Will was completely non-verbal now.

We have continued all these therapies, except PT, now, 5 years later.

Josh was born May 2002. He was a perfect baby, again, developing perfectly. When his first birthday came and he was non-verbal, my greatest fears for Josh were becoming a reality.

I immediately began ABA with Josh. I contacted the Early Intervention program, Babies Can't Wait. Josh had a team evaluation, and they recommended that he be seen by a developmental pediatrician. I knew they suspected autism too.

His eye contact was decreasing, as temper tantrums were increasing. He still had no developing speech. We saw the doctor for the evaluation, and Josh too was put on the autism spectrum.

I was so mad. How could this be happening? The Bible says, "God will put no more on us than we can bear." I really thought I could not handle it. I got down and prayed like I never have before. I asked God for help. I needed His guidance now more than ever. I truly believe I was on the verge of a nervous breakdown.

Josh was now receiving OT from Will's therapist, ABA, Speech Therapy, and Special Instruction through Babies Can't Wait.

In the fall of 2004, we began mild Hyperbaric Oxygen Therapy. First, I want to thank IHA members at The Hyperbaric Therapy Center (Kevin, Bill, Jerry) for this blessed opportunity to help my sons!

I got into the chamber with both boys. It was a little nerve-wracking, the first few minutes. Will played his Game Boy and Josh just crawled all over me. In a bout 10 minutes, we all settled down. I began to pray, "Lord, let this be another piece to my boys' complex puzzle." The time went by fairly fast.

We got out of the chamber and I reached into my pocket and pulled out my keys. Josh made a noise. I asked the lady in the office, "Did he just say KEYS?"

She said, "I think so."

I asked Josh, "What are these?"

And he answered, "Keys."

"Josh had just spoken his first real word after just one hour in the chamber...

Now he is verbal with very little delay."

Chills went all over my body. Josh had just spoken his first real word after just one hour in the chamber. It has been a miracle how it has helped Josh. Now he is verbal with very little delay. He even says, "Excuse me," when he burps.

Josh makes perfect eye contact, plays appropriately with toys and other children, counts to 20, sings his alphabet—he just functions like any other 2 year old. We are even working on potty training. I thank God every day for his help and guidance.

(Continued on page 11)

Case 5:13-cv-00649-FL     Document 69-38     Filed 01/09/15     Page 11 of 17

MR_Sparks 000035

## IHA Member Testimonials (continued)

*[Continued from page 10]*

Will's progress is not as evident, but just as miraculous. Will started out the school year in regular Kindergarten, with support. He was very overwhelmed and had terrible behavior, hitting teachers, students, just being very disruptive in class. We decided to move him into a self-contained class in the fall of 2004.

The Lord is working on him through the chamber too. Since we began the chamber treatments, Will has gotten all Green Cards (green=great behavior, yellow=ok, and red=a very bad day) at school.

Will's attention span during ABA and school has improved. The most significant positive change has been with his socialization skills. He actually teases Sarah. He asked to play with her. She even invited him to sleep with her in her room for an inside campout. They ate popcorn and watched movies until they fell asleep.

> "The most significant positive change has been with his socialization skills...
>
> Will did absolutely fantastic, finally spending the night away from home."

I cried when I opened the door and saw them sleeping so peacefully. For the first time ever, Sarah had a typical experience with her little brother.

Will uses his imagination more—and not just for reciting Disney movies, either. Will has also been asking to spend the night at his friend's house. He sees Sarah spend the night with friends and now gets upset when he can't stay too. Just 6 months ago, all he worried about were his Disney movies, jungle animals, and the computer.

Will's friend is his occupational therapist's son. We have known her family for over 4 years, and they are like family. Will really enjoys playing with the therapist's son and older daughter. They both have great patience with Will. Best off all, Will did absolutely fantastic, finally spending the night away from home. He had very little negative behavior. He did not want to leave when I can to pick him up. WOW! God is so good!!!!

