# EXHIBIT F



DEPARTMENT OF HEALTH & HUMAN SERVICES            Public Health Service

AUG  2 2000

Food and Drug Administration
9200 Corporate Boulevard
Rockville MD 20850

Hyperbaric Technologies, Inc.
c/o Mr. Paul Dryden
ProMedic, Inc.
6329 W. Waterview Court
McCordsville, IN  46055-9501

Re:  K001409
     Mild Hyperbaric Chamber
     Regulatory Class:  II (Two)
     Product Code: 73 CBF
     Dated:  May 2, 2000
     Received:  May 4, 2000

Dear Mr. Dryden:

We have reviewed your Section 510(k) notification of intent to market
the device referenced above and we have determined the device is
substantially equivalent (for the indications for use stated in the
enclosure) to legally marketed predicate devices marketed in
interstate commerce prior to May 28, 1976, the enactment date of the
Medical Device Amendments, or to devices that have been reclassified
in accordance with the provisions of the Federal Food, Drug, and
Cosmetic Act (Act).  You may, therefore, market the device, subject
to the general controls provisions of the Act.  The general controls
provisions of the Act include requirements for annual registration,
listing of devices, good manufacturing practice, labeling, and
prohibitions against misbranding and adulteration.

If your device is classified (see above) into either class II
(Special Controls) or class III (Premarket Approval), it may be
subject to such additional controls.  Existing major regulations
affecting your device can be found in the Code of Federal
Regulations, Title 21, Parts 800 to 895.  A substantially equivalent
determination assumes compliance with the Current Good Manufacturing
Practice requirements, as set forth in the Quality System Regulation
(QS) for Medical Devices: General regulation (21 CFR Part 820) and
that, through periodic QS inspections, the Food and Drug
Administration (FDA) will verify such assumptions. Failure to comply
with the GMP regulation may result in regulatory action.  In
addition, FDA may publish further announcements concerning your
device in the Federal Register.  Please note: this response to your
premarket notification submission does not affect any obligation you
might have under sections 531 through 542 of the Act for devices
under the Electronic Product Radiation Control provisions, or other
Federal laws or regulations.



HIGHLY CONFIDENTIAL
HT 00742

Page 2 - Mr. Paul Dryden

This letter will allow you to begin marketing your device as described in your 510(k) premarket notification. The FDA finding of substantial equivalence of your device to a legally marketed predicate device results in a classification for your device and thus, permits your device to proceed to the market.

If you desire specific advice for your device on our labeling regulation (21 CFR Part 801 and additionally 809.10 for in vitro diagnostic devices), please contact the Office of Compliance at (301) 594-4648. Additionally, for questions on the promotion and advertising of your device, please contact the Office of Compliance at (301) 594-4639. Also, please note the regulation entitled, "Misbranding by reference to premarket notification" (21 CFR 807.97). Other general information on your responsibilities under the Act may be obtained from the Division of Small Manufacturers Assistance at its toll-free number (800) 638-2041 or (301) 443-6597, or at its internet address "http://www.fda.gov/cdrh/dsma/dsmamain.html".

Sincerely yours,

James E. Dillard III
Director
Division of Cardiovascular and
  Respiratory Devices
Office of Device Evaluation
Center for Devices and
  Radiological Health

Enclosure

HIGHLY CONFIDENTIAL
HT 00743