IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No.: 5:13-cv-00649-FL

| | |
|---|---|
| AMY SPARKS, individually, and ROBERT D. SPARKS, as Personal Representative of the ESTATE OF JARRED B. SPARKS,<br><br>Plaintiffs,<br><br>vs.<br><br>OXY-HEALTH, LLC and OXY-HEALTH CORPORATION,<br><br>Defendants. | **ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO EXCLUDE THE TESTIMONY OF PLAINTIFFS' EXPERTS W.T. WORKMAN, RONALD NATOLI, AND NANCY GRUGLE** |

FOR GOOD CAUSE SHOWN, the period within which Defendants must file and serve their Reply in Support of Motion to Exclude the Testimony of Plaintiffs' Experts W.T. Workman, Ronald Natoli, and Nancy Grugle (DE 42) is extended through and including February12, 2015.

This the  24th   day of               January , 2015.

_____
LOUISE W. FLANAGAN
U.S. DISTRICT COURT JUDGE