IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Amy Sparks, individually, and Robert D. Sparks, as Personal Representative of the Estate of Jarred B. Sparks,<br><br>Plaintiffs,<br><br>vs.<br><br>Oxy-Health, LLC and Oxy-Health Corporation,<br><br>Defendants. | Civil Action No.: 5:13-CV-00649-FL<br><br>**ORDER GRANTING MOTION TO SEAL** |

For good cause shown, the Court hereby GRANTS the motion of Plaintiffs, Amy Sparks and Robert Sparks, to seal the following exhibit:

- Exhibit AA to Plaintiffs' Response in Opposition to Defendants' Motion for Summary Judgment (ECF No. 81).

The Court finds that these documents contain confidential and sensitive information regarding the Sparks family and that public dissemination of this information would harm the Sparks. Additionally, the Court finds that this harm outweighs any right to access granted by the First Amendment or by common law. As such, the Court finds that the Honorable James G. Bell's Order of May 8, 2013 shall be enforced.

The public has been given notice of Plaintiffs' request to seal. No opposition to the motion has been filed by any party or non-party despite a reasonable opportunity to do so.

Further, the Court has considered less drastic alternatives to sealing and finds that alternatives to sealing these exhibits do not exist at the present time.

THEREFORE, it is ORDERED that ECF Document Number 82 will be sealed.

This 30th day of January, 2015.

_____
The Honorable Louise W. Flanagan
United States District Judge