IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-cv-649-FL

| | |
|---|---|
| AMY SPARKS, INDIVIDUALLY, AND ROBERT D. SPARKS, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JARRED B. SPARKS,<br><br>       Plaintiffs,<br><br>   v.<br><br>OXY-HEALTH, LLC and OXY-HEALTH CORPORATION<br><br>       Defendants. | ORDER GRANTING MOTION TO SEAL |

For good cause shown, the Court hereby GRANTS the motion of non-party Hyperbaric Technologies, Inc. (HTI) to seal the following exhibits:

- Exhibits B through F, H through J, Q, and S to Plaintiffs' Response in Opposition to OxyHealth's motion for summary judgment (ECF Nos. 70-79); and

- Exhibits B and C to the second declaration of Kevin Chignell in support of OxyHealth's opposition to Plaintiffs' motion to exclude expert testimony (ECF Nos. 86-87).

The Court finds that these documents contain confidential commercial information proprietary to HTI, and that public dissemination of this information would harm HTI. The Court finds that this harm outweighs any right to access granted by the First Amendment or by common law.

The public has been given notice of HTI's request to seal. No opposition to the motion has been filed by any party or non-party despite a reasonable opportunity to do so.

Further, the Court has considered less drastic alternatives to sealing and finds that alternatives to sealing these exhibits do not exist at the present time.

THEREFORE, it is ORDERED that ECF Document Numbers 70-79 and 86-87 will be sealed.

This 30th day of January, 2015.

_____
The Honorable Louise W. Flanagan
United States District Judge