UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| AMY SPARKS, individually, and ROBERT D. SPARKS, as Personal Representative of the Estate of Jarred B. Sparks, <br><br> Plaintiffs, <br><br> v. <br><br> OXY-HEALTH, LLC and OXY-HEALTH CORPORATION, <br><br> Defendants. | **JUDGMENT** <br> No. 5:13-CV-649-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 15, 2015, and for the reasons set forth more specifically therein, that defendants' motion for summary judgment is granted.

**This Judgment Filed and Entered on September 15, 2015, and Copies To:**

Justin D. Bice  (via CM/ECF Notice of Electronic Filing)
Thomas David Hoyle  (via CM/ECF Notice of Electronic Filing)
William Christopher Swett (via CM/ECF Notice of Electronic Filing)
Douglas W. Rennie (via CM/ECF Notice of Electronic Filing)
Kevin Lee Chignell  (via CM/ECF Notice of Electronic Filing)
Melanie Black Dubis  (via CM/ECF Notice of Electronic Filing)
Timothy C. Ammer (via CM/ECF Notice of Electronic Filing)

September 15, 2015              JULIE RICHARDS JOHNSTON, CLERK
                                   /s/ Christa N. Baker
                                (By) Christa N. Baker, Deputy Clerk