If you are considering hyperbaric therapy for your child with autism, speech delay, or any type of disability, I would urge you not to hesitate to try it. If you would like to talk to me further, you can e-mail me at mjr7@bellsouth.net. Through prayer and faith, God continues to lead me to find pieces of the puzzle for my sons. Have faith, He will do the same for you.

God bless you and your children.

Myra Robinson—Sarah's, Will's and Josh's Mom

### Jordan Prickett, 7 yrs. Autism



*Jordan now enjoys playing outside!*

I want to let you know about the improvements that we've seen in our son, since using hyperbaric therapy.

Our son, Jordan, is on the autism spectrum. He's seven years old. We started hyperbaric therapy in February of 2004. For the first twenty-five session or so, we didn't really see an improvement, just very subtle things.

Around the 29th session, we noticed he was listening better and following directions better. We were able to give him more specific directions, when before, most simple one-step directions were difficult for him to follow. For instance, he was listening to his music too loud, and I told him to "turn it down." At first, he turned it so far down that you couldn't hear it. So I told him he could turn it up just a bit. And he did. I've never given him that direction before, so I was a bit surprised that he knew what I was talking about!

Jordan's eye contact is also better. It used to be that when you talked to him, you would have to say, "Jordan, look at me." It's rare to have to say that now.

Around the 50th session, he asked to play outside for the first time in his life! He never had an interest in playing outside. When you did get him out, he'd last about 5 minutes, before heading for the house. Now he's asking on a regular basis, and he enjoys playing outside.

> "His teacher at school, who did not know we were doing anything new, told me how pleased she was with his progress in speech!"

Also around this time, we noticed that his speech was increasing. His teacher at school, who did not know we were doing anything new, told me how pleased she was with his progress in speech!

Around the 90th session, he initiated some pretend play! He had Pooh in one hand and Mickey Mouse in the other and he was having them talk to each other. That same day, he

*[Continued on page 12]*

Case 5:13-cv-00649-FL    Document 69-38    Filed 01/09/15    Page 12 of 17

MR_Sparks 000036

## IHA Member Testimonials (continued)

(Continued from page 11)

laid Mickey on the pillow and told me he was crying. Before this point, he had no imagination of which we were aware. His imagination continues to slowly emerge.

Thank you for everything. You've been very supportive and kind.

Sincerely,

Mary Jo Prickett, mother to Jordan

### Jarrett and Jackson Alka, 11 yrs. and 4 yrs., Autism

March 15, 2005



Our children, Jarrett and Jackson Alka have been doing Hyperbaric Oxygen Therapy since October 10, 2004. They have had approximately 60 sessions. I have listed the main difference we are seeing in our sons, below:

Brothers Jarrett and Jackson are calm and now sleep through the night

Jarrett

Age: 11 years, 2 months
Diagnosis: Severe non-verbal autism

- Total disappearance of nosebleeds, due to common allergies
- A decrease in self-stimming
- An increase in interaction with peers at school and church
- An increase in compliance to do tasks required of him
- An increase in attending to the tasks required of him
- More direct eye contact
- Sleeping throughout the night, awaking on his own, alert and happy
- A decrease in aggressive behaviors

Jackson

Age: 4 years, 3 months
Diagnosis: Severe non-verbal autism

- More vocalizations (an increase in babbling with a few actual words)
- Learning new signs and the ability to use them appropriately
- Less illness
- Sleeping throughout the night, awaking alert and happy
- An increase in his attention to tasks required of him
- An increase in compliance to try new tasks or activities
- An increase in displaying genuine emotions and affection
- An increase in direct eye contact
- An increase in his ability to focus on tasks required of him

Both Jarrett and Jackson are happy and content during almost every HBOT session. If they do happen to be in a bad mood going into the chamber, 90% of the time their mood improves while in the chamber, and they come out of the chamber happy.

Nina Alka,
Mother to Jarrett and Jackson

### Luke A. Graves, 4 yrs., Autism

Luke A. Graves is a 4 year old boy with a diagnosis of Autism and an Unspecified Disorder of the Nervous System manifesting itself in various developmental delays. The areas most affected by this "disorder" are compromised communication skills/ lack of meaningful communication and necessary social skills to develop relationships and function in society at large. He also has some fairly significant sensory dysfunctions (as well as fine motor and gross motor delays) which interfere with just about most activities or tasks performed throughout the course of a normal day.



Luke has had tremendous gains in speech and his emotional development

Luke also has a tendency toward obsessive compulsive behaviors which interfere with life, in general. For a child with autism, the simplest things that we take for granted can be quite overwhelming and terrifying. Staying grounded and calm, with an excess of sensory input constantly bombarding your system, is draining for these children, to say the least.

We have found that hyperbaric treatments have helped Luke in many different ways. The treatments have helped Luke to get more out of each of his individual therapies, and he seems to be more connected to us (his family) than ever before.

We have been doing therapy for almost 2 years now and have had good results. The improvements have been slow but steady, with spurts every now and again. Speech has been the most challenging. Within the last 3 months of hyperbaric treatments, we have seen some significant improvements in this area.

"The treatments have helped Luke to get more out of his individual therapies, and he seems to be more connected to us..."

Also, since beginning hyperbaric therapy, we have noticed that his sensory system is much more in balance. He is more tolerant to various

(Continued on page 13)

Case 5:13-cv-00649-FL     Document 69-38     Filed 01/09/15     Page 13 of 17

MR_Sparks 000037

## IHA Member Testimonials (continued)

(Continued from page 12)

types of sensory input than ever before. His eye contact is much improved and I feel more close to Luke than ever before. He seems to be trying to connect more in small, but significant ways. Luke seems to be more adaptive to changes in his environment. This is wonderful!!

Keep in mind as you read this journal that when we first started these treatments with Luke, most of his communication consisted of jabbering gibberish, repeating what was said to him, repeating the same phrases over and over again from movies and videos, and asking for basic needs like "want milk", "want juice" or "want video", in a sing-song voice. He still needs a lot of prompting, but is finally talking on his own more.

Also, keep in mind that making trips to the grocery store or Walmart were always usually greeted with fits, tantrums, and sometimes even screaming. Crowds and new people had usually been avoided completely. The stimming was continuous throughout the day, and getting him to pull his attention and look at me was rare—almost never for more than a second or two. He also could not handle anyone touching or moving his trains or toys, and toys had to be played with in the same way every time. Please follow along and note some interesting changes along the way.

*2nd Session:* Luke had ABA therapy and the therapist commented on how alert he was during the session.

*3rd Session:* Today had a meeting with Luke's teacher at school. She said that during the day another little boy wanted to play with his trains and he said, "Luke can play with trains"—then stopped and corrected himself without help or prompting and said, I can play with trains." This is big!—pronoun replacement.

*7th Session:* Luke's OT therapist said that he easily manipulated snaps and buttons, with which he usually has difficulty.

At dinnertime, he sat at the table and imitated making faces at his Daddy. Sat at the dinner table the whole time without getting up to wander around. Felt like a real family.

*Session 12:* While in the hyperbaric chamber, he said "It's hot in here"—lots of spontaneous talk today. Also playing more appropriately with his trains vs. stimming on them the whole time.

*21st Session:* Occupational Therapist performed nystagmus test on Luke today. This is the first it has ever come out completely on target. He was regulating and modulating normally. Usually he is either regulating, but not modulating or vice versa. And sometimes, he is not doing either well and requires intense sensory bombardment and deep pressure.

*30th Session:* One of the best therapy sessions with Martha for speech. He was very interactive with her today and did very little stimming or digging. She commented on the fact that he seemed more in tune than usual.

*32nd Session:* Luke's lab tests came back today. He has an overgrowth of several different types of yeast and bacteria in his GI tract again. The P.A. at the doctor's office says that 2 of the strains cannot survive in oxygen rich environments and that hyperbaric oxygen should help with this. They are putting him on Diflucan for 10 days.

*39th Session:* Today I was feeling a bit more worn out than usual and was a little on the sad side. I had just pulled into the drive way and had been sitting there a minute when I noticed Luke crawling up to get over the seat and sit in my lap (he had unbuckled his seatbelt). He just said, "I'm sorry." and then stroked my face a couple of times—and tried to wipe away a tear—and then said, "It's OK, Mom."

*41st Session:* Today we stayed a little over an hour in the hyperbaric tank and Luke immediately seemed visibly more refreshed, relaxed and content afterwards.

*43rd Session:* I stopped at a store with Luke today, and as soon as we walked through the automatic doors, he stopped. I was prepared for the worst, but to my surprise, he held on to my hand and slowly walked in. Luke did not pitch a fit—he behaved beautifully—no meltdowns. He was very patient while I looked at a few items.

*68th Session:* While getting dressed this morning, Luke stopped and asked, "See Ms. Carolyn and Ms. Beth?". He seemed happy when I told him, "yes." He is initiating conversation by asking questions—this is a giant step!

> Pre-hyperbarics:
> "...making trips to the grocery store or Walmart were always usually greeted with fits, tantrums and sometimes even screaming."

> "The P.A. at the doctor's office says that 2 of the [ GI bacterial] strains cannot survive in oxygen rich environments and that hyperbaric oxygen should help..."

> 68th Session: "He is initiating conversation by asking questions—this is a giant step!"

(Continued on page 14)

Case 5:13-cv-00649-FL      Document 69-38      Filed 01/09/15      Page 14 of 17

MR_Sparks 000038

## IHA Member Testimonials (continued)

*(Continued from page 13)*

*72nd Session:* Walked into the class room and greeted one of his classmates independently. Said, "Hi, Jack!" without being prompted. Luke's teacher says that he is progressively showing less and less stimming in the classroom. He is also learning to use the computer and is engaging in a variety of activities when asked.

*75th Session:* First day at school without a toy or object in his hands. Huge temper tantrum when we left home, but settled down about halfway to school. The teacher said he didn't even miss the toys and had a great day.

*76th Session:* Seems to be playing more creatively with his toys and is more focused on his tasks. Going to the potty regularly *on his own* without having accidents...

*78th Session:* Luke seems more tuned in to what the other kids in the classroom are doing, now that he does not have his toys with him. He is also sharing better and allowing children to join in with him with whatever he is doing or playing.

He is commenting as he is playing, but not yet talking to the other kids, as in a conversation. Does not seem to be overwhelmed as he used to be when other children come over to him.

More to come later...

## Noah 8 years old, Autism, PDD



Our son Noah was diagnosed with Pervasive Developmental Disorder—Not Otherwise Specified (PDD-NOS) four years ago. Noah is now eight years old and has been through a lot of various forms of treatment. Our physician Dr. Jeff Bradstreet gave Noah a prescription for

*Noah enjoys practicing his martial arts*

Hyperbaric Oxygen Therapy and we started treatment in August of this year.

Noah has been taking Adderall XR for the past 3 ½ years to help control some of his hyperactivity and impulsiveness. The drug itself was by no means a miracle medicine, but every time we took him off it he completely fell apart. Our doctor wanted him off the medication because of the bad side effects that come with taking.

Noah has now had 37 Hyperbaric Treatments and is doing better. After just 4 treatments, we took him off the medication and this time, saw none of the withdrawal symptoms that we had seen before.

This for us was a blessing, as he didn't fall completely apart and he could stay on track with his daily tasks.

Noah is continuing to do Hyperbaric treatment and has now gained 6 pounds and 1 ¼ inches. He still has some regulation issues, but is doing as well, if not better now, as compared to when he was on the medications.

We plan to continue with his treatment and feel that the Hyperbaric Therapy can bring more positive results for him.

—Judy Clark, Mom to Noah

> "After just 4 treatments, we took him off the medication...
>
> [We] saw none of the withdrawal symptoms that we had seen before."

## Jack Halbert, 3-1/2 years old, Autism

August 1, 2005

We have been thrilled with the changes we have seen in Jack's language since visiting the Hyperbaric Therapy Center and doing our 10 dives. I thought you all would like to read what we are seeing in Jack. Following is a narrative of what we saw the first few days returning home.



*Jack smiles for the camera!*

Thank you for the fabulous work you are doing there for these kids. We are thrilled with the treatment we have received from the entire team while visiting you for a week. You took great care of us. We are truly grateful.

Thanks for your service to the autism community.

Now the changes from mHBOT (10 treatments in 5 consecutive days)

*Day 6:* Much less anxiety today than before treatment. Crying while watching a video with a sad song in it. Could be the beginnings of empathy.

Said, "Ouch, ear." When I asked if ear hurt, he said, "Yes" to the right ear (which he originally indicated) but "No" to the left ear. It was the first time he indicated pain, other than an obvious boo-boo).

Said, "Mmm, yummy" and rubbed his tummy while eating snack—this being the first time to rub his tummy.

*(Continued on page 15)*

Case 5:13-cv-00649-FL     Document 69-38     Filed 01/09/15     Page 15 of 17

MR_Sparks 000039

## IHA Member Testimonials

(Continued from page 14)

I said, "It's time to play with Andrea (ABA Therapist)," and Jack said, "No, it's movietime!" ha.

Easily put blanket and pacifier in bed when told. Actually brought blanket and pacifier down to den and, and when told to put it in his bed, immediately went to his room and followed the directions.

*Day 7:* Sat through the entire church service in the auditorium without needing to go to the cry room! Haven't had that success in MONTHS!!!

*Day 8:* First day back at school since treatment.

Per Jack's teachers: Walked into class and said, "Hi Miss Penni" and hugged her, unprompted. Did art project without prompting. Easily came to the table when he was called.

Jack emphatically did animal noises during circle time *with the class.* He initiated more independent play with his peers, with very little prompting from the teacher or aide. He gave the aide the ball during gym time and said, "Shoot a basket!"

A student came into class with new shoes and Jack noticed and said, "I like your shoes. Your shoes are blue."

When I arrived to pick Jack up from school, Jack acknowledged me, but went on playing with a dollhouse and the dolls appropriately. He had no interest in leaving, and usually, I can't finish getting the teacher's daily comments before he's whining and pulling me to the door. The teachers also noted that NO pictures were needed today from his visual schedule.

At a store, Jack looked at an Elmo book. Typically, he would then be fine with putting it back. But, today, he wanted to take it in the car with him (so I bought it). When we

(Continued on page 16)

(Continued from page 3)

**FYI** DAN! is now implemented by several hundreds of physicians, over 37,000 case studies and growing, and countless more patients that continue to number in the thousands.

For more information about DAN! and its physicians, please contact:



**Autism Research Institute**

**Defeat Autism Now!**
Bernard Rimland, PhD
4182 Adams Avenue
San Diego, CA 92116
USA
fax: 619-563-6840
www.autismwebsite.com

**Pediatric Partners of Ponte Vedra**

Julie Buckley, MD, FAAP
5270 Palm Valley Road
Ponte Vedra Beach, FL 32082

Phone: 904-543-1288
Fax: 904-543-1289

www.pppvonline.com

**The Hyperbaric Therapy Center**
104 Colony Park Drive
Cumming, GA 30040
(678) 513-1200
www.hypertc.com



**Thoughtful House Center for Children**
3001 Bee Caves Road
Austin, TX 78746

Telephone : 512-732-8400
Fax: 512-732-8353

info@thoughtfulhouse.org
www.throughtfulhouse.org



WORKSHOP NOVEMBER 9th & 10th, 8:00AM - 5:00PM | ANAHEIM HILTON, CA

**2Day Hyperbaric Therapy WORKSHOP**

Approved by ACCME - AMA for 15 CMEs

In collaboration with the International Hyperbarics Association (IHA), ACAM will be offering a two day Hyperbaric Oxygen Therapy (HBOT) course. HBOT is a specialized therapy that uses an increase in atmospheric pressure to allow the body to incorporate more oxygen into blood cells, blood plasma, cerebral-spinal fluid, and other body fluids.

**TOPICS**

| | | |
|---|---|---|
| Hyperbaric Oxygen Therapy | Cancer | Autism |
| Spect Imaging | Stroke | MS |
| Brain Recover | Mitochondrial Disease | Wound Care |
| Stem Cell | Lyme Disease | ADD/ADHD ...and more... |

**Don't Miss Out!**

Mail registration form with payment to:

ACAM FALL 2005 Registration

23121 Verdugo Dr, Suite 204 Laguna, CA 92653

Register by phone:
(949) 583-7666 Ext. 13

Register by fax:
(949) 455-9679

Register online:
www.acam.org



# INTERNATIONAL HYPERBARICS ASSOCIATION, INC.

15810 East Gale Avenue #178
Hacienda Heights, CA 91745
Toll free: 877.IHA.USA1
(877.442.8721)

pressurepoint.newsletter@ihausa.org
hyperbarics@ihausa.org
www.ihausa.org







## www.ihausa.org

## Forms and newsletters are available online



*The International Hyperbarics Association is a coalition of doctors, parents, patients, corporate chamber-industry professionals, hyperbaric center owners, and above all members who are committed to the cause of medical hyperbarics.*

*Our members come to us from all geographical areas with one common goal— to share their knowledge and information regarding the latest hyperbaric news.*

*Our driving force is our members, who are committed to do all we can "to give life to the world."*

*— "Mundo vitam dare"*

## Medical Advisors

*Gunnar Heuser, MD*

*Kenneth Stoller, MD*

*Michael Uszler, MD*

*John Zhang, MD*

*Paul Harch, MD*

*Philip B. James, MD*

*David A. Steenblock, MD*

*Ignacio Fojgel, MD*

*Guiseppina Feingold, MD*

---

## A Look at Autism:  IHA Member Testimonials (conclusion)

*(Continued from page 15)*

got home, he showed it to Daddy and said, "I have a potty book!"

Later that evening, he peepee-d in the potty for the very first time ever!!!

*Day 9:*  Great language has been observed.  Longer sentences.  More appropriate commenting.  Talking about things he sees on TV.

Awesome pretend play today—acted out the "On top of spaghetti" song with the meatball.  Never seen him act out anything before!

Smiled for the camera for the first time.  Was able to take 5 photos; each time he'd smile and look at the camera and wait until I counted to 3!!!  He said, "More smiles.  More pictures!"

I went out to dinner with some friends.  When I came back, Jack ran from the den to the top of the stairs beaming with a giant smile and yelled, "Mommy!!!"  He then watched me in the kitchen for a few minutes, waiting for me to come to him.  He never turned away, didn't go back to playing.  Seemed genuinely excited to see me in a way that was different than before.

*Day 10:*  During ABA therapy at home, he and the therapist watched the rain outside.  Later, when we went back into the therapy room, Jack looked out the window and said, "It's all done raining!"  I don't remember him commenting like this before.

*Day 11:*  ABA and Speech therapists shared a shift today.  When Paulette the SLP entered the room, Jack said, "Carolyn and Miss Paulette— together!"  He also commented on stickers on the door:  "Those are VERY high!"  Great new commenting!!!

The IHA whole-heartedly thanks all the parents for sharing their children's experiences with our readers.  THANK YOU!

MR_Sparks 000